# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOVISION, LLC<br><br>Defendant. | Case No. 2:18-cv-00100-JRG-RSP<br>LEAD CASE |
| ULTRAVISION TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN ABSEN OPTOELECTRONIC CO., LTD. ET AL.<br><br>Defendants. | Case No. 2:18-cv-00112-JRG-RSP<br>MEMBER CASE |

## DECLARATION OF FRANK REN

I, Frank Ren, hereby declare as follows:

1. I have personal knowledge of the facts stated herein or, as indicated below, understand them to be true and correct based on my good faith investigation coordinated with the relevant Absen Inc. personnel. I could and would competently testify to these facts if I were required to do so in a court of law.

2. I joined Absen Inc. in 2013 and have been the Chief Technology Officer since then. I am still the Chief Technology Officer.

3. Absen Inc. is a corporation organized and existing under the laws of Delaware.

4. Absen Inc.'s principal place of business located at 7120 Lake Ellenor Dr., Orlando, FL 32809.

5. Absen Inc. is a wholly-owned subsidiary of Shenzhen Absen Optoelectronic Co. ("Absen Opto").

6. As of the filing of the complaint (March 27, 2018), Absen Inc. had no physical operations or place of business in the Eastern District of Texas, and did not own or lease any offices or facilities or property in the Eastern District of Texas. Those facts remain true as of the filing of this motion. Absen, Inc. has one employee that lives in Anna, Texas but no regular established place of business in the District. That employee does not keep inventory of Absen products in the Eastern District of Texas.

7. I understand that in its Complaint in this case, Ultravision is accusing the Absen X and Xv series of products of infringement. Absen Inc. employees with knowledge of the Absen X and Xv series of products would reside in Florida. Documents of Absen Inc. related to the Absen X and Xv series of products would be located in Florida. Three employees of Absen Inc. with knowledge of the structure, operation and sales of the Absen X and Xv series of products are (1) Xin Yu ( sales engineer) (2) John Murphy (warehouse manager) and (3) Feifan Lu ( senior mechanical designer). All three employees are located at or near Absen, Inc.'s headquarters in Orlando, Florida.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of May, 2019

_Frank Ren 5.30.2019_
Frank Ren