# EXHIBIT 3

**UNITED STATES INTERNATIONAL TRADE COMMISSION**
**Washington, D.C.**

| | |
|---|---|
| **In the Matter of**<br><br>**CERTAIN MODULAR LED DISPLAY**<br>**PANELS AND COMPONENTS THEREOF** | **Investigation No. 337-TA-1114** |

**NOTICE OF COMMISSION DETERMINATION NOT TO REVIEW AN INITIAL**
**DETERMINATION TERMINATING THE INVESTIGATION IN ITS ENTIRETY;**
**TERMINATION OF INVESTIGATION**

**AGENCY:**     U.S. International Trade Commission.

**ACTION:**     Notice.

**SUMMARY:** Notice is hereby given that the U.S. International Trade Commission
("Commission") has determined not to review an initial determination ("ID") (Order No. 29)
terminating the investigation in its entirety based on withdrawal of the operative complaint by
Complainant Ultravision Technologies, LLC of Dallas, Texas ("Ultravision").

**FOR FURTHER INFORMATION CONTACT**: Carl P. Bretscher, Office of the General
Counsel, U.S. International Trade Commission, 500 E Street SW, Washington, DC 20436,
telephone 202-205-2382.  Copies of non-confidential documents filed in connection with this
investigation are or will be available for inspection during official business hours (8:45 a.m. to
5:15 p.m.) in the Office of the Secretary, U.S. International Trade Commission, 500 E Street SW,
Washington, DC 20436, telephone 202-205-2000.  General information concerning the
Commission may also be obtained by accessing its Internet server (*https://www.usitc.gov*).  The
public record for this investigation may be viewed on the Commission's Electronic Docket
Information System ("EDIS") (*https://edis.usitc.gov*).  Hearing-impaired persons are advised that
information on this matter can be obtained by contacting the Commission's TDD terminal,
telephone 202-205-1810.

**SUPPLEMENTARY INFORMATION**:  On May 31, 2018, the Commission instituted this
investigation based on a complaint (and amendment and supplement thereto) filed by
Ultravision.  83 FR 25044 (May 31, 2018).  The amended and supplemented complaint alleged a
violation of 19 U.S.C. 1337, as amended ("Section 337"), in the importation into the United
States, sale for importation, or sale within the United States after importation of certain modular
LED display panels and components thereof that infringe the asserted claims of U.S. Patent Nos.
9,349,306 ("the '306 patent") and 9,916,782 ("the '782 patent").  The Commission's notice of
investigation named forty (40) parties as respondents, including but not limited to Shanghai
Sansi Electronic Engineering Co., Ltd. and Sansi North America, LLC (collectively "Sansi"), the
subjects of the present ID.  *Id.*; Order No. 29 at 2.  The Office of Unfair Import Investigations
("OUII") was also named as a party to the investigation.

The Commission determined not to review previous IDs that partially terminated the investigation with respect to certain patent claims or certain parties. *See, e.g.*, Comm'n Notice (Nov. 19, 2018); Comm'n Notice (Oct. 2, 2018); Comm'n Notice (Sept. 28, 2018); Comm'n Notice (July 24, 2018). The Commission also determined not to review previous IDs that found certain respondents in default. *See, e.g.*, Comm'n Notice (Sept. 26, 2018); Comm'n Notice (Sept. 18, 2018); Comm'n Notice (Sept. 17, 2018).

On November 27, 2018, Ultravision moved to terminate the investigation in its entirety based on its withdrawal of the amended complaint, the operative complaint in this investigation. Order No. 29 at 1. Consistent with Commission Rule 210.21(a)(1), Ultravision stated in its motion that it had entered into a confidential term sheet agreement with Sansi. *Id.* at 2.

On November 30, 2018, OUII filed a response supporting the motion. *See id.* at 1. No other party filed a response to the motion.

On January 31, 2019, the ALJ issued the subject ID granting the motion and finding no "extraordinary circumstances that warrant denying the motion" under Commission Rule 210.21(a)(1), 19 CFR 210.21(a).

No party filed a petition seeking review of the subject ID.

Upon review of the entire record, including the ALJ's ID, the Commission has determined not to review the subject ID. The investigation is hereby terminated in its entirety.

The authority for the Commission's determination is contained in Section 337 of the Tariff Act of 1930, as amended (19 U.S.C. 1337), and in part 210 of the Commission's Rules of Practice and Procedure (19 CFR part 210).

By order of the Commission.

Lisa R. Barton
Secretary to the Commission

Issued: February 21, 2019

2

**CERTAIN MODULAR LED DISPLAY PANELS**                    Inv. No. 337-TA-1114

<u>**PUBLIC CERTIFICATE OF SERVICE**</u>

I, Lisa R. Barton, hereby certify that the attached **NOTICE** has been served by hand upon the Commission Investigative Attorney, **Yoncha Kundupoglu, Esq.**, and the following parties as indicated, on **February 22, 2019**.

Lisa R. Barton, Secretary
U.S. International Trade Commission
500 E Street, SW, Room 112
Washington, DC  20436

<u>**On Behalf of Complainant Ultravision Technologies, LLC:**</u>

Jonathan J. Engler, Esq.                           ☐ Via Hand Delivery
**ADDUCI, MASTRIANI & SCHAUMBERG LLP**             ☐ Via Express Delivery
1133 Connecticut Avenue, NW, 12th Floor            ☒ Via First Class Mail
Washington, DC 20036                               ☐ Other:_____

<u>**On Behalf of Respondents CreateLED Electronics Co., Ltd.,**</u>
<u>**CreateLED USA LLC, Sansi North America, LLC, Shanghai**</u>
<u>**Sansi Electronic Engineering Co., Ltd., Yaham**</u>
<u>**Optoelectronics Co., Ltd. and Yaham LED USA, Inc.:**</u>

Bas de Blank, Esq.                                 ☐ Via Hand Delivery
**ORRICK HENDERSON & SUTCLIFFE, LLP**              ☐ Via Express Delivery
1000 Marsh Road                                    ☒ Via First Class Mail
Menlo Park, CA 94025                               ☐ Other:_____

<u>**On Behalf of Respondents Shenzhen Absen Optoelectronic**</u>
<u>**Co., Ltd. , Absen, Inc., NanoLumens, Inc., and Formetco, Inc.:**</u>

Patrick J. McCarthy, Esq.                          ☐ Via Hand Delivery
**GOODWIN PROCTER LLP**                            ☐ Via Express Delivery
901 New York Avenue, NW                            ☒ Via First Class Mail
Washington, D.C. 20001                             ☐ Other:_____

<u>**On Behalf of Respondent GoVision, LLC:**</u>

Thomas L. Jarvis, Esq.                             ☐ Via Hand Delivery
**WINSTON & STRAWN, LLP**                          ☐ Via Express Delivery
1700 K Street NW                                   ☒ Via First Class Mail
Washington, DC 20006                               ☐ Other:_____

**CERTAIN MODULAR LED DISPLAY PANELS**      **Inv. No. 337-TA-1114**

Certificate of Service – Page 2

**On Behalf of Respondents NEC Display Solutions, Ltd., and NEC Display Solutions of America, Inc.:**

David L. Witcoff, Esq.
**JONES DAY**
77 West Wacker, Suite 3500
Chicago, IL 60601

☐ Via Hand Delivery
☐ Via Express Delivery
☒ Via First Class Mail
☐ Other:_____

**On Behalf of Respondent LEDMan Optoelectronic Co., Ltd.:**

S. Alex Lasher, Esq.
**QUINN EMMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, DC 20005

☐ Via Hand Delivery
☐ Via Express Delivery
☒ Via First Class Mail
☐ Other:_____

**On Behalf of Respondents Shenzhen Liantronics Co. Ltd., Liantronics, LLC, Unilumin Group Co., Ltd., Shenzhen AOTO Electronics Co., Ltd., AOTO Electronics (US) LLC., Leyard Optoelectronic Co., Leyard American Corporation, Glux Visual Effects Tech (Shenzhen) Co. and Unilumin LED Technology FL LLC**

E. Robert Yoches, Esq.
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, D.C. 20001

☐ Via Hand Delivery
☐ Via Express Delivery
☒ Via First Class Mail
☐ Other:_____

**On Behalf of Respondents Prismaflex International France S.A.and Prismaflex USA, Inc.**

Jacob S. Wharton, Esq.
**WOMBLE BOND DICKINSON LLP**
1 W. 4th Street
Winston-Salem, NC 27101

☐ Via Hand Delivery
☐ Via Express Delivery
☒ Via First Class Mail
☐ Other:_____

**On Behalf of Respondent Vanguard LED Displays, Inc. and digiLED (UK)::**

Michael J. Collins, Esq.
**COLLINS EDMONDS &SCHLATHER, PLLC**
1616 S. Voss Road, Suite 125
Houston, TX 77057

☐ Via Hand Delivery
☐ Via Express Delivery
☒ Via First Class Mail
☐ Other:_____

**CERTAIN MODULAR LED DISPLAY PANELS**                    **Inv. No. 337-TA-1114**

Certificate of Service – Page 3

**<u>Respondents:</u>**

Rocketsign Hong Kong Ltd.                     ☐ Via Hand Delivery
RM 1601, The Sun's Group Center               ☐ Via Express Delivery
Cloucester Road 200                           ☒ Via First Class Mail
Hong Kong                                     ☐ Other:_____