# EXHIBIT 7



CAT–LED-MAY18–GB

MAY 2018

ITC-PRI_INT'L0000001

# TOMORROW'S COMMUNICATION

# WILL BE DIGITAL!

From the very outset, 30 years ago, we have continued to focus on our commitment to our clients and the quality of our products.

Prismaflex International has become a market leader in the design and manufacture of traditional and digital advertising supports and wide format digital printing solutions. This twofold expertise is also available worldwide through our 10 international subsidiaries covering each continent.

Innovation, commitment and a real sense of responsibility best describe the mindset of our company that anticipated the digital revolution for the outdoor advertising market.

Prismaflex International quickly made a name for itself on the OOH advertising market and is the only French company to have its own LED module production units, in Shenzhen, China, and in Boulder, Colorado, USA.

As the designer, manufacturer and expert in the integration of LED screens in innovative displays the Group has become a preferred partner for professionals of the advertising world and the mass retail sector. We also offer high-end and creative technical assistance and support for all new digital communication projects.

Everything digital has rewritten the codes for OOH communication, expectations have evolved and digital signage has become part and parcel of the OOH advertising landscape.

*« Inventing and imagining communication trends for tomorrow! »*

**Pierre-Henry Bassouls**
Founder and CEO, Prismaflex International



SERVICE

ITC-PRI_INT'L0000002

# INNOVATIVE · COMMITTED · RESPONSIBLE



**350 EMPLOYEES**



**200 PRODUCTS**



**3 years**

## AN INTERNATIONAL GROUP WITH LOCAL ROOTS

Founded in France 30 years ago, Prismaflex has become an international group specialising in the provision of products for the OOH advertising market with over 350 employees operating its 10 international subsidiaries.

From the outset, as specialists in the design and manufacture of street furniture and advertising solutions, Prismaflex wanted to maintain full control of every aspect of the production process meaning that the consistency and quality of the products designed exclusively for the OOH advertising market is ensured for the two European production plants.

Two new LED production plants has joined recently the Group: in China, Prismatronic China, and in the USA, Anthem Displays. With them, Prismaflex completes its manufacturing base and means to be able to propose the OOH advertising market a full line of integrated LED screen solutions



**10 SUBSIDIARIES**



**30 YEARS' EXPERIENCE**



**55 MILLION EUROS TOTAL SALES**

**LED screens designed and manufactured**
by our Prismaflex factories China(SMD) & USA(THD)



**BBM:**
patented sign
**monitoring system**



**CERTIFIED**
Compliant with
**international standards**



**A network of 300 signs**
for Ströer in Germany



LED screens fully integrated
into **structures designed and manufactured in our European factories**



**A service desk**
running worldwide



ITC-PRI_INT'L0000003

# PRISMAFLEX INTERNATIONAL TIMELINE:



## UNMATCHED EXPERTI
## IN INNOVATION

**1988**
CREATION OF
PRISMAFLEX

**1992**
CREATION OF
SUBSIDIARIES
IN UK AND SPAIN

**1993**
MONOCHROME LIT
PRISMATRONIC

**1995**
3-COLOUR
PRISMATRONIC

**1999**
CANADA SUBSIDIARY
OPENS

**2000**
SWEDISH
SUBSIDIARY

**2001**
SUBSIDIARIES IN
USA AND RSA

**2007**
PRISMATRONIC LED
DISPLAY
1ST GENERATION

**2008**
DEVELOPMENT OF
PRISMATRONIC BBM



Prismatronic P6 2m² -Network- Barcelone - Spain



Prismatronic P8 6m² wall units - synchronised - France





Prismatronic P10 - 81m²
South Africa



Prismatronic P3.8 - Hanging Die-Cast
4m² - Mall Centres - Australia



Prismatronic - P6 - 9m² & 11m² - Network of 300
signs Germany



Prismatronic P8 6m²-synchronised - Paris - France

ITC-PRI_INT'L0000004



**SE**

**2010**
GERMAN SUBSIDIARY WITH ACQUISITION OF DISTEC

**2013-2014**
PRISMATRONIC LED DISPLAY COUNTS FOR 10% OF GROUP'S TOTAL SALES

**2014**
SUBSIDARY IN RUSSIA

2015
PRISMACHINA IN SHENZHEN

**2017**
PRISMATRONIC DEVELOPMENTS: "SEALED MODULES" RANGE AND C14

**2018***
LED SALES = 25% TURNOVER
ACQUISITION OF ANTHEM DISPLAYS
OPENING OF AUTOMATED
PRODUCTION PLANT

**PRISMATRONIC**
**CHINA**

*2018: LED sales represent 25% of global turnover, 120% growth. Acquisition of Anthem Displays and its production plant in Colorado (USA).
Opening a fully automated production plant for sealed modules in China; Prismaflex has a control position in Prismatronic China.



Prismatronic P8 Double sided - 6m² - France



Prismatronic Indoor P6 7m²- Stockholm - Sweden



Prismatronic P8 6m² - Double sided- France



Prismatronic Indoor P3,9 1,5m² - Integrated into a structure designed by Fontaineo - France



Prismatronic P6 2m² - Paris Design - France



Prismatronic P10 - 12,4 x 3,2 m - Australia



Prismatronic P10 - C14 - 6000x3600 mm - Russia

ITC-PRI_INT'L0000005



# PRISMATRONIC

# DIGITAL OUT-OF-HOME ADVERTISING: FROM MASS MEDIA TO PERFORMANCE MEDIA.



DOOH advertising is the ultimate solution and has been growing significantly for a number of years.

Today, it represents already 9% OOH advertising in France, and also 39% in the United Kingdom, 24% in the USA and 15% in Germany.

## $16 BILLION
worlwide advertising revenue in 2018 for DOOH (Global Digital Out-of-Home Media Forecast 2014-18 of PQ Media)

## +50%
of OOH advertising investments in the EU concern digital solutions.

## 15.5%
Dynamic display growth in 2017 in terms of advertising revenue in France according to an IREP survey

## 40 000
Screens in France. The nationwide coverage is intensifying fast.

## PEOPLE LIKE DOOH ADVERTISING

DOOH can be broken down into two categories:

- Traffic DOOH (train stations, subways, car parks, streets...) that targets a mobile audience.
- Wait-marketing DOOH that targets a more static audience (airport lounges, medical centres, pharmacies, taxi ranks...)

Digital advertising is much appreciated by consumers who claim (85% of those questioned) it arouses curiosity and reduces any impression of waiting. They also believe this eye-catching media improves brand image. Average recall is 83%, largely due to message repetition, a key success factor for digital advertising.







The advantage of digital advertising solutions is format and positioning flexibility, whether indoor or outdoor.

5

ITC-PRI_INT'L0000006



# 7 KEYS POINTS
## FOR A SUCCESSFUL DIGITAL PROJECT



WITH OVER 30 YEARS' EXPERIENCE OUR
DIGITAL EXPERTS CAN HELP YOU CHOOSE
THE LED SOLUTION YOU NEED.

6

ITC-PRI_INT'L0000007



ITC-PRI_INT'L0000008



# PRISMATRONIC

TECHNOLOGY

OPTIONS .......................................... P9

PRISMAFLEX EXPERTISE ................ P17

INDOOR RANGE ........................... P33

SMD OUTDOOR RANGE .................... P39

THD OUTDOOR RANGE ..................... P49

ADDITIONAL SERVICES ........................ P53

ITC-PRI_INT'L0000009





# TECHNOLOGY

# OPTIONS

ITC-PRI_INT'L0000010







## OUR SELECTED LED LAMP SUPPLIERS

To ever better satisfy our clients we have selected the very best in LED suppliers: NationStar, CREE, NVA (Narrow Viewing Angle).

| | NationStar | CREE | NVA |
|---|---|---|---|
| Price - quality ratio | + + + | + + | + + |
| LED brightness | + + | + + + | + + |
| LED brightness after calibration | + + | + + + | + + |
| Max power consumption | + + | + + + | + + + |
| Average power consumption | + + | + + + | + + + |
| Corresponding LED technology | SMD | SMD & THD | THD |
| Corresponding pitches | P1.5 - P1.9 P2.3 - P2.8 P3.8 - P3.9 P4.8 - P5.6    P4 - P6 P8 - P10 | P6, P8 and P10 | P16 and P20 |
| Recommended usage |   |   |  |

10

ITC-PRI_INT'L0000011











# NORMS AND CERTIFICATIONS

## PRISMATRONIC COMPLIES WITH WORLDWIDE RECOGNISED CERTIFICATIONS

Respect for the environment has been a priority for Prismaflex International for a number of years.

We adhere to standards imposed by different countries for all advertising displays.

Our Prismatronic displays are therefore guaranteed to meet all applicable standards and regulations.

Prismaflex International can provide you with an LCA (Life Cycle Analysis) for all our PRISMATRONIC LED products.

Prismaflex printing departement was awarded the ISO 14001 accreditation in 2011.





11

ITC-PRI_INT'L0000012




EMC Certification at cabinet level   EMC Certification for the full-sign in real outdoor operating conditions

# FOCUS ON ELECTROMAGNETIC COMPATIBILITY (EMC)

## EMC: THE EU DIRECTIVE ON ELECTROMAGNETIC COMPATIBILITY

Prismaflex fully respects the EMC business conduct guidelines for electromagnetic environmental guidelines.

Prismaflex LED screens are designed and manufactured in accordance with current international standards.

For instance, Electromagnetic Compatibility (EMC) certification is based on the application of clearly defined standards.

In line with these standards, all our Prismatronic displays operate in their own electromagnetic environment without introducing unacceptable electromagnetic disturbances to other equipment in the same vicinity.

The signs are tested at cabinet level and also for the full-sign in real outdoor operating conditions.





EMC certification issued by leading European laboratories, EMITECH and METRACEM



12

# PRISMATRONIC

## SMD OR THD ?

**SMD & THD TECHNOLOGIES ARE USED ACCORDING TO DISPLAY FORMAT AND OPTIMAL VIEWING DISTANCE.**



| LED / Pitch | 1,5 à 2,8mm | 3,8 à 4,8mm | 5,6 et 6mm | 8mm | 10mm | 16mm | 20mm |
|---|---|---|---|---|---|---|---|
| SMD | ● | ● | ● | ● | ● | ● | - | - |
| THD | - | - | - | - | ● | ● |
| Indoor | ▭ | ▭ | ▭ | - | - | - | - |
| Outdoor | - | ▭ | ▭ | ▭ | ▭ | ▭ | ▭ |

Two LED technologies are available:

• SMD (Single Mounted Device) = the three light sources, red, green and blue are assembled in the same unit that is welded to the front of the printed circuit thereby improving LED power. The most advanced technology on the market today.

• With THD technology (Through Hole Devices) the 3 light sources (red, green, blue) are assembled side by side in separate units.

| | PRISMATRONIC CHINA SMD | | AD ANTHEM DISPLAYS A PRISMAFLEX COMPANY THD |
|---|---|---|---|
| | | | |
| Visual quality | Better contrast Greater viewing angle | | Higher brightness |
| Video performance | Better processing and colours | | Higher refresh rate |
| Operation | Lower power output | | Higher power output |
| Durability | | | Higher lifespan and UV protection |
| Versatility | More applicable pitches | | |
| Corresponding pitches | P1.5, P1.9, P2.3, P2.8, P3.8, P3.9, P4.8, P5.6 | P4, P6, P8 and P10 | P16 and P20 |
| Use | IN DOOR | OUT DOOR | OUT DOOR |

13

ITC-PRI_INT'L0000014





# SOFTWARE FUNCTIONAL COMPARISONS

| | **BBM** | **NOVA** |
|---|---|---|
| EMC certification | Certification issued by a leading European laboratory | Certification issued by a Chinese laboratory |
| Screen performance preview, history, summary | Yes | Yes |
| Automatic actions | Auto dimming in high temperature locations | No |
| Automatic alerts | Yes, for controller, scan board, DVI connection, cable connection defects | Yes, for controller, scan board, DVI connection, cable connection defects |
| Defective module monitoring | Yes (power input control) | No |
| Fan control | Speed and defect monitoring | No |
| Power management | Power input and module level | Cabinet level |
| Temperature management | Module level | No |
| Color and brightness calibration | On-site with camera | No |
| Temperature Range | -20°C to 40°C | -20°C to 40°C |

14

ITC-PRI_INT'L0000015



# PRISMATRONIC

# FOCUS ON BBM: PRISMATRONIC BILLBOARD MANAGER



## BBM CONTROL SOFTWARE

- Improved monitoring accuracy.
- Remote failure detection at module level.
- Online control.
- Graphic interface displaying measured results of screen health.



### A focus on sustainability

- Ultra low power consumption.
- Life Cycle Environmental Assessment.
- Ambient & night light sensor redundancy.
- Divided data / power shielded cabling.
- EMC certified.
- Fibre optic data transmission.





### A lifetime of outstanding quality

- Lifetime of sustained color uniformity.
- Lifetime of sustained brightness.
- Highest quality certified components.
- Factory calibration and onsite recalibration capabilities at module level.
- Module level RGB color channel aging regulator.
- Extreme stress tests (high pressure water, extreme heat, extreme cold, vibration, UV).
- Signal and power redundancy..

## DATA COMMUNICATION MONITORING: CRC AND FRAME COUNTERS.

- Each individual module is equipped with communication data analysis feature
- CRC and frames counters are used for diagnosis purpose, as an accurate investigation tool on data communication to check if the data are running properly between modules and between the PC and the modules.
- CRC will analyse if the data received by each modules are correct or not.
- Frame counters will analyse if each module received the right quantity of data.



15

ITC-PRI_INT'L0000016

### In-depth remote service

• Module level adjustment for each RGB colour channel.

• True colour and brightness calibration.

• Firmware and software upgrades.

• Automatic adress re-addressing.

• Remote reboot capabilities.

• UPS battery back-up.



## EXCLUSIVE DEFECTIVE MODULES ANALYSIS

BBM gives the user the flexibility to decide if the software should send alarms in the case of defective module detection. The software can also allow the user to decide how the alarms should be sent.

BBM can show the measurement results in graphic form, making it easier for the user to locate the position of the defective modules.

BBM can give the analysed result in WHITE, RED, GREEN, BLUE & BLACK.

*/The colour red represents the defective modules/*



### 24/7 Monitoring & diagnostics

• Real time display operating status (system performance & content display).

• 24/7 monitoring with instant alerts.

• Geo mapping, event tracking and asset life history through secured portal.

• Direct M2M real time data transmission.

## ASSET TRACKER



*Example of a personalised follow-up*

## TEMPERATURE MONITORING AT MODULE LEVEL

• Each individual module is equipped with a temperature sensor

• Temperatures at module level are reported to BBM server and are remotely accessed.







PRISMAFLEX

EXPERTISE

ITC-PRI_INT'L0000018

# PRISMATRONIC



PrismatronicChina: 4,000 m² devoted to the production of modules in Shenzhen, the Chinese hi-tech capital.

## PRISMAFLEX CONTROLS THE FULL SMD PRODUCTION PROCESS THANKS TO ITS AUTOMATED CHINA-BASED FACTORY!



Two production lines equipped with the latest state-of-the-art technology:

- Middle speed SMT line.
- High-speed SMT line.

Fully automated Module line, frame mounting, silicon potting and shader mounting.

Large and flexible volume production capacity: 25,000m² / year or 2,000m² / month.

Extremely high production rates.

Strict quality control performed by Prismaflex:

- Visual quality control.
- Inline soldering control.
- RoHs compliant soldering.



Prismaflex is the only European manufacturer of LED billboards to have its own China-based production site. Guaranteeing controlled quality and traceability.

18

# PRISMATRONIC



Anthem Displays: an american factory to enhance our industrial know-how.

# PRISMAFLEX CONTROLS THE FULL THD PRODUCTION PROCESS THANKS TO ITS USA-BASED FACTORY!



A partner with a state of the art us production:

- Highly automated manufacturing line.
- Proprietary electronics and firmware designed and built under the same roof.
- Over 40 years of experience in the outdoor industry.

More than just a manufacturer, a local solution:

- System, software and certification training for US consumer.
- North Carolina based customer service and support center.
- On-site technical support

Strict quality control performed by Prismaflex:

- Visual quality control.
- Inline soldering control.
- RoHs compliant soldering. 
- Traceability.

19

ITC-PRI_INT'L0000020



## ARMORED TILES
### IRON-CLAD PERFORMANCE

- Fully sealed LED modules offer a 100% barrier against moisture
- Only two connections per module
- Quick release front & rear service modules with convenience handle
- Fully redundant power & data
- Monitoring, diagnostics & alerts
- Remote access & reboot capability

HIGHEST QUALITY LEDS & COMPONENTS

EXCLUSIVE SHADER DELIVERS THE HIGHEST IMAGE CONTRASTE

MEETS BRIGHTNESS & VISUAL REQUIREMENTS OF THE OOH INDUSTRY

ULTRA-LOW POWER CONSUMPTION



## PRECISION CABINETS
### DESIGNED FOR OOH

- Direct-to-upright mount
- One piece cabinet lifts for Bulletins, Junior Bulletins & Posters
- Cabinet integrated camera arm connection - mount & aim before you lift



20





C14 structure

BBM (SMD)
sealed module with
integrated power supply

NOVA (SMD)
sealed module

ANTHEM DISPLAY
(THD)
sealed module

Available
for all
Prismatronic
P4 to P20
units.

# C14 CABINET :

## «SEALED MODULE» + MODULAR STRUCTURE

- **Complete service:** in-house testing, IP rating, aging and calibration, after sales service and technical support all available at our headquarters in France.

- **Outstanding value for money** thanks to its aluminium extrusion (Made in France).

- **Easy Maintenance:**
  - Access from the rear (free-standing versions) with a printed or blank mesh zipped to the back of the sign.
  - Access from the front for wall-units.

- **Efficient airflow management** thanks to the fans integrated in the cabinet. A smart heat management system together with the low power consumption means that no fans or filters are required in the P16 and P20 Prismatronic units.

- **Perfect finish:** optional sliding rear doors (free-standing units).

21

ITC-PRI_INT'L0000022



FPGA Card

IP 67 connection box

Power supply

Optical fiber link (BBM controller)

RJ45 link (NOVA controller)

Module body

Shader

## « SEALED MODULE » : 400 X 400 MM

- **IP 67 connection box** where the FPGA card is located along with an integrated power supply, one data and one power cable.

- **Silicone potted** front and thermal conductive resin back for effective heat dissipation and damp proofing.

- Controller connection is via an **optical fiber**.

- Plastic UV resistant protective cover.

- Ultra-efficient **low consumption**.

## MODULAR STRUCTURE

**Modularity:** Cabinets can be assembled either vertically or horizontally.

Thanks to its modular structure, the C14 fits all existing billboard formats.





Perfect fit!
Connecting piece
to join cabinets
togethers.

22

ITC-PRI_INT'L0000023



# PRISMATRONIC

## C14 CABINET: MANY APPLICATIONS

### C14 RETROFIT

Utilisation of existing traditional free-standing billboards for the inclusion of an LED screen.

- Optimisation of existing hardware.
- Hook up operations and required administrative procedures already complete.
- Cost-effective.





### C14 MONOBLOC WALL UNIT



C14 modular structure

C14 assembled sealed modules

23

ITC-PRI_INT'L0000024

## C14 MONOBLOC FREE-STANDING UNIT



C14 Monobloc Free-standing unit
Back structure with C14 Sealed modules

C14 Monobloc Free-standing unit.
Front with support for shipping rack

C14 Monobloc Free-standing unit
with COOLA stand and zipped mesh back

## C14 FREE-STANDING LARGE FORMAT (LF)



C14 Free-standing LF
Front view

C14 Free-standing LF
Rear view
Sliding doors

C14 Free-standing LF
Rear view and IP 67
connection box

24

# PRISMATR⬤NIC

## PRISMAFLEX STRENGTH:
## INTEGRATION OF LED MODULES IN DESIGNED HOUSING



LED SCREEN

+

STRUCTURE

=

THE LED DISPLAY FOR
OOH COMMUNICATION



**2 LED production plants**

PRISMATR⬤NIC
CHINA

AD ANTHEM DISPLAYS
A PRISMAFLEX COMPANY

European Design



**PRISMAFLEX®**
INTERNATIONAL

ITC-PRI_INT'L0000026

As a market leader in the design and manufacture of digital displays and street furniture, Prismaflex International is one of only a few suppliers of solutions on the DOOH market to integrate LED screen into its advertising displays.



LED modules integrated into street furniture (Small range).

Complete cabinets integrated into street furniture (Mid range).

LED modules integrated into a grid. Formation for large-format displays (Large range).

**SEVERAL INTEGRATIONS**

The LED modules are produced in the state-of-the-art brand new factories, Prismatronic China (Shengzhen) & Anthem Displays (Colorado) while the design and quality control operations are all performed in Europe.



| PARIS Design | RIO Design + TRIGA Pole | OSLO Design | Wall Unit |
| COOLA Pole | IDDA Pole | Round Pole | |





**European Production**



ITC-PRI_INT'L0000027

# PRISMATR⬤NIC

# STRUCTURES AND DESIGNS

Prismaflex International is one of the market leaders in the design and manufacture of indoor and outdoor advertising supports.
Our in-house R&D team is continually striving to enhance and expand our range of products.
Below is a selection of our most distinctive designs.
All of our products can be tailored to your requirements in order to deliver a unique bespoke solution to your communication needs.

| | PARIS Design | RIO Design + TRIGA Pole | OSLO Design |
|---|---|---|---|
| **Design** |  |  |  |
| **Description** | • Freestanding structure, with a centered monopole,<br><br>• Delicate design.<br><br>• Available for a 2m² LED screen. | Freestanding Clock structure, with a round pole for a 2m² LED screen.<br><br>• Side A for integration of a 2m² LED screen + LED banner 1152 x 288mm.<br><br>• Side B with a 2m² LED screen or a static or scroller display + LED banner 1152 x 288mm. | • Freestanding angled structure, with centered monopole.<br><br>• Available for a 2m² LED screen |
| **Options available** | • Single sided: back with static display | • Clock.<br><br>• Double sided: second side with LED screen or static or scroller display | • Single sided: back with static display.<br><br>• Company banner display at the bottom of the screen.. |
| **Drawing** | | | |

27

ITC-PRI_INT'L0000028

| Wall Unit | COOLA Pole | IDDA Pole | Round Pole |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Wall structure with the integration of a 6m² to 12m² LED screen (front access for easy maintenance).. | • Freestanding structure with a centered COOLA pole<br>• Right or left position.<br>• For the integration of a 6 to 12m² prismaflex LED screen. | • Freestanding structure with a centered IDDA pole.<br>• For the integration of a 6 to 12m² prismaflex LED screen. | • Freestanding structure with a round pole.<br>• For the integration of a 6 to 12m² prismaflex LED screen. |
| Design RIO 2 m² | • Single sided: back with static display<br>• Double sided with 2 6m² LED screens.<br>• Optional LED lit logo. | • Single sided: back with static display<br>• Double sided with 2 6m² LED screens. | • Single sided: back with static display<br>• Double sided with 2 6m² LED screens. |






28

ITC-PRI_INT'L0000029

# PRISMATRONIC





◀ Modularity                                        ▲ Front access

# DIE CAST CABINET:
# DESIGNED TO EASILY IMPROVE YOUR COMMUNICATION!
## AN ULTRA-HIGH RESOLUTION THAT OFFERS UNPARALLELED IMAGE QUALITY FOR YOUR INDOOR CAMPAIGNS: SHOPPING MALLS, AIRPORTS, TRAIN STATIONS

- **High resolution:** Indoor Prismatronic displays are available from a 1.5 mm to a 5.6 mm pitch.
- **Modularity:** the new Die-Cast cabinets are easy to assemble and fully interlockable allowing you to create the size of unit that you require.
- **Easy maintenance** with front and rear service access.
- **High quality:** state-of-the-art, in-house production is achieved by using the industry's finest components and equipment for premium quality LED screens.
- **Tough and lightweight** moulded Die Cast structure.
- **Aesthetically pleasing: the moulded aluminium structure perfectly aligns** the modules so there are no visible joins.
- **Ultra-flat** screen.
- **Adapted to your needs:** our Die Casts can be used with our hanging, wall-mounted or free-standing Prismatronic Indoor LED displays.



Free standing display



Hanging display



Wall display

29

ITC-PRI_INT'L0000030



## OUR LATEST DIE CAST 500 X 500 IS PERFECTLY SUITED TO YOUR NEEDS.

- **Even lighter and ultra-slim**, the structure is extremely discrete putting the full light on your images.
- The squared format offers even **greater flexibility** to screen formats.
- **Exclusive:** the LED modules are held in place using a smart and simple system of magnets.

| | 500x500 mm Die Cast Cabinet | 608x342 mm Die Cast Cabinet |
|---|---|---|
| |  |  |
| Available pitches | 2.8 mm<br>3.9 mm<br>4.8 mm | 1.5 mm<br>1.9 mm<br>2.3 mm<br>3.8 mm<br>5.6 mm |

30

ITC-PRI_INT'L0000031

# PRISMATRONIC



# DIGITAL BANNER :
## HIGH DEFINITION, PLACE WHERE YOU PLEASE LED DISPLAY

1 m² single-sided free-standing, framed or hanging LED screen with a 2.5 pitch for indoor use.

• Simple yet eye-catching communication.

• Compact and lightweight (just 32 kg) making it easy to move around. The foldaway stand means you can place it almost anywhere.

• Its brightness (1,500 nits) is three times greater than an LED screen while the power consumption remains low (200 W / m²).



The screen can be controlled using a PC or tablet and a Wi-Fi connection, USB memory stick or HDMI cable.
Content management has never been simpler:

• With a USB memory stick plugged directly into the Digital Banner itself.

• With an HDMI cable connecting the Digital Banner to your PC or tablet.

• With a Wi-Fi connection for the remote transfer of data from your PC, tablet or smartphone to your Digital Banner.





The optional Vacuum device makes maintenance operations from the front really easy.

31



# FACADE MEDIA RANGE

P16 or P20 LED screen for outdoor use.

- The exclusive lightweight aluminium structure means the screen can be adapted to fit all 'monumental' outdoor communication. Ideal for full-covering projects and light festivals.

- Ventilated structure and high level of brightness.

- Super slim, the screen is 30 to 60% lighter than a normal screen, reducing shipping and installation costs.

- Quick and easy to install: just 10 seconds needed with the right tools to remove or add a cabinet.

- Transparency rate for P16 version: 43

| | P16 | P20 |
|---|---|---|
| Standard cabinet sizes (mm) | 1000 x 500 x 60 | 1000 x 500 x 60 |
| Cabinet weight | 8.3 kg | 7.8 kg |
| Pixel density / m² | 3,600 | 2,500 |
| Brightness (cd / m²) | 6,500 | 6,500 à 9,000 |
| Contrast | 3,000:1 | 3,000:1 |
| Maximum power consumption (W / m²) | 400 | 500 |
| Average power consumption (W / m²) | 134 | 167 |
| Lifespan (50 % brightness at end of life) | 80,000 hours | 80,000 hours |

32

# INDOOR RANGE





ITC-PRI_INT'L0000034





# INDOOR RANGE

ITC-PRI_INT'L0000035

# PRISMATRONIC

# INDOOR RANGE





608 mm

342 mm

## Description :

LED screens with SMD technology and Die-cast structure, from 1.5 mm to 6.25 mm pitch.

The indoor range of displays can be used as wall units, hanging units or single or double-sided free-standing displays.

Indoor Prismatronic displays can be tailored to your needs thanks to the two existing sizes of the Die-Cast module:

- 500 x 500 mm,
- 608 x 342 mm.

A Prismatronic display that is as discreet as it is eye-catching.

## Applications and advantages :

- Designed for indoor communication.
- Ideal for railway stations, airports and shop windows.
- Tough and lightweight moulded Die Cast structure: slimmer, lightweight and more discreet display.
- Top-quality contrast ratio.
- Outstandind resolution.
- A High Brightness (HB) version is equally available for already well-lit areas.



500 mm

500 mm



33

ITC-PRI_INT'L0000036

# PRISMATRONIC INDOOR 608 X 342
## INDOOR LED DISPLAY WITH 608 X 342 MM MODULES




| Specifications | NOVA | | | | |
|---|---|---|---|---|---|
| **Pitch (mm)** | **1,58** | **1,9** | **2,38** | **3,8** | **5,6** |
| LED technology | SMD | | | | |
| LED supplier | NationStar | | | | |
| Module size (mm) | 608 x 342 | | | | |
| Cabinet standard sizes (mm) | 608 x 342 | | | | |
| Pixel density / sqm | 399 060 | 277 008 | 177 285 | 69 252 | 31 888 |
| Colours | 281 trillion | | | | |
| LED Brightness (nits) after calibration with white balance | 800 | 800 | 1000 | 1200 | 1200 |
| Contrast | 4 000:1 | | | | |
| Max Power consumption (W / sqm) | 800 | 800 | 750 | 750 | 750 |
| Average Power consumptions (W / sqm) | 240 | 240 | 225 | 225 | 225 |
| Lifespan, 50% brightness at end | 80 000 hours | | | | |
| Viewing angle horizontal | 160 | 160 | 160 | 140 | 140 |
| Viewing angle vertical | 160 | 160 | 160 | 120 | 120 |
| Luminosity | Light sensor not included | | | | |
| Connectivity | Lan or 3G Cellular Router | | | | |
| Protection against dust and water | IP30 Front and back | | | | |
| LED configuration | 3 in 1 SMD | | | | |
| Control system | NOVA | | | | |
| EMC (electro-magnetic certification) | Existing with or without EMC certification | | | | |
| Structure | Die cast with front and rear access | | | | |

34

ITC-PRI_INT'L0000037

# PRISMATRONIC

# PRISMATRONIC HB INDOOR 

## PRISMATRONIC HB INDOOR LED DISPLAY WITH MAXIMUM BRIGHTNESS FOR BRIGHTLY LIT LOCATIONS



| Specifications | NOVA | | |
| --- | --- | --- | --- |
| **Pitch (mm)** | **3,91** | **4,81** | **6,25** |
| LED technology | SMD | | |
| LED supplier | NationStar | | |
| Module size (mm) | 500 x 500 | | |
| Cabinet standard sizes (mm) | 500 x 500 | | |
| Pixel density / sqm | 65 410 | 43 222 | 25 600 |
| Colours | 281 trillion | | |
| LED Brightness (nits) after calibration with white balance | 5 000 | | |
| Contrast | 6 000:1 | | |
| Max Power consumption (W / sqm) | 700 | | |
| Average Power consumptions (W / sqm) | 210 | | |
| Lifespan, 50% brightness at end | 80 000 hours | | |
| Viewing angle horizontal | 140 | | |
| Viewing angle vertical | 140 | | |
| Luminosity | Light sensor included | | |
| Connectivity | Lan or 3G Cellular Router | | |
| Protection against dust and water | IP65 Front and IP54 back | | |
| LED configuration | 3 in 1 SMD | | |
| Control system | NOVA | | |
| EMC (electro-magnetic certification) | Existing with or without EMC certification | | |
| Structure | Die-cast struture with rear access | | |

35

ITC-PRI_INT'L0000038

# PRISMATRONIC INDOOR 500 X 500 

## INDOOR LED DISPLAY WITH 500 X 500 MM MODULES





| Specifications | NOVA 🏅 | | |
|---|---|---|---|
| Pitch (mm) | 2,84 | 3,91 | 4,81 |
| LED technology | SMD | | |
| LED supplier | NationStar | | |
| Module size (mm) | 500 x 500 | | |
| Cabinet standard sizes (mm) | 500 x 500 | | |
| Pixel density / sqm | 123 983 | 65 410 | 43 222 |
| Colours | 281 trillion | | |
| LED Brightness (nits) after calibration with white balance | 1200 | | |
| Contrast | 4 000:1 | | |
| Max Power consumption (W / sqm) | 750 | | |
| Average Power consumptions (W / sqm) | 225 | | |
| Lifespan, 50% brightness at end | 80 000 hours | | |
| Viewing angle horizontal | 140 | | |
| Viewing angle vertical | 120 | | |
| Luminosity | Light sensor not included | | |
| Connectivity | Lan or 3G Cellular Router | | |
| Protection against dust and water | IP30 Front and back | | |
| LED configuration | 3 in 1 SMD | | |
| Control system | NOVA | | |
| EMC (electro-magnetic certification) | Existing with or without EMC certification | | |
| Structure | Die-cast struture with rear access | | |

36

ITC-PRI_INT'L0000039

# OUTDOOR RANGE





ITC-PRI_INT'L0000040





SMD RANGE

ITC-PRI_INT'L0000041

# PRISMATR○NIC



# SMD RANGE

**Description :**



4 mm to 10 mm pitch screens with SMD technology.

The SMD technology is the very latest in technologies. The three basic colours (red, green, blue) are grouped and controlled via the same unit.

The SMD range screens can be fitted to our TRIGA, PARIS, OSLO, COOLA, IDDA, Round Pole and wall-unit designs whether single or double-sided according to format.

A Prismatronic display tailored to your needs.

**Applications and advantages:**

- Recommended for 2 to 8 m² outdoor displays.
- SMD technology offers excellent contrast, an optimal light distribution and greater viewing angles.
- Outstanding resolution, from P4 to P10.
- Weather resistant, even in extreme conditions.
- Sealed module available for BBM and NOVA.





39

ITC-PRI_INT'L0000042

# P4SMD-NS

**OUT DOOR**



| Specifications | BBM 🏅 Sealed module | BBM 🏅 Sealed module |
|---|---|---|
| **Pitch (mm)** | **4.16** | **4.16** |
| LED technology | SMD | SMD |
| LED supplier | NationStar | NationStar |
| Module size (mm) | 400 x 400 | 383,3 x 340 |
| Pixel density / sqm | 64 800 | 64 800 |
| Colours | 280 Trillion | 280 Trillion |
| LED Brightness (nits) after calibration with white balance | 6 500 | 6 500 |
| Contrast | 6 000:1 | 6 000:1 |
| Max Power consumption (W / sqm) | 1 064 | 1 064 |
| Average Power consumptions (W / sqm) | 319 | 319 |
| Lifespan, 50% brightness at end (hours) | 70 000 | 70 000 |
| Viewing angle horizontal | 110 | 110 |
| Viewing angle vertical | 110 | 110 |
| Luminosity | Light sensor included | Light sensor included |
| Connectivity | Lan or 3G Cellular Router | Lan or 3G Cellular Router |
| Protection against dust and water | IP65 front and back | IP65 front and back |
| LED configuration | 3 in 1 SMD | 3 in 1 SMD |
| Control system | BBM | BBM |
| EMC (electro-magnetic certification) | Yes | Yes |
| Access | Front and rear access | Front and rear access |

ITC-PRI_INT'L0000043



# PRISMATRONIC

## P6SMD-C



| Specifications | BBM 🏅 Sealed module |
| --- | --- |
| Pitch (mm) | 6 |
| LED technology | SMD |
| LED supplier | CREE |
| Module size (mm) | 400 x 400 |
| Pixel density / sqm | 27 778 |
| Colours | 280 Trillion |
| LED Brightness (nits) after calibration with white balance | 6 000 |
| Contrast | 6 000:1 |
| Max Power consumption (W / sqm) | 738 |
| Average Power consumptions (W / sqm) | 221 |
| Lifespan, 50% brightness at end (hours) | 100 000 |
| Viewing angle horizontal | 140 |
| Viewing angle vertical | 140 |
| Luminosity | Light sensor included |
| Connectivity | Lan or 3G Cellular Router |
| Protection against dust and water | IP65 front and back |
| LED configuration | 3 in 1 SMD |
| Control system | BBM |
| EMC (electro-magnetic certification) | Yes |
| Access | Front and rear access |

41

# P6SMD-NS



| Specifications | BBM* Sealed module | NOVA* Sealed module |
|---|---|---|
| Pitch (mm) | 6 | 6,25 |
| LED technology | SMD | SMD |
| LED supplier | NationStar | NationStar |
| Module size (mm) | 400 x 400 | 400 x 400 |
| Pixel density / sqm | 27 778 | 25 600 |
| Colours | 280 Trillion | 281 Trillion |
| LED Brightness (nits) after calibration with white balance | 6 000 | 6 000 |
| Contrast | 6 000:1 | 6 000:1 |
| Max Power consumption (W / sqm) | 752 | 750 |
| Average Power consumptions (W / sqm) | 225 | 225 |
| Lifespan, 50% brightness at end (hours) | 70 000 | 70 000 |
| Viewing angle horizontal | 110 | 140 |
| Viewing angle vertical | 110 | 90 |
| Luminosity | Light sensor included | Light sensor included |
| Connectivity | Lan or 3G Cellular Router | Lan or 3G Cellular Router |
| Protection against dust and water | IP65 front and back | IP65 front and back |
| LED configuration | 3 in 1 SMD | 3 in 1 SMD |
| Control system | BBM | NOVA |
| EMC (electro-magnetic certification) | Yes | Yes |
| Access | Front and rear access | Front and rear access |

*Also available in the previous non-sealed version

42

ITC-PRI_INT'L0000045



# PRISMATRONIC

## P8SMD-C

**‹ OUT DOOR ›**



| Specifications | BBM 🏅 - Sealed module |
|---|---|
| **Pitch (mm)** | 8 |
| LED technology | SMD |
| LED supplier | CREE |
| Module size (mm) | 400 x 400 |
| Pixel density / sqm | 15 625 |
| Colours | 281 Trillion |
| LED Brightness (nits) after calibration with white balance | 6 000 |
| Contrast | 6 000:1 |
| Max Power consumption (W / sqm) | 738 |
| Average Power consumptions (W / sqm) | 221 |
| Lifespan, 50% brightness at end (hours) | 100 000 |
| Viewing angle horizontal | 140 |
| Viewing angle vertical | 140 |
| Luminosity | Light sensor included |
| Connectivity | Lan or 3G Cellular Router |
| Protection against dust and water | IP65 front and back |
| LED configuration | 3 in 1 SMD |
| Control system | BBM |
| EMC (electro-magnetic certification) | Yes |
| Access | Front and rear access |

43

ITC-PRI_INT'L0000046

# P8SMD-NS





| Specifications | BBM*<br>Sealed module | NOVA*<br>Sealed module | NOVA*<br>Sealed module |
|---|---|---|---|
| Pitch (mm) | 8 | 8 | 8 |
| LED technology | SMD | SMD | SMD |
| LED supplier | NationStar | NationStar | NationStar |
| Module size (mm) | 400 x 400 | 400 x 400 | 400 x 400 |
| Pixel density / sqm | 15 625 | 15 625 | 15 625 |
| Colours | 280 Trillion | 281 Trillion | 281 Trillion |
| LED Brightness (nits) after calibration with white balance | 6 000 | 6 000 | 6 000 |
| Contrast | 6 000:1 | 6 000:1 | 6 000:1 |
| Max Power consumption (W / sqm) | 752 | 750 | 750 |
| Average Power consumptions (W / sqm) | 225 | 225 | 225 |
| Lifespan, 50% brightness at end (hours) | 70 000 | 70 000 | 70 000 |
| Viewing angle horizontal | 110 | 140 | 140 |
| Viewing angle vertical | 110 | 90 | 90 |
| Luminosity | Light sensor included | Light sensor included | Light sensor included |
| Connectivity | | Lan or 3G Cellular Router | |
| Protection against dust and water | IP65 front and back | IP65 front and back | IP65 front and back |
| LED configuration | 3 in 1 SMD | 3 in 1 SMD | 3 in 1 SMD |
| Control system | BBM | NOVA | NOVA |
| EMC (electro-magnetic certification) | Yes | Yes | No |
| Access | Front and rear access | Front and rear access | Front and rear access |

*Also available in the previous non-sealed version*

44

ITC-PRI_INT'L0000047



# PRISMATRONIC

## P10SMD-C



OUT DOOR



| Specifications | BBM* Sealed module | NOVA* Sealed module | NOVA* Sealed module |
|---|---|---|---|
| Pitch (mm) | 10 | 10 | 10 |
| LED technology | SMD | SMD | SMD |
| LED supplier | CREE | CREE | CREE |
| Module size (mm) | 400 x 400 | 400 x 400 | 400 x 400 |
| Pixel density / sqm | 10 000 | 10 000 | 10 000 |
| Colours | 280 Trillion | 281 Trillion | 281 Trillion |
| LED Brightness (nits) after calibration with white balance | 6 000 | 6 000 | 6 000 |
| Contrast | 6 000:1 | 6 000:1 | 6 000:1 |
| Max Power consumption (W / sqm) | 790 | 650 | 650 |
| Average Power consumptions (W / sqm) | 237 | 195 | 195 |
| Lifespan, 50% brightness at end | 100 000 | 70 000 | 70 000 |
| Viewing angle horizontal | 140 | 140 | 140 |
| Viewing angle vertical | 140 | 90 | 90 |
| Luminosity | Light sensor included | | |
| Connectivity | Lan or 3G Cellular Router | | |
| Protection against dust and water | IP65 front and back | | |
| LED configuration | 3 in 1 SMD | | |
| Control system | BBM | NOVA | NOVA |
| EMC (electro-magnetic certification) | Yes | Yes | No |
| Access | Front and rear access | Front and rear access | Front and rear access |

45

*Also available in the previous non-sealed version*

ITC-PRI_INT'L0000048

# P10SMD-NS





| Specifications | BBM*<br>Sealed module | NOVA*<br>Sealed module | NOVA*<br>Sealed module |
|---|---|---|---|
| **Pitch (mm)** | 10 | 10 | 10 |
| LED technology | SMD | SMD | SMD |
| LED supplier | NationStar | NationStar | NationStar |
| Module size (mm) | 400 x 400 | 400 x 400 | 400 x 400 |
| Pixel density / sqm | 10 000 | 10 000 | 10 000 |
| Colours | 281 Trillion | 281 Trillion | 281 Trillion |
| LED Brightness (nits) after calibration with white balance | 7 000 | 6 500 | 6 000 |
| Contrast | 6 000:1 | 6 000:1 | 6 000:1 |
| Max Power consumption (W / sqm) | 752 | 650 | 650 |
| Average Power consumptions (W / sqm) | 225,6 | 195 | 195 |
| Lifespan, 50% brightness at end | 70 000 | 70 000 | 70 000 |
| Viewing angle horizontal | 140 | 140 | 140 |
| Viewing angle vertical | 140 | 90 | 90 |
| Luminosity | Light sensor included | | |
| Connectivity | Lan or 3G Cellular Router | | |
| Protection against dust and water | IP65 front and back | | |
| LED configuration | 3 in 1 SMD | | |
| Control system | BBM | NOVA | NOVA |
| EMC (electro-magnetic certification) | Yes | Yes | Non |
| Access | Front and rear access | Front and rear access | Front and rear access |

*Also available in the previous non-sealed version

46

ITC-PRI_INT'L0000049

ITC-PRI_INT_0000050



# PRISMATR⬤NIC



# THD RANGE

**OUT DOOR**

### Description :



16 mm and 20 mm pitch screens with THD technology.

With THD technology (Through Hole Devices) the three light sources (red, green, blue) are assembled side by side in separate units.

The screens can be adapted to fit single or double-sided COOLA, IDDA, Round Pole and even our monumental signs.

A framed wall version is also available.

### Applications and advantages:

• Ideal for outdoor signage.

• THD technology offers excellent levels of brightness and energy performance ratings and is the preferred solution for extra large format displays (over 10 m²).

• Excellent level of brightness and energy performance rating.

• Weather resistant, even in extreme conditions.

• Sealed module with Anthem Displays controller.



48

ITC-PRI_INT'L0000051



# P16THD-S





| Specifications | AD 🏅 Sealed module |
|---|---|
| **Pitch (mm)** | **16** |
| LED technology | THD |
| LED lamp | Narrow viewing angle |
| Module size (mm) | 400 x 400 |
| Pixel density / sqm | 3.905 |
| Colours | 281 Trillion |
| LED Brightness (nits) after calibration with white balance | 8.500 nits |
| Contrast | 6 000:1 |
| Max Power consumption (W / sqm) | 224 |
| Average Power consumptions (W / sqm) | 67 |
| Lifespan, 50% brightness at end (hours) | 100 000 |
| Viewing angle horizontal | 140 |
| Viewing angle vertical | 65 |
| Luminosity | Light sensor included |
| Connectivity | 4G Modem |
| Protection against dust and water | IP 65 front and back |
| LED configuration | 1R1G1B THD |
| Control system | Anthem Displays |
| Certification | FCC, UL (US), UL (CA) |
| Access | Front and rear service |

49

ITC-PRI_INT'L0000052

# P20THD-S





| Specifications | AD<br>Sealed module |
|---|---|
| **Pitch (mm)** | **20** |
| LED technology | THD |
| LED lamp | Narrow viewing angle |
| Module size (mm) | 400 x 400 |
| Pixel density / sqm | 2.500 |
| Colours | 281 Trillion |
| LED Brightness (nits) after calibration with white balance | 8.500 nits |
| Contrast | 6 000:1 |
| Max Power consumption (W / sqm) | 224 |
| Average Power consumptions (W / sqm) | 67 |
| Lifespan, 50% brightness at end | 100 000 |
| Viewing angle horizontal | 140 |
| Viewing angle vertical | 65 |
| Luminosity | Light sensor included |
| Connectivity | 4G Modem |
| Protection against dust and water | IP 65 front and back |
| LED configuration | 1R1G1B THD |
| Control system | Anthem Displays |
| Certification | FCC, UL (US), UL (CA) |
| Access | Front and rear service |

50

ITC-PRI_INT'L0000053

ITC-PRI_INT'L0000054





# ADDITIONAL

# SERVICES

ITC-PRI_INT'L0000055

# PRISMATRONIC



A PCM workshop at our headquarters in Lyon, France

PCM screen

# PCM WORKSHOPS & BBM TRAINING

## YOU ARE NOT ALONE, WE ARE ALWAYS ON-HAND TO PROVIDE SOFTWARE TRAINING AND TECHNICAL SUPPORT.

Producing an industry-leading product is not enough. Back-up services are key to ensuring the best return on your investment and product satisfaction. Training sessions and workshops are organised to help you get the most out of the system.

### PCM Workshops:

Prismaflex offers PCM workshops which will enable you to experience and understand just how easy the software is to use and to optimise your content management.

Thanks to our secure and user-friendly web interface, you will be able to:

- Create and control playlists
- Manage scheduling and broadcasting according to access rights
- Enable clients to manage user rights
- Obtain playback reports in order to check playlists (play times, dates, duration...).

The PCM is hosted on the secure Prismaflex network.

### BBM Training:

Prismaflex provides BBM training so that you can manage your state-of-the-art software and gain an in-depth knowledge of its capabilities.



BBM customer training

ITC-PRI_INT'L0000056



# SERVICE DESK

## A GLOBAL ON & OFF-LINE PLATFORM TO SHOWCASE THE EFFICIENCY OF ALL YOUR DIGITAL DISPLAYS.

**Our Service Desk provides user-safe optimization operations of your Prismatronic LED screens with:**

- Screen diagnosis
- Live content management control
- Client request management
- Improved operations
- Reliability assessment.

The data collected from the display through the BBM control centre is forwarded in real time and displayed within the Service Desk. When a sensor detects a device performing below its functional value, it generates an alert.

### Request management

Whether to report an incident, request a change or simply ask a question, our Service Desk is on-line to help you. A notice is automatically opened then closed once the request has been dealt with.
Action taken and time to solve it is logged in the database for the future reference and analysis. Asset monitoring
history and incidents management are stored in the database in order to give you in-depth analysis of your digital screens.

Customized dashboards are generated to quickly report specific areas of interest. All data gathered by the Service Desk can be accessed via a mobile device such as a tablet or smartphone.

56





# WARRANTY & SERVICING

## BOTH THE WARRANTY AND SERVICING CONTRACT ENSURE THE LASTING QUALITY AND DURABILITY OF YOUR EQUIPMENT.

**Warranty:**

All our Prismatronic signs have a 3-year parts warranty (control center 1 year warranty).

A warranty extension is available upon request.

**Servicing contract (upon request):**

Our servicing contract may include:

- A hotline.
- Preventive maintenance : once a year.
- Remote diagnosis.
- On-site intervention in some countries.

**Additional services for screens fitted with our BBM system.**

Included:

- Remote sign monitoring.
- BBM software updates.
- Remote maintenance operations.

Optional:

- On-site screen recalibration (upon request).





Before    &    After   re-calibration

ITC-PRI_INT'L0000058



# FINANCING

## BECAUSE FINANCING IS IMPORTANT: OUR SOLUTIONS ARE FLEXIBLE!

Benefits of Financing:

- Get an immediate return on your investment.
- Preserve your credit line availability.
- Upgrade your screens as technologies evolve, even before the end of your contract.
- Invest while safeguarding your equity.
- A leasing solution for a healthy looking balance sheet.



58

ITC-PRI_INT'L0000059

**PRISMATRONIC**

PLACING THEIR TRUST IN US WORLDWIDE.



ITC-PRI_INT'L0000060

# CONTACT US TO TALK ABOUT YOUR PROJECTS!

## WITH YOU WHEREVER YOU ARE





**Headquarters**
309, route de Lyon | CS 50001
69610 Haute-Rivoire | France
Phone: +33 4 74 70 68 00

**contact@prismaflex.com**



**Graham REES**
37 Featherwood Ave
Cherrybrook NSW 2126| Australia
Phone: +61 (0)414 260 944

**grees@prismaflex.com**



**Jeffrey JIANG**
Shenzhen Prismatronic China Electronic
Technology Ltd Company
Room 401/501, Building A14, Silicon Valley
Power- Intelligent Terminal Industrial Park,
No. 20, Kukeng Dafu Industrial Park, Kukeng
Community, GuanLan Street, LongHua District,
518110,Shenzhen,China
Post code: 518110
Phone: +86 135 0102 6191
**jjiang@prismaflex.com**



**Detlef KUTZERA**
Gladbacher Strasse 65
52525 Heinsberg | Germany
Phone: +49 2452 9647 24 | Fax. +49 2452 96 47 10

**dkutzera@prismaflex.com**



**Steven SWANEPOEL**
Units 1 & 2 Newhaven Industrial Park Beach Road
Newhaven, East Sussex BN9 0BX | UK
Phone: 44 12 73 61 11 72
Fax. +44 12 73 51 55 16
**sswanepoel@prismaflex.com**



**Laurent MAURIZE**
1645 Queensway E.
Mississauga Ontario, L4X 3A3 | Canada
Phone: +1 905 279 9793 | Fax. +1 905 279 1330

**lmaurize@prismaflex.com**



**Glen COWLING**
4 Herman Pieters Street | Hughes
Boksburg 1459 | Gauteng | South Africa
Phone: +27 11 823 5008 | Fax. +27 11 823 5009
**Glen@prismaflex.co.za**



**Stein AALVIK**
C/Sierra de Grazalema, 21
28691 Villanueva de la Cañada | Spain
Phone: +34 918 155 853  | Cell: +34 606 793 322

**aalvik@prismaflex.es**



**Jaron CUSTODIO**
**Latin America**
Phone: +351 965 551 110
**jcustodio@prismaflex.com**



**Sergey MESYATS**
Mebelnaya street 12, Building 1 (business
center «Aviator») | off. 725 (7th floor)
197374, Saint-Petersburg | Russia
Phone: +7 905 256 60 79

**smesyats@prismaflex.com**



**Bo AHLGREN**
Västanvägen | SE-245
42 Staffanstorp | Sweden
Phone: +46 40 664 63 02 | Fax. +46 406 646301

**bahlgren@prismaflex.com**



**Nico MARAIS**
113 West Broad Street | P.O. Box 1945
Elizabethtown | NC 28337 | USA
Phone +1 910 862 3550 | Fax. +1 910 862 3785

**nmarais@prismaflex.com**

60

ITC-PRI_INT'L0000061

PRISMATRONIC



Prismatronic P20 - 100 signs - USA
(combination of 30 sheets and 14x48 feet)



Prismatronic P6 - RIO design - 2m² -
Network in Barcelona, Spain



Prismatronic P6 - 9m² & 10.4m²
300 signs - Germany



Prismatronic P8 - Wall unit - 6 m²
Norauto - France

61

ITC-PRL-INT'L0000062



Prismatronic P6 - PARIS design - 2m² - Paris City Hall - Network of 160 signs in Paris, France

Prismatronic P10 - 40 m² - APN - Australia

Prismatronic P10 - 21 m²
21Vek - Russia

Prismatronic P3.8 Die Cast - Network of 6 m² and 11 m²
displays in shopping malls - New Zealand

62

ITC-PRI_INT'L0000063



# PRISMATRONIC

**Head Office - Prismaflex International S.A. - France**

**309, route de Lyon - CS 50001 - FR-69610 Haute-Rivoire, FRANCE**

**Tel. +33 4 74 70 68 00 - Fax. +33 4 74 26 30 87 - contact@prismaflex.com**

**www.prismaflex.com**

*Photographs non-contractual / Prismaflex International reserves the right to modify product design and specifications without prior notice.*

CAT-LED-MAY18-GB

ITC-PRI_INT'L0000064