# EXHIBIT 8

# APPENDIX 2

Ultravision's Claim Chart for U.S. Patent No. 9,047,791 v. Prismatronic Sealed Modules

In these infringement contentions, Ultravision contends that at least the claims of U.S. Patent No. 9,047,791 ("the '791 patent") identified below are infringed by Prismaflex's Sealed Module display panels[1, 2, 3,] including:

- Prismatronic SMD Sealed Module 4mm;

- Prismatronic SMD Sealed Module 6mm;

- Prismatronic SMD Sealed Module 8mm;

- Prismatronic SMD Sealed Module 10mm;

- Prismatronic THD Sealed Module 10mm;

- Prismatronic THD Sealed Module 16mm; and

- Prismatronic THD Sealed Module 20mm.

Ultravision does not concede that any claims of the '791 patent that are not listed below are not infringed by the identified products. Moreover, the citations to certain documents and other information below are intended to be exemplary only and in no way foreclose Ultravision from citing or relying on additional documents, information, and/or testimony at a later time. These contentions are preliminary in nature, and an analysis of Prismaflex's products, internal documentation, and/or testimony from relevant witnesses may more fully and accurately describe the infringing features of its accused products. Accordingly, Ultravision reserves the right to supplement, correct, modify, and/or amend these contentions once such additional information is made available to Ultravision. Furthermore, Ultravision reserves the right to supplement, correct, modify, and/or amend these contentions as discovery in this case progresses; in view of the Court's claim construction order(s); in view of any positions taken by Prismaflex, including but not limited to positions on claim construction, invalidity, and/or non-infringement; and in connection with the preparation and exchange of expert reports.

| Claim | Sealed Modules |
|---|---|
| 12. A modification kit for converting an existing signage mounting | The preamble of this claim does not limit the scope of the claimed invention.<br><br>The Prismaflex Sealed Module LED displays form an electronic sign. |

---

[1] UVT-PRISMA-00000069 through UVT-PRISMA-00000093.

[2] ITC-PRI_INT'L0000001 through ITC-PRI_INT'L0000065.

[3] ITC-PRI_INT'L0000116.

| Claim | Sealed Modules |
|---|---|
| structure to an electronic sign comprising: |  |

2

| Claim | Sealed Modules |
|---|---|
|  |  |
| 12[a] a plurality of display modules; | The Prismaflex Sealed Module LED displays comprise a plurality of display modules. |

3

| Claim | Sealed Modules |
|---|---|
| 12[b] a plurality of sign sections each having a front portion and a rear portion, | The Prismaflex Sealed Module displays comprise a plurality of sign sections each having a front portion and a rear portion.<br><br>*sign section (rear portion closer)*<br><br>*sign section (rear portion showing)* |
| 12[b(i)] the front portion defining at | The front portion of the plurality of sign sections of the Prismaflex Sealed Module LED displays defines at least two vertical columns of bays that span and define a height of the sign. |

4

| Claim | Sealed Modules |
|---|---|
| least two vertical columns of bays that span and define a height of the sign, | |
| 12[b(ii)] each bay configured to receive one of the display modules, | Each of the bays of the Prismaflex Sealed Module LED displays is configured to receive one of the display modules. |
| 12[b(iii)] the rear portion configured to | The rear portion of the plurality of sign sections of the Prismaflex Sealed Module LED displays is configured to be attached to a beam surface of a signage structure to allow most of a rear surface of the rear portion to be |

5

| Claim | Sealed Modules |
|---|---|
| be attached to a beam surface of the existing signage structure to allow most of a rear surface of the rear portion to be exposed for servicing; and | exposed for servicing.<br><br>| Specifications | BBM Sealed module | BBM Sealed module |<br>|---|---|---|<br>| Pitch (mm) | 4.16 | 4.16 |<br>| LED technology | SMD | SMD |<br>| LED supplier | NationStar | NationStar |<br>| Module size (mm) | 400 x 400 | 383,3 x 340 |<br>| Pixel density / sqm | 64800 | 64800 |<br>| Colours | 280 Trillion | 280 Trillion |<br>| LED Brightness (nits) after calibration with white balance | 6500 | 6500 |<br>| Contrast | 6000:1 | 6000:1 |<br>| Max Power consumption (W / sqm) | 1064 | 1064 |<br>| Average Power consumptions (W / sqm) | 319 | 319 |<br>| Lifespan, 50% brightness at end (hours) | 70000 | 70000 |<br>| Viewing angle horizontal | 110 | 110 |<br>| Viewing angle vertical | 110 | 110 |<br>| Luminosity | Light sensor included | Light sensor included |<br>| Connectivity | Lan or 3G Cellular Router | Lan or 3G Cellular Router |<br>| Protection against dust and water | IP65 front and back | IP65 front and back |<br>| LED configuration | 3 in 1 SMD | 3 in 1 SMD |<br>| Control system | BBM | BBM |<br>| EMC (electro-magnetic certification) | Yes | Yes |<br>| Access | Front and rear access | Front and rear access |<br><br>| Specifications | AD Sealed module |<br>|---|---|<br>| Pitch (mm) | 16 |<br>| LED technology | THD |<br>| LED lamp | Narrow viewing angle |<br>| Module size (mm) | 400 x 400 |<br>| Pixel density / sqm | 3.905 |<br>| Colours | 281 Trillion |<br>| LED Brightness (nits) after calibration with white balance | 8.500 nits |<br>| Contrast | 6000:1 |<br>| Max Power consumption (W / sqm) | 224 |<br>| Average Power consumptions (W / sqm) | 67 |<br>| Lifespan, 50% brightness at end (hours) | 100000 |<br>| Viewing angle horizontal | 140 |<br>| Viewing angle vertical | 65 |<br>| Luminosity | Light sensor included |<br>| Connectivity | 4G Modem |<br>| Protection against dust and water | IP 65 front and back |<br>| LED configuration | 1R1G1B THD |<br>| Control system | Anthem Displays |<br>| Certification | FCC, UL (US), UL (CA) |<br>| Access | Front and rear service | |

6

| Claim | Sealed Modules |
|---|---|
|  | rear portion configured to be attached to a beam surface of signage structure |
| 12[c] a plurality of power routing systems each including at least one node associated with each sign section with a plurality of individual power extensions each extending from one node to one of the bays. | The Prismaflex Sealed Module LED displays comprise a plurality of power routing systems each including at least one node associated with each sign section with a plurality of individual power extensions each extending from one node to one of the bays. |

| Claim | Sealed Modules |
|---|---|
| |  |

| Claim | Sealed Modules |
|---|---|
|  | **at least one node of a power routing system, with individual power extensions each extending to one of the bays** |
| 13. The modification kit of claim 12, wherein the front portion defines two columns of bays. | The front portion of the sign sections of the Prismaflex Sealed ModuleLED display define two columns of bays. *See* claim 12. |
| 14. The modification kit of claim 12, wherein each rear-facing portion is a mounting structure and each front facing portion includes a compound structural | The rear-facing portion of the sign sections of the Prismaflex Sealed Module LED display is a mounting structure and each front facing portion includes a compound structural frame mounted to the mounting structure. |

| Claim | Sealed Modules |
|---|---|
| frame mounted to the mounting structure. | *[image: photograph of a frame structure with red arrows labeling "compound structural frame" and "mounting structure"]* |
| 15. The modification kit of claim 12, wherein each front facing portion includes a plurality of compound structural frames arranged along the vertical direction and each defining a portion of the array of bays. | The front facing portion of the sign sections of the Prismaflex Sealed Module LED display include a plurality of compound structure frames arranged along the vertical direction and each defining a portion of the array of bays.  *See* claim 12(b)(ii). |
| 19. The modification kit of claim 12, wherein each individual one of said plurality of display modules is a | Each individual one of the plurality of display modules of the Prismaflex Sealed Module LED display is a weatherized display module. |

| Claim | Sealed Modules |
|---|---|
| weatherized display module. |  |

| Claim | Sealed Modules |
|---|---|
|  | potting material under louvers |
| 20. The modification kit according to claim 12, installed to provide the electronic sign. | The Prismaflex Sealed Module displays are installed to provide an electronic sign. |

| Claim | Sealed Modules |
|---|---|
|  |  |