# EXHIBIT 9



| HOME | ABOUT | OUR WORK | CONTACT US | |
|---|---|---|---|---|

### ANTHEM DISPLAYS
### YOUR PARTNER IN DIGITAL OUTDOOR

It starts with a focus on you.  Combine over 40 years of experience in the outdoor industry, world-class design and engineering, the highest production standards and unparalleled customer service.  The result is a stunning display, robust in form, simple in function and backed by excellence.  Because we understand it takes more than just being a manufacturer, we're your partner in digital outdoor!



### STATE OF THE ART PRODUCTION
### AT HOME IN THE USA

At Anthem, all phases of design, engineering and production are located in the USA.  Yet as a member of the Prismaflex International family of companies, we also offer unprecedented global strength and resources to serve you.

- Dedicated factory with highly automated manufacturing line, located in Colorado
- Proprietary electronics and firmware designed and built under the same roof
- North Carolina based sales, customer service and support center

### 16 & 20 MM
### PRODUCT RANGE



- Highest quality LEDs & components
- Ultra-low power consumption
- Fully Redundant power & data
- Monitoring, diagnostics & alerts
- Remote access & reboot
- Meets brightness & visual requirements of the OOH industry



### EVERYTHING YOU NEED
### AND NOTHING YOU DON'T

Designed specifically for the OOH market, Anthem delivers a dramatically simplified control architecture and display wiring.  It's everything you need and nothing you don't!

### FEWER COMPONENTS, CABLES & CONNECTIONS MEANS FEWER POINTS OF FAILURE



- Fully sealed LED modules offer a 100% barrier against moisture
- Only two connections per module
- Quick-release front & rear service with convenience handle
- Exclusive shader design for highest contrast
- 400x400 universal module size



### WEB-BASED CONTENT MANAGEMENT
### USER-FRIENDLY. ANYWHERE. ANYTIME.

Acknowledged time and again as the industry's most powerful yet user-friendly software, the Anthem content manager offers drag-n-drop functionality with the tools to easily handle the most complex of schedules.

Using your own third-party software solution for content management?  No problem!  We can accommodate all major third-party software players.



### WE MAKE IT SIMPLE
### DELIVER. CONNECT. GO LIVE!



- Direct to upright mounting
- One piece cabinet lifts for bulletins, junior bulletins & posters
- Cabinet integrated cabinet arm connection



### PRECISION CABINETS
### DESIGNED FOR OOH

It's all about your bottom line and we've covered every detail. Utilizing state-of-the art machinery and methodology, Anthem cabinets are designed and manufactured for ease of installation and ease of service... saving you time and money!

### LET'S MOVE FORWARD
### CONTACT US



Toll Free
### 888.454.2244



| HOME | ABOUT | CONTACT US | OUR WORK |
|---|---|---|---|

Copy Right Anthem Displays, LLC., 2016.  All rights reserved.