# EXHIBIT 10


🔍 Search

    

Try Premium Free for 1 Month

Online LL.M. in Taxation - Complete the online program in as little as one year. J.D. required.   Ad   •••



Message   More...

## Nico Marais · 3rd

Partner at Anthem Displays & President Prismaflex USA

Fayetteville, North Carolina Area · 196 connections · Contact info

Anthem Displays

University of Pretoria/Universiteit van...

**Promoted**

 **Online LL.M. in Taxation**
Complete the online program in as little as one year. J.D. required.

 **Attorney Needed ASAP**
Crucial need for local attorney in yo area. View new cases today.

 **Income $102,306+ a year?**
Get $2MM in life insurance from $63/mo* with special rate life insurance.

## Experience

**Partner**

**Anthem Displays**

Apr 2018 – Present · 1 yr 5 mos

Elizabethtown North Carolina

**President**

Prismaflex USA Inc

Mar 2017 – Present · 2 yrs 6 mos

Elizabethtown North Carolina

**Group Sales Director**

**Prismaflex International**

Aug 2011 – Present · 8 yrs 1 mo

**Regional Director**

Prismaflex Middle East

Oct 2008 – Jul 2011 · 2 yrs 10 mos

Manama Bahrain

**Managing Director**

Prismaflex South Africa

Jan 2001 – Oct 2008 · 7 yrs 10 mos

Johannesburg Area, South Africa

Show 3 more experiences ⌄

## Education

**University of Pretoria/Universiteit van Pretoria**

Bachelor of Commerce (BCom)

1991 – 1995

## Skills & Endorsements

**Account Management** · 3

James Beattie and 2 connections have given endorsements for this skill

People Also Viewed

 **Himanshu Sharma** · 3rd
Investment Analyst

 **Lee Wanie, CFA** · 3rd
Head of US Institutional Business Development & Consultant Relat

**Smit Patel**
Managing Director at Classic Net Private Limited

**Dan Ross** · 3rd
Operations / Sales at PBA System

 **Steve Ballejos**
General Manager at the Hemp Fa

**Buck McGugan** · 3rd
Consultant-

 **Sheila Brunson** · 3rd
Regional Event Sales Manager fo recruitment at National Career Fa

 **Thomas Barnett**
Managing Director at Ancor Globa Solutions

**Casey Mather**
President at Wiregrass Consulting

**Matt Sibert** · 3rd
Helping CBD companies achieve greatness through branding, sale marketing

Learn the skills Nico has

**Editing Images Using Snapseed**
Viewers: 2,870

**Business Development Strategic Planning**
Viewers: 8,219

 Messaging   1

Search                                                    Try Premium Free
                                                          for 1 Month

Bennie Pienaar and 1 connection have given endorsements for this skill

**Business Strategy** · 1

Paulo Mesquita has given an endorsement for this skill

Show more ⌄



Messaging   1