# EXHIBIT 11



| HOME | ABOUT | OUR WORK | CONTACT US |

**OUR WORK**
INSTALLATIONS | INNOVATION | NEWS



APR 3, 2018 - Nationwide
**On the Road with Anthem Displays**

Coming to a city near you, Anthem Displays is pleased to unveil one of its state-of-the-art digital trailers.  "Our mobile units are built for the customer's convenience.  They have busy schedules and a business to run.  Ever mindful of that, we want to bring our product to the customer whenever and where ever is convenient", explains Russell Pizzuto, vice-president of sales, located in Atlanta, GA.  "A complete product demo takes about 20 minutes and it's the best way to not only showcase a visual medium but also the features that only we can offer".  For your convenient Anthem digital billboard demonstration, contact us at 888-454-2244.



JAN 31, 2018 - Philadelphia, PA
**Lamar Advertising & the City of Brotherly Love Welcome Yet Another Digital from Anthem Displays**

As motorist approach, it's the perfect digital location, not only demanding your attention but also the latest and most advanced digital product the industry can offer.  With that, Lamar Advertising once again turned to Anthem Displays for their mission-critical location.  "As expected, the installation unfolded without a hitch.  We installed the 14x48 in just a few hours from start to finish", explains Nico Marais, manager of the group's North Carolina sales & customer service center.

**LET'S MOVE FORWARD**
**CONTACT US**

Toll Free
**888.454.2244**