# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>GOVISION, LLC )<br>)<br>**Defendant.** ) | **Case No. 2:18-cv-00100-JRG-RSP**<br>**(LEAD CASE)** |
| ULTRAVSION TECHNOLOGIES, LLC, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>PRISMAFLEX INTERNATIONAL )<br>FRANCE, S.A. and SHENZHEN )<br>PRISMATRONIC CHINA ELECTRONIC )<br>TECHNOLOGY LTD. CO. )<br>)<br>**Defendants.** ) | **Case No. 2:18-cv-00108-JRG-RSP**<br>**(CONSOLIDATED CASE)** |

**CONSENT MOTION OF DEFENDANT PRISMAFLEX INTERNATIONAL, S.A. TO EXTEND TIME TO REPLY IN SUPPORT OF ITS MOTION TO STRIKE PLAINTIFF ULTRAVISION TECHNOLOGIES, LLC'S SUR-REPLY**

Defendant Prismaflex International, S.A. ("Prismaflex Int'l") respectfully submits this Consent Motion to Extend Time to Reply in Support of its Motion to Strike (Dkt. 128) Plaintiff Ultravision Technologies, LLC's ("UV") Sur-reply in Opposition to Prismaflex Int'l's Second Renewed Motion to Transfer Venue and Dismiss (Dkt. 115).

Pursuant to Local Rule CV-7(f), the current deadline for Prismaflex Int'l to submit its reply is October 11, 2019. Prismaflex Int'l requests the Court grant it a one week extension, until October 18, 2019, to file its reply in support of its pending motion to strike. Prismaflex Int'l has conferred with UV regarding this requested extension of time, and UV has consented to this modest, one-week extension. This consent motion is not being made for purposes of delay

and will not impact any scheduling deadlines in this litigation.

Wherefore, Prismaflex Int'l respectfully requests that the Court grant its Consent Motion to Extend Time to Reply in Support of its Motion to Strike. A proposed order is being filed herewith.

Dated: October 10, 2019                               Respectfully submitted,

By: /s/ *Jacob S. Wharton*
Jacob S. Wharton (N.C. Bar No. 37421)
**WOMBLE BOND DICKINSON (US) LLP**
One West Fourth Street
Winston-Salem, NC 27101
Telephone:  336-747-6609
E-mail:  Jacob.Wharton@wbd-us.com

Joshua P. Davis
TX State Bar No.  24059656
**WOMBLE BOND DICKINSON (US) LLP**
811 Main Street, Suite 3130
Houston, TX  77002
Telephone:  346-998-7810
Email:  Joshua.P.Davis@wbd-us.com

*Attorneys for Defendant Prismaflex Int'l S.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2019, the foregoing **CONSENT MOTION OF DEFENDANT PRISMAFLEX INTERNATIONAL, S.A. TO EXTEND TIME TO REPLY IN SUPPORT OF ITS MOTION TO STRIKE PLAINTIFF ULTRAVISION TECHNOLOGIES, LLC'S SUR-REPLY** was filed using the Court's CM/ECF filing system, which will provide notice of the filing to all counsel of record as follows:

Alfred R. Fabricant
Peter Lambrianakos
Vincent J. Rubino, III
Joseph M. Mercadante
Alessandra C. Messing
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036

Samuel F. Baxter
Jennifer L. Truelove
**SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670

/s/ *Jacob S. Wharton*