## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC ) | |
| ) | |
| Plaintiff, ) | Case No. 2:18-cv-00100-JRG-RSP |
| ) | (LEAD CASE) |
| v. ) | |
| ) | |
| GOVISION, LLC ) | |
| ) | |
| Defendant. ) | |
| ULTRAVSION TECHNOLOGIES, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:18-cv-00108-JRG-RSP |
| ) | (CONSOLIDATED CASE) |
| v. ) | |
| ) | |
| PRISMAFLEX INTERNATIONAL ) | |
| FRANCE, S.A. and SHENZHEN ) | |
| PRISMATRONIC CHINA ELECTRONIC ) | |
| TECHNOLOGY LTD. CO. ) | |
| ) | |
| Defendants. ) | |

Before the Court is Prismaflex International, S.A.'s Consent Motion to Extend Time to Reply in Support of its Motion to Strike Plaintiff Ultravision Technologies, LLC's ("UV") Sur-reply in Opposition to Prismaflex Int'l's Second Renewed Motion to Transfer Venue and Dismiss.

After consideration, the Court GRANTS the Consent Motion to Extend Time to reply. It is therefore ORDERED that Prismaflex International, S.A. will have until and including October 18, 2019, to file its reply in support of its Motion to Strike (Dkt. 128).