# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC,<br>    *Plaintiff,*<br>v.<br>GOVISION, LLC,<br>    *Defendant.* | Case No. 2:18-cv-00100-JRG-RSP<br>**LEAD CASE** |
| ULTRAVISION TECHNOLOGIES, LLC,<br>    *Plaintiff,*<br>v.<br>PRISMAFLEX INTERNATIONAL FRANCE, S.A. and SHENZHEN PRISMATRONIC CHINA ELECTRONIC TECHNOLOGY LTD. CO,<br>    *Defendants.* | Case No. 2:18-cv-00108-JRG-RSP<br>**CONSOLIDATED CASE** |

## ORDER

Before the Court is Defendant Prismaflex International, S.A.'s ("Prismaflex") Unopposed Motion for an Extension of Time ("Motion for Extension"). (Dkt. No. 140.) This Motion for Extension seeks to extend Prismaflex's deadline to submit a reply brief in support of Prismaflex's Motion to Strike (Dkt. No. 128) from October 11, 2019 to October 18, 2019.

After consideration, the Court **GRANTS** Prismaflex's Motion for Extension. It is therefore **ORDERED** that Prismaflex's deadline to submit a reply brief in support of Prismaflex's Motion to Strike is extended up to and including October 18, 2019.

**SIGNED this 10th day of October, 2019.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE