# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC,<br>　　*Plaintiff*,<br>v.<br>GOVISION, LLC,<br>　　*Defendant*. | Case No. 2:18-cv-00100-JRG-RSP |
| ULTRAVISION TECHNOLOGIES, LLC,<br>　　*Plaintiff*,<br>v.<br>NEC DISPLAY SOLUTIONS, LTD., NEC CORPORATION, NEC DISPLAY SOLUTIONS EUROPE GMBH, AND S[QUADRAT] GMBH,<br>　　*Defendant*. | Case No. 2:18-cv-00150-JRG-RSP |

## ORDER

Before the Court is Defendant NEC Corporation's ("NEC") Unopposed Motion for an Additional Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint ("Motion for Extension"). (Dkt. No. 156.) In this Motion for Extension, NEC seeks to extend the deadline to respond to Plaintiff Ultravision Technologies, LLC's ("Ultravision") Complaint up to and including November 19, 2019. (*Id*.)

After consideration, the Court **GRANTS** NEC's Motion for Extension. It is therefore **ORDERED** that NEC's deadline to respond to Ultravision's Complaint is extended to November 19, 2019.

**SIGNED this 31st day of October, 2019.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE