# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, | § § § § | |
| *Plaintiff*, | § § | **CIVIL ACTION NO. 2:18-CV-00100-JRG-RSP** |
| v. | § § | **LEAD CASE** |
| GOVISION, LLC, | § § § | |
| *Defendant*. | § § | |
| ULTRAVISION TECHNOLOGIES, LLC, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | **CIVIL ACTION NO. 2:18-CV-00112-JRG-RSP** |
| SHENZHEN ABSEN OPTOELECTRONIC CO., LTD. and ABSEN, INC., | § § § § | **CONSOLIDATED CASE** |
| *Defendants*. | § § | |

## ORDER

Defendants Absen, Inc. and Shenzhen Absen Optoelectronic Co., Ltd. (collectively "Defendants") previously filed a Motion to Dismiss Plaintiff's First Amended Complaint Under Rules 12(b)(2), 12(b)(3) and 12(b)(6) of the Federal Rules of Civil Procedure, or in the Alternative to Transfer, and Memorandum in Support ("Motion"). (Dkt. No. 83.) Magistrate Judge Payne entered a Report & Recommendation and Order. (Dkt. No. 191.) The Magistrate Judge denied the Motion to the extent that it sought transfer to the Middle District of Florida, and recommended denying the remaining portions of the Motion that addressed dispositive issues.

After reviewing the briefing for the Motion and Judge Payne's Report & Recommendation and Order, the Court agrees with the reasoning provided within the Memorandum Order for

dispositive issues. Consequently, the Court **ADOPTS** Judge Payne's Memorandum Order. Defendants' Motion is therefore **DENIED** in full.

**So Ordered this**
**Feb 21, 2020**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE