# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> GOVISION, LLC, <br><br> *Defendant*. | CIVIL ACTION NO. 2:18-cv-100-JRG-RSP <br> LEAD CASE |
| ULTRAVISION TECHNOLOGIES, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> PRISMAFLEX INTERNATIONAL FRANCE S.A., <br><br> *Defendant*. | CIVIL ACTION NO. 2:18-cv-108-JRG-RSP <br> CONSOLIDATED CASE |

## ORDER

Defendant Prismaflex International, S.A. ("PI") previously filed a Motion to Dismiss. (Dkt. No. 93.) Magistrate Judge Payne filed a Report and Recommendation recommending that the Motion to Dismiss be denied in all respects. (Dkt. No. 219.) PI has filed Objections to the R&R. (Dkt. No. 231.)

After reviewing the briefing for the Motion to Dismiss, Judge Payne's R&R, and PI's Objections, the Court agrees with the conclusions reached within the R&R. Consequently, the Court **OVERRULES** Defendants' Objections and **ADOPTS** the R&R. It is therefore **ORDERED** that PI's Motion to Dismiss is **DENIED**.

**So Ordered this**

**Mar 28, 2020**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE