# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, | § |
| *Plaintiff*, | § |
| v. | § Case No. 2:18-cv-00100-JRG-RSP |
| | § LEAD CASE |
| GOVISION, LLC, | § |
| *Defendant*. | § |

# ORDER

Defendants Shenzhen AOTO Electronics Co., Ltd., Shenzhen Liantronics Co., Ltd., and Unilumin Group Co., Ltd. each filed Motions to Dismiss Plaintiff Ultravision Technologies, LLC's Claims of Induced Patent Infringement. (Dkt. Nos. 209, 211, 213.) On January 11, 2020, Magistrate Judge Payne entered a Report and Recommendation, recommending that each of these Motions to Dismiss be denied. (Dkt. No. 219.) No objections were filed to the Report and Recommendation, and more than fourteen days have passed since the Report and Recommendation was entered.

After reviewing the briefing for the Motions to Dismiss and the Report and Recommendation, the Court agrees with the reasoning provided within the Report and Recommendation. Consequently, the Court **ADOPTS** the Report and Recommendation and therefore **DENIES** Defendants Shenzhen AOTO Electronics Co., Ltd.'s Motion to Dismiss (Dkt. No. 209), Shenzhen Liantronics Co., Ltd.'s Motion to Dismiss (Dkt. No. 211), and Unilumin Group Co., Ltd.'s Motion to Dismiss (Dkt. No. 213).

**So ORDERED and SIGNED this 31st day of March, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE