**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, | § § § | |
| *Plaintiff*, | § § | Case No. 2:18-cv-00100-JRG-RSP LEAD CASE |
| v. | § § | |
| GOVISION, LLC, | § § | |
| LEDMAN OPTOELECTRONIC CO., LTD., | § § § § | Case No. 2:18-cv-00101-JRG-RSP MEMBER CASE |
| SAMSUNG ELECTRONICS CO., LTD. | § § § | Case No. 2:19-cv-00252-JRG-RSP MEMBER CASE |
| BARCO NV, | § § § | Case No. 2:19-cv-00253-JRG-RSP MEMBER CASE |
| *Defendants*. | § | |

**CONSOLIDATION ORDER**

The Court **ORDERS** the District Clerk to consolidate case No. 2:18-cv-000101-JRG-RSP, 2:19-cv-00252-JRG-RSP, and 2:19-cv-00253-JRG-RSP with lead case 2:18-cv-00100-JRG-RSP.

**SIGNED this 15th day of June, 2020.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE