**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:18-cv-00100-JRG-RSP |
| GOVISION, LLC, | § § | LEAD CASE |
| *Defendant*. | § § § | |

## ORDER

Before the Court are four motions titled Plaintiff Ultravision Technologies, LLC ("Ultravision") Unopposed Motion to Withdraw Attorney and to Terminate Electronic Notices ("Motions"). **Dkt. No. 308-11**. Ultravision's Motions each seek to withdraw an attorney that no longer represents Ultravision.

After due consideration, the Court **GRANTS** the Motions. It is therefore **ORDERED** that Timothy J. Rousseau, Alessandra Carcaterra Messing, Sarah G. Hartman and John Andrew Rubino, each of the firm Brown Rudnick LLP, are withdrawn as attorney of record in the above-captioned matter and all corresponding electronic notifications shall be terminated. The remaining counsel of record of McKool Smith, P.C. and Fabricant LLP continue to represent Ultravision.

**SIGNED this 15th day of July, 2020.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE