# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, § § § *Plaintiff*, § § v. § § GOVISION LLC, § § *Defendant*. § § § | Case No. 2:18-cv-00100-JRG-RSP LEAD CASE |

## ORDER

Before the Court is the Motion for Partial Summary Judgment on Absen's False Advertising Counterclaim or, Alternatively, to Sever and Stay ("Motion") filed by Plaintiff Ultravision Technologies, LLC ("Ultravision"). **Dkt. No. 450**. Ultravision's Motion seeks summary judgment dismissing Absen's false advertising counterclaim for no evidence or, alternatively, to sever and stay the false advertising counterclaim for a separate trial after the conclusion of the patent infringement trial.

Defendants Shenzhen Absen Optoelectronic Co., Ltd. and Absen, Inc. ("Absen") assert Ultravision's Motion is moot as Absen has notified Ultravision that it is dropping its false advertising defense. Dkt. No. 497 at 1–2. Ultravision has not filed a reply disputing this representation. Further, the Proposed Joint Pretrial Order submitted jointly by Absen and Ultravision does not assert a false advertising counterclaim. *See* Dkt. No. 615. Accordingly, the Court finds that Ultravision's Motion (Dkt. No. 450) is **MOOT**.

**SIGNED this 18th day of May, 2021.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE