IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, § § § *Plaintiff*, § § § Case No. 2:18-cv-00100-JRG-RSP v. § LEAD CASE § GOVISION LLC, § § § *Defendant*. § | |

## ORDER

Defendants Shenzhen Absen Optoelectronic Co., Ltd. and Absen, Inc. (collectively, "Absen") previously filed a Motion for Partial Summary Judgment that Ultravision's Claim to Pre-Notice Damages is Barred for Failure to Mark Under 35 U.S.C. § 287 ("Damages Motion") (Dkt. No. 436.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 654), recommending denial of Absen's Damages Motion. Absen has now filed Objections (Dkt. No. 659.)

After conducting a *de novo* review of the briefing on the Damages Motion, the Report and Recommendation, and Absen's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Absen's Objections and **ADOPTS** the Report and Recommendation and orders that the Damages Motion (Dkt. No. 436) is **DENIED**.

**So ORDERED and SIGNED this 1st day of June, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE