# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, § § § *Plaintiff*, § § v. § § GOVISION LLC, § § *Defendant*. § § § | Case No. 2:18-cv-00100-JRG-RSP LEAD CASE |

## ORDER

Defendants Shenzhen Absen Optoelectronic Co., Ltd. and Absen, Inc. (collectively, "Absen") previously filed a Motion for Summary Judgment of Non-Infringement of Hall Patents (Dkt. No. 437.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 640), recommending denial of Absen's Motion for Summary Judgment of Non-Infringement of Hall Patents. Absen has now filed Objections (Dkt. No. 650.)

After conducting a *de novo* review of the briefing on the Motion for Summary Judgment of Non-Infringement of Hall Patents, the Report and Recommendation, and Absen's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Absen's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion for Summary Judgment of Non-Infringement of Hall Patents (Dkt. No. 437) is **DENIED**.

**So ORDERED and SIGNED this 1st day of June, 2021.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE