IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> GOVISION, LLC, § <br> § <br> *Defendant*. § | Case No. 2:18-cv-00100-JRG-RSP |

## ORDER

Defendants Shenzhen Absen Optoelectronic Co., Ltd. and Absen, Inc. (collectively, "Absen") previously filed a Motion for Leave to Supplement Invalidity Contentions (Dkt. No. 411) and motions *in limine* (Dkt. No. 605.) Plaintiff Ultravision Technologies, LLC also filed motions *in limine* (Dkt. No. 603.) Magistrate Judge Payne entered an Order Memorializing Orders on Motions *in Limine* ("*In Limine* Order") (Dkt. No. 646), denying Absen's Motion for Leave to Supplement Invalidity Contentions and memorializing rulings on motions *in limine*. Absen has now filed Objections (Dkt. No. 658.)

After reviewing the briefing on the Motion for Leave to Supplement Invalidity Contentions, the *In Limine* Order, and the briefing on Absen's Objections, the Court agrees with the reasoning provided within the *In Limine* Order and concludes that the Objections fail to show that the *In Limine* Order was clearly erroneous or contrary to law.

Consequently, the Court **OVERRULES** Absen's Objections (Dkt. No. 658).

**So ORDERED and SIGNED this 1st day of June, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE