

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIV. ACTION NO.  2:18-CV-00112-JRG-RSP |
| | § | |
| SHENZHEN ABSEN OPTOELECTRONIC | § | |
| CO., LTD.,  ABSEN, INC., | § | |
| | § | |
| *Defendants.* | § | |

## VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "Ultravision" or "Plaintiff" means Ultravision Technologies, LLC.

- "Defendants" or "Absen" means Shenzhen Absen Optoelectronic Co., Ltd. and Absen, Inc.

- The "'782 Patent" refers to U.S. Patent No. 9,916,782.

- The "'294 Patent" refers to U.S. Patent No. 9,978,294.

- The "'904 Patent" refers to U.S. Patent No. 9,207,904.

- The "Asserted Claims" collectively refers to Claim 9 of the '782 Patent, Claim 22 of the '294 Patent, and Claim 1 of the '904 Patent.

**<u>IT IS VERY IMPORTANT THAT YOU FOLLOW THE</u>**
**<u>INSTRUCTIONS PROVIDED IN THIS VERDICT FORM</u>**

**<u>READ THEM CAREFULLY AND ENSURE THAT YOUR</u>**
**<u>VERDICT COMPLIES WITH THEM</u>**

## **QUESTION NO. 1:**

Did Ultravision prove by a preponderance of the evidence that Absen infringed **ANY**

of the Asserted Claims?

YES _____

NO _____  ✓

4

## QUESTION NO. 2:

Did Absen prove by clear and convincing evidence that any of the following Asserted Claims are invalid?

**Check "Yes" or "No" for each Asserted Claim listed below:**

Claim 9 of the '782 Patent        Yes: __✓__        No: _____

Claim 22 of the '294 Patent       Yes: __✓__        No: _____

Claim 1 of the '904 Patent        Yes: __✓__        No: _____

**If you answered "NO" to Question No. 1 OR "YES" to *ALL* Asserted Claims in Question No. 2, then DO NOT answer Question No. 3.**

**Answer Question No. 3 ONLY as to any Asserted Claim that you have found BOTH to be infringed and not invalid.**

**QUESTION NO. 3:**

Did Ultravision prove by a preponderance of the evidence that Absen **willfully** infringed **ANY** of the Asserted Claims that you found were infringed?

YES _____

NO   _____

**If you answered "NO" to Question No. 1 OR "YES" to *ALL* Asserted Claims in Question No. 2, then DO NOT answer Question No. 4.**

**Answer Question No. 4 ONLY as to any Asserted Claim that you have found BOTH to be infringed and not invalid.**

**QUESTION NO. 4:**

What sum of money, if paid now in cash, has Ultravision proven by a preponderance of the evidence would compensate Ultravision for its damages from infringement through December 31, 2020?

Answer in United States Dollars and Cents, if any:

$_____

## **FINAL PAGE OF JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this __11__ day of June, 2021.

_____
JURY FOREPERSON

8