1            UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF TEXAS
2                  MARSHALL DIVISION

3                                    )
     ULTRAVISION TECHNOLOGIES, LLC,  )
4                                    )
          Plaintiff,                 )
5                                    )
     VS.                             ) CASE NO.
6                                    ) 2:18-cv-00100
     GOVISION, LLC,                  )
7                                    )
          Defendant.                 )
8    _____  ) _____
                                     )
9    ULTRAVISION TECHNOLOGIES, LLC   )
                                     )
10        Plaintiff,                 )
                                     ) CASE NO.
11   VS.                             ) 2:18-cv-00112
                                     )
12   SHENZHEN ABSEN OPTOELECTRONIC   )
     CO., LTD., et al.,              )
13                                   )
          Defendants.                )

14

15                REPORTER'S RECORD

16            TRANSCRIPT OF JURY TRIAL

17     BEFORE THE HONORABLE JAMES RODNEY GILSTRAP

18           June 7, 2021; 8:30 a.m.

19              MARSHALL, TEXAS

20

21

22   Proceedings recorded in realtime via machine shorthand.
     _____

23

          Dana Hayden, CCR, RMR, CRR, CRC
24         Federal Deputy Court Reporter
          Dana@ArkansasRealtimeReporting.com

25

```
 1                         APPEARANCES
 2    FOR THE PLAINTIFF:
 3    Messrs. Alfred R. Fabricant, Peter Lambrianakos
 4    Vincent J. Rubino, III, Joseph M. Mercadante and
 5    Daniel J. Shea, Jr.
 6    Fabricant LLP
 7    230 Park Avenue, 3rd Floor W.
 8    New York, New York 10169
 9    (212) 257-5797
10    Fabricant@fabricantllp
11    Lambrianakos@fabricantllp.com
12    Rubino@fabricantllp.com
13    Mercadante@fabricantllp.com
14    Shea@fabricantllp.com
15
16    Mr. Samuel F. Baxter and Ms. Jennifer L. Truelove
17    McKool Smith, P.C.
18    104 E. Houston Street, Suite 300
19    Marshall, Texas 75670
20    (903) 923-9000
21    Baxter@mckoolsmith.com
22    Truelove@mckoolsmith.com
23
24
25
```

```
 1                    APPEARANCES (continued)
 2   FOR THE DEFENDANTS:
 3   Mr. Patrick J. McCarthy, Ce Li and Madeline R. DiLascia
 4   Goodwin Procter LLP
 5   1900 N Street, N.W.
 6   Washington, D.C. 20036
 7   (202) 346-4000
 8   G-AbsenDCt@goodwinlaw.com
 9
10   Srikanth K. Reddy, Molly R. Grammel and Louis L. Lobel
11   Goodwin Procter LLP
12   100 Northern Avenue
13   Boston, MA 02210
14   (617) 570-1000
15
16   Ms. Naomi L. Birbach
17   Goodwin Procter LLP
18   620 Eighth Avenue
19   New York, NY 10018
20   (212) 813-8800
21
22
23
24
25
```

1              APPEARANCES (continued)

2    FOR THE DEFENDANTS (continued):

3    Mr. Harry Lee Gillam, Jr.

4    Gillam & Smith, LLP

5    303 South Washington Avenue

6    Marshall, TX 75670

7    (903) 934-8450

8    Gil@gillamsmithlaw.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    I N D E X

 2              (JURY TRIAL - June 7, 2021)
                                            PAGE:
 3

 4   Certificate of Reporter                 294

 5
                WITNESSES IN CHRONOLOGICAL ORDER:
 6
                                            PAGE:
 7
     WILLIAM HALL
 8
        Direct Examination By Mr. Fabricant:    7
 9
        Cross-Examination By Mr. McCarthy       92
10
        Redirect Examination By Mr. Fabricant   175
11
        Recross Examination By Mr. McCarthy     184
12
        Redirect Examination By Mr. Fabricant   186
13
     MATTHEW FOSTER (via deposition)
14
     MATTHEW FOSTER (via deposition)
15
        Examination                         191
16
     FRANK REN (via deposition)
17
        Examination                         207
18
     PIELING XIE (via deposition)
19
        Examination                         228
20
     BAI SHAO (via deposition)
21
        Examination                         244
22
     THOMAS CREDELLE
23
        Direct Examination By Mr. Lambrianakos   247
24

25
```

1            ***** PROCEEDINGS *****

2            THE COURT:  All right.  Counsel, is there

3    anything that needs to be raised with the Court before I

4    bring in the jury and proceed with the Plaintiff's first

08:30AM   5    witness?

6                MR. FABRICANT:  Not from Plaintiff, your Honor.

7                THE COURT:  Anything from Defendants?

8                MR. GILLAM:  No, your Honor.

9                THE COURT:  Let's bring in the jury, please.

08:31AM   10               (Whereupon, the jurors enter the courtroom.)

11               THE COURT:  Good morning, and welcome back,

12   members of the jury.  Please be seated.

13               As you'll recall, last Thursday we selected the

14   jury and proceeded with my preliminary instructions and

08:31AM   15   you heard opening statements from Plaintiff and

16   defendants.  We'll now proceed with the Plaintiff's

17   case-in-chief.

18               Mr. Fabricant, Plaintiffs shall call their

19   first witness at this time.

08:32AM   20               MR. FABRICANT:  Yes, your Honor.  The Plaintiff

21   calls William Hall to the stand.

22               THE COURT:  All right.  If you'll come forward,

23   Mr. Hall, and be sworn.  If you'll come around here,

24   sir, and be sworn, then you can have a seat at the

08:32AM   25   witness stand.

|   |   |
|---|---|
| | 1 |
| | 2 |
| | 3 |
| | 4 |
| 08:32AM | 5 |
| | 6 |
| | 7 |
| | 8 |
| | 9 |
| 08:33AM | 10 |
| | 11 |
| | 12 |
| | 13 |
| | 14 |
| 08:33AM | 15 |
| | 16 |
| | 17 |
| | 18 |
| | 19 |
| 08:33AM | 20 |
| | 21 |
| | 22 |
| | 23 |
| | 24 |
| 08:33AM | 25 |

1           (Whereupon, the witness was duly sworn.)

2        THE COURT:  All right.  If you'll come around,

3 sir, and have a seat at the witness stand.

4        Do we have witness binders to distribute?

5        MR. FABRICANT:  Yes, your Honor.

6        THE COURT:  Please do that.

7        If you'll hand the one for the witness to the

8 court security officer, please, Counsel.

9        All right.  Mr. Fabricant, you may proceed with

10 direct examination when you're ready.

11        MR. FABRICANT:  Thank you, your Honor.

12                WILLIAM HALL,

13 having been first duly sworn, testified as follows:

14             DIRECT EXAMINATION

15 BY MR. FABRICANT:

16 Q.  Good morning, Mr. Hall.

17 A.  Good morning.

18 Q.  Will you please introduce yourself to the jury.

19 A.  My name is William Hall.  I go by Bill Hall.  We've

20 lived here in Dallas for about 25 years.  I've been

21 married for 31 years.  I've got three children, two

22 daughters that still live in Dallas; a son that goes to

23 Texas A&M and plays football at Texas A&M.

24 Q.  Mr. Hall, what is your relationship to the Plaintiff

25 in this case, Ultravision Technologies?

```
 1   A.    I'm the owner of Ultravision Technologies.

 2   Q.    Do you have a title there?

 3   A.    I'm the CEO of Ultravision Technologies.

 4   Q.    And where is Ultravision Technologies located today?

 5   A.    We're in Dallas, Texas.  We have an office in

 6   Farmers Branch with a manufacturing and assembly, and

 7   then we have a sales office in Plano, Texas.

 8   Q.    And for how long has Ultravision Technologies, the

 9   plaintiff in this case, been located in the Dallas area?

10   A.    Since we started the company in 2010.  I had a

11   previous company, Ultravision LED; we had also started

12   that company in Dallas in 2006.

13   Q.    What is your college education, if any?

14   A.    I attended USC in Pepperdine, and I attended four

15   years of classes but did not finish my degree.  It was a

16   business major.  I started my first company when I was

17   in college.

18   Q.    Do you have an engineering degree, sir?

19   A.    No, sir.

20   Q.    What was the nature of the company's business,

21   Ultravision Technologies, when you first started it?

22   A.    I started it with a good idea of trying to develop a

23   new type of LED display; it was modular, panels that

24   could be interchanged and not have a cabinet.

25              For years in this industry, everyone had
```

08:34AM   5
08:34AM  10
08:34AM  15
08:34AM  20
08:35AM  25

1  installed LED displays with cabinets which have doors in

2  the back to protect the back of the LED modules, but it

3  made it very difficult to install and service.

4          So my goal was to eliminate the cabinet and

08:35AM  5  develop modular LED panels that could be easily

6  installed and actually put up against the wall without

7  any need for a rear service or a catwalk system behind

8  the panels.

9  Q.   Did you have any plan for how you were going to go

08:35AM  10  about manufacturing, making, developing these products

11  when you first started Ultravision Technologies?

12  A.   No.  We had no manufacturing facility when we first

13  started Ultravision Technologies.  It was just -- it was

14  a good idea, and I started traveling and looking for

08:36AM  15  manufacturers that could actually manufacture a product

16  for me that met our requirements in the design that I

17  was trying to make.

18  Q.   Were you ever able to manufacture your products

19  yourself?

08:36AM  20  A.   Yeah.  The whole goal was to eventually start

21  manufacturing in the United States, but we had to raise

22  capital to do that, and we were able to do that in 2017,

23  and we started manufacturing in 2017-2018.

24  Q.   Did you actually create new modular LED products?

08:36AM  25  A.   We did.  Over time and trial and error, we were able

08:37AM

to create the modular LED display panel.  These are

panels that you see in Times Square or New York or

Las Vegas or in digital billboards, but they're actually

LED -- modular LED display panels.  You can stack them

up as high as you want or as long as you want and make

large format LED displays.

Q.   Now, separate from the modular LED display products

that you've described, did Ultravision Technologies have

any other products after it started?

08:37AM

A.   We also developed outdoor LED lighting.  When we

started working on the LED lighting, there were many

types of indoor LED lights for warehouses and so forth,

but as soon as you took that outdoor -- that indoor LED

light outside, you had problems with the rain and the

08:37AM

environment; and so we had to figure out a way for the

LED lighting to make it IP65 as well and have a heat

transfer so the lights would not overheat.

So we ended up developing LED lighting

that's used for parking lot lights, streetlights,

08:38AM

signage lights, all those type of lights.

Q.   With respect to your LED lighting, is there anything

special about the way that the lights project onto the

billboard?

A.   Yeah.  One of the things that we had to focus on is

08:38AM

when you have an outdoor LED light, the light tends to

1    go everywhere, tends to light up all the space.  So not

2    only did we have to solve the heat transfer problems of

3    the light to have it outside, but we had to be able to

4    focus the light onto a flat designated surface.

08:38AM  5          So we worked with the optics to be able to

6    focus the light on a sign, a billboard, or any flat

7    surface like a parking lot or a street light where we

8    could focus the light into a designated area so it

9    wasn't lighting up the whole space.

08:38AM  10   Q.   Were you ever able to actually develop and

11   manufacture a new type of LED modular panel?

12   A.   Yes.

13   Q.   Digital display panel?

14   A.   Yes.

08:39AM  15   Q.   Could you characterize for the jury, please, at

16   least the overall features of your new LED modular

17   display panel?

18   A.   Again, I had been in this business for many years

19   with the previous company.  We had always installed LED

08:39AM  20   display cabinets, and cabinets were essentially like an

21   IT cabinet.

22          If you can think of a storage cabinet that you

23   would have in your garage, the doors in the back of the

24   IT cabinet or the doors in the back of an LED display

08:39AM  25   cabinet would protect all the components inside; but

1  when you shut those doors, you essentially created an

2  oven inside that cabinet; so you had to have fans and

3  vents.

4        There were also, inside that cabinet, you had

08:39AM   5  the power supplies, you had all the LED modules; you had

6  everything in that cabinet.  The problem with that

7  cabinet is when you installed it, then you had to have

8  some sort of catwalk system or access to the back of

9  that cabinet all the time to be able to access those

08:40AM   10  doors, to be able to access the inside of the panels,

11  the LED modules.

12        So my goal was to eliminate the cabinet.  If

13  you eliminated the cabinet, you eliminated the cost of

14  the installation; you eliminated the weight; you also

08:40AM   15  eliminated a lot of the electrical consumption.

16        So my whole goal was to develop a modular

17  LED display panel that was completely sealed, that could

18  be IP65 rated so it could stay out in the weather, and

19  it -- also, you could access it from the front or the

08:40AM   20  back.

21        So you could actually install those LED display

22  panels right against a wall.  Excuse me.  So it allowed

23  for LED video walls that you see a lot today.

24  Q.   Did you ultimately receive any patents on your

08:40AM   25  inventions for modular LED display panels?

A.   Yes.  We received 32 patents with modular LED displays.

Q.   Did you ultimately receive any patents for your new type of LED lighting technology that you described?

08:41AM A.   Yes.  We received 23 patents for the modular -- excuse me, for the outdoor LED lights.

Q.   Have you received any foreign patents from foreign countries for your modular LED display technology?

A.   Yes.  We received patents for the modular LED
08:41AM display panels.  We received patents -- excuse me -- in Canada, the U.K., Europe, and Australia.

Q.   On all of these 23 LED modular display patents which you've testified Ultravision received, were you the only named inventor on all 32 of those patents, sir?

08:41AM A.   No, sir.

Q.   Who else was an inventor?

A.   We have engineers; and Matt Foster, who is our vice president of engineering, was named on at least four of the patents.

08:42AM Q.   Were there any of those 32 where you were not even named at all as an inventor?

A.   Yes.

Q.   How many?

A.   I believe those four that Matt was named as an
08:42AM inventor.

```
 1  Q.   On the lighting technology patents, the 23 that
 2  you've testified Ultravision owned --
 3  A.   Yes.
 4  Q.   -- were you the sole inventor on those 23 lighting
 5  technology patents?
 6  A.   No, sir.
 7  Q.   Were you the sole inventor on any of the 23?
 8  A.   No, sir.  I was one of three or four inventors on
 9  the light patents.
10  Q.   Now, you've testified you have been a named inventor
11  on a large number of patents?
12  A.   Yes.
13  Q.   How do you decide, when you're filing a patent
14  application, who should be named as a true inventor so
15  that the patent applications would be proper?  How do
16  you make that decision, sir?
17  A.   For, I guess 30 years, I've applied for patents, and
18  you take -- I've taken all the information, and I take
19  it down to our patent attorney who files for the patents
20  for us, and I give them all the drawings, the e-mails,
21  you know, all of our specifications, and we sit down and
22  discuss all this with the patent attorney.
23        For all of these patents, we used a firm called
24  Slater Matsil in Dallas, and we gave them all of the
25  materials and went through the proposed inventions with
```

08:42AM (line 5)
08:42AM (line 10)
08:42AM (line 15)
08:43AM (line 20)
08:43AM (line 25)

them, and they decided who the inventor should be.

Q.   Now, what type of a law firm is this Slater Matsil firm?  What do they do?

A.   Slater Matsil does solely applications for inventors.  So there are law firms that do these type of trials and then there are law firms that do nothing but patent applications, and Slater Matsil did all of our patent applications for us.

Q.   Were they the only patent-filing firm that you had ever used?

A.   No, sir.  I've had used several patent-filing firms over the years, but Slater Matsil is the one that's done all the patent applications for these patents.

Q.   Regardless of which patent-filing firm you used, did you always follow the procedure that you've described for giving all the information and letting the decision be made as to who should be a true inventor to the law firm?

A.   Yes.  We've always followed the advice of the patent application firm who writes the patents.  They are very detailed patent applications, and so we always followed the advice of the patent application law firm.

Q.   How expensive is this process, Mr. Hall, of actually working with the lawyers, preparing the patent applications, filing them?  How expensive?

1  A.   It's very expensive especially for start-up

2  companies because it's all -- it's the cost of writing

3  the application; and then also, patent application don't

4  come overnight.  I mean, they take two years sometimes,

08:45AM  5  three years to get patents issued.  So you are

6  continuous -- the patent application law firm is

7  continuously working with the patent office to try to

8  correctly write the claims that would be accepted by the

9  patent office.

08:45AM  10       So it's an expensive process, and it's

11  especially an expensive process for start-up companies.

12  Q.   Can you characterize for the jury approximately how

13  much money you spent at Ultravision Technologies

14  prosecuting and filing these 32 panel technology patents

08:45AM  15  and the 23 lighting patents?

16  A.   Time and money, you know, probably into the millions

17  of dollars of trying to have these patents applied for

18  and issued by the government.

19  Q.   Are you a named inventor on any other inventions,

08:46AM  20  any other patents other than LED technology, totally

21  away from LED?

22  A.   Yeah.  My background is in high school -- excuse me,

23  college, I started a company that did -- we installed

24  underground storage tanks into gasoline stations.  I

08:46AM  25  moved to Texas.  We started a company here.  My wife

always says that's a dumb idea, but we started a company

here that we had the -- excuse me, the idea of putting

gas stations in front of grocery stores, which had never

been done.  So we did the first one for H-E-B and then

08:46AM  we did some for Albertson's and some other grocery

stores.

        As part of that, the grocery stores started

lowering the price of gasoline just to get customers to

come into the door.  So I went back to them and came up

08:47AM  with the idea called Fuel Rewards, and what Fuel Rewards

is is that when you buy groceries inside of the grocery

store, you actually get a discount on gasoline.

        So you'll see that sometimes in the

bottom, even today, of your grocery receipt; you'll see

08:47AM  so many cents off per gallon.  So that was my concept

when we started that company, and we were able to get

several patents on the Fuel Rewards program, which is

still being used today.

        We also, as part of this process, when I was

08:47AM  involved in the storage tank business out of college,

the -- all of the EPA wanted the underground storage

tanks to be controlled.  There were a lot of them that

were leaking, so we came up with patents for aboveground

storage tanks that allowed you to safely store flammable

08:48AM  liquids, and that's all still being used today.  So

1    total, I think I have probably 60 patents.

2    Q.    On those other patents that were not LED that you've

3    just testified about, were you the only inventor on

4    those patents?

08:48AM    5    A.    No, no.  The aboveground storage tank patents, there

6    were several inventors.  On the Fuel Rewards patents for

7    the cents off on gasoline, I know there were at least

8    four inventors.

9    Q.    Do you have an understanding, sir, if you are named

08:48AM    10    as an inventor on a patent that is applied for and

11    issued, what is the value, if any, to the inventor who

12    is named with respect to their rights concerning the

13    patent that is issued?

14    A.    You have the rights to the technology in that patent

08:48AM    15    unless it's assigned to a company.  So as an inventor,

16    you are the inventor of that patent, and you have the

17    rights to that patent, to that technology, unless it's

18    assigned to a company or an entity.

19    Q.    And what can you do with those rights if you are

08:49AM    20    named as an inventor on a patent that issues?

21    A.    Anything.  You own those rights.  So you can use

22    that technology if you are named as an inventor.

23    Q.    Are you saying that if someone was named on a patent

24    who really wasn't an inventor, they would nonetheless

08:49AM    25    have the rights to practice that patent?

A.    Yes.  If you are named on a patent, you have the

rights to use that patent and that patent technology.

Q.    And if someone's name was on a patent even though

they were not an inventor, would they have the rights to

08:49AM    license other people to use that patent?

A.    Excuse me, sir?  Say that --

Q.    If someone's named as an inventor --

A.    Yes.

Q.    -- would they have the right to license other people

08:49AM    to use that patent?

A.    Yes, they would, absolutely.

Q.    Mr. Hall, why did you bring this lawsuit against

Shenzhen Absen?

A.    We just -- after developing this technology and

08:50AM    spending years working on the technology, just -- we got

to a point where we couldn't compete out there in the

open market against some of the unfair prices that we

were getting from some of the companies such as

Shenzhen Absen Optoelectric from China.

08:50AM            We wanted to protect our American IP here

in the United States, and we just felt like it was -- I

felt that it was very unfair that we had foreign

competitors that were coming in and essentially trying

to copy or, you know, take American IP and sell products

08:51AM    in America without paying any sort of royalties or

1  anything for infringing on the patents.

2  Q.   Now, this lawsuit against Shenzhen Absen was filed

3  in the year 2018.  At that time when you filed the

4  lawsuit, what were your -- what was going on with your

08:51AM  5  business, not the lawsuit, but what was going on with

6  your business for the sale of lights and panels?

7  A.   We were a growing business in 2017 and 2018.  We had

8  a manufacturing facility in Farmers Branch.  We had, you

9  know, almost 100 people.  We were actually assembling

08:51AM  10  both LED lights and LED display panels at the

11  manufacturing facility.  We had won several large

12  contracts.

13         We had just installed eight displays in

14  Times Square.  We had over 100 displays that we

08:51AM  15  installed in Europe.  We installed the most LED displays

16  in London, the most LED displays in the U.K., the

17  largest LED display in Europe.  So it was a very -- it

18  was a very growing business.

19  Q.   Mr. Hall, what is the status of your business

08:52AM  20  operations today, as you sit here in this courtroom?

21  A.   We're down to less than ten people and trying to

22  rebuild.  We've been unable to compete over the last

23  couple of years with the foreign competitors, especially

24  the Chinese competitors, on price.

08:52AM  25         2020 was a terrible year for us due to

1   COVID, but we're trying to rebuild, and what we're

2   trying to rebuild with is selling -- we cannot compete

3   anymore on the LED display displays, so what we're

4   trying to do is we're trying to rebuild with the outdoor

08:52AM   5   LED lighting.

6   Q.   Do you today have any manufacturing production

7   capabilities in your Farmers Branch facility?

8   A.   We have all of the assembly lines, but we don't have

9   any of the people actually doing the assembly.

08:53AM   10   Q.   Do you --

11   A.   So the facilities are there, all the assembly lines

12   are there, but we don't have anyone actually doing the

13   assembly yet.

14   Q.   When was the last time you were actually able to

08:53AM   15   manufacture orders in the factory in Farmers Branch?

16   A.   Summer to early fall of 2019.

17   Q.   Now, why do you have a problem with Shenzhen Absen

18   practicing your patents?

19   A.   Again, it just seems that it is unfair and it's --

08:53AM   20   you know, I guess this is taking a little bit of a stand

21   in that we developed this product.

22         We have 32 patents on it in the United States

23   and, you know, worldwide patents, and they have been

24   able to duplicate or copy the product, and they sell it

08:54AM   25   in the United States with apparently no regard for

1  American IP, and we've been unable to compete against

2  them.  This is, you know, why we brought this to trial.

3  Q.  Mr. Hall, your --

4        MR. McCARTHY:  Your Honor?

08:54AM  5        THE COURT:  Just a minute.  Yes, counsel?

6        MR. McCARTHY:  I'd just like to object with the

7  direction that this question and answering is going,

8  with no specific evidence of any copying in this case.

9  This seems to be tied specifically to China.

08:54AM 10        THE COURT:  All right.

11        Ladies and gentlemen, this is probably a matter

12  I need to take up with counsel outside of your presence.

13  I'm going to ask you to retire to the jury room for just

14  a minute.  If you'll simply leave your notebooks in your

08:54AM 15  chairs, and I'll have you back in here as soon as

16  possible.  Follow all my instructions, please, including

17  not to discuss the case with each other.

18        The jury should retire to the jury room.

19        (Whereupon, the jurors exit the courtroom.)

08:55AM 20        THE COURT:  Be seated, please.

21        Do you have a response to the objection?

22        MR. FABRICANT:  Yes, your Honor.  We are, in

23  fact, about to get into some questions dealing with

24  Ultravision's attempts to directly compete with Absen in

08:55AM 25  the state of Texas.

1    We started in the opening, if your Honor will

2    recall, Mr. Gillam put up a demonstrative which showed

3    sales in the state of Texas; they have been very active

4    here.  Mr. Hall will testify about his attempts to

08:55AM   5    compete and put bids in the state of Texas and will

6    testify as to the fact that he was not able to secure

7    any of those and why, due to the fact that the prices

8    are lower.  But we don't intend to ask questions about

9    or get into any other aspects of the competition other

08:56AM   10    than the fact that their prices are lower and he hasn't

11    been able to compete on these against them.

12    THE COURT:  All right.  Well, I'm going to

13    sustain the defendants' objection.  There is a, agreed

14    among the parties, order in limine, MIL Number 14, that

08:56AM   15    precludes characterizing the defendants as Chinese

16    businesses; it precludes references to Chinese IP theft,

17    and Mr. Hall's testified directly about those matters,

18    I'll note without objection until Mr. McCarthy stood up

19    a minute ago.

08:56AM   20    Let me make it clear to both parties.  I have

21    no problem with plaintiff talking about the Defendant

22    Absen doing this.  I have a problem, and I believe it is

23    a violation of this order in limine for Plaintiff to

24    talk about Chinese Absen doing this, and there's been

08:57AM   25    more than enough references to China and Chinese

1   attempts to steal American intellectual property.

2   That's directly what this order in limine goes to.

3         I'm going to do this.  I'm going to direct both

4   parties to cease referring to "Shenzhen Absen

08:57AM   5   Optoelectric," that defendant, as "Shenzhen Absen."

6   Call them "Absen."  Every time you say the word

7   "Shenzhen," you're waving a Chinese flag in front of the

8   jury.  Call them "Absen"; that's a generic name that

9   doesn't have any geopolitical connotations to it.

08:57AM   10         I don't know of another place in the world

11   named "Shenzhen" except China.  That has clear

12   political, geopolitical connotations to it and seems to

13   violate, in my view, the agreed-upon order in limine

14   number 14.

08:58AM   15         And, Mr. Hall, I don't want any more testimony

16   about Chinese this or Chinese attempts to steal American

17   IP.  I have no problem presenting to the jury

18   Ultravision versus Absen, and you can talk about the bad

19   acts that each of you have done, but you are not to

08:58AM   20   characterize them as America versus China.  That's what

21   this MIL is all about, and you-all agreed to it, and you

22   are going to abide by it.

23         And I think we are -- we've gone down that path

24   further than we should have gone down the path before,

08:58AM   25   but Mr. McCarthy made his first objection when he made

1  his first objection.  I'm going to sustain the

2  objection.

3        I'm going to direct the parties to no longer

4  refer to one of the defendants with the word "Shenzhen"

08:58AM  5  before the jury.  Simply call them "Absen."  That's what

6  I told them, in my preliminary instructions, you were

7  going to call them, and then you, at least the

8  plaintiffs, have continued to call them "Shenzhen Absen"

9  every time you've identified them.  Call them "Absen."

08:59AM  10  Talk about what each party has done or not done to the

11  other.  Stop the ethnic, nationalistic, geopolitical

12  references to China versus America.  That's not what

13  this trial's about.

14        Everybody understand the Court's position?

08:59AM  15        MR. FABRICANT:  Yes, your Honor.

16        THE WITNESS:  Yes, your Honor.

17        THE COURT:  All right.  Let's bring in the

18  jury.

19        (Whereupon, the jurors enter the courtroom.)

09:00AM  20        THE COURT:  Thank you, ladies and gentlemen.

21  Please be seated.

22        Ladies and gentlemen, I want to remind the jury

23  that this lawsuit is between Ultravision and the two

24  Absen defendants.  This is not a lawsuit between the

09:00AM  25  United States and China.  You are not to consider the

|  |  |  |
|---|---|---|

1   evidence in any reference to the two different countries

2   from which these parties originate.  You are to focus on

3   the parties themselves and what the parties have done,

4   not where they come from and not what countries they

09:00AM  5   call home.

6        All right.  With that, let's continue,

7   Mr. Fabricant.

8        MR. FABRICANT:  Yes, sir.  Thank you, your

9   Honor.

09:00AM  10  Q.   Mr. Hall, were you in the courtroom for the opening

11  statements by counsel?

12  A.   Yes, sir.

13  Q.   And did you see, in the opening statement of

14  Mr. Gillam, he put up some slides, and one of the slides

09:00AM  15  showed sales that apparently Absen made in the State of

16  Texas?  Do you recall that?

17  A.   Yes, sir.

18  Q.   To your knowledge, have you ever competed for sales

19  directly against Absen?

09:01AM  20  A.   Yes, sir.  For several of those projects, we

21  competed against Absen for those sales.  One in

22  particular was the Cotton Bowl, which we -- our product

23  was actually specified by the engineers for the

24  Cotton Bowl.

09:01AM  25  Q.   Did you win that contract, sir?

1   A.   No.   We were -- the competing bids were

2   approximately half the price or a million dollars lower

3   than our prices.

4   Q.   What has been the result to Ultravision of your

09:01AM   5   inability to compete fairly on price?  What has been the

6   result of the company?

7   A.   Well, we've just been unable to win bids out there

8   for product sales.  We've been unable to compete on

9   price, and over time we've had to shut down all of the

09:01AM   10   production and all of the manufacturing here in the U.S.

11   Q.   Mr. Hall, I would like to show you Plaintiff's

12   Exhibit Number 1.  Can you tell the jury what is

13   Plaintiff's Exhibit Number 1?

14   A.   That is one of our patents, patent number 9,207,904.

09:02AM   15   Q.   And we call that the '904 Patent in this trial; is

16   that your understanding, sir?

17   A.   Yes.

18        MR. FABRICANT:  And if we could show Mr. Hall

19   Plaintiff's Number 2.

09:02AM   20   Q.   Mr. Hall, is this the '782 Patent that you received

21   from the U.S. government?

22   A.   Yes, it is.

23        MR. FABRICANT:  If we can show Mr. Hall

24   Plaintiff's Exhibit Number 3.

09:02AM   25   Q.   Mr. Hall, is this the '294 Patent that you received

1  from the U.S. government?

2  A.   Yes, it is.

3  Q.   And while we have Exhibit Number 3 up here, I would

4  just ask you, drawing your attention straight down on

09:03AM  5  the right column, there is a line that says, "Attorney,

6  agent, firm, Slater Matsil, LLP."  Do you see that?

7  A.   Yes, sir.

8  Q.   And is that a reference to that patent law firm that

9  you've testified to earlier this morning?

09:03AM  10  A.   Yes, sir.  That's the patent law firm that we used

11  in Dallas, Texas.

12  Q.   And are you the named -- the sole named inventor on

13  Exhibits 1, 2, and 3?

14  A.   Yes, I am.

09:03AM  15  Q.   And with respect to these three patents -- you've

16  testified about other patents, but with respect to these

17  three patents, what was the process for determining who

18  should be the named inventor or inventors on each of

19  these three patents, sir?

09:03AM  20  A.   We would take all of our drawings, any of the

21  specifications, you know, any of the e-mails, all of the

22  information that we had, and we would sit down with the

23  attorneys at Slater Matsil and go through all of the

24  drawings, all of the ideas, all the specifications, and

09:04AM  25  then they would determine who the inventor was and they

1    would write the patent applications for us.

2    Q.    What is your understanding as to the date of

3    invention on each of the three patents-in-suit.

4    A.    July of 2014.  I believe it's July 28 of 2014.

09:04AM   5    Q.    Was that the date of the filing of your formal

6    application for the modular LED display technology?

7    A.    Yes, sir.

8    Q.    Prior to that date of July 28, 2014, had you filed

9    any prior form of application with respect to the

09:04AM   10    modular LED technology?

11    A.    Yes, sir.  You sometimes file a provisional patent

12    application; and you do that to notify the patent office

13    that you will be filing a formal patent application for

14    the inventions.  So we filed a provisional patent

09:05AM   15    application in December of 2013.

16    Q.    I'd like to show you Plaintiff's Exhibit Number 9,

17    Mr. Hall.  Can you identify for the jury Plaintiff's

18    Exhibit Number 9?

19    A.    That appears to be a patent application for system

09:05AM   20    or method of modular display panels.

21    Q.    And is this the provisional application, sir, that

22    you filed?

23    A.    Yes, sir, it is.  This is the first page of it, yes.

24    Q.    Now, do you have an understanding, as the inventor

09:05AM   25    of these three patents, Exhibits 1, 2, and 3, as to what

1   inventions are covered by the three patents?

2   A.   Yeah.   These three patents cover the goal of what we

3   were trying to develop, was to get rid of the cabinets,

4   eliminate the cabinets; so you eliminated the weight,

09:06AM   5   you eliminated power consumption, you eliminated the

6   need for the catwalk systems behind the cabinets.

7                 The whole goal was to lower the total cost

8   of installation and to lower the cost of operation.

9   Excuse me.   And the way we would do that is by

09:06AM   10   developing modular interchangeable -- excuse me, modular

11   LED display panels that were plastic, lightweight,

12   sealed to be waterproof; so they had to be IP65 rated,

13   and also that you could interchange, that you could

14   easily change out.

09:07AM   15        If you think of the old cabinet systems, if

16   there were a problem, you had to open up the back of the

17   cabinet and you had to go into it and had to figure out

18   why the cabinet -- you know, why the LED display was not

19   working anymore.

09:07AM   20        With our new system, with our modular LED

21   display panels, we wanted to be able to detect whether a

22   panel was not operating and to be able to go out and

23   exchange that panel and essentially hot-swap that panel

24   without turning off the whole LED display; so you could

09:07AM   25   go out and you could just exchange one panel.

```
 1          By getting rid of the cabinets, it also allowed

 2    for LED video walls.  So you could actually put the LED

 3    display panels up against video walls -- or up against

 4    the wall to create LED displays or LED display video

 5    walls.

 6    Q.   Mr. Hall, I'd like you to look at Plaintiff's

 7    Exhibit 2, which I believe is the '782 Patent.  Do you

 8    see it, sir?

 9    A.   Yes.

10    Q.   And I would like to draw your attention to the claim

11    that is asserted in this lawsuit today, and I believe

12    it's Claim Number 9.

13          MR. FABRICANT:  So, Mr. Thompson, if you could

14    take us to Claim Number 9 and blow it up, please.

15    Q.   Now, Claim Number 9 says, "The panel of Claim 1,

16    wherein the first thermally conductive material

17    comprises plastic."  What does it mean to you when it

18    says, "The panel of Claim 1"?  What is this?

19          MR. McCARTHY:  Your Honor, we're getting

20    dangerously close to expert testimony here.

21          THE COURT:  Overruled.  This is an appropriate

22    question.

23          Go ahead, counsel.

24          MR. FABRICANT:  Thank you, sir.

25    Q.   Go ahead.
```

09:07AM   5
09:08AM  10
09:08AM  15
09:08AM  20
09:08AM  25

|    |    |
|----|----|
|    | A.    This Claim 9 is a dependent claim, so it's dependent |
| 1  | A.    This Claim 9 is a dependent claim, so it's dependent |
| 2  | on all of the claims in Claim 1.  It's an additional |
| 3  | dependent claim from Claim 1. |

1  A.    This Claim 9 is a dependent claim, so it's dependent

2  on all of the claims in Claim 1.  It's an additional

3  dependent claim from Claim 1.

4           MR. FABRICANT:  So let's look at Claim 1 which

09:09AM  5  is part of Claim 9, and if you could blow up Claim 1,

6  please.

7  Q.    What is claimed is a modular display panel.  What

8  did you intend by "a modular display panel"?

9  A.    Modular display panel is a panel without a cabinet

09:09AM  10  that is completely sealed to be waterproof, that can be

11  interchangeable and hot-swappable.  Again, you can stack

12  these modular LED display panels as high or as long as

13  you wanted to create large LED displays.

14  Q.    And what, to your understanding, based on being the

09:09AM  15  inventor of this and all the experience you've testified

16  to, is a cabinet?  What is a cabinet?

17  A.    A cabinet is a protective structure around the LED

18  modules.  So --

19           MR. McCARTHY:  Your Honor, we have claim

09:10AM  20  constructions on these things.

21           THE COURT:  If the term's been construed by the

22  Court, then this is inappropriate to inquire of the

23  witness about it.  If the term's not been construed by

24  the Court, then he can testify as to what he believes

09:10AM  25  the plain and ordinary meaning of the term is.

1    MR. FABRICANT:  Yes, your Honor.  I'll withdraw

2  that question.

3    THE COURT:  All right.  Let's proceed on that

4  basis.

09:10AM  5  Q.   Mr. Hall, the second element is a shell comprising a

6  first thermally conductive material wherein the

7  sidewalls of the shell comprise plastic?

8  A.   Yes.

9  Q.   And what did you intend the use of plastic for?

09:10AM  10  A.   We intended the use of plastic to, number one, make

11  the LED display panel lightweight, to eliminate the

12  weight of aluminum or -- excuse me, just to lower the

13  weight of the panel but also to be able to seal that

14  panel so it was waterproof or IP65 rated.

09:11AM  15  Q.   And if we could go back to Claim 9, which was the

16  dependent claim which includes all of Claim 1.  The

17  panel of Claim 1, wherein the first thermally conductive

18  material comprises plastic, what was your intention

19  there, sir?

09:11AM  20  A.   Again, the intention was to have plastic that could

21  completely seal and waterproof that panel but still make

22  it very lightweight; and plastic has thermal conductive

23  capabilities, so the goal was to lower the weight and

24  completely seal that panel so it was an independent

09:12AM  25  modular LED display panel.

1  Q.   Now, you claim in this lawsuit that Absen infringes

2  dependent Claim 9, which includes the elements of Claim

3  1 of this patent?

4  A.   Yes, sir.

09:12AM  5  Q.   And were you able to make that decision?

6  A.   No, sir.  We relied on advice from our attorneys.

7  Q.   Were you able, yourself, to make any aspects of that

8  decision as to whether the Absen panels met the claim?

9  A.   Well, absolutely.  You can look at the products

09:12AM  10  manufactured by Absen, and you can see they are no

11  longer using the cabinet or the protective doors on the

12  back of the -- on their LED displays; there's no more

13  doors on the back protecting those modules and the

14  components.  They have moved away from cabinets

09:13AM  15  completely.

16  Q.   Could you tell anything about the substance that

17  they were using to make their housings?

18  A.   Yes.  If you look at all their LED display modules

19  now, they are all made of plastic.  They are all sealed

09:13AM  20  LED display panels that are --

21       MR. McCARTHY:  Your Honor, I object.  This is

22  expert testimony.

23       THE COURT:  All right.  Mr. McCarthy, if you'll

24  stand all the way up and address the Court when you want

09:13AM  25  to object instead of crouching over halfway; and I can't

1    tell when you're objecting or not objecting.

2          MR. McCARTHY:  I object, your Honor.  This is

3    expert testimony on infringement.

4          THE COURT:  What's your response,

09:13AM  5    Mr. Fabricant?

6          MR. FABRICANT:  Your Honor, my response is that

7    the witness saw that the panels were made out of

8    plastic.  Plastic is a plain and ordinary meaning in

9    this lawsuit, and this is a witness who's been in the

09:13AM  10   business for 35 years or something like that.

11         THE COURT:  Well, there's always a fine line to

12   walk when you have an inventor who is not an expert

13   witness who's presented as a fact witness and allowing

14   the witness to testify as to what they have within their

09:14AM  15   own personal knowledge as a fact witness but keeping

16   them from offering opinion testimony that only an expert

17   is permitted to offer.

18         At this point I'm going to overrule the

19   objection with regard to his understanding of what

09:14AM  20   plastic is, but I will caution Plaintiff that he's not

21   to -- you are not to inquire as to matters that call for

22   direct opinion testimony.

23         MR. FABRICANT:  Yes, your Honor.

24         THE COURT:  Let's proceed.

09:14AM  25   Q.   Prior to bringing the lawsuit, Mr. Hall, were you

1  yourself able to make any determination as to whether

2  the accused Absen panels were waterproof?

3  A.   Yes.  We had seen their product at several trade

4  shows, we had seen their literature, and we could see

09:15AM  5  that they were no longer using the doors in the back or

6  the protective cabinets; they moved to a type of plastic

7  module to actually protect the panels without using the

8  doors or the cabinets in the back, and they no longer

9  had to have the -- you know, the area, the catwalk

09:15AM  10  system behind their panels.

11       We also saw a video in 2017 of -- it was on

12  YouTube where they showed their new product and they

13  showed how their new product had no cabinet doors and

14  how easily their product could be hot-swapped or

09:15AM  15  exchanged.

16       And they stated in the video on YouTube that it

17  was IP67 rated and this was their new product that they

18  were entering into the market with.  It was very

19  different than what Absen had sold before.

09:16AM  20  Q.   Mr. Hall, I show you Plaintiff's Exhibit 814.

21       MR. FABRICANT:  Mr. Thompson, if you'd bring

22  that up.  Would you play 814, please.

23            (Video played, as follows:)

24       VIDEO:  "Our Absen booth.  My name is

09:16AM  25  Nick Herron.  We are showcasing right now our new

1    product right off the bat with our X3v series.  This is

2    a 3.9 mil product that we want to show you, give you a

3    hands-on demo.  If you want to come on over to walk

4    around the back and we'll show you how to take out the

09:16AM   5    power supply and give you a little bit more details on

6    how the panel comes together.  So come on right through.

7         "So off the bat, we have an IP67 rating on this

8    two-foot by two-foot square panel.  I have my assistant

9    here to help me take off a panel real quick.  It just

09:17AM   10    adjusts by two locking bolts on the side and then two

11    swing locks on the top.  Once you unlock it, it will

12    just swing down easy-peasy, and then you will have four

13    modules that can actually be taken out, and it holds in

14    by neodymium magnets.

09:17AM   15         "And, like I said before, it is IP67 rating.

16    These also have angle adjustments, so you have a plus

17    and minus 5 angle adjustments on the corner here.  So

18    you can do a convex or a concave curve depending on your

19    application.

09:17AM   20         "Going to the power block, we wanted to show

21    you a couple little latch locks, easy to just remove.

22    You have your weather seal for the IP rating and all

23    your internals, which is very easy with Phillips head

24    screwdrivers to remove and replace any type of problem

09:18AM   25    that you might have happen.  All TRUE1 Neutrik

|  |  |  |
|---|---|---|

1  connectors for power and for Ethernet or data.  And then

2  as easy it is to come off, it goes on just as easy.  You

3  just align the pins, top and bottom, you make the good

4  seat, and then you latch the latches back in.

09:18AM  5       "If you want to see any more of this product

6  or any other products that we have -- we have a lot --

7  you can come by booth 931, and this is -- my name is

8  Nick Herron again, and visit the website, by the way, at

9  www.usabsen.com.  Thank you.  Bye-bye."

09:18AM  10            (End of video played.)

11       MR. FABRICANT:  Can you freeze it right at the

12  end there and hold it, please.

13  Q.  Mr. Hall, when you look at this frozen frame of the

14  video, first I'll ask you is this the video that you saw

09:18AM  15  when you went online?

16  A.  Yes.

17  Q.  Can you see the modules, the actual panels on this

18  video right here and on this frozen frame?

19  A.  Yeah.  There appear to be four plastic modules.  You

09:19AM  20  can see the handles on the back.

21       MR. FABRICANT:  All right.  You can take down

22  the exhibit, please.

23  Q.  Mr. Hall, I'd like to show you Plaintiff's Exhibit

24  3, which is the '294 Patent.  You are asserting Claim 22

09:19AM  25  of the '294 Patent, so if we can go to Claim 22.

1        MR. FABRICANT:  Blow up Claim 22, Mr. Thompson.

2   Q.   Mr. Hall, are there any differences between Claim 22

3   of the '284 [sic] patent and Exhibit 2, Claim 9 of the

4   '782 Patent?

09:19AM   5   A.   Essentially the biggest difference in these two

6   patents is that we were able to describe -- we were able

7   to keep the patent -- excuse me, the LED display panels

8   cool or from overheating and IP65 rated without fans; so

9   we eliminated the need for the fans in the back of the

09:20AM   10   panels.

11        MR. FABRICANT:  Can you go to the end of the

12   claim, please.

13   Q.   I'd like to read the last two elements:  "Wherein

14   the modular display panel is configured to be exposed to

09:20AM   15   an external environment without a protective waterproof

16   enclosure; and wherein the modular display panel is

17   configured to be cooled passively without fans."

18        Is that the distinction that you've

19   testified to, Mr. Hall?

09:20AM   20   A.   Yes, sir.  Because we were trying to create the

21   modular LED display panels, but if you had fans in the

22   back of them, they could not be IP65 rated; it would

23   allow for water ingress.

24        THE COURT:  Mr. Hall, he simply asked you was

09:21AM   25   that what you intended to do, and you answered him fully

```
 1    when you said "yes, sir."
 2            THE WITNESS:  I'm sorry.
 3            THE COURT:  He didn't ask you to explain why or
 4    give the reasons behind it.  Try to limit your answers
 5    to the questions asked, please.
 6            THE WITNESS:  Will do, sir.
 7            THE COURT:  All right.  Continue, please,
 8    counsel.
 9    Q.   Mr. Hall, I'd like to show you Plaintiff's
10    Exhibit 1, which is the '904 Patent, and it's Claim 1 of
11    the '904 Patent that you asserted in this lawsuit.
12    A.   Okay.
13    Q.   Could you tell the jury what was the invention that
14    you understood as the inventor that is found in Claim 1
15    of the '904 Patent?
16    A.   I'm sorry.  Could you ask that one more time?
17    Q.   What is the invention which you intended to be found
18    and contained within Claim 1, the method claim of the
19    '904 Patent?
20    A.   So the concept of this -- or the idea behind these
21    panels was, again, to be able to detect if one of the
22    panels was not working and to be able to hot-swap that
23    panel without having to shut down the whole display.
24            So if you can imagine a large display in
25    Times Square or in a sports stadium, if you have one
```

09:21AM (lines 5)
09:21AM (line 10)
09:21AM (line 15)
09:22AM (line 20)
09:22AM (line 25)

09:22AM

panel that goes out, you don't want to have to shut down
the whole display to replace that one panel.  So what
this claim is for is identifying that panel through
signals of any of the adjacent panels or the panel
itself and then being able to go in and change out that
panel and hot-swap that panel and replace it with a
panel, an operating panel.  So it lowers the cost of
maintenance without having to shut down the display.

        MR. FABRICANT:  You can take down the exhibit.

09:23AM

Q.   Mr. Hall, as of the filing date of your first LED
modular display patent application -- which you've
testified the formal one was in July of '14; the
provisional one was in December '13 -- had you ever
seen, as of those dates, another product anywhere in the

09:23AM

world which had the features of the asserted claims of
the patents in this lawsuit?

A.   No, sir.

Q.   How much exposure did you yourself have to panels
that other competitors had all around the world back in

09:23AM

2013 and 2014?

A.   Tremendous exposure.  I mean, my previous company,
BillBoard Video, we installed LED displays in
Times Square, we did 70 percent of the displays in
Times Square, Las Vegas.  You know, I had owned that

09:23AM

company and built that company and sold that company,

1    but I was very familiar with all the products in the

2    industry and had even traveled around the world to look

3    at different products and how we could try to improve on

4    the technology that was out there.

09:24AM    5    Q.    Was it a regular part of your practice to go to

6    trade shows?

7    A.    Absolutely.

8    Q.    And where were those trade shows?

9    A.    Throughout the United States and Europe primarily.

09:24AM    10    Q.    And who typically attends trade shows?

11    A.    In the beginning it was -- when I started

12    Ultravision, it was just myself; but as Ultravision

13    started to grow, we would also take engineers with us

14    and salespeople to go to the trade shows.

09:24AM    15    Q.    My question is:  Who usually is at these trade shows

16    showing their products?

17    A.    Oh.  All of the competitors.  I mean, you'll see

18    every major LED display competitor at these trade shows.

19    Q.    In the video that we played a few moments ago for

09:24AM    20    the jury, was that a trade show?

21    A.    Yes, it was.

22    Q.    Can you describe, please, for the jury what is

23    actually an LED panel?  How does LED panel technology

24    work?  I'm not talking about your invention.

09:25AM    25    A.    So LED display panels, if you look at LED displays

1  that you might see on digital billboards on the side of

2  freeways or if you go to Las Vegas or maybe Shreveport,

3  you'll see these large LED displays, or Times Square,

4  they are not just one large LED display; they're made up

09:25AM  5  of smaller panels that are put together.

6        So on the side of a freeway, if you see a

7  digital billboard, it might have 300 panels, you know,

8  whether it's our panel or somebody else's panel.  When

9  you look at a sign in Las Vegas, it might have a

09:25AM  10  thousand of those square LED panels.  If you go to

11  Times Square, you might see 1,800 or 2,000 of those

12  panels put together, but all of the LED displays are

13  primarily composed of smaller LED display panels that

14  you assemble to make those displays.

09:26AM  15  Q.  What is actually making the panel work?  What kind

16  of technology lights it up?

17  A.  Inside the panel, you have LEDs, which are

18  essentially microprocessors that emit light, and each

19  one of those LEDs are -- emit red, blue, and green

09:26AM  20  light, RGB.  So you have thousands of LEDs that are in

21  these panels.  You may have hundreds of LEDs in each

22  panel, but if you look at a large LED display, there's

23  thousands and thousands of these tiny LED chips in those

24  panels, and those LED chips light up and create the

09:26AM  25  pixels, or the points of light that create that LED

1    display.

2    Q.    Mr. Hall, do you claim to have invented LEDs?

3    A.    No, sir.

4    Q.    Do you --

09:27AM    5    A.    LEDs are used in everything from flashlights to cars

6    to home lighting or office lighting.

7    Q.    So you don't have any claim to have invented LED or

8    LED technology, sir?

9    A.    No, no.

09:27AM    10    Q.    Mr. Hall, I'd like you to show the jury Plaintiff's

11    Exhibit Number 807, which I believe is a panel that's

12    behind you, a physical panel called the Master Plus

13    model.

14    A.    Okay.

09:27AM    15    Q.    Do you have it?

16    A.    Yeah.  You want me to hold it?

17    Q.    Yes.

18    A.    Yes.

19    Q.    And on the front of that panel, what are those

09:27AM    20    little teeny white dots?

21    A.    Those are the LED chips that emit the light.  So

22    each one of those LED chips has a red, blue, green diode

23    on the inside of it.  Although they look white, they

24    have a red, blue, green diode microchip on the inside of

09:28AM    25    it, and that's what creates the point of light and can

1    create actually millions of different colors of light.

2    Q.    Does every LED display panel manufacturer use some

3    version of those LED-type lights?

4    A.    Yes.   There are many different manufacturers of

09:28AM   5    these LEDs.   And the actual display manufacturers will

6    buy these LEDs from several different manufacturers.

7    Q.    What is Plaintiff's Exhibit 807, the panel that you

8    are holding in your hand?  What is it?

9    A.    This was our -- the most recent panel that we

09:28AM   10    designed and sold.   It's the Master Series Plus.   This

11    is the one that we manufactured in Dallas.   This is the

12    one that we sold, you know, in several different

13    locations throughout Europe, and this is the one -- the

14    final panel that we were actually manufacturing in

09:29AM   15    Dallas.

16    Q.    Could you show the jury the back of the panel,

17    please?

18    A.    (Complies.)

19    Q.    And while you are holding it up, I just want to ask

09:29AM   20    you a few questions about it.   What is the housing made

21    of?

22    A.    The housing is primarily plastic.   It's all plastic.

23    Q.    Does this Master Series panel have any cooling fans?

24    A.    No.   It's completely sealed, so it's waterproof.

09:29AM   25    Q.    Does it have any vents, sir?

A.    No.   There's no -- there's no vents or fans so water

cannot get into the back of it.   Then, if you can see,

because there's no vents or fans or cabinets, you can

actually stack it against the wall and create LED video

09:29AM   walls or walls that you might see in sports stadiums or

airports or things of that nature.

Q.    So what was the problem here?   Why was it so -- take

you so long to come up with this invention?

A.    It was a tremendous amount of trial and error

09:30AM   because when you got rid of the cabinet and you got rid

of the enclosure in the back, you had a tremendous

problem with cooling and keeping this panel cool and

operating and still keep it IP65 rated.

          So we went through many different versions of

09:30AM   this to actually get to a final panel that would work

and would work in the environment and was very

dependable.   These panels are still in use throughout

the world today.

Q.    Thank you, Mr. Hall.   You can put down the panel.

09:31AM          Now, you testified today about a prior business

you had, BillBoard Video business, I believe you called

it; is that right?

A.    Yes.

Q.    And when did you start the BillBoard Video business?

09:31AM   A.    I believe we started that business in 1999.

1    Q.    And --

2    A.    2000.

3    Q.    -- what type of products did BillBoard Video sell?

4    A.    We sold LED displays.  We started out -- with my

09:31AM    5    experience in the grocery stores, we started out trying

6    to sell the LED displays into grocery stores and to the

7    gasoline stations, but we eventually started selling the

8    LED displays to larger format LED displays, and we did a

9    lot of the displays you see in Times -- at the time,

09:31AM    10    most of the displays in Times Square, about 70 percent

11    of the displays in Times Square, a lot of the large

12    format LED displays in Las Vegas, Los Angeles.  We

13    really got to specialize in large-format LED displays.

14    Q.    And how were those displays put together?  What type

09:32AM    15    of systems were they?

16    A.    Cabinets.  We used cabinets for everything.  When

17    you installed those cabinets, you had to install the

18    walkway system behind the cabinets to be able to access

19    those cabinets and access those doors.  So every time

09:32AM    20    you would go to see a display in Times Square, somewhere

21    behind that display was a large catwalk system to be

22    able to access those doors.

23             Or even the billboards -- if you saw a

24    billboard on the side of a freeway, it still had to have

09:32AM    25    a catwalk access system behind it to be able to access

1  those doors and be able to access those displays.

2  Q.   Mr. Hall, why did you have to have the space behind

3  you?  Why couldn't you just service it and repair it

4  from the front?

09:32AM  5  A.   Because the cabinets only open from the back.  So

6  you had to be able to open those doors and go into the

7  cabinet and see if you had a power supply that was out,

8  an LED module that was out.  You know, sometimes you'd

9  have critters and rats and things that would get in and

09:33AM  10  chew the wires.  But you had to access all the cabinets

11  from the back and we had to send in technicians to open

12  up those cabinets and see what the problem was, if there

13  was any -- if the display was down for any reason.

14  Q.   Mr. Hall, I'd like to show you DTX-417.  And what is

09:33AM  15  this document?

16  A.   Appears to be one of our sales presentations for the

17  Ultravision LED product.

18       MR. FABRICANT:  Mr. Thompson, if you'd go to

19  Page 3003 at the bottom.

09:33AM  20  Q.   Could you tell the jury what is depicted in the two

21  pictures that are on the right side of Page 3?

22  A.   This was -- this slide describes my previous

23  experience.  It describes, I think, management

24  experience.  But these are some of the displays that,

09:34AM  25  with my previous company, BillBoard Video, that we

installed in Times Square.  The bottom display is the

Chase Manhattan -- JPMorgan Chase display, which at the

time was put in the Guinness Book of World Records for

the largest LED display in the world.

09:34AM      Then we installed the ABC sign display, which

is the one with all of the waves, which is actually the

most photographed display in the world.  So these are

some of the displays that we installed at

BillBoard Video.

09:34AM      MR. FABRICANT:  Could you please show the

witness Page 7 of this exhibit.

Q.   Mr. Hall, what is depicted on the left side of

Page 7?

A.   That's actually one of the back rooms or the catwalk

09:34AM   system where you would have to access the panels in the

back -- excuse me, the cabinets in the back.  So we had

to have rooms that were -- in Times Square that were

actually cooled.  You can see all the cooling vents on

the left, but there are cabinets in there.  So you had

09:35AM   to be able to access the back and be able to open the

cabinets and do any work on the LED displays.

     To the right is another cabinet system, and

that one was just being at the top.  It was just being

installed for a billboard, you know, a billboard that

09:35AM   you might see on the side of a freeway, but it was --

1  any of these cabinet systems had to have large -- for

2  the catwalk -- or frames and catwalk systems behind it.

3  Q.   If we could go to Page 12 of the exhibit.  Mr. Hall,

4  what is shown on Page 12 of the exhibit?

09:35AM  5  A.   This is where we installed an LED display for a

6  demonstration to show the unique advantages of the

7  invention, and you can see that our display panels could

8  be stacked up and installed right against a wall.  There

9  was no cabinet behind it, there's no doors behind it, so

09:36AM  10  you can stack up the panels and make them as high or as

11  long as you want it with a frame that can go right

12  against the wall.

13  Q.   No space at all behind those panels?

14  A.   No, there's no space necessary behind them at all.

09:36AM  15         MR. FABRICANT:  Please show the witness Exhibit

16  812, Page 3.

17  Q.   Mr. Hall, what is depicted in Exhibit 812?

18  A.   That is a traditional LED display cabinet system.

19  That is the one that we installed for years and years

09:37AM  20  and that was the standard in the industry when I started

21  Ultravision.  Almost every manufacturer manufactured and

22  installed some type of cabinet system, including my old

23  company.

24  Q.   Now, with respect to the business of selling LED

09:37AM  25  displays, is there any economic advantage to the seller

1    to be able to use a modular display like your technology

2    versus the old cabinet system?

3    A.   Yes.   The whole goal when I started the company was

4    to lower the total cost of installation and to lower the

09:37AM    5    total cost of operation.   That was the mission statement

6    of the company.   So when you got rid of the cabinet, you

7    got rid of the weight of the cabinet, you lowered the

8    electrical consumption, but you also got rid of the need

9    for those catwalk systems or those access systems behind

09:38AM   10    the cabinet.

11         So like in the case of our customer in

12    Times Square, they were able to save approximately

13    $2 million on the installation of their display because

14    they did not have to install all that heavy steel

09:38AM   15    cabinetry behind the LED displays.

16         When we started doing the projects in London,

17    same thing; we saved them hundreds of thousands of

18    dollars for installation because they were able to

19    eliminate the weight and the installation cost of the

09:38AM   20    cabinet system and we were able to deliver a very

21    lightweight plastic panel that was easy to install, easy

22    to maintain, and it saved them hundreds of thousands of

23    dollars on the installations.   It was a fundamental

24    change in the industry.

09:39AM   25    Q.   Mr. Hall, I'd like to show you Plaintiff's

1    Exhibit -- I'm sorry, DTX-17, Page 2.  17 -- 417.  I'm

2    sorry.  And what is shown on Page 2 of Exhibit 417?

3    A.    That was for my old company, BillBoard Video.  We

4    were actually one of the 20 fastest growing companies in

09:39AM  5    the United States.  And I guess this was 2004.  I had

6    more hair.

7    Q.    And is that the Chase display panel that is behind

8    you in this picture?

9    A.    Yes.

09:39AM  10   Q.    Mr. Hall, what happened to BillBoard Video, the

11   company?

12   A.    I sold the company to a real estate developer in

13   California who wanted to develop the LED displays for

14   his real estate developments around the world.

09:39AM  15   Q.    And after you sold BillBoard Video, did you have any

16   other experiences after that in the LED display

17   business?

18   A.    No.  Primarily, I started Ultravision in 2000 --

19   well, Ultravision LED in 2006 trying to develop the new

09:40AM  20   LED display panel technology that I wanted to develop.

21   I was trying to overcome any of the problems that we had

22   had with the previous company and, again, lower the

23   total cost of installation, lower the total cost of

24   operation.  So we started Ultravision LED in 2006.

09:40AM  25   Ultimately, we started Ultravision Technologies in 2010.

1  Q.   You described earlier, with respect to the '904

2  Patent, what I think you referred to as hot-swapping?

3  A.   Yes.

4  Q.   What are the advantages of hot-swapping in a

09:41AM  5  commercial environment for the owner of a big billboard

6  or a big display?

7  A.   So, again, if you can think of a large LED display

8  in Las Vegas or in Times Square, if the cabinet system

9  would go down, typically you would have a whole section

09:41AM  10  of the LED display that would go down.  You would see --

11  like, if you've ever been to a sports stadium, you might

12  see a quarter of the display or half the display that

13  goes out; that's usually -- fundamentally, you can tell

14  that that's a cabinet system.

09:41AM  15            And they would have to -- you'd have to

16  send in a technician to go in the back and open the

17  doors and to try to determine why that cabinet system

18  had gone down.

19            And so what we wanted to do was create these

09:41AM  20  LED display panels, which I showed earlier, and they

21  could be -- it could be detected if there was a problem

22  with that LED display panel, and if that LED display

23  panel went dark, you could go out there, you could send

24  a normal technician from either the front or the rear to

09:42AM  25  be able to pop out that display panel that might be

1    having a problem and put back in a new panel without

2    turning off the whole display.

3            So it made maintenance of the display simple.

4    I don't -- I used the word "simple," but much better

09:42AM   5    than any of the maintenance that had to be done before

6    on cabinets, much easier.  It was also much easier for

7    any normal skilled technician to be able to go out and

8    change out these panels without having to turn off the

9    whole display.

09:42AM  10    Q.    Mr. Hall, you testified you started a new company,

11    Ultravision LED, in 2006; is that right?

12    A.    Yes, that's correct.

13    Q.    And what facilities or capabilities did

14    Ultravision LED have in 2006?

09:43AM  15    A.    None to speak of when we first started the company.

16    It was myself and, you know, we had consulting engineers

17    as I hired them.

18    Q.    Okay.  How did you go about, after having started

19    the company, producing and selling or attempting to sell

09:43AM  20    LED display panels?

21    A.    I went to China and started -- hired a consultant in

22    China that started taking me around to all of the

23    different manufacturers in China to try to pick a

24    manufacturer to work with in China.

09:43AM  25            And there were several manufacturers that I

1   met that were fairly vocal about the funding they had

2   received from the government for growing the company and

3   so forth.  I finally met a company in China,

4   LianTronics, that actually the CEO spoke English, we got

09:44AM   5   along very well, he seemed to understand what I wanted

6   to do in the United States, so we started working with

7   LianTronics.

8   Q.   What did you ask LianTronics to do for you?

9   A.   I told them my vision.  At the time, they were

09:44AM   10  creating cabinet displays, and I told them my vision of

11  trying to create an LED display module and what I was

12  trying to do to eliminate the cabinets and to lower the

13  cost of installation and the cost of operation and

14  create these modular LED display panels that could be

09:44AM   15  used outside, IP65 rated, and could be serviced from the

16  front or rear.  So basically communicated what I was

17  trying to accomplish.

18  Q.   And what did LianTronics tell you they could do for

19  you?

09:45AM   20  A.   They told me they could help us get there.  And so,

21  you know, I made several trips to China over a period of

22  a couple years to meet with LianTronics and I met with

23  them and their engineers at the time and put the ideas

24  up on the board and the drawings.  We transferred

09:45AM   25  drawings and e-mails backwards and forwards, and we

1    eventually paid them $100,000 to create some molds for

2    us to create the first LED display panel.

3    Q.    And what is a mold?

4    A.    A mold, at the time we were using aluminum instead

09:45AM   5    of plastic.  This is -- again, this is 2006, 2007.  So

6    this is before we had moved to plastic.

7                    So we were creating a mold out of aluminum,

8    and you have to pay to have that mold made.  So they

9    pour the aluminum, and the aluminum makes the panel

09:46AM   10   mold, the outside panel mold to create the modular LED

11   display panel.

12   Q.    Did you tell them what size panel you wanted?

13   A.    Yes.  We were trying to create a one-foot by

14   two-foot modular LED display panel; and the reason that

09:46AM   15   was important is in the United States, almost every

16   display is some factor in feet, 10 feet by 10 feet or

17   10 feet by 20 or 14 by 48, so we were trying to create a

18   one-foot by two-foot panel.

19   Q.    Did LianTronics have a one-foot by two-foot

09:46AM   20   ready-to-go mold for you or ready-to-go panel?

21   A.    No.  They had had a -- they had showed me at one

22   time that they had sort of a failed, small LED

23   aluminum -- it was just like an aluminum mold that they

24   had showed me that was sort of this rusted-out mold.

09:47AM   25                   And so I drew out what we wanted for them

1  and drew out what we wanted to get to for the one-foot

2  by two-foot panel, and then we paid them for the mold to

3  create this one-foot by two-foot panel.

4  Q.  Now, during this process that you've described of

09:47AM  5  going to China, the exchanging information, did they

6  ever forward to you any drawings?

7  A.  Absolutely.  So when you pay manufacturers -- you

8  know, we've had cable manufacturing done for us, you

9  know, even the plastic molds with the current panel.

09:48AM  10  Whenever you are working with a manufacturer

11  and you are paying them to create molds for you or

12  create a product for you, they send you drawings

13  backwards and forwards, and you have to approve those

14  drawings before you start manufacturing the product.

09:48AM  15  Q.  Let me show you, Mr. Hall, DTX-234.  Is this one of

16  the drawings that at some point in time LianTronics sent

17  to you with respect to the shape for the mold for this

18  housing?

19  A.  Yes.  It appears to be, yes.

09:48AM  20  Q.  And did you have to approve it before you had it

21  made?

22  A.  Yes.

23  Q.  And did you have to pay for it?

24  A.  Yes.  This is what we paid for.

09:48AM  25  Q.  And is this what you told them to make for you,

1    Mr. Hall?

2    A.    Yes.

3    Q.    How long did it take to get an actual physical metal

4    housing after you asked them, paid for that?  How long

09:49AM   5    did it take?

6    A.    Oh, it was quite -- to build molds, you know, not

7    just for this product but for any product, it's not an

8    overnight thing.  When you pay a company -- and we've

9    even done, you know, aluminum molds for lights in

09:49AM   10   U.S. -- it's probably a six-month process after you pay

11   the company to actually get the molds before you're able

12   to start using them.

13   Q.    Did you ever actually get a one-by-two housing, a

14   metal housing?

09:49AM   15   A.    Very close.  It was in millimeters.  But very close,

16   yes, we did.

17   Q.    What other types of requirements or information or

18   details did you tell LianTronics you wanted in your new

19   panel?

09:49AM   20   A.    We -- what the ultimate goal was.  We wanted the

21   panels to be modular so they were interchangeable; we

22   wanted them to be IP67 rated so they were sealed

23   against -- they were waterproof and they were sealed and

24   that you would be able to access them from both the

09:50AM   25   front or the back to be able to do maintenance on them.

1   Q.   Did you give them any information about the LEDs

2   themselves or the pitches of the LEDs or any such

3   information?

4   A.   Absolutely.  We called out what LEDs that we wanted

09:50AM   5   to use, what power supplies we wanted to use, you know,

6   every aspect of the panel.  So when you go into this

7   process, there are a hundred different LED manufacturers

8   with different qualities of LEDs; there are many

9   different power supply manufacturers and quality of

09:50AM   10   power supplies.  So we called all of that information

11   out for LianTronics in the manufacturing.

12   Q.   During that process, did LianTronics send any

13   additional manufacturing drawings for your approval?

14   A.   Oh, yeah.  I mean, there were many, many different

09:51AM   15   manufacturing drawings that came backwards and forwards

16   for our approval.

17        And also when we went over there, I mean, there

18   were tens of trips to China to go backwards and forwards

19   and actually look at the product and look at the

09:51AM   20   production and meet with them on the materials.

21   Q.   Mr. Hall, who created the ideas and concepts and

22   designs that are reflected in the drawings that you

23   received from LianTronics?

24   A.   I did.  I mean, this was -- again, it was a wholly

09:51AM   25   new and unique concept in the industry.  Everyone was

1  using cabinets at the time.

2  Q.   Mr. Hall, can you identify any individual at

3  LianTronics who made any substantial contribution to any

4  important aspect of what was reflected in those

09:51AM  5  drawings?

6  A.   No, sir.

7  Q.   Mr. Hall, is there anyone at LianTronics that you

8  can identify who made any type of a substantial

9  contribution to any aspect of your inventions claimed in

09:52AM  10  your patents that are in this lawsuit?

11  A.   No, sir.

12  Q.   What do you believe that LianTronics people

13  conceived of or created with respect to your new panel?

14  A.   I don't know anything that they conceived of.  They

09:52AM  15  acted as a manufacturer for us.

16  Q.   Was there any individual that you can identify for

17  the jury at LianTronics, during the years you were

18  working for them -- with them, 2006, 2007, 2008, anyone

19  you can identify who collaborated with you on the design

09:52AM  20  of these panels?

21  A.   No, sir.

22  Q.   Do you know the LianTronics employee, who we've been

23  told will appear in this case by video, whose name is

24  Wei Wang?

09:53AM  25  A.   No, sir.

```
       1   Q.   Have you ever heard of that individual before?

       2   A.   No, sir.

       3   Q.   Did you ever work with him, meet with him, talk to

       4   him?

09:53AM 5   A.   No, sir.

       6   Q.   Have you ever heard of or do you know a different

       7   LianTronics employee, who we told will appear in this

       8   case as a witness by video, whose name is Qian Wang?

       9   A.   No, sir.

09:53AM 10  Q.   Did you ever work with, talk to, have any dealings

      11   with Mr. Qian Wang?

      12   A.   No, sir.

      13   Q.   Was there anyone else from your Ultravision LED

      14   company who traveled to China to meet with LianTronics

09:53AM 15  during those years?

      16   A.   Yes.  We had -- Roger Van Houtan was an engineer.  I

      17   don't think he's actually engineer.  He's a technician

      18   that worked for us; and he worked for us at

      19   BillBoard Video and then I hired him at Ultravision, and

09:53AM 20  he traveled to China with me.

      21   Q.   How many times did he go to China?

      22   A.   I don't recall exactly.  Several times to China.

      23   Q.   Was he with you on your trips to China for every

      24   trip he went?

09:54AM 25  A.   No, not in the first few trips, because I had to
```

1    narrow down which manufacturer we were going to work

2    with first.

3    Q.    How long did you work with LianTronics?

4    A.    From 2006 to approximately 2009.

09:54AM    5    Q.    During the period while you were developing the new

6    panels and waiting for information and parts and

7    prototypes, did you make any attempt at Ultravision LED

8    to market this new product?

9    A.    Absolutely.  I mean, we thought that this was going

09:54AM    10   to be a very unique product in the industry.  We thought

11   it solved a lot of problems, began lowering the cost of

12   installation and operation.  So we began trying to

13   market and sell the product in the United States.

14   Q.    And did you disseminate any marketing materials

09:55AM    15   during that period of time?

16   A.    Yes.  We had a -- I had hired a sales and marketing

17   manager who helped us produce all the marketing material

18   and was helping us build sales.

19   Q.    Did you ever actually receive completed panels from

09:55AM    20   LianTronics?

21   A.    Yes.  We received our first batch of panels from

22   LianTronics and, of course, we were very excited about

23   them at the time.  We had already started to sell them,

24   and we received our first batch of LianTronics panels in

09:55AM    25   the U.S.

```
        1   Q.   What did you call the new panel?

        2   A.   The UltraPanel.  The original name was the

        3   UltraPanel.

        4   Q.   Did you ever actually sell and install an UltraPanel

09:56AM 5   in the United States?

        6   A.   No.  We --

        7   Q.   I'll ask you another question.

        8            Did you ever actually install an

        9   Ultravision LED UltraPanel?

09:56AM 10  A.   Yes.  We installed the first one for the Episcopal

        11  School of Dallas in Dallas, and it was a high school

        12  that my daughter -- or junior high at the time, that my

        13  daughter attended.  So we donated the display to the

        14  school to be able to test the display.  It was the first

09:56AM 15  time that the display had ever been put up.  So we

        16  donated the display to the school with the agreement

        17  that we could use the display to show to customers and

        18  test the display, be able to test the display and make

        19  sure that everything worked.

09:56AM 20           THE COURT:  Mr. Hall.

        21           THE WITNESS:  Yes, sir.

        22           THE COURT:  Counsel asked you:  Did you ever

        23  install one of these?

        24           THE WITNESS:  I apologize.

09:57AM 25           THE COURT:  You said yes.  He didn't ask you
```

1  where or why.  Now, he's perfectly capable of doing

2  that, and he will gladly ask you why did you do it this

3  way, why did you choose this place if he wants you to

4  give added testimony.  But you need to let him decide

09:57AM  5  what you're going to testify about, not just take his

6  question and then run with it wherever you want to.

7          I'm going to tell you one more time:  Limit

8  your answers to the questions asked.  Mr. Fabricant is

9  more than capable of asking all the follow-up questions

09:57AM 10  he thinks are necessary to produce the testimony that

11  the jury should hear, all right?

12          THE WITNESS:  Yes, sir.  Apologize.

13          THE COURT:  All right, Mr. Fabricant.  Let's

14  continue.

09:57AM 15          MR. FABRICANT:  Thank you, your Honor.

16  Q.  The panel that you installed at the school, did you

17  have experiences servicing and maintaining that panel?

18  A.  Yes.

19  Q.  How frequently did you service and maintain that

09:57AM 20  panel?

21  A.  It turned out that we had to service that panel

22  almost on a weekly basis, every time they turned it on

23  to operate the panel, the display for the high school.

24  So on a weekly basis.

09:58AM 25  Q.  Did you determine or your staff determine what the

1  problems were that required weekly repair or service of

2  that panel?

3  A.   Yeah.   The panel started to leak and take on water.

4  They were not IP65 or 67 rated, so they started to leak

09:58AM  5  on take on water and shut down the system.

6  Q.   Did you determine why these panels were leaking and

7  taking on water?

8  A.   They were made out of aluminum, and as the aluminum

9  would heat up or swell up in the Texas heat, it would

09:58AM  10  create gaps in the panel, and those gaps in the panel

11  would allow water to get into the panels.

12  Q.   I think you've testified pretty clearly that this

13  panel was your design, correct?

14  A.   Yes.

09:59AM  15  Q.   So this was your failure?

16  A.   Yes.

17  Q.   Had you anticipated that these panels would expand

18  when the temperatures got hot or the power supply got

19  hot?

09:59AM  20  A.   No, no.

21  Q.   And what did you do to try to fix the panels?

22  A.   We tried to come up with some way of being able to

23  seal the panels, replace the seals in the back of the

24  panel, tried everything.   But at the end of the day, you

09:59AM  25  couldn't control that aluminum expanding and contracting

1  and creating different areas where water could get into

2  those panels.

3  Q.  Now, putting aside the panel at the high school

4  which you testified was installed, were there any other

10:00AM  5  installations in the United States?

6  A.  We did a trial installation for Clear Channel and we

7  did a trial installation for them, but it was not

8  accepted by Clear Channel.  So that was the only

9  installation, at the high school.

10:00AM  10  Q.  Was that display a test or was it actually an

11  installation on a building or a highway?

12  A.  It was just a -- it was just a test for Clear

13  Channel.

14  Q.  Let me show you, Mr. Hall, DTX-417.  If you can go

10:00AM  15  to Page 11, please.  Now, on Page 11 of 417, first let

16  me ask you again:  What type of document is this,

17  Mr. Hall?

18  A.  This is a sales presentation that we were making to

19  try to sell this product.

10:01AM  20  Q.  And is that a sample of the product on the right in

21  the picture?

22  A.  Yes.

23  Q.  That's the sample made by LianTronics?

24  A.  Yes, sir.

10:01AM  25  Q.  And in this document, it states:  Weather is number

```
 1   one culprit for LED displays.

 2              Do you agree with that statement?

 3   A.   Yes.

 4   Q.   Then it states:  IP67-rated waterproofing is

 5   surpassed only by equipment designed to operate

 6   completely underwater.  Each panel is completely

 7   waterproofed against submersion in up to 3 feet of

 8   water.

 9            Is that an accurate statement with respect to

10   the panels, the UltraPanel?

11   A.   That was our goal, but the panels did not meet that

12   standard.

13   Q.   Why did you make the statement in these marketing

14   materials that it was IP67?

15   A.   It was the goal in designing the panels.  It was

16   actually supposedly tested by the Chin- -- the

17   manufacturer that we were using in China, and that was

18   the goal of these panels, but ultimately did not meet

19   the requirement.

20   Q.   Did the manufacturer LianTronics represent to you in

21   writing that the panels were IP67?

22   A.   Yes.

23   Q.   Did you rely on those representations?

24   A.   Yes.

25   Q.   And what ultimately happened after the installation
```

1   at the school?  What happened to Ultravision LED, the

2   company?

3   A.   We hit a very difficult time in 2008, 2009, which

4   was a recession, and I was starting to essentially run

10:02AM  5   out of funding to be able to continue to develop the

6   product, and we had a product that didn't work and I

7   closed the company in, I believe 2009, closed

8   Ultravision LED.

9   Q.   Were there any other factors that impacted the

10:03AM  10   business at that time?

11   A.   At the very end of the company, we had found out

12   that our VP of sales and our VP of operations had

13   started a separate company using all of our information

14   and then had actually started redirecting sales that

10:03AM  15   were coming to the company to their new separate

16   company, and it certainly hurt.

17   Q.   What was the name of those individuals?

18   A.   Ryan Bachman and Roger Van Houtan, and they started

19   a company called Green Group Media.

10:03AM  20   Q.   After Ultravision LED closed, what did you do next?

21   A.   I went back to the drawing board and tried to figure

22   out the right way to make these panels and the right way

23   to overcome all the problems that we had had with the

24   aluminum panel and still accomplish what I had set out

10:03AM  25   to do of eliminating the cabinets.

1    Q.    And did you ever start up a new company?

2    A.    Started Ultravision Technologies in 2010, and we

3    worked on the development of the LED display panels

4    from -- and the outdoor LED lights from 2010 through

10:04AM    5    2013.  So about three years in development.

6    Q.    Now, in trying to do that development, did you have

7    a factory?

8    A.    No.

9    Q.    Did you have your own production facility?

10:04AM   10    A.    No.

11    Q.    Did you have any ability to manufacture your own

12    product here in the United States?

13    A.    No, sir.

14    Q.    So what did you do?

10:04AM   15    A.    I went back to China and started looking and

16    interviewing other manufacturers other than LianTronics

17    and ended up finding a company by the name of -- sir, I

18    don't know how else to say this -- their company name

19    was Shenzhen Only.  That was the name of the company.

10:05AM   20    And we did a contract with that company.

21    Q.    Was there a reason why you -- was there a place in

22    the world where most of the LED display panels were

23    being made at the time?

24    A.    Yes.  There are many different manufacturers in

10:05AM   25    Shenzhen; so when you would go there, you could go to

1  all the different manufacturers and see.  Many of them

2  were relatively the same, but you could actually meet

3  with the manufacturers and try to see the differences in

4  quality and manufacturing capabilities.

10:05AM  5  Q.   But is that why you went there to get your products

6  manufactured, because pretty much that was the place to

7  go?

8  A.   Yes.

9  Q.   Let me show you DTX-368, please.  Can you identify

10:05AM 10  this exhibit, Mr. Hall?

11  A.   Yes.  This is the agreement that we signed with

12  Shenzhen Only.

13  Q.   And when did you enter into this agreement?  It's

14  indicated, I think at the top.

10:06AM 15  A.   November 21st, 2013.

16         MR. FABRICANT:  And there is a paragraph, if we

17  could go down, that's entitled, "New technology

18  products."  And you could highlight that paragraph,

19  Mr. Thompson.

10:06AM 20  Q.   Why was this "new technology products" description

21  and definition put into the contract, Mr. Hall?

22  A.   Because I wanted to make it very, very clear at the

23  time that any product that they were manufacturing for

24  us under our design was our technology, so we -- because

10:06AM 25  they had other LED displays that they were

1    manufacturing.  So when we went into this agreement, I

2    wanted to try to make it very clear that our designs,

3    our drawings, our ideas were ours, and so we called it

4    "New technology product" in the contract.

10:07AM  5    Q.    The words here, "panels of approximately 304.8

6    millimeter by 609.6 millimeter," is that approximately

7    1.2?

8    A.    Yes, sir.

9    Q.    So in the U.S., you wanted 1 by 2, but in China,

10:07AM  10   they use millimeters?

11   A.    Yes, sir, that's correct.

12   Q.    And then it states, "the specifications and

13   technical information for which Ultravision provided

14   Supplier under a separate agreement."

10:07AM  15            Had you actually -- is this an accurate

16   statement?  Had you provided specifications and

17   technical information to Shenzhen Only in connection

18   with this agreement?

19   A.    Yes, absolutely.

10:07AM  20   Q.    And then it continues:  "And any new models or

21   updates of such products; or any other panel the

22   specifications for which are provided to Supplier by

23   Ultravision."

24            Was that your understanding, that that

10:08AM  25   language was in this contract and signed by both

1    parties?

2    A.    Yes.

3    Q.    And was this contract actually signed by

4    Shenzhen Only and entered into?

10:08AM   5    A.    Yes.

6    Q.    If we could go to Page 13 of this exhibit.  Do you

7    recognize this as the signature page of the contract?

8    A.    Yes.

9    Q.    And who is the individual on the left?  Do you know?

10:08AM   10    A.    The managing director.  It was essentially the CEO

11    of the company.

12    Q.    And after entering into this contract --

13          MR. FABRICANT:  You can take it down,

14    Mr. Thompson.

10:08AM   15    Q.    -- did the company in China start actually making

16    any of these new panels for Ultravision?

17    A.    Yes, absolutely.

18    Q.    And approximately when did they start to manufacture

19    the new technology products?

10:09AM   20    A.    Well, we started working with them on the

21    manufacturing shortly after this contract.  There were

22    drawings that went backwards and forwards and e-mails

23    and approvals, and they started manufacturing right away

24    for us.

10:09AM   25    Q.    Now, we had seen earlier in your testimony today

1    that you had received some drawings from the LianTronics

2    company.  Did Shenzhen Only also send you manufacturer

3    drawings throughout this process?

4    A.    Yes, absolutely.

10:09AM  5    Q.    And did they send them to you for your approval?

6    A.    Yes.

7    Q.    And did they incorporate what you had given to them

8    in the details and technical specifications?

9    A.    Yes.

10:09AM  10   Q.    Separate and apart from Shenzhen Only, did you go

11   out and hire any other engineering firms to help you lay

12   out drawings for the product?

13   A.    Yes.  We hired a firm in New York by the name -- I

14   think it was the Lewis engineering firm -- I think it's

10:10AM  15   RSL Engineering -- to help us with the design of the

16   product.  And we also hired an engineering firm in

17   Chicago -- I believe it was GSW in Chicago -- to help us

18   with all of the engineering and structural drawings of

19   the panels and so forth.

10:10AM  20   Q.    Did you name as an inventor the New York firm that

21   helped put out drawings for you?

22   A.    No.

23   Q.    Why not?

24   A.    They weren't an inventor.  We went to them and we

10:10AM  25   explained what we were trying to accomplish and we asked

1    them to do the drawings for us, and we did the same with

2    the firm in Chicago.  We also had other firms that we

3    did for cabling and, you know, the cable companies would

4    submit drawings to us and we would approve cables.

10:11AM   5          And, you know, every aspect of those panels,

6    whether it was GSW or RSL or Shenzhen Only or the cable

7    manufacturers, we were always going through and

8    approving the drawings.

9    Q.   Mr. Hall, the contract we saw a few moments ago you

10:11AM   10   identified, it was dated November 21, 2013, correct?

11   A.   Yes.

12   Q.   And we saw earlier today from your testimony that

13   your provisional patent application, first patent

14   application on this technology was filed December 31,

10:11AM   15   2013, correct?

16   A.   Yes.

17   Q.   So there was only a month between the time you

18   signed with Shenzhen Only and you had a patent

19   application in; isn't that right?

10:11AM   20   A.   That's correct.

21   Q.   Whatever drawings that Shenzhen Only sent to you

22   over the time they were your manufacturer, did you

23   provide all those drawings to your patent lawyers, that

24   Slater Matsil firm?

10:12AM   25   A.   Yes.  We provided them all the drawings from

1  Shenzhen Only, the two engineering firms that we had

2  hired, the consulting engineers that we had hired, the

3  drawings from the cable manufacturer.  Any and all

4  information that we had on the panels we supplied to

10:12AM  5  Slater Matsil for the applications.

6  Q.   Mr. Hall, could you please pick up Exhibit 915,

7  DTX-915, which is the V-series panel, I believe.

8  A.   (Complies.)

9  Q.   And could you show the jury the back of the V-series

10:12AM 10  panel.

11  A.   (Complies.)

12  Q.   And was this the V-series panel that was

13  manufactured by Shenzhen Only?

14  A.   Yes.  This is the first one that was manufactured by

10:12AM 15  Shenzhen Only.

16  Q.   First generation?

17  A.   Yes, first generation.

18  Q.   And was it plastic?

19  A.   It was plastic.  It was all plastic.

10:13AM 20  Q.   Is it lightweight?

21  A.   Very lightweight, modular.

22  Q.   Could it be installed on one of those frames right

23  up against the wall?

24  A.   Absolutely, yes.

10:13AM 25  Q.   Could it be serviced from the front?

| | | |
|---|---|---|
| | 1 | A.   Yes.  Front or rear. |
| | 2 | Q.   You can put the panel down? |
| | 3 | THE COURT:  Let me interject at this moment. |
| | 4 | Ladies and gentlemen, we're going to take a |
| 10:13AM | 5 | brief recess at this time.  If you'll simply close and |
| | 6 | leave your notebooks in your chairs, we'll be back in |
| | 7 | here shortly to continue with Plaintiff's direct |
| | 8 | examination of Mr. Hall. |
| | 9 | Follow all my instructions, please, including |
| 10:13AM | 10 | not to discuss the case with each other, and we'll be |
| | 11 | back shortly to continue. |
| | 12 | The jury's excused for recess. |
| | 13 | (Whereupon, the jurors exit the courtroom.) |
| | 14 | THE COURT:  The Court stands in recess. |
| 10:14AM | 15 | (Recess from 10:14 a.m. to 10:35 a.m.) |
| | 16 | THE COURT:  Mr. Hall, if you'll return to the |
| | 17 | witness stand, please. |
| | 18 | THE WITNESS:  Yes, sir. |
| | 19 | THE COURT:  Mr. Fabricant, you may return to |
| 10:35AM | 20 | the podium. |
| | 21 | MR. FABRICANT:  Thank you, your Honor. |
| | 22 | THE COURT:  What's the best estimate of the |
| | 23 | remainder of your direct time-wise? |
| | 24 | MR. FABRICANT:  Thirty minutes, your Honor. |
| 10:36AM | 25 | THE COURT:  All right.  Let's bring in the |

```
 1  jury, please.

 2          (Whereupon, the jurors enter the courtroom.)

 3              THE COURT:  Please be seated.

 4              Continue with direct examination of the

 5  witness.

 6              Mr. Fabricant, you may proceed.

 7              MR. FABRICANT:  Thank you, your Honor.

 8  Q.   Mr. Hall, once the manufacture of the V-series panel

 9  commenced -- and you showed the jury the V-series

10  panel -- did that solve all of your problems?

11  A.   No, sir.

12  Q.   What were the remaining issues, sir?

13  A.   Can I hold up the panel?

14  Q.   Yes.

15  A.   We still had a problem in that there were vents with

16  fans in the bottom of the panel -- the portion of the

17  panel that held the power supply; so when it rained,

18  there was still the ability for water to get into the

19  panel.  So although it was lightweight, it was plastic,

20  it was modular, it still wasn't IP65 rated.

21  Q.   Did you experience any problems, any issues in the

22  field when you installed these V-series panels?

23  A.   Yes, quite a bit.  When it would rain, the rain

24  would come down over the back of the panels and get into

25  those vents with the fans, and so it would create
```

1    different outages and different problems with panels

2    because rain was getting into the panels.

3    Q.    Did you do anything to attempt to improve your

4    design of these?

10:38AM  5    A.    Yeah.  The next generation of the panel, we removed

6    the fans and we tried to go to a completely sealed back

7    system, but in the end, the panels had vents in them, no

8    fans, but vents.

9    Q.    Mr. Hall, can you show the jury DTX-917, which I

10:38AM  10   believe is the M-series?

11   A.    Yes.  This is the next generation, or the M-series.

12   Q.    And that big lump that was on the back of the

13   V-series, which was the power supply with the fans and

14   vents, that's gone now?

10:39AM  15   A.    Yeah.  The power supply's within the cavity, in the

16   back.

17   Q.    And did this generation solve all of your problems,

18   Mr. Hall?

19   A.    No.  Although we had eliminated the fans, it still

10:39AM  20   had vents in it for cooling to try to keep the inside of

21   the panel cool.  So it still was not IP65 or IP67 rated.

22   Q.    Thank you.  In the end, what experience did you have

23   with your installation of the V and M-series panels that

24   have been made by Shenzhen Only after you installed

10:39AM  25   them?

A.   We achieved half of our -- I don't want to say half.
We achieved some of our goals.  They were plastic; they
were lightweight; we eliminated the cabinet; we were
able to stack up the displays; we were able to eliminate
10:40AM  the room in the back, but we had not achieved the IP65
or IP67 rating.  So we still had maintenance problems in
the field because there was water ingress.
Q.   Did you incur any expenses in repairing panels that
had to be fixed because they leaked water?  And by
10:40AM  "panels," I'm referring to the V-series and the
M-series.
A.   Yes.  We had to create a warranty maintenance
program in Dallas.  We had 1.8 to $2 million worth of
warranty maintenance repairs just to keep the panels
10:40AM  maintained because we had water ingress into the panels.
Q.   Mr. Hall, did any person that you can identify from
the Shenzhen Only company create or conceive of any of
the elements that you claim in the three asserted
patents in this lawsuit?
10:41AM  A.   No.
Q.   Did any person that you can identify from the
Shenzhen Only company collaborate with you in any way on
any significant portion of your claimed inventions?
A.   No.
10:41AM  Q.   Who first came up with the concept for using plastic

1  in a modular display panel?

2  A.   I did.   After our problems that we had with the

3  aluminum panel in Ultravision LED, when we had expansion

4  of the aluminum, so I wanted to use plastic.

10:41AM  5        MR. FABRICANT:   I'd like to show the witness

6  DTX-435, please.   Second.

7  Q.   Can you identify this as a communication that you

8  had with Shenzhen Only?

9  A.   Yes.

10:42AM  10  Q.   And it's dated January 11 of 2014; is that correct?

11  A.   Yes.

12  Q.   And what was the subject matter of this

13  communication, Mr. Hall?

14  A.   We had a specific customer in Times Square that

10:42AM  15  already had started a project, and they wanted aluminum

16  panels.   So they were very specific about wanting

17  aluminum panels.

18  Q.   And did you ever indicate to Shenzhen Only, the

19  factory, that you didn't want plastic on any panel that

10:42AM  20  they manufactured for you?

21  A.   No.

22  Q.   Was this communication intended by you to tell them,

23  "Do not make plastic panels"?

24  A.   No.   This is for a specific project that we had in

10:42AM  25  Times Square.

|   | |
|---|---|
| 1 | Q.   During the time that you were doing business with |
| 2 | the Shenzhen Only company, did you have an employee by |
| 3 | the name of Tara Brooks, I believe her name is? |
| 4 | A.   Thanh Brooks, yes. |
| 5 | Q.   And what was her role with the company? |
| 6 | A.   She was with us for about five months, and we had |
| 7 | hired her as an engineer to start assembling displays |
| 8 | for us. |
| 9 | Q.   Did she ever travel to China on any trip? |
| 10 | A.   No. |
| 11 | Q.   Did she ever visit Shenzhen Only, to your knowledge? |
| 12 | A.   No. |
| 13 | Q.   Was she involved in any way with the design of the |
| 14 | new technology products? |
| 15 | A.   No. |
| 16 | Q.   Now, I've been told that she may appear as a witness |
| 17 | in this case by video testimony, and I believe she |
| 18 | testified that she worked at your company for quite a |
| 19 | lengthy period of time.  Is that accurate? |
| 20 | A.   No.  She was with us from March of, I believe 2014 |
| 21 | to August of 2014.  So about five months. |
| 22 | Q.   And ultimately why did she leave the company? |
| 23 | A.   We let her go because it was just the wrong fit. |
| 24 | She was an industrial engineer.  Nice woman, but |
| 25 | industrial engineer and we needed an electrical |

10:43AM  5

10:43AM  10

10:43AM  15

10:44AM  20

10:44AM  25

1    engineer.  So we hired a gentleman by the name of

2    Matt Foster, an electrical engineer.

3    Q.   What did you do after the V-series and the M-series

4    panels were manufactured for you by Shenzhen Only?  What

10:44AM  5    was your next step in developing your products?

6    A.   Just -- we continued to learn with the difficulties

7    that we had had, trial and error over all the products,

8    and we developed the final Master Plus Series and we

9    moved all of our manufacturing to Dallas, Texas.

10:45AM  10            MR. FABRICANT:  Please show the witness

11   PTX-1670.

12   Q.   And what is 1670, Mr. Hall?

13   A.   It's a photo of our warehouse in Dallas and some of

14   the employees that we had working on the assembly line.

10:45AM  15   Q.   And at this point in time, which I think is August

16   of 2018, was the factory up and operating?

17   A.   Yeah.  We had, you know, close to 100 employees,

18   less than 100 employees but growing every day.  We had

19   assembly lines for the outdoor LED lights and then

10:46AM  20   assembly lines for the LED display panels.

21   Q.   Can you tell, in this particular picture, what these

22   employees are working on?

23   A.   Yeah, they seem to be holding up one of our LED --

24   outdoor LED lights.  Yeah, that says:  Billboard light

10:46AM  25   assembly line.

1     MR. FABRICANT:  Thank you.  You can take that

2   down.

3   Q.   Mr. Hall, do you have an understanding, when you

4   receive a United States patent, for what period of time

10:46AM   5   you have protection?

6   A.   Up to 20 years.

7   Q.   And what is your understanding as to what protection

8   the government actually gives you during that 20-year

9   period?

10:46AM  10   A.   It's my understanding that it's to protect the

11   technology so that other competitors cannot copy or

12   manufacture the technology.

13   Q.   Does it give you any rights with respect to other

14   people selling your technology?

10:47AM  15   A.   Yes.  It should give us rights to protect us so that

16   other people or other companies cannot sell our

17   technology.

18   Q.   Who owns the asserted patents today?

19   A.   They are owned by Ultravision Technologies.

10:47AM  20   Q.   And are you the owner of Ultravision Technologies

21   today?

22   A.   Yes.

23   Q.   Now, do you believe that any of your products that

24   you manufacture and sell are covered by your asserted

10:47AM  25   patents?

A.    Yes.   I believe the products that we manufactured in the United States were covered by our patents and -- our patents, yes.

Q.    Does your company have a practice or a policy for placing the patent numbers that you receive when you get the patent on the patented products?

A.    Yes.

Q.    What is that practice or policy, sir?

A.    Can I hold one of these panels up?

Q.    Yes, you may.

A.    We actually put a sticker on the back of the panel that references -- because we have so many patents, it references the website where you can access all of the patents.   So there's a URL there where you can go and access the patents and see all the patents on the web site.

Q.    Does the sticker actually say you have patents; go to the website and look?   Does it say that?

A.    Yes.

Q.    What does it say?

A.    "The product is protected by patents listed at," then it has the www URL.

Q.    And do you maintain a website with web pages that keep track of all of these patents and which products they cover as they issue?

A. Yes.
Q. And what is your policy or practice for updating that website?
A. It's updated as soon as we receive patent notification; but we use an outside company for the web design and the web service, so we give them the information and they update it for us.
Q. I'd like to show you, Mr. Hall, PTX-1677. And what is this, Mr. Hall?
10:49AM
A. It appears to be -- it looks like a copy from our web page that describes the company and the patents. There's a paragraph about patents.
10:49AM
Q. Down at the bottom -- I realize it's not that easy to read in the little, tiny print -- it says -- up a little higher -- I believe January 5, 2019. Is that the date when this, these pages, appeared on your website?
10:50AM
A. Yes, that appears to be the date on the document.
Q. And as of this date, this snapshot, I wanted to ask you a specific question about the '294 Patent.
A. Okay.
10:50AM
Q. Can you tell me from the pages on the website whether, as of January 5, 2019, the '294 Patent had been updated and included as the covered patents?
A. I cannot tell by this page, but I believe it was updated. I cannot tell by this page.
10:51AM

1      MR. FABRICANT:  Can we scroll down,

2  Mr. Thompson if you'd continue to scroll.

3  Q.   Give me one second, Mr. Hall.  I'll try to direct

4  you to it.  Right there, if you could -- let me see if

10:52AM   5  that's the correct version.

6      MR. FABRICANT:  If you could scroll to at the

7  bottom -- I don't believe these pages are numbered.  I'm

8  sorry, Mr. Thompson.  Looks like the ninth page, at the

9  bottom of the page.

10:52AM  10  Q.   The '294 Patent, which issued on May 22, 2018, is

11  that found on your website, updated as of

12  January 5, 2019?

13  A.   Yes.

14  Q.   Mr. Hall, between the date of May 22, 2018, and

10:53AM  15  January 5, 2019, that five- or six-month period, were

16  there any sales in the United States of the Master Plus

17  or Brilliant series which was covered by the

18  '294 Patent?

19  A.   No, not in the United States.

10:53AM  20  Q.   Mr. Hall, what is it that you are seeking from Absen

21  in this lawsuit?

22  A.   That they would pay reasonable royalties for the use

23  of the technology in the patents.

24  Q.   Do you have an understanding as to when the patents

10:53AM  25  expire?

A.   Twenty years from the date of the issuance of the

patents.

Q.   From the issuance or the filing?

A.   The filing, excuse me.

10:53AM  Q.   Is that 2034?

A.   2034, yes.

Q.   What type of royalty are you seeking?

A.   We're seeking a royalty of 8 percent as a royalty

over the sales of the products.

10:54AM  Q.   Did you determine that royalty rate?

A.   No, sir.  We cited several license agreements.

Q.   Well, is there an expert witness who is going to

testify about your royalty?

A.   Yes.

10:54AM  Q.   What's his name?

A.   Tom --

Q.   Stephen Dell?

A.   Stephen Dell.  Excuse me.

Q.   And you testified that you have done other licenses

10:54AM  with respect to the technology?

A.   Yes.

Q.   All right.  Let me show you PTX-034.  And this is a

license with a company called Lamar.  Did you enter into

this agreement?

10:54AM  A.   Yes.

1  Q.   And what do you recall about the agreement with

2  Lamar?

3  A.   Lamar is an outdoor advertising company, and they

4  have billboards around the United States, and they came

10:55AM  5  to us and requested a patent -- excuse me, a license

6  agreement for the operation of the billboards, their

7  digital billboards throughout the United States.

8  Q.   And how much did they pay you?

9  A.   They paid us approximately $5 million for the

10:55AM  10  license of the patents.

11  Q.   And was it limited to a certain number of years as

12  opposed to the entire life of the patent?

13  A.   Yes.  It was limited to, I believe it's seven years.

14  I'd have to go back and look at the years, but it has a

10:55AM  15  limitation on it.

16  Q.   Let me show you Plaintiff's Exhibit 36.  Did you

17  enter into an amendment of the license agreement where

18  they extended their time?

19  A.   Yes.

10:56AM  20  Q.   And did they pay you additional money for that?

21  A.   Yes, they paid us additional money to extend the

22  time of the license agreement.

23  Q.   Any other licenses you entered into, Mr. Hall, with

24  respect to the technology?

10:56AM  25  A.   Yes.  We licensed Samsung, and then we also licensed

1    NEC as a company, and then we also -- on the outdoor

2    lights, we have licensed a company called LTI.  We've

3    cited several license agreements.

4    Q.    Do you recall -- let me show you PTX-2613.  Is this

10:56AM  5    a license with Samsung that you are referring to?

6    A.    Yes.

7    Q.    And did they pay you approximately $2 million?

8    A.    Yes, they did.

9    Q.    And you referred to a license with NEC; is that

10:57AM  10    right?

11    A.    That's correct.

12          MR. FABRICANT:  Could you show the witness

13    Plaintiff PTX-040.

14    Q.    Is this the license with NEC?

10:57AM  15    A.    Yes.

16    Q.    And is that -- they paid you approximately

17    $2 million for a license to the modular display

18    technology?

19    A.    Yes.

10:57AM  20    Q.    And did you license a company by the name of RMG?

21    A.    Yes.

22    Q.    And are they a U.S. company?

23    A.    Yes, they are a U.S. company.

24    Q.    Where were they located?

10:57AM  25    A.    They're located in Dallas, Texas.

1    Q.    Did they agree to pay you a running royalty?

2    A.    Yes.  They agreed to pay us a running royalty of

3    6 percent.

4             MR. FABRICANT:  And if you'd show the witness

5    PTX-038.

6    Q.    Is this the agreement with RMG?

7    A.    Yes, it is.

8    Q.    And that 6 percent running royalty, were they only

9    licensing one patent as opposed to multiple patents in

10   this license?

11   A.    Yes, they only licensed one patent for outdoor use.

12   Q.    And you mentioned a company by the name of LTI; is

13   that right?

14   A.    Yes, yes, sir.

15   Q.    Did you license LTI?

16   A.    Yes, sir.

17   Q.    And what kind of royalty rate did LTI agree to pay?

18   Do you know?

19   A.    They agreed to pay 8 percent royalty.

20   Q.    And at the time of the agreement with LTI, were you

21   in any litigation with LTI?

22   A.    No.

23   Q.    Have you ever sued LTI?

24   A.    Yes, we did.  We sued LTI, and that was an agreement

25   from that lawsuit.

1  Q.   What was the -- let me show you PTX-043.  And is

2  this the agreement with LTI which sets forth the

3  8 percent royalty rate?

4  A.   Yes.

10:59AM  5  Q.   I'd like to show you, Mr. Hall, PTX-0665.  Mr. Hall,

6  can you identify this document?

7  A.   Yes.  This appears to be one of our sales and

8  marketing documents.

9  Q.   Was this prepared in the ordinary course of your

10:59AM  10  business at Ultravision?

11  A.   Yes.

12  Q.   And was it your ordinary business to prepare such

13  documents?

14  A.   Yes.

10:59AM  15  Q.   And did you maintain these documents in your files

16  at Ultravision?

17  A.   Yes.

18        MR. FABRICANT:  Your Honor, we would move for

19  the admission of PTX-665 which was admitted upon the

10:59AM  20  condition of a foundation being laid.

21        THE COURT:  Is there objection?

22        MR. McCARTHY:  No, your Honor.

23        THE COURT:  It will be admitted.  The condition

24  has been met.  Please proceed.

11:00AM  25        MR. FABRICANT:  Your Honor, there's also

1    PTX-667 and 668, which were also conditionally admitted

2    based upon a foundation.  I'm happy to lay the

3    foundation unless Absen is willing to waive the

4    objection, your Honor.

11:00AM    5         THE COURT:  Well, I assume that question's

6    addressed more to you, Mr. McCarthy, than me.  Do you

7    want him to lay the foundation, or do you want to --

8         MR. McCARTHY:  To speed things along, your

9    Honor, I think we can go ahead and waive the objection.

11:00AM   10         THE COURT:  All right.  Then those two

11   additional exhibits as identified are admitted.

12         MR. FABRICANT:  Thank you, your Honor.

13         Your Honor, we pass the witness.

14         THE COURT:  All right.  Cross-examination by

11:00AM   15   the defendants.

16         If there are binders to distribute, let's do

17   that now.  Deliver it to the CSO, please.

18         All right.  Mr. McCarthy, you may proceed with

19   cross-examination.

11:01AM   20         MR. McCARTHY:  Thank you, your Honor.

21                    CROSS-EXAMINATION

22   BY MR. McCARTHY:

23   Q.   Good morning, Mr. Hall.

24   A.   Good morning.

11:02AM   25   Q.   It's good to see you again.

A.   Good to see you.

Q.   I just want to start back over and let's start from the beginning.  You said you started college at USC in 1982; is that right?

11:02AM   A.   Yes.

Q.   And you were there for two years?

A.   Approximately.

Q.   And in approximately 1984, you went into business with your dad, correct?

11:02AM   A.   That's correct.

Q.   You dropped out of USC, right?

A.   Yes.  Continued some classes, yes.

Q.   And then you were in business with your dad for about two years from 1984 to 1986; is that right?

11:02AM   A.   I think.  I don't remember the exact dates, but there were several years that I was in business with -- it was my father and my uncle who started the business.

Q.   And then you decided to give college another go and you went back to Pepperdine this time, right?

11:02AM   A.   At -- yes.

Q.   And you were at Pepperdine for another two years; is that right?

A.   I don't remember the exact time.  It was -- they were sort of night courses.

11:03AM   Q.   But you didn't graduate from Pepperdine either; is

         1    that right?

         2    A.    No, sir.

         3    Q.    And I think Mr. Fabricant asked you, you didn't take

         4    any engineering classes at either USC or Pepperdine,

11:03AM  5    right?

         6    A.    No, sir.

         7    Q.    You didn't take any formal technology classes; is

         8    that right?

         9    A.    No, sir.

11:03AM 10    Q.    You didn't take any science classes, right?

        11    A.    No.

        12    Q.    You also --

        13    A.    Go ahead, sir.

        14    Q.    You didn't take any formal product design classes;

11:03AM 15    is that right?

        16    A.    No, sir.

        17    Q.    And then when you left Pepperdine, you went back to

        18    work with your dad; is that right?

        19    A.    There was never, ever any leaving.  I was doing

11:03AM 20    Pepperdine while I was working.

        21    Q.    Got it.  So while you left Pepperdine, you stayed on

        22    working with your dad and your uncle; is that fair?

        23    A.    Yes.  We continued to operate the company and grow

        24    the company.

11:03AM 25    Q.    And the name of that company was Hallmark Petroleum;

1    is that right?

2    A.   Yes.

3    Q.   Then at Hallmark Petroleum, you and your dad were

4    doing underground fuelage tank testing; is that right?

11:04AM   5    A.   Yeah.  We started out doing the tank testing to test

6    to see if they had leaks, and eventually the company

7    grew to where if the tank had a leak, we would replace

8    the tanks for the oil companies.

9    Q.   Got it.  But that business didn't have anything to

11:04AM   10   do with LEDs, fair?

11   A.   That's correct.

12   Q.   After you left Hallmark Petroleum, you did more work

13   with gas stations, including with companies named

14   Texas Tanks and Hallmark Industries; is that right?

11:04AM   15   A.   That was -- those were the companies that were set

16   up for the aboveground storage tank patents and the

17   manufacturing of the aboveground storage tanks.

18   Q.   So at those companies, you were doing aboveground

19   fuel tanks; is that fair?

11:04AM   20   A.   That's correct, yes.

21   Q.   And is it fair to say that your work with

22   aboveground fuel tanks ended in 1995?

23   A.   I think it was a little bit later than that, but

24   yes.

11:05AM   25   Q.   So mid-'90s, you stopped working with fuel tanks; is

1   that fair?

2   A.   That's fair.

3   Q.   And around 1995, 1996 is when you started working

4   with a company called Nexus Fuels, right?

11:05AM   5   A.   Yes.

6   Q.   And at Nexus Fuels, you installed gas stations in

7   front of grocery stores, I believe you said, right?

8   A.   Yeah.  I had a concept of putting gas stations in

9   front of grocery stores.

11:05AM   10   Q.   Got it.  But at that time, you also weren't doing

11   anything with LED displays, right?

12   A.   No.

13   Q.   In 1999, so right before 2000, you decided it was

14   best to sell Nexus Fuels; is that fair?

11:05AM   15   A.   That is correct.

16   Q.   And at that time, you transitioned to

17   BillBoard Video, right?

18   A.   That is correct, yes.

19   Q.   And the initial plan, I think you said, for

11:05AM   20   BillBoard Video was to install little LCD screens on gas

21   pumps, right?

22   A.   It also displays at the gas station or inside of the

23   grocery store, so it was to try to do display

24   advertising in grocery stores and gas stations.

11:06AM   25   Q.   Got it.  But the initial design was to use LCD

1    screens, right?

2    A.   Very quickly, we had to go to LED displays because

3    you could not see the LCD screens inside of a grocery

4    store or outside at a gasoline station.

11:06AM   5    Q.   Got it.  So once you realized that the LCD screens

6    in the grocery stores were too dark to see, you

7    transitioned into LED displays, fair?

8    A.   Yes.  Yes, that's correct.

9    Q.   Is it also fair to say that after three years at

11:06AM  10    BillBoard Video in 2002, you had to lay everybody off?

11    A.   I don't recall laying everybody off in 2002.

12              THE COURT:  Do you need a moment, counsel?

13              MR. McCARTHY:  No, your Honor.

14              THE COURT:  Then let's move along.

11:07AM  15    Q.   So I believe that you previously told me that you

16    had to lay off all employees in 2002, but let me

17    transition.

18              THE COURT:  Wait a minute.

19              MR. McCARTHY:  Sorry, your Honor.

11:07AM  20              THE COURT:  That kind of a sidebar comment in

21    the presence of the jury is not appropriate.  If you

22    want to ask a question, ask a question, but don't make a

23    statement.

24              MR. McCARTHY:  Appreciate it.

11:07AM  25              THE COURT:  You're here to ask questions; he's

1   here to answer questions.  Let's proceed on that basis.

2          MR. McCARTHY:  Thank you, your Honor.

3   Q.   Now, throughout your time at BillBoard Video, you

4   eventually transitioned into doing outdoor LED displays;

11:07AM  5   is that right?

6   A.   That's correct.

7   Q.   And you were sourcing those screens from China; is

8   that fair?

9   A.   No, that's -- that's not correct.  We had a

11:08AM  10   manufacturing facility in Sacramento, California, and we

11   did all the assembly in Sacramento, California.

12   Q.   And what was the name of that manufacturing

13   facility?

14   A.   It was BillBoard Video.  We had acquired a smaller

11:08AM  15   company, MultiMedia, and we continued to grow the

16   company and did the assembling in Sacramento.

17   Q.   You weren't doing actual display design at

18   BillBoard Video; is that right?

19   A.   Yeah.  We had a team of engineers that would -- we

11:08AM  20   had a floor of engineers because every installation that

21   we did was completely custom and unique.  When we did a

22   JPMorgan Chase sign or the display in Times Square, the

23   ABC sign, it was all custom.  So we had engineers that

24   would do all of the design work.

11:09AM  25   Q.   So you would say you were designing new LED display

1    products at BillBoard Video?

2    A.   We were designing LED displays for all of these

3    custom installations around the world.

4    Q.   Is it fair to say, though, that you were using

5    traditional LED technology?

6    A.   At the time we were using cabinet LED displays.

7    Q.   In 2006, you decided to sell BillBoard Video, right?

8    A.   Yes.

9    Q.   And then in 2007, you started Ultravision LED,

10   right?

11   A.   Yes, approximately.

12   Q.   And Ultravision LED, is it fair to say, was a

13   large-scale LED display company?

14   A.   No.  I don't understand your question, counsel.

15   Q.   Is it fair to say that Ultravision LED was selling

16   large LED displays?

17   A.   Ultravision LED was trying to sell LED display --

18   LED displays, whether they were large or small.  We were

19   trying to create a new technology and sell LED displays.

20   Q.   Got it.  So Ultravision LED was an LED display

21   company?

22   A.   Yes.

23   Q.   Now, Ultravision LED was around from 2007 'til 2009,

24   right?

25   A.   Yes, approximately.

11:09AM (lines 5)
11:09AM (line 10)
11:10AM (line 15)
11:10AM (line 20)
11:10AM (line 25)

```
 1   Q.   And that was the -- about the beginning of 2009,
 2   right?
 3   A.   Yes.
 4   Q.   In 2009, the company had effectively no assets, and
 5   it closed its doors, right?
 6   A.   That's correct.
 7   Q.   In 2011, you started -- oh, no.  Sorry.
 8           Sometime in 2010, you set up a company called
 9   Ultravision Holdings; is that right?
10   A.   That's correct, yes.
11   Q.   And Ultravision Holdings was a holding company for
12   what would become and be called
13   Ultravision Technologies, right?
14   A.   Yeah, Ultravision Holdings was the original company,
15   but it was the holding company for
16   Ultravision Technologies.
17   Q.   Got it.  And Ultravision Technologies is the
18   plaintiff in this litigation that you sit here on behalf
19   of, right?
20   A.   Yes.
21   Q.   And Ultravision Technologies, like Ultravision LED,
22   was an LED display company, fair?
23   A.   Yes.  The intent was to manufacture and sell LED
24   displays.
25   Q.   And I think you testified on direct that today,
```

11:10AM  5
11:11AM 10
11:11AM 15
11:11AM 20
11:11AM 25

1    sitting here today, Ultravision Technologies doesn't

2    design, manufacture, or sell any LED displays; is that

3    right?

4    A.   We are trying to rebuild the company, and we're

11:12AM   5    primarily focused on outdoor LED lighting.

6    Q.   And it's fair to say that as of September 2019,

7    you've stopped production of LED displays, right?

8    A.   Yes, that's correct.

9    Q.   You currently said you have five employees; is that

11:12AM   10   right?

11   A.   It's less than ten employees.  I think we have seven

12   employees now.

13   Q.   And where are those employees based?

14   A.   Farmers Branch in Texas.

11:12AM   15   Q.   Now, I believe on direct you testified that Absen

16   undercut you on price, didn't you?

17   A.   Yes.

18   Q.   It's fair to say, though, that you don't know

19   Absen's sales price, do you?

11:13AM   20   A.   No.  It varies from job to job.  Every job has

21   different pricing.

22   Q.   But you don't know Absen's sales price, do you?

23   A.   Again, it's different on every job, so I don't know

24   what prices they are submitting on every job that they

11:13AM   25   bid.

Q.   You don't know any of those sales prices, right?

A.   I tried to answer as best I can.  Every job is
unique and different.  You can't call Absen and get
prices, so every quote that I've seen was below our
quotes.

Q.   But you haven't actually seen any Absen quotes,
right?

A.   I have in the past.  I have not seen any quotes in
the last year.  I don't know if that answers your
question, but we have seen quotes in the past.

Q.   Okay.  I'm just -- it's fair to say that you don't
know any sales prices for which Absen has sold any of
the accused products, right?

A.   No, sir.  I've seen quotes in the past.  I'm trying
to answer your question as best I can.  Even for some of
the jobs that were put up on the board earlier, I've
seen some of their quotes.

Q.   But sitting here today, you don't know what those
sales prices were, right?

A.   If you have -- I don't remember the specific quotes,
but if you have quotes that you want to refer to, I can
try to verify that.

Q.   No, it's okay.  Now, you also mentioned that Absen
undercut you on the Cotton Bowl deal, didn't you?

A.   Yes.

1  Q.   Do you know for sure that Absen won the Cotton Bowl

2  deal?

3  A.   That's what I was informed.

4  Q.   Okay.  But it's your testimony that Absen's product

11:14AM  5  is installed in the Cotton Bowl, right?

6  A.   I was informed by Albert Liu, who was the previous

7  president of Absen, that they were supplying the product

8  for the Cotton Bowl.

9  Q.   It's your testimony today that Absen's product is

11:15AM  10  installed at the Cotton Bowl, right?

11  A.   That was my understanding.

12  Q.   Now, you testified on direct, right at the end,

13  about some licenses that you've received, right?

14  A.   Yes.

11:15AM  15  Q.   It's fair to say that every one of the licenses you

16  looked at was a litigation license, right?

17  A.   The Lamar license was not, for the LED displays, was

18  not a litigation license.

19  Q.   You were engaged in litigation with Lamar, right?

11:15AM  20  A.   For outdoor LED lighting, yes, but not for LED

21  displays.

22  Q.   But you were engaged in litigation with Lamar,

23  right?

24  A.   I think I've answered your question.  For outdoor

11:16AM  25  LED lighting, but then they came to us separately and

1  they asked for a license for the outdoor LED displays.

2  Q.   And you also testified to a license that you have

3  from Samsung, right?

4  A.   Yes.

11:16AM  5  Q.   And Samsung's license is for $2 million, right?

6  A.   Yes.

7  Q.   Samsung's license doesn't have a running royalty,

8  does it?

9  A.   There was no way to give them a running royalty at

11:16AM  10  the time.  They had zero sales.  They didn't have any

11  sales in the United States yet.

12  Q.   So you sued Samsung even though they had no U.S.

13  sales, right?

14  A.   We did not know what their sales were when we

11:16AM  15  started the lawsuit.

16  Q.   But you sued Samsung, and that resulted in the

17  $2 million license that you testified here to today,

18  right?

19  A.   Yes, that is correct.

11:16AM  20  Q.   And that license includes no running royalty, right?

21  A.   That's right.  At the time, again, they had no

22  sales, so there was no -- there was no running royalty.

23  We just charged them a flat fee.

24  Q.   Got it.  So you would agree that Samsung now has

11:17AM  25  unfettered rights to use your patents throughout the

1   United States for $2 million flat fee, right?

2   A.   We signed a license agreement with them for

3   approximately $2 million at a time when they had zero

4   sales in the United States, and so now they have a

11:17AM   5   license to our patents.

6   Q.   They have full rights to your patents for the

7   indefinite future to do what they want for $2 million

8   flat fee, right?

9   A.   They have a license to our -- we have signed an

11:17AM   10   agreement with them, so they have a license to our

11   patents --

12        THE COURT:  All right, gentlemen.  Wait a

13   minute.  This back-and-forth is not helping us.  You

14   need to answer the question; you need to ask the

11:17AM   15   questions you want answered.

16        This is about the third exchange where the same

17   question's gotten the same answer, and that doesn't help

18   anybody.  Restate your question and then answer the

19   question asked.  Don't offer an explanation.  Answer the

11:17AM   20   questions asked.

21        If Mr. Fabricant wants to probe it and get an

22   explanation and go into it further, he can do that when

23   he gets a chance to ask follow-up questions.

24        Restate your question, Mr. McCarthy.

11:18AM   25        MR. McCARTHY:  Thank you, your Honor.

1  Q.   Samsung has a $2 million flat fee license to do what

2  it wants with your patents for the indefinite future,

3  yes?

4  A.   Yes, they have a license for our patents, yes.

11:18AM  5        THE COURT:  Let's move on.

6  Q.   And we also talked about -- or you also talked about

7  the NEC license, right?

8  A.   Yes.

9  Q.   NEC is another company that was sued by you, right?

11:18AM  10  A.   Yes, sir.

11  Q.   And NEC's license is also for about $2 million,

12  right?

13  A.   Yes, sir.

14  Q.   And NEC also has unfettered rights for the

11:18AM  15  indefinite future to do what it wants with your display

16  patents for $2 million flat fee, right?

17  A.   We have signed an agreement with NEC giving them the

18  rights to use our patents, a license agreement to use

19  our patents, yes.

11:19AM  20  Q.   Now, you didn't mention some of your other

21  litigation-based licenses.  You also have a

22  litigation-based license with a company named Yaham;

23  isn't that right?

24  A.   Yes, we do.

11:19AM  25  Q.   And Yaham has unfettered rights for the next two

1  years to do what it wants with the asserted patents for

2  the flat fee price of $445,000, right?

3  A.   Yes, we signed a limited license with them.

4  Q.   And you also didn't mention a litigation license

5  that you entered into with a company named Ledman, did

6  you?

7  A.   No, sir.  I wasn't asked about them.

8  Q.   And you agreed to a seven-year license with Ledman

9  also for $445,000, right?

10  A.   Yes, we agreed to a limited license with Ledman.

11  Q.   All right.  Let's turn to the three asserted

12  patents.  You testified on direct to 32 display panel

13  patents and 23 lighting panel patents -- or lighting

14  patents; is that right?

15  A.   Yes.

16  Q.   But only three display patents are at issue in this

17  case, right?

18  A.   That is correct.

19  Q.   So nobody's presenting evidence about the 29 other

20  display patents, right?

21  A.   No, sir, I do not believe so.

22  Q.   And nobody's displaying evidence about your lighting

23  patents, right?

24  A.   No, sir.

25  Q.   So let's talk about your general understanding of

1  the innovations in the three patents that are asserted

2  here.  You testified a lot on direct about getting rid

3  of the cabinet.

4          Would you agree with me that that's a core

11:21AM 5  innovation in these patents?

6  A.   Yes, sir.

7          MR. McCARTHY:  Now, if I may, can I use the

8  ELMO?

9          THE COURT:  It's on the top.  It's the wheel on

11:21AM 10  the top.

11  Q.   Do you recognize this slide from your counsel's

12  opening, Mr. Hall?

13  A.   I believe so, yes.

14  Q.   And you see on this slide that your counsel has

11:21AM 15  shown seven bullet points?  You see that?

16  A.   Yes, sir.

17  Q.   And this slide is called:  Ultravision's Solution.

18  Do you see that?

19  A.   Yes, sir.

11:22AM 20  Q.   Would you agree with me that these seven solutions

21  are key innovations that are described throughout the

22  three asserted patents?

23  A.   I believe these are some of the basic innovations

24  that we were striving for in the design of the product

11:22AM 25  and the patents.

1  Q.   Are there any innovations you were striving for

2  which are not listed on this slide?

3  A.   Well, one of the issues is being able to determine

4  which panel has to be replaced, and it's part of our

11:22AM  5  hot-swappable patent that you have to be able to

6  determine which panel has to be replaced.  So you have

7  to be able to monitor those patents as well -- or,

8  excuse me, those panels.  Sorry, sir.

9  Q.   So you would add monitoring as a key innovation to

11:23AM 10  this slide?

11  A.   It's an additional innovation that we developed, and

12  it's part of one of the patents.

13  Q.   Okay.  Now, I want to talk about each of these one

14  by one and understand which patents the innovation is

11:23AM 15  important to.

16          So my understanding is that modular without

17  cabinets is important to all three patents; is that

18  fair?

19  A.   Yes.

11:23AM 20          Is it possible to put this back up so -- as

21  we go through?  I think it's -- there you go.

22  Q.   I imagine that's easier.

23  A.   Yes.

24  Q.   Okay.  I'm going to write in which patents they are

11:24AM 25  pertinent to, but why don't we step through each of them

1  first.  So interchangeable panels is also pertinent to

2  all three patents; is that fair?

3  A.   I think interchangeable is primarily our -- I

4  believe it's our '904 Patent on being able to hot-swap

11:24AM  5  the panels and be able to monitor the panels and

6  interchange them.

7  Q.   So interchangeable is unique to the '904 Patent

8  then?

9  A.   And, sir, I don't have the exact patents in front of

11:24AM  10  me.  Maybe I need to grab those as well.

11  Q.   Sure.  I believe that they are PTX-1, 2, and 3 in

12  your binder from direct.

13  A.   Sorry.  Excuse me.  Yes.  Okay.

14  Q.   I think on direct you testified that the '904 Patent

11:25AM  15  is the hot-swappable patent; is that right?

16  A.   Yes.

17  Q.   And so you would agree with me that the '782 and the

18  '294 Patents are the waterproof patents, right?

19  A.   Yes.  Those are more directed toward the

11:25AM  20  waterproofing of the panels.  And I think that we've --

21  the Court has defined "modular" as interchangeable

22  without a cabinet.

23  Q.   Okay.  So interchangeability is unique to the '904,

24  or it applies to all three patents?

11:25AM  25  A.   I believe as the Court has defined it, "modular" is

1    interchangeable without cabinets.  So it would be

2    covered by all three patents.

3    Q.   Got it.  And then plastic housing is for the '782

4    and '294 Patents, right?

11:26AM  5    A.   Yes, that's correct.

6    Q.   Sealed to be waterproof is also for the '782 and

7    '294 Patents, right?

8    A.   Yes, that is correct.

9    Q.   And more energy efficient is for all three patents,

11:26AM  10    isn't it?

11    A.   More energy efficient is removing the fans, which is

12    in the -- excuse me, sir.

13    Q.   I believe you're looking for the '294 Patent.

14    A.   Yes.  It's in the '294 Patent where we actually

11:26AM  15    removed the fans and kept the IP65 rating.

16    Q.   Okay.  So it's your position you can remove the

17    cabinet but still have a fan in the '782 Patent; is that

18    right?

19    A.   Can remove the cabinet but still have the fans?  I'm

11:27AM  20    trying to understand -- best understand your question.

21    But the definition of the module is interchangeable

22    without a cabinet.

23          We were trying to have those panels and

24    have them IP65 rated without fans was the goal.

11:27AM  25    Q.   Okay.  Your testimony is that more energy efficient

1    is unique to the '294 Patent; is that fair?

2    A.   I don't know that it was -- it was only more energy

3    efficient, but removing the fans also removed a point of

4    entry for water.  So getting rid of the fans made the

11:27AM  5    panel IP65/IP67 rated and more energy efficient.

6    Q.   Okay.  Now, service from the front or rear, would

7    you agree with me that is a key innovation in all three

8    patents?

9    A.   Yes.

11:28AM  10   Q.   And then hot-swappable panels is unique to the

11   '904 Patent; is that right?

12   A.   Yes.

13   Q.   And then monitoring is unique to the '904 Patent,

14   right?

11:28AM  15   A.   I believe that is correct, yes.

16   Q.   All right.  Now, one of the key time periods is 2007

17   to 2009, which is when you said you were at

18   Ultravision LED, right?

19   A.   That's correct.

11:29AM  20   Q.   And Ultravision LED started in 2007, right?

21   A.   I believe so.

22   Q.   Now, when we were talking about BillBoard Video, you

23   said that BillBoard Video used cabinet-based displays,

24   right?

11:29AM  25   A.   That is correct.

1   Q.   BillBoard Video did not use any cabinetless

2   displays, right?

3   A.   Yeah.

4   Q.   In fact, prior to starting Ultravision LED, you had

11:29AM  5   not originated the idea for a cabinetless display, fair?

6   A.   I started Ultravision LED to try to design a new

7   product, to try to design a panel and overcome the

8   problems that we had had with cabinets.

9          THE COURT:   Counsel, are you saying

11:30AM  10   "cabinetless "or "cabinet list"?

11          MR. McCARTHY:   Cabinetless.

12          THE COURT:   Without a cabinet?

13          MR. McCARTHY:   Yes.

14          THE COURT:   Okay.   Thank you for the

11:30AM  15   clarification.   Let's proceed.

16   Q.   So the origination of your idea for no cabinet was

17   after you started Ultravision LED, right?

18   A.   It's the reason I started Ultravision LED, yes.

19   Q.   And you came up with the idea for no cabinet after

11:30AM  20   you started Ultravision LED, right?

21   A.   That is the reason I -- I'm trying to answer your

22   question, counselor, but that is the reason I started

23   Ultravision LED was to try to design a new LED display

24   without cabinet.

11:30AM  25   Q.   So it's fair to say that before you started

1  Ultravision LED, you hadn't thought of your idea to

2  remove the cabinet, right?

3  A.   I was -- with my experience at BillBoard Video, I

4  was trying to design a better way to install LED

11:31AM  5  displays and lower the cost of installation and

6  operation.

7  Q.   Your testimony is the origination of that idea,

8  cabinetless display, didn't come about until after

9  Ultravision had started, right?

11:31AM  10  A.   I don't -- sir, I don't think that was my testimony.

11  I started Ultravision LED to try to overcome the

12  problems that we had experienced with cabinet displays.

13  Q.   Can you take a look at Tab A in your Binder 1 that

14  my colleague provided to you.  It should be your

11:31AM  15  deposition transcript from September 14th, 2020.

16  A.   Just give me a moment.  Yes, sir.

17  Q.   Sorry.  You can put that away.

18       All right.  When you started Ultravision LED in

19  2007, your first hire was Roger Van Houtan; is that

11:32AM  20  right?

21  A.   I don't recall if he was my first hire.  He was one

22  of the first few hires.

23  Q.   And after Roger joined, you and him went to China to

24  tour various manufacturers; is that right?

11:33AM  25  A.   Roger had worked for me at BillBoard Video and, yes,

1  he went with me to China.

2       THE COURT:  Let me ask the witness to avoid

3  referring to individuals by first name only.  Please use

4  their complete name or their last name but not first

5  names only.

6       THE WITNESS:  Yes, sir.  I apologize.

7       THE COURT:  All right.  Let's continue.

8  Q.   So after Mr. Van Houtan joined, you and him toured

9  various manufacturers in China, right?

10 A.   Yes, Mr. Van Houtan went with me to China to go to

11 some of the manufacturers.

12 Q.   And you toured more than 25 different Chinese

13 manufacturers, didn't you?

14 A.   I don't remember the exact number, sir.  He was not

15 there on the first trips to China.

16 Q.   But you yourself visited more than 25 different

17 manufacturers, right?

18 A.   I don't remember the exact number, but I toured many

19 different manufacturers there in Shenzhen, yes.

20 Q.   The one you liked the most was LianTronics; was that

21 fair?

22 A.   Yes.

23 Q.   And then you had a first meeting with LianTronics.

24 Do you remember that?

25 A.   I remembered several meetings with LianTronics.  I

1    don't remember the exact first meeting.

2    Q.   Okay.  So you don't remember what happened at your

3    first meeting with LianTronics; is that fair?

4    A.   No, I don't remember the exact first meeting with

5    LianTronics.

6    Q.   You don't remember the specifics of what was

7    discussed at the first meeting, do you?

8    A.   No.

9    Q.   You don't remember any products that they would have

10   shown you; is that right?

11   A.   No.  The -- the -- I'm sorry.  Go ahead.

12   Q.   You don't remember LianTronics' facilities; is that

13   fair?

14   A.   I do remember their facilities.  I remember a tour

15   of their facilities and some of the products they were

16   manufacturing at the time.

17   Q.   Would you agree that their facilities were

18   impressive?

19   A.   Their facilities were similar to a lot of the

20   facilities that we had toured over there.

21   Q.   You sourced indoor and outdoor products from

22   LianTronics; is that right?

23   A.   We started to do so, yes.

24   Q.   Can we look at DTX-208, which you should have in a

25   binder that we provided to you, Mr. Hall, if you need

1  it.

2  A.    Sorry.  DTX-208.  Got it.  Yes, sir.

3  Q.    DTX-208 is a supplier agreement between you and --

4  well, between Ultravision LED and LianTronics; is that

11:36AM  5  right?

6  A.    Yes, sir.

7  Q.    And I see here that the name of the Shenzhen entity

8  is LCJH; is that right?

9  A.    That's correct.

11:36AM  10  Q.    And LCJH is just an acronym, I guess, for

11  LianTronics, fair?

12  A.    Yeah.  Shenzhen LCG -- LCJH became Shenzhen

13  LianTronics.

14  Q.    That agreement was dated April 30th, 2007, right?

11:37AM  15  A.    Yes.

16  Q.    And under that agreement, you became the exclusive

17  dealer of both standard products and UltraPanel products

18  in the United States, right?

19  A.    Yes, but I don't believe we actually ever signed the

11:37AM  20  agreement with them.  Do you have a -- is there a signed

21  version?

22        THE COURT:  All right.  Just a minute.  It's

23  not the witness's place to ask for a signed version of

24  the agreement.

11:37AM  25        THE WITNESS:  Yes, sir.

1           THE COURT:  And he didn't ask you if the

2    agreement had been signed.  Now, this is the third,

3    Mr. Hall, I've had to instruct you to limit your

4    responses to the questions that are asked.

11:37AM    5           It's imperative that you follow my

6    instructions.  If you can't, then I may be forced to

7    make some other decisions, but I don't see why you can't

8    do that.

9           THE WITNESS:  Yes, your Honor.

11:38AM   10           THE COURT:  Mr. Fabricant, as you well know, is

11   going to get another chance at the podium with you on

12   the witness stand, and he can ask any follow-up

13   questions he wants to.  But you've got to limit your

14   answers to the responses given.  And if you don't

11:38AM   15   understand a question, simply say, "I don't understand

16   the question."  Is that clear?

17           THE WITNESS:  Yes, sir.  Apologize.

18           THE COURT:  All right, Mr. McCarthy.  Let's

19   continue.

11:38AM   20           MR. McCARTHY:  Yes, your Honor.

21   Q.   Can you take a look at Pages 22 and 23 of DTX-208?

22   A.   22 and 23, yes.

23   Q.   You see here this is Exhibit A to that agreement,

24   and it's entitled "Standard Products"?

11:38AM   25   A.   Yes.

```
      1   Q.   These list certain True Vision series outdoor

      2   display products; is that right?

      3   A.   Yes.

      4   Q.   And the specifications that are associated with

11:39AM  5   each, right?

      6   A.   Yes, that's correct.

      7   Q.   Would you agree with me that while you were at

      8   Ultravision LED, at least for a time, you had the right

      9   to sell these products in the United States?

11:39AM 10   A.   Yes.  I -- yes, that's stated here.

     11   Q.   You did have a right to sell True Vision products in

     12   the United States, didn't you?

     13   A.   We attempted to sell outdoor LED -- True Vision

     14   outdoor LED display products in the U.S.

11:39AM 15   Q.   And if you look at Page 23, it talks about

     16   CrystalVision products.

     17   A.   Okay.

     18          THE COURT:  Is that a question, counsel?

     19          MR. McCARTHY:  Not yet, your Honor.

11:40AM 20          THE COURT:  Well, let's ask questions of the

     21   witness.  If I make him limit his answers to the

     22   questions you asked, you have to ask questions.  You

     23   understand?

     24          MR. McCARTHY:  My apologies, your Honor.  I

11:40AM 25   was --
```

1    THE COURT:  Let's try to get this

2  cross-examination back on track, okay?

3  Q.   On Page 23, do you see that it says:  CrystalVision

4  series indoor products?

11:40AM  5  A.   Yes.

6  Q.   You also had the right to sell the CrystalVision

7  products in the United States; is that right?

8  A.   Yes, that's what this indicates, yes.

9  Q.   Ultravision LED had the right to sell CrystalVision

11:40AM  10  products in the United States, right?

11  A.   CrystalVision was our name of the product.  So when

12  you said we had the rights, that was -- CrystalVision

13  was our name.

14  Q.   So you had the right to sell CrystalVision products

11:40AM  15  manufactured by LianTronics in the United States, right?

16  A.   We had the -- sir, I'm trying to directly answer

17  your question.  CrystalVision was our name.  We had the

18  right to sell these products in the United States.

19  Q.   Let's move over to Page 24.  Page 24 shows

11:41AM  20  UltraPanel products, doesn't it?

21  A.   Yes.

22  Q.   And UltraPanel is an Ultravision LED trade name,

23  fair?

24  A.   Yes.

11:41AM  25  Q.   And during the time period 2007 to 2009, you had the

1  right to sell Ultravision-branded products in the

2  United States, right?

3  A.   I'm sorry, sir.   Ultravision branded or UltraPanel

4  branded?

11:41AM  5  Q.   I'll repeat the question.   I'm sorry if I misstated.

6        You had the right from the time period 2007 to

7  2009 to sell UltraPanel-branded products in the

8  United States, right?

9  A.   Yes.   That was our trade name for those products in

11:42AM  10  the United States.

11  Q.   And during that entire time period, those UltraPanel

12  products would have been manufactured by LianTronics,

13  right?

14  A.   Yes, that is correct.

11:42AM  15  Q.   Now, what's defined here on the document is a

16  18-millimeter pitch UltraPanel.   You see that?

17  A.   Yes.

18  Q.   And it's also an IP67 weatherproofed product.   Do

19  you see that?

11:42AM  20  A.   Yes.

21  Q.   And this was the very first UltraPanel, right?

22  A.   Yes.   This was our very first attempt to manufacture

23  the UltraPanel.

24  Q.   Now, it says here that the UltraPanel had

11:43AM  25  18-millimeter pitch; is that right?

1  A.   That is correct.

2  Q.   And the pitch distance just refers to the distance

3  between the LEDs on the front of the screen, right?

4  A.   Yes.  The closer the LEDs, the smaller the pitch.

11:43AM  5  So the pitch is just essentially the resolution of the

6  LED display.

7  Q.   And over the course of 2007 to 2009, there was also

8  a 20-millimeter pitch UltraPanel; is that fair?

9  A.   That is correct.

11:43AM  10  Q.   And the only difference between the 18-millimeter

11  UltraPanel and the 20-millimeter UltraPanel was the size

12  of the housing; is that fair?

13  A.   The size of the housing was -- I believe was the

14  same.  It's just the pitch, the distance between the

11:44AM  15  LED, the LEDs, but I believe the housing was the same

16  size.

17  Q.   So it's your testimony that the 18-millimeter

18  UltraPanel and the 20-millimeter UltraPanel had the same

19  housing; is that fair?

11:44AM  20  A.   Yes.  I'd have to go back and look at the exact

21  dimensions, but I believe they were.

22  Q.   Now, you stated that you invented the UltraPanel in

23  the April of 2007; is that fair?

24  A.   Invented the UltraPanel?  I started the design and

11:44AM  25  the idea and the concept of the UltraPanel in 2007, but

1    I'll let you answer -- ask the question.  Sorry, sir.

2    Q.   You'd agree with me that you first started to invent

3    the UltraPanel in April 2007, right?

4    A.   It was my goal to come up with a modular LED display

11:45AM   5    panel in 2007.

6    Q.   The conception of that goal started in April 2007,

7    right?

8    A.   I'm sorry, sir.  I'm trying to answer your question

9    as best I can, but my goal in starting that company was

11:45AM   10   to try to create that modular -- eliminate the cabinets

11   and create that modular LED display panel.

12   Q.   Can you take a look at Tab H in your testimony

13   binder?

14   A.   Sorry.  Give me one moment.  Okay.  Yes, sir.

11:46AM   15   Q.   Now, you testified in a prior proceeding in 2016

16   about certain attributes related to the original

17   UltraPanel, didn't you?

18   A.   I believe so.  Are we referring to some -- yes.

19   Q.   In 2016, you testified under oath in a separate

11:46AM   20   proceeding about certain attributes related to the

21   UltraPanel; do you remember that?

22   A.   Sir, I don't remember the exact testimony.  Can you

23   point to something that I should refer to?

24   Q.   Can we look at Pages 153, Line 25, going on to

11:46AM   25   Page 154, Line 3.

1        And, Mr. Hall, you were asked the following

2   question:  "So now you can recall, when did you first

3   start to invent the UltraPanel?"

4        "It had to be -- if there is a signed version

11:47AM  5   of this, it had to be in April 2007."

6   A.   Is this going on the video screen?  Okay.  Page 153.

7   Q.   Line 25 to 154, Line 3.  Page 153, Line 25.

8        In 2016 you were asked, "Can you recall, when

9   did you first start to invent the UltraPanel?"

11:48AM  10       "It had to be -- if there is a signed version

11   of this, it had to be in April 2007."

12        Do you see that?

13   A.   Yes.

14   Q.   So you would agree with me that the origination of

11:49AM  15   the idea, a cabinetless display, didn't come about until

16   Ultravision LED had started, right?

17   A.   My intent in starting Ultravision LED was to design

18   modular LED display panel without the cabinet.

19        MR. McCARTHY:  Your Honor, could I get an

11:49AM  20   answer?

21        THE COURT:  Just a minute.  Just a minute.  Are

22   you objecting that the response is nonresponsive?

23        MR. McCARTHY:  Objection.  Nonresponsive, your

24   Honor.

11:49AM  25        THE COURT:  I'll sustain the objection.

1    Ask the question again and answer the question

2    that's asked, Mr. Hall.

3        THE WITNESS:  Yes, sir.

4        THE COURT:  State your question again, counsel.

11:49AM  5    Q.  Mr. Hall, the origination of that idea, cabinetless

6    display, didn't come about until after Ultravision LED

7    had started, right?

8    A.  No, I don't think that's correct.

9    Q.  Do you remember you also had your deposition taken

11:50AM  10   as part of this case?

11   A.  Yes.

12   Q.  I believe we did that deposition over Zoom, didn't

13   we?

14   A.  I believe so.

11:50AM  15   Q.  But you were testifying under oath in that

16   deposition as if you were in court here today, right?

17   A.  Yes.

18   Q.  And can you turn with me to Tab A of your binder?

19   We're going to look at Page 101, Lines 12 through 15.

11:51AM  20   A.  I'm sorry, sir.  What page are we looking at?

21   Q.  Page 101, Lines 12 through 15.

22   A.  Okay.  Yes, sir.

23   Q.  And you were asked the following question:  "And,

24   you know, the origination of that idea, cabinetless

11:51AM  25   display, did not come about until after Ultravision LED

1   had started, right?"

2          And you gave the following answer:  "Yes.  I

3   think that's correct."

4          THE COURT:  Do you have a question to follow

11:51AM   5   that with, counsel?

6   Q.   You gave that testimony, right, Mr. Hall?

7   A.   That appears to be my testimony, yes.

8   Q.   Let's look at DTX-259.

9   A.   Yes, sir.

11:52AM   10  Q.   This is an engineering drawing for the all-metal

11  UltraPanel, isn't it?

12  A.   Yes.

13  Q.   This shows a cabinetless display panel, doesn't it?

14  A.   Yes.

11:52AM   15  Q.   You didn't author this, did you?

16  A.   No.

17  Q.   Do you know who drew it?

18  A.   No, I don't recall who drew it.

19  Q.   But this is the all-metal UltraPanel that you

11:52AM   20  invented in April 2007?

21  A.   This appears to be a drawing of what we were trying

22  to design for the UltraPanel.

23  Q.   This is a drawing of the all-metal UltraPanel,

24  right?

11:52AM   25  A.   Yes.

1    Q.    On the first page, it shows an A and B style

2    UltraPanel; is that fair?

3    A.    Yes.

4    Q.    Why don't we zoom in just a little bit more and show

11:53AM   5    the dimensions of that UltraPanel.  You see the

6    number .504?

7    A.    Yes.

8    Q.    That's written in centimeters, so that's 504

9    millimeters, isn't it?

11:53AM   10   A.    That's correct.

11   Q.    And what is that drawing the distance between?

12   A.    It looks like that's drawing the distance of the

13   hole points, the attachment points.

14   Q.    And what are those hole points for?

11:53AM   15   A.    Those are attachment points like you would see in

16   the back of the display panels to attach to a frame.

17   Q.    And then you see that there are two interior hole

18   points that are labeled as being 176 millimeters apart?

19   A.    Yes.

11:54AM   20   Q.    There's 176 millimeters between those hole points,

21   right?

22   A.    I believe so, yes.

23   Q.    Can we pull up DTX-461.  Now, I don't believe that

24   you showed an UltraPanel on direct, but is it fair to

11:54AM   25   say that DTX-461 looks like the back of an all-metal

1  UltraPanel?

2  A.   Yeah, that looks like an UltraPanel.  I don't

3  recognize the numbers on the back, but it looks like the

4  aluminum UltraPanel.

11:54AM  5  Q.   You don't know what those numbers mean:  W576H288?

6  A.   No, sir.  This doesn't appear to be one of our

7  photos, but it looks like the all-metal UltraPanel, if

8  that answers your question.

9  Q.   And that looks like the all-metal UltraPanel that

11:55AM  10  you had possession of, at least at some point during the

11  years 2007 to 2009, right?

12  A.   Yes.

13  Q.   Why don't we pull up DTX-452.  DTX-452 is an

14  engineering drawing, isn't it?

11:55AM  15  A.   Yes.

16  Q.   This also shows a cabinetless display, doesn't it?

17  A.   It shows a modular -- well, yes, it shows a modular

18  LED display panel.

19  Q.   And you see that that panel in the upper right-hand

11:55AM  20  side corner is list -- demarced with those same numbers

21  that you said you don't know what they are:  W576H288?

22  A.   Yes.

23  Q.   Do you know who drew this?

24  A.   No, I do not.

11:56AM  25  Q.   Does it look like a LianTronics drawing?

1    A.    It does look like a LianTronics drawing.

2    Q.    And it says in the lower left-hand corner "PH18."

3    You see that?

4    A.    Yes.

11:56AM  5    Q.    Did you know that LianTronics called this drawing or

6    this -- the product that's depicted here the P18?

7    A.    No.

8    Q.    What --

9    A.    It's on the drawing.

11:56AM  10    Q.    You have no reason to dispute that this is the

11    LianTronics P18, right?

12    A.    That appears to be what's on the drawing, sir.

13    Q.    All right.

14          MR. McCARTHY:  And then why don't we pull up

11:56AM  15    the upper right-hand corner of DTX-452 and the top

16    figure that we just looked at in DTX-259.

17    Q.    Do you see that the holes in the horizontal

18    orientation in the LianTronics product are 504

19    millimeters apart just like the holes in your

11:57AM  20    UltraPanel?

21    A.    Yes.

22    Q.    Do you also see that the interior holes in the

23    vertical direction are 176 millimeters apart in the

24    vertical direction, just like in your all-metal

11:57AM  25    UltraPanel?

1    A.   That appears to be the same, yes.

2    Q.   And then the outside attachment holes are

3    216 millimeters apart in both products, right?

4    A.   Yes, that's what appears to be on the drawings.

11:58AM   5    Q.   Now, can we look down at the lower right-hand corner

6    of DTX-452.  You see the date on this drawing is

7    November 15th, 2006?

8    A.   Yes.

9         MR. McCARTHY:  All right.  We can take this

11:58AM   10   down.

11   Q.   All right.  In the 2007-2009 time frame, Ultravision

12   was trying to sell the UltraPanel across the

13   United States, wasn't it?

14   A.   Yes.

11:58AM   15   Q.   I think we looked at some of your sales materials

16   earlier, didn't we?

17   A.   Yes.

18   Q.   Would you agree that Ultravision prepared and

19   distributed a large amount of sales materials related to

11:59AM   20   the UltraPanel?

21   A.   We prepared sales material.  You used the word

22   "large."  But, yes, we prepared a lot of sales material.

23   Q.   E-mailed those materials out, right?

24   A.   Yes.

11:59AM   25   Q.   And you presented sales meetings related to the --

 1  you went to sales meetings related to the UltraPanel,

 2  right?

 3  A.   Yes.

 4  Q.   Now, is it fair to say that Ultravision wasn't in

11:59AM  5  the business of lying to its potential customers?

 6  A.   No, we -- I don't believe we were -- I don't believe

 7  Ultravision was in the business of lying to its

 8  customers.

 9  Q.   And you didn't try to intentionally mislead your

11:59AM  10  customers, right?

11  A.   No, sir.

12  Q.   Why don't we turn to DTX-417, which is a document

13  you referred to on direct.

14        THE COURT:  Before we go into this exhibit,

11:59AM  15  we're going to break for lunch at this point.  It's

16  12:00 noon by the clock I have in front of me, and I'm

17  advised by the clerk's office that the jury's lunch is

18  in the jury room waiting for them.

19        Ladies and gentlemen of the jury, if you'll

12:00PM  20  take your notebooks with you during the lunch break.  If

21  you'll follow all my instructions, including not to

22  discuss the case among yourselves, we'll try to

23  reconvene as close to 1:00 p.m. as we can.

24        With those instructions, the jury's excused for

12:00PM  25  lunch.

| | |
|---|---|
| 1 | (Whereupon, the jurors exit the courtroom.) |
| 2 | THE COURT:  Let me see Mr. McCarthy, |
| 3 | Mr. Gillam, Ms. Truelove, and Mr. Fabricant in chambers. |
| 4 | We stand in recess for lunch. |
| 12:01PM  5 | (Recess from 12:01 p.m. to 1:13 p.m.) |
| 6 | THE COURT:  Mr. Hall, if you'll return to the |
| 7 | witness stand, please, sir.  I remind you, you remain |
| 8 | under oath. |
| 9 | THE WITNESS:  Yes, sir. |
| 01:13PM  10 | THE COURT:  Mr. McCarthy, you may return to the |
| 11 | podium and prepare to continue your cross-examination. |
| 12 | And with that, let's bring in the jury, please. |
| 13 | (Whereupon, the jurors enter the courtroom.) |
| 14 | THE COURT:  Please be seated. |
| 01:14PM  15 | Ladies and gentlemen, we'll continue with the |
| 16 | cross-examination of Mr. Bill Hall by the defendants. |
| 17 | Mr. McCarthy, you may continue. |
| 18 | MR. McCARTHY:  Thank your Honor. |
| 19 | Q.   Mr. Hall, before we left off, we were talking about |
| 01:14PM  20 | your relationship with LianTronics.  It's fair to say |
| 21 | that in the 2007 to 2009 time frame when you were |
| 22 | working with LianTronics, you did not recall providing |
| 23 | LianTronics with any actual design drawings; is that |
| 24 | fair? |
| 01:14PM  25 | A.   No, sir. |

1  Q.   I'm going to turn back to the deposition that you

2  gave under oath in this case, Day 1 at Page 190, Line

3  13 -- oh, no, line -- yeah, Line 13 through 16.

4        At that deposition, Mr. Hall, you were asked,

01:15PM  5  "Did you provide LianTronics with design drawings?"

6        And you answered, "I don't recall that we

7  provided LianTronics with any actual design drawings."

8        You were asked that question and gave that

9  answer, right, Mr. Hall?

01:15PM  10  A.   Yes, sir.  That appears to -- yes, sir.

11  Q.   Now, let's turn to DTX-417.  This is a document that

12  you talked about on direct.  Do you remember that?

13  A.   Yes, sir.

14  Q.   This is a sales document from your time at

01:15PM  15  Ultravision LED between 2007 and 2009, right?

16  A.   Yes, sir, I believe so.

17  Q.   We know that because it has the Ultravision LED

18  trademark on it, doesn't it?

19  A.   Yes, sir.

01:15PM  20  Q.   Now, this is the type of marketing material that

21  Ultravision LED was making during that 2007 to 2009 time

22  frame, right?

23  A.   Yes, sir.

24  Q.   Let's turn to Page 4 of DTX-417.  Says that

01:16PM  25  Ultravision LED has a manufacturing headquarters in

1  Shenzhen, China.  That's not accurate, is it?

2  A.   No, sir.  We were manufacturing there, but -- I

3  don't know how best to answer that.  No, sir.

4  Q.   Well, Ultravision LED didn't own any real estate in

01:16PM  5  Shenzhen, did it?

6  A.   No, sir.

7  Q.   All right.  Let's turn to Page 5.  You see here

8  Ultravision advertised a state-of-the-art manufacturing

9  facility located in Shenzhen.  You see that?

01:16PM  10  A.   Yes, sir.

11  Q.   You didn't actually own a manufacturing facility in

12  Shenzhen, did you?

13  A.   No, sir.

14  Q.   And it goes on to state that the facility employs

01:17PM  15  over 500 employees, doesn't it?

16  A.   Yes.

17  Q.   You didn't employ 500 people at any point during

18  your time at Ultravision LED, did you?

19  A.   No.

01:17PM  20  Q.   Let's go over to Page 10, and this is -- it may have

21  been the slide that you presented on direct.  This is an

22  advertisement for the UltraPanel, isn't it?

23  A.   Yes.

24  Q.   This is the UltraPanel that we saw a drawing for

01:17PM  25  earlier, isn't it?

1  A.   I believe so, yes.

2  Q.   And the picture here shows that same W576H288

3  number, doesn't it?

4  A.   Yes, it does.

01:17PM  5  Q.   And you see here that one of the selling points for

6  the UltraPanel, Point Number 2, is provided as its IP67

7  rated cabinet is waterproof.  You see that?

8  A.   Yes.

9  Q.   It's your position here today that that's wrong,

01:18PM  10  right?

11  A.   It's my position -- yes, that's correct, and that's

12  my position as well.

13  Q.   Why don't we look over at Slide Number 12.  Remember

14  looking at this slide on direct?

01:18PM  15  A.   Yes.

16  Q.   I believe you have a color version of it that I do

17  not have.  Do you remember testifying that this is a

18  demonstration to show the unique advantages of the

19  invention?

01:18PM  20  A.   Yes.

21  Q.   You testified that here today?

22  A.   I believe so, yes.

23  Q.   And you'd agree with me that this is an assembly of

24  the UltraPanel, isn't it?

01:18PM  25  A.   Yes, this is assembly using that earlier UltraPanel.

1  Q.   Got it.  So that UltraPanel picture there shows the

2  unique advantages of the invention?

3  A.   Yes.

4  Q.   Now, what you're seeing built here on Slide 12 is

01:19PM  5  actually the display that was donated to your son's high

6  school, Episcopal School of Dallas, isn't it?

7  A.   Yes, sir.  It was daughter, but, yes, sir.

8  Q.   So the sign was built at this location and then it

9  was freighted over to the school; is that right?

01:19PM  10  A.   Yes, sir.

11  Q.   Can we skip over to Page 19.  Is this a picture of

12  that display in the field there?

13  A.   Yes, sir.

14  Q.   So that's an UltraPanel shown in the picture on the

01:19PM  15  right, correct?

16  A.   Yes, sir.

17  Q.   Now, it looks like an old kind of, on the right-hand

18  side, a digital scoreboard, but the truth is that that

19  entire thing is an HD display, isn't it?

01:20PM  20  A.   Yes, sir, the entire thing is an LED display.

21  Q.   And the entire thing was operational at ESD for

22  multiple years, wasn't it?

23  A.   Yes, sir.

24  Q.   Let's look at another one of Ultravision LED's

01:20PM  25  marketing materials, DTX-416.  This is another marketing

|   |   |
|---|---|
| 1 | material from Ultravision LED, Mr. Hall. |
| 2 | A.   I believe, if that's a question, yes, sir. |
| 3 | Q.   And it's marked with the trademark Ultravision LED |
| 4 | on the top, right? |
| 01:20PM  5 | A.   Yes, sir. |
| 6 | Q.   So we know this is from the 2007-2008 time frame, |
| 7 | correct? |
| 8 | A.   I believe so, sir. |
| 9 | Q.   Let's turn to Page 8.  This is an entire slide |
| 01:20PM  10 | dedicated to advertising the UltraPanel as IP67 |
| 11 | certified, isn't it? |
| 12 | A.   Yes, sir. |
| 13 | Q.   And we can actually compare DTX-416 at Page 8 to |
| 14 | DTX-417 at Page 11.  You can see here that |
| 01:21PM  15 | Ultravision LED, in the time frame 2007 to 2009, had |
| 16 | different slides for presenting the UltraPanel as IP67 |
| 17 | certified, didn't it? |
| 18 | A.   I believe so, yes, sir. |
| 19 | Q.   Please turn to DTX-413.  This is also |
| 01:21PM  20 | Ultravision LED material from the time period 2007 to |
| 21 | 2009, isn't it? |
| 22 | A.   I believe so, sir. |
| 23 | Q.   This is product and sales training from |
| 24 | Ultravision LED, isn't it? |
| 01:22PM  25 | A.   I believe so. |

1    Q.   Is it fair to say that this is a document you used

2    to educate new employees that you were hiring at

3    Ultravision LED?

4    A.   I don't remember this exact document but, yes, sir,

01:22PM    5    that's what it says.

6    Q.   Can you turn to Slide 14, and here Ultravision tells

7    its new employees about its great -- about its outdoor

8    displays of 18-millimeter and 20-millimeter.  Those are

9    the UltraPanel, right?

01:22PM   10    A.   Yes.

11    Q.   Down in the lower right-hand corner, you have

12    another picture of the UltraPanel with the F1 number

13    that we looked at earlier, right?

14    A.   Yes, sir.

01:22PM   15    Q.   And here you can see that Ultravision is telling its

16    new employees that this product is IP67 rated, right?

17    A.   Yes, sir, that's what it states.

18    Q.   Can we turn next to DTX-414.  DTX-414 has the

19    trademark "Ultravision Media."  You see that?

01:23PM   20    A.   Yes, sir.

21    Q.   And Ultravision Media is a trademark associated with

22    Ultravision LED starting around 2009; is that right?

23    A.   I believe so, yes.

24    Q.   So this document would have been from 2009 or later,

01:23PM   25    right?

A.    I don't recall, sir.

Q.    Okay.  Let's look to Page 23.  Do you see there you

explain to new employees that your company manufactures

all of its displays in a 500,000-square-foot,

01:23PM   state-of-the-art facility in China?

A.    Yes, sir.

Q.    You don't know what facility that's referring to, do

you?

A.    No, sir, not at that time.

01:24PM   Q.    If you flip over to Page 24, you see that the

materials indicate that in April 2007, Ultravision Media

constructed an architectural state-of-the-art

manufacturing facility?  You see that?

A.    Yes.

01:24PM   Q.    That's not true, is it?

A.    No.  No, sir.

Q.    Let's go to Slide 43.  And this is another slide

where you show the UltraPanel, right?

A.    Yes, sir.

01:24PM   Q.    We see a picture of it with the 576, 288 number in

the lower left-hand corner there?

A.    Yes, sir.

Q.    And these materials again advertise it or tell new

employees that it's IP67 certified, right?

01:25PM   A.    Yes, sir, that's what it says.

1    Q.   Let's flip to DTX-419.  This also bears the

2    trademark of Ultravision Media.  You see that?

3    A.   Yes, sir.

4    Q.   And it's a presentation provided to ASU; is that

01:25PM    5    right?

6    A.   Yes, sir.

7    Q.   And ASU refers to Arizona State University; is that

8    right?

9    A.   Yes.

01:25PM   10    Q.   Ultravision was trying to sell the UltraPanel in

11    2009 to Arizona State University for use in its football

12    stadium; is that fair?

13    A.   Yes.  Yes, sir.

14    Q.   You didn't win that bid, did you?

01:25PM   15    A.   No, sir.

16    Q.   If we turn over to Slide 6, we can see that in these

17    materials for ASU, Ultravision has clarified that its

18    manufacturing facility in China is LianTronics'

19    facility; is that fair?

01:26PM   20    A.   Yes, sir, that's what it states.

21    Q.   And you see that this slide indicates that

22    LianTronics has earned IP67 certification?

23    A.   Yes, sir, it's -- yes, sir, that's the

24    certification, IP67.

01:26PM   25    Q.   It also says that LianTronics had the third largest

1  sales reported in the world.  Do you see that?

2  A.   Yes, sir.

3  Q.   It calls LianTronics the largest manufacturer of LED

4  displays in the world.  Do you see that?

01:26PM  5  A.   Yes, sir.

6  Q.   Let's go to Slide 16 of this presentation.  During

7  this presentation at Arizona State University, you --

8  Ultravision indicates that there is environmental stress

9  chamber testing that's been done.  You see that?

01:26PM  10  A.   Yes, sir.

11  Q.   And it talks about how every display is tested for

12  36 hours.  Do you see that?

13  A.   Yes, sir.

14  Q.   And it talks about how they are sprayed with jets of

01:27PM  15  water.  You see that?

16  A.   Yes, sir.

17  Q.   Let's go to Slide 18.  Slide 18 is a slide that was

18  presented to Arizona State University that again

19  specifically advertises the UltraPanel as IP67

01:27PM  20  certified, doesn't it?

21  A.   Yes.  Yes, sir.

22  Q.   And again, this was prepared in 2009, so two years

23  after Ultravision LED had gotten its start, right?

24  A.   I believe so, sir.  I don't see a date here, but I

01:27PM  25  believe so.

1    Q.    Now, you're not aware of a single marketing material

2    within Ultravision LED that explained the UltraPanel had

3    a lower than IP67 rating, fair?

4    A.    I don't recall that, sir.

01:27PM    5    Q.    Okay.  You also don't recall a single marketing

6    material that explained the UltraPanel doesn't work,

7    right?

8    A.    No, sir.

9    Q.    You also don't recall a single internal document

01:28PM    10    that explained the UltraPanel had a lower IP rating than

11    IP67, right?

12    A.    No, sir, I don't recall a document like that.

13    Q.    And at your time at Ultravision LED, you also don't

14    recall a single document that explained the UltraPanel

01:28PM    15    did not work, fair?

16    A.    I don't recall a document like that, sir.

17    Q.    Now, at some point in early 2009, Ultravision had to

18    close its doors, right?

19    A.    Yes, sir.

01:28PM    20    Q.    And in 2010, you still had effectively no employees;

21    is that fair?

22    A.    I believe so.  That is fair, yes, sir.

23    Q.    So 2010, it was just you associated with the

24    Ultravision name, correct?

01:28PM    25    A.    Yes, sir.

1  Q.   At 2010, though, you started seeking funding to

2  restart the Ultravision name; is that fair?

3  A.   Yes, sir.  In the beginning, it was funded by

4  myself, but eventually, yes.

01:29PM  5  Q.   Okay.  Let's turn to DTX-420.  This is a document

6  dated June 2010, and it's entitled "General Capabilities

7  Overview."  You see that?

8  A.   Yes.  Yes, sir.

9  Q.   And if you turn to Page 3 of the general

01:29PM  10  capabilities that are presented in this document as of

11  June 2010, you see that the only display product is the

12  new UltraPanel technology; is that fair?

13  A.   Yes, sir.

14  Q.   Now, inevitably you partnered with a company named

01:29PM  15  Active Media in 2011, right?

16  A.   We -- yes, sir.

17  Q.   Let's look at DTX-397.  DTX-397 is sales materials

18  presented between Ultravision and Active International;

19  is that right?

01:30PM  20  A.   Yes, sir.

21  Q.   So this document would have been created after 2011,

22  fair?

23  A.   I believe so, yes, sir.

24  Q.   So at least three years after you had started

01:30PM  25  Ultravision LED, this document was prepared, right?

1  A.    Yes, sir.

2  Q.    And if we look at Page 74, we can see that you were

3  on the board of directors; is that right?

4  A.    Yes, sir.

01:30PM  5  Q.    Then on Page 86, this presentation shows market

6  growth opportunities.  You see that?

7  A.    Yes, sir.

8  Q.    And it anticipates that by the year 2018, outdoor

9  LED display sales will be $2.1 billion, doesn't it?

01:31PM  10  A.    Yes, sir, that's what it says.

11  Q.    Was this a pitch deck to secure additional funding

12  for Ultravision?

13  A.    I don't recall, sir.

14  Q.    Now, the timeline here starts in 2014.  Does that

01:31PM  15  remind you that this document would have been presented

16  in 2013?

17  A.    No, sir, I don't know when this document was

18  presented.

19  Q.    Let's look back at Slide 2.  We do know that it was

01:31PM  20  created after 2011, though, right?

21  A.    I started working with Active in 2011, so I assume

22  so, yes, sir.

23  Q.    All right.  You see here that on the second slide of

24  the presentation, Ultravision and Active describe only

01:32PM  25  one revolutionary digital display.  You see that?

A.    Yes, sir.

Q.    And the only revolutionary display that's being
described in 2011 is the UltraPanel, right?

A.    It says -- yes, sir, it says "LED digital displays."

01:32PM   Q.    Now, in the time period of 2010 to 2012, it's fair
to say that you don't have -- you haven't presented any
design documents showing new products that were designed
in that time frame, right?

A.    I don't recall, sir.

01:32PM   Q.    You haven't presented today any design documents for
new products that were designed in 2010 to 2012, right?

A.    Sir, I don't recall what documents have been
presented.   Apologize.

Q.    Do you recall any -- you don't recall any specific
01:33PM   design documents that show improvements to the old
UltraPanel that were authored in the time frame of 2010
to 2012, right?

A.    Sir, I'm sorry.   I don't recall.

Q.    In 2012, you started working with an engineering
01:33PM   firm called R. Scott Lewis; is that right?

A.    Yes, sir.   I don't recall the exact date, but I
worked with Mr. Lewis for 15 years probably.

Q.    In 2012, Mr. Lewis was preparing the design for some
structural frames to hold panels in Times Square, right?

01:33PM   A.    Yes, sir.

```
 1  Q.   Is that the Times Square panel that you earlier
 2  testified saved your customers $2 million?
 3  A.   I don't recall exactly which display it was for.
 4  Mr. Lewis has done drawings for most of the displays
 5  that we've either done in New York or some throughout
 6  the United States.
 7  Q.   Now, in your work with Mr. Lewis in 2012, you
 8  actually e-mailed him pictures -- or CAD drawings of
 9  your UltraPanel, didn't you?
10  A.   I don't recall, sir.  Do you have a --
11        MR. McCARTHY:  Can we look at DTX-960.
12  A.   -- e-mail?
13  Q.   This is a September 17th, 2012 e-mail from you to
14  Mr. Lewis; is that right?
15  A.   Yes, sir, I believe so.
16  Q.   And the diagrams that you send to Mr. Lewis you say
17  are for the original UltraPanel; is that right?
18  A.   Yes, sir.
19  Q.   And then can we look at Page 3.
20        This is a computer-generated drawing of the
21  original UltraPanel, isn't it?
22  A.   I believe so, yes, sir.
23  Q.   So in 2012, you sent Mr. Lewis drawings of the
24  original UltraPanel, fair?
25  A.   I believe that's correct.
```

1  Q.   Got it.  Let's look at DTX-938.  DTX-938 is an

2  e-mail from you to Mr. Lewis dated July 1st, 2013.  You

3  see that?

4  A.   Yes, sir.

01:35PM  5  Q.   And you've attached to this e-mail two photos.  Can

6  we go to Page 1?  That's a picture of the Shenzhen Only

7  480 by 480, isn't it?

8  A.   Yes, sir, I believe so.

9  Q.   That's because Mr. Lewis was installing a -- was

01:36PM  10  building a structural frame for you at 3 Times Square to

11  hang the 480 by 480, right?

12  A.   I believe that is correct, yes, sir.

13  Q.   And the 480 by 480 is a Shenzhen Only product; is

14  that correct?

01:36PM  15  A.   Yes, sir, it was.

16  Q.   You didn't provide design input into that product?

17  A.   No, sir.

18  Q.   And it had a plastic housing, didn't it?

19  A.   Yes, sir.

01:36PM  20  Q.   Let's turn to DTX-939.  This is an e-mail from

21  Mr. Lewis to you, right?

22  A.   Yes, sir.

23  Q.   And you see that it had a number of attachments?

24  A.   Yes, sir.

01:36PM  25  Q.   Can we go to Page 10.  This is an engineering

1    drawing that was attached to that e-mail in June of

2    2013, right?

3    A.   I believe so, yes, sir.

4    Q.   And this is an engineering drawing for a mounting

01:37PM    5    screw to hang a 480 by 480 at 3 Times Square, right?

6    A.   I believe it's a mounting method, yes, sir.  I don't

7    know about mounting screw, but it's -- yes, sir, it's a

8    mounting method for the panels.

9    Q.   It's a mounting method to hang the 480 by 480 at

01:37PM    10    3 Times Square, right?

11    A.   Yes, sir, I believe so.

12    Q.   You see on the right side of the actual figure

13    itself, there's an arrow, and it says "back of molded

14    plastic housing"?

01:37PM    15    A.   Yes, sir.

16    Q.   The reason that there's a reference to a plastic

17    housing there is because Mr. Lewis is hanging the 480 by

18    480, which was plastic, right?

19    A.   He is completing the -- he is completing the design

01:38PM    20    drawings for that, yes, sir.

21    Q.   All right.  Now, on direct you talked about your

22    relationship with Shenzhen Only.  Remember that?

23    A.   Yes, sir.

24    Q.   And if we could take a quick look at DTX-368.  This

01:38PM    25    is the supplier agreement dated November 21st, 2013

|      | 1  | between you and Shenzhen Only.  Do you remember talking |
|      | 2  | about this document? |
|      | 3  | A.   Yes, sir. |
|      | 4  | Q.   And you talked specifically about the specifications |
| 01:38PM | 5 | and technical information that are called out in the |
|      | 6  | "New Technology Products" portion of this document? |
|      | 7  | A.   Yes, sir. |
|      | 8  | Q.   One of the new products that was developed under |
|      | 9  | this agreement was the Shenzhen -- was the V-series, |
| 01:38PM | 10 | right? |
|      | 11 | A.   Yes, sir, that's correct. |
|      | 12 | Q.   Now, prior to this agreement sometime in late 2012, |
|      | 13 | you had signed a nondisclosure agreement with |
|      | 14 | Shenzhen Only, right? |
| 01:39PM | 15 | A.   I believe so, yes, sir. |
|      | 16 | Q.   And after that nondisclosure agreement was signed, |
|      | 17 | you sent, you sent some technical documents to |
|      | 18 | Shenzhen Only via Dropbox, right? |
|      | 19 | A.   Yes, sir, I believe that's correct. |
| 01:39PM | 20 | Q.   Can we look at DTX-961.  The lower portion of the |
|      | 21 | document is an e-mail from you to Mr. Wally Xiang at |
|      | 22 | Shenzhen Only.  You see that? |
|      | 23 | A.   Yes, sir. |
|      | 24 | Q.   And this is referencing the Dropbox documents that |
| 01:39PM | 25 | you sent, right? |

1    A.    Yes, sir.

2    Q.    This document's dated November 13th, 2012, right?

3    A.    Yes, sir.

4    Q.    The documents that you sent to Mr. Xiang on November

01:40PM  5    13th, 2012, were UltraPanel documents, weren't they?

6    A.    I believe so, yes, sir.

7    Q.    Can we look at DTX-962.  It's my understanding that

8    DTX-962 are the documents that you provided to

9    Shenzhen Only in November 2012; is that right?

01:40PM  10   A.    Sir, I don't recall all the documents that were sent

11   to them.  I don't recall if this is one of them.

12   Q.    All the documents that were sent to them were turned

13   over in this case, though, right?

14   A.    No, sir.  I have no way of verifying that.

01:41PM  15   Q.    All documents that you're aware of were turned over

16   in this case, right?

17   A.    I turned over all my documents to our attorneys,

18   yes, sir.

19   Q.    All right.  On Page 1 of DTX-962, do you recognize

01:41PM  20   this as a document that was provided to Shenzhen Only on

21   November 2012?

22   A.    I'm sorry, sir.  Can you ask that one more time?

23   Q.    Sure.  Do you recognize this as a document you sent

24   to Shenzhen Only on November 11th, 2012?

01:41PM  25   A.    This is one of our engineering documents from one of

1    the engineers.  I don't recall if this was sent to

2    Shenzhen Only during that time period, sir.

3    Q.   Now, this is a proposed 14-by-48-foot sign.  Do you

4    see that?

01:42PM   5    A.   Yes, sir.

6    Q.   This was a sign that Ultravision LED was preparing

7    for Clear Channel; is that fair?

8    A.   Yes, sir.

9    Q.   If you look down in the General Notes in the lower

01:42PM   10   left-hand corner, it talks about how, at Note 5, the

11   total weight of the LED frame and panels is

12   approximately 5,500 pounds.  You see that?

13   A.   Yes, sir.

14   Q.   So the proposed sign for Clear Channel of a 14-by-48

01:42PM   15   sign was expected to weigh 5,500 pounds, fair?

16   A.   I believe so, sir.  That's what we have listed here.

17   Q.   And this is for the original UltraPanel, right?

18   A.   I believe so, yes, sir.

19   Q.   Now let's look at Pages 2 and 3.  Now, do you see

01:43PM   20   that this is a picture of the UltraPanel, and it's also

21   got the 576 and 288 number on it?

22   A.   Yes, sir.

23   Q.   You also see in the lower right-hand corner it says

24   Exhibit C-25.02?

01:43PM   25   A.   Yes, sir.

1    Q.   Does that exhibit number refresh your recollection

2    as to whether or not these are the documents you

3    provided to Shenzhen Only via Dropbox?

4    A.   No, sir.

01:43PM   5    Q.   Can we look at Pages -- Page 4.  You would agree

6    with me that this is a CAD drawing for the original

7    UltraPanel, right?

8    A.   Yes, sir.

9    Q.   Page 5.  This too is a CAD drawing for the original

01:44PM   10   UltraPanel, right?

11   A.   Yes, sir.

12   Q.   Page 6, also a CAD drawing for the original

13   UltraPanel, right?

14   A.   Yes, sir, I believe so.

01:44PM   15   Q.   Now if we flip to Page 7, these are specifications

16   for the original UltraPanel, right?

17   A.   Yes, sir, they are.

18   Q.   If we turn to Page 8, we also see specifications for

19   the 20-millimeter UltraPanel, right?

01:44PM   20   A.   I believe -- I believe that is correct, yes, sir.

21   Q.   And skipping over to Page 9, this is just more of

22   the specifications for 20-millimeter, right?

23   A.   Yes, sir.

24   Q.   Can we skip to Page 10.  This is an engineering

01:45PM   25   drawing for the original UltraPanel, isn't it?

A.   I believe it is, yes, sir.

Q.   If you look in the lower right-hand corner, you see that certain material is redacted there?

A.   Yes, sir.

01:45PM   Q.   Can we look at DTX-964 and skip to Page 10.  You see in the lower right-hand corner of this drawing the name "Shenzhen LCJH" appears?

A.   Yes, sir.

MR. McCARTHY:  And then can we compare 964, 01:46PM   Page 10, to 962, Page 10.

Q.   Now, the only difference is, in these documents, is that the information in the lower right-hand corner has been redacted, right?

A.   I believe that's correct, yes, sir.

01:46PM   Q.   You don't know why that information was redacted?

A.   No, sir.

Q.   If we turn to Pages 11 and 12, these are potential frames for hanging the UltraPanel, right?

A.   I believe so, yes, sir.

01:47PM   Q.   And Exhibit DTX-962 is marked with the Exhibit Numbers C-25.01, and then the last page you can see C-25 --

MR. McCARTHY:  Actually, why don't we pull up a different document.

01:47PM   Q.   Do you recall that, via Dropbox, you sent

1   Shenzhen Only documents related to the UltraPanel?

2   A.   Yes, sir.  We sent them -- we set up the Dropbox to

3   send them information.

4   Q.   And besides documents related to the all-metal

01:48PM  5   UltraPanel, you don't recall sending them other design

6   documents, right?

7   A.   I recall sending them numbers of documents, but I

8   don't recall which documents were sent to them.  But we

9   sent them as much as we had on specifications and

01:48PM  10  designs.

11  Q.   Now, the documents besides what we just looked at in

12  Exhibit C-25, you don't remember additional all-metal

13  UltraPanel documents that were provided to Shenzhen Only

14  as part of the V-series design process, right?

01:48PM  15  A.   No, sir, I don't recall additional documents.

16  Q.   This isn't surprising, though, because the V-series

17  clearly evolved from the UltraPanel, didn't it?

18  A.   The V-series was -- what I was trying to design is

19  the next generation of trying to get to a modular LED

01:49PM  20  display panel.

21  Q.   You would agree with me that the V-series clearly

22  evolved from the UltraPanel, right?

23  A.   The V-series was my next attempt to design a modular

24  LED display panel, yes, sir.

01:49PM  25  Q.   Can we pull -- do you remember, as part of that

1    prior proceeding in 2016, you submitted witness

2    statements, didn't you?

3    A.   I believe so, yes, sir.

4    Q.   Let's take a look at your July 28, 2016, reply

01:50PM    5    witness statement at Paragraph 20.

6              MR. FABRICANT:  Objection.

7              THE COURT:  Yes, sir.

8              MR. FABRICANT:  I believe that the statement

9    that Mr. McCarthy is going to refer to is not

01:50PM   10    inconsistent at all with what Mr. Hall just testified

11    to, so I don't think it's a proper attempt to impeach

12    the witness.

13              THE COURT:  He's entitled to make the attempt.

14    If it misses, you're entitled to highlight that on

01:50PM   15    redirect.

16              MR. FABRICANT:  Thank your Honor.

17              THE COURT:  Overruled.  Let's proceed.

18              MR. McCARTHY:  Can you take that down, please.

19    Q.   Let's talk about your back-and-forth with

01:51PM   20    Shenzhen Only.  Can we look at PTX-1594.  Now, we noted

21    earlier that you provided Shenzhen Only with certain

22    documents in November of 2012, right?

23    A.   Yes, sir, I believe that's correct.

24    Q.   And those are documents related to the original

01:51PM   25    UltraPanel, right?

1  A.   And any other design documents that we had to try to

2  continue with the concept of developing a modular LED

3  display panel.

4  Q.   Sitting here today, the only documents you remember

01:52PM  5  providing to Shenzhen Only, though, were original

6  UltraPanel documents, right?

7  A.   Sir, I said -- no, sir.  I said earlier I don't

8  recall all the documents that were sent to them.

9       MR. McCARTHY:  I'm going to object as

01:52PM  10  nonresponsive, your Honor.

11       THE COURT:  Overruled.  It's responsive.  Let's

12  move along.

13  Q.   All right.  In July of 2013, you notified

14  Shenzhen Only that you understand it has a new panel

01:52PM  15  that Shenzhen Only is designing, don't you?

16  A.   Yes, sir, that's what it states here, yes, sir.

17  Q.   Let's turn to DTX-272A, and go to the last page.

18  This is an e-mail from Shenzhen Only to you dated

19  October 30, 2013, right?

01:53PM  20  A.   Yes, sir.

21  Q.   And if we look back up at the attachment, it's

22  computer-generated diagrams of what would become the

23  V-series, right?

24  A.   It's a photo -- excuse me.  It's a photograph of --

01:53PM  25  or, excuse me -- drawing of a LED display panel.

```
 1   Q.   And you didn't draw these, did you?

 2   A.   I don't believe we did, sir.

 3   Q.   And then if we turn to DTX-272B, we see that the

 4   next day, Shenzhen Only sent you a picture of the

 5   V-series, didn't they?

 6   A.   Yes, sir, I believe that's correct.

 7   Q.   If we turn to the last page -- sorry, Page 2.  This

 8   is an e-mail from -- up to the top.  This is an e-mail

 9   from Shenzhen Only to you dated October 31st, 2013,

10   right?

11   A.   Yes, sir, I believe that's correct.

12   Q.   And can we look back at Page 1 of DTX-272B.  There's

13   no power box in this photo, is there?

14   A.   No, sir, there does not appear to be.

15   Q.   At the end of 2013, the V-series design was not

16   complete, right?

17   A.   At the end of -- I'm sorry, sir.  Could you ask that

18   question again?

19   Q.   At the end of 2013, the V-series design wasn't

20   completed yet, right?

21   A.   No, sir, I do not believe so.

22   Q.   Let's turn to DTX-317.  Go to the top, please.  This

23   is an e-mail from January of 2014, from Shenzhen Only to

24   Ultravision, right?

25   A.   Yes, sir.
```

01:54PM (line 5)
01:54PM (line 10)
01:55PM (line 15)
01:55PM (line 20)
01:56PM (line 25)

1   Q.   And if we turn to Page 7, we can see that this has

2   more completed figures of the V-series, including a

3   power box, right?

4   A.   Yes, sir, I believe that's what the drawing that --

01:56PM   5   yes, sir, that shows the power boxes.

6   Q.   And you didn't draw these, did you?

7   A.   No, sir, I don't believe we did.

8   Q.   Let's look at DTX-317B, at the top.  This is another

9   e-mail from January 2014, from Shenzhen Only to

01:56PM   10   Ultravision, right?

11   A.   Yes, sir.

12   Q.   And if we take a look at Page 5, we can see that

13   this is a mounting structure for the V-series, right?

14   A.   I believe so, yes, sir.

01:57PM   15   Q.   Can we take a look at DTX-272C and turn to Page 3.

16   This is also an e-mail from Shenzhen Only to

17   Ultravision, right?

18   A.   Yes, sir.

19   Q.   And if we flip back to Page 1, this shows a complete

01:57PM   20   electronic hookup for the V-series, doesn't it?

21   A.   I believe so, yes, sir.  It shows the electrical

22   connections.

23   Q.   But you didn't draw this, either, right?

24   A.   I don't recall, but I don't believe so, sir.

01:58PM   25   Q.   By March of 2014, you were purchasing V-series

1  products from Shenzhen Only, right?

2  A.   Yes, sir, I believe so.

3  Q.   Let's take a look at DTX-274.  This is also an

4  e-mail from Shenzhen Only to Ultravision, right?

01:58PM  5  A.   Yes, sir.

6  Q.   If we turn to the second page, this is a design

7  schematic for the housing of the V-series, right?

8  A.   I believe that's correct, yes, sir.

9  Q.   And as we saw on the first page, this was attached

01:58PM  10  to an e-mail in March of 2014, right?

11  A.   I believe so, sir.

12  Q.   Let's flip to DTX-272D.  Go to the body of the

13  e-mail, please, Page 8.  Now, we see that Mr. Necastro

14  has sent an e-mail to Shenzhen Only on April 28, 2014,

01:59PM  15  right?

16  A.   Yes, sir.

17  Q.   And Mr. Necastro describes himself as an electrical

18  engineer that recently started working with Ultravision;

19  is that right?

01:59PM  20  A.   Yes, sir.

21  Q.   And Mr. Necastro was an electrical engineer that

22  worked with Ultravision, right?

23  A.   Yes, sir.

24  Q.   And Mr. Necastro wrote to Shenzhen Only and said,

01:59PM  25  "What I'm looking for is anything along the lines of

1 technical specifications, schematic drawings, physical

2 layouts, or anything else that you can provide for the

3 display panels."

4          You see that?

02:00PM  5 A.   Yes, sir.

6 Q.   And Mr. Necastro went to Shenzhen Only for this

7 information, not to you, right?

8 A.    It appears that he sent this e-mail to Shenzhen Only

9 for information, yes, sir.

02:00PM 10 Q.    And you also see that he's trying to gather as much

11 of this information as possible so he can get a better

12 understanding of the equipment Ultravision was using.

13 You see that?

14 A.   Yes, sir, that's what it says.

02:00PM 15 Q.    And if you look up at Page 7, Shenzhen Only sent

16 Ultravision six attachments at that point, which was

17 May 5th, 2014.  You see that?

18 A.   Yes, sir.

19 Q.    And all those attachments were -- if we go through

02:00PM 20 Pages 1 through 6.  You see those attachments now,

21 Mr. Hall?

22 A.   Yes, sir.

23 Q.   And those attachments are design drawings for the

24 V-series, right?

02:01PM 25 A.   I believe so, yes, sir.

1  Q.   You previously said that Shenzhen Only contributed

2  to the incasing design of the V-series, right?

3  A.   I'm sorry, sir.  I don't understand your question.

4  Q.   You'd agree with me that Ultravision Holdings

02:02PM  5  acknowledges that Shenzhen Only played a role in the

6  design of the new incasing for the V-series panels,

7  right?

8  A.   No, sir, I don't believe I do.

9  Q.   Can we take a look at your witness statement dated

02:02PM  10  May 8th, 2016, at Paragraph 29.

11              You see the first sentence of Paragraph 29

12  you stated, "Ultravision Holdings acknowledges that

13  Shenzhen Only played a role in the design of the new

14  incasing for the V-series panels"?  You see that?

02:02PM  15  A.   Yes, sir.

16  Q.   That was a statement you made in your sworn witness

17  statement?

18  A.   Yes, sir.

19  Q.   Now, earlier -- you would also agree with me that

02:03PM  20  the V-series clearly evolved from the UltraPanel, didn't

21  it?

22  A.   Sir, to best answer your question, it was my -- the

23  next generation of my design to try to design modular

24  LED display panels.

02:03PM  25              So to directly answer your question, no,

```
 1   sir.  I was trying to design the next evolution in the
 2   modular LED display panels.
 3   Q.   Can we look at your July 28, 2016 reply witness
 4   statement at Paragraph 20.
 5        MR. McCARTHY:  Please take that down.
 6   Q.   You'd agree with me that the only meaningful
 7   differences between the old UltraPanel and the V-series
 8   are that the V-series was made out of plastic and that
 9   it had a power box outside the housing, right?
10   A.   No, sir.
11   Q.   Can we take a look at your May 8, 2016
12   arbitration -- witness statement, Paragraph 27.
13        And you see in this witness statement you
14   stated that the V-series panels are, in fact,
15   essentially a variation of the UltraPanel with an
16   industrial plastic as opposed to aluminum casing and a
17   power box protruding from the back rather than being
18   located wholly inside the casing?
19   A.   Yes, sir, that's what it states.
20   Q.   And that was your witness statement, right?
21   A.   Yes, sir, I believe so.
22   Q.   Now let's talk about -- you would agree with me that
23   when you first started working with Shenzhen Only in
24   2012, you wanted an aluminum casing, right?
25   A.   No, sir.
```

02:04PM   5

02:04PM   10

02:05PM   15

02:05PM   20

02:06PM   25

```
 1  Q.   You would not agree -- you don't agree that you
 2  originally wanted an aluminum casing?
 3  A.   No, sir.
 4  Q.   Can we look at the prior proceeding transcript on
 5  Day 4 at Page 176, Lines 8 to 11.
 6            And you see there you were asked a
 7  question:  "Do you remember you ever provided any
 8  information regarding the casing, like material or
 9  design or anything like that?"
10            And you stated, "We originally wanted an
11  aluminum casing."
12            That was your testimony, right, sir?
13  A.   I believe so.  That's what it says.
14  Q.   And it was Shenzhen Only that wanted a plastic
15  casing, right?
16  A.   I do not recall that, sir.  It was our intent to use
17  plastic.
18  Q.   Now, Shenzhen Only thought that a plastic casing was
19  more cost effective, right?
20  A.   I do not recall that, sir.
21  Q.   Can we look at your prior proceeding transcript on
22  Day 4 at Page 176, Lines 12 through 19.  And you see
23  there, you were asked the question:  "It's your position
24  you told them about using an aluminum casing?"
25            And you said:  "Yes."
```

02:06PM  5
02:06PM  10
02:07PM  15
02:07PM  20
02:08PM  25

1       And then the question was posed:  "But they

2  didn't use that?"

3       And you said:  "No."

4       And then you were asked:  "Do you know why?"

02:08PM  5       And you said:  "They thought it was more

6  cost-effective to go to the plastic casing."

7       That was your testimony, right?

8  A.   Yes, sir, I believe that is my testimony.

9  Q.   And then you testified about DTX-435 on direct.

02:08PM 10  This is an e-mail from you to Shenzhen Only, right?

11  A.   Yes, sir.

12  Q.   And in January of 2014, you told Shenzhen Only that

13  the order has to be for aluminum panels, right?

14  A.   Yes, sir, that's what this e-mail says.

02:09PM 15       MR. McCARTHY:  We can take that down.

16  Q.   Now, you're not aware of anything in writing showing

17  anything -- showing any desire by you to use a plastic

18  casing on any housing, are you?

19  A.   I don't recall, sir.

02:09PM 20  Q.   You testified on direct that you filed your first

21  patent application on December 31st, 2013.  Remember

22  that?

23  A.   Yes, sir.  That was the provisional, yes, sir.

24  Q.   Can we look at DTX-17, Page 34.  This is Figure 3B

02:10PM 25  of your provisional, isn't it?

1  A.   I believe so, yes, sir.

2       MR. McCARTHY:  Can we compare that to

3  DTX-0962_004.

4  Q.   And you testified earlier that the figure on the

02:10PM  5  right is the old UltraPanel, right?

6  A.   I believe so, yes, sir.

7       MR. McCARTHY:  Let's look at Figure 9C from the

8  provisional which appears on Page 48.  Can we compare

9  that to DTX-939 at Page 10.

02:11PM  10  Q.   And the figure on the right is a mounting method for

11  the Shenzhen Only 480 by 480, isn't it?

12  A.   I believe so, yes, sir.

13  Q.   Let's look at Paragraph 29 of your first

14  provisional.  You see at Paragraph 29, it says that, "In

02:11PM  15  the present example, the housing 300 may be made of a

16  thermally conductive material, for example, aluminum,

17  that is relatively lightweight and rigid"?

18  A.   Yes, sir.

19  Q.   And that's how you described the housing of the

02:12PM  20  invention at your first patent filing, right?

21  A.   It appears to be, yes, sir.

22  Q.   And that was, again, on New Year's Eve, 2013, right?

23  A.   I believe so, yes, sir.

24  Q.   Now, you filed an amended application in July of

02:12PM  25  2014, right?

```
 1   A.    Yes, sir.
 2             MR. McCARTHY:  Can we pull up DTX-18.
 3   Q.    DTX-18 is that July 2014 filing, isn't it?
 4   A.    I believe so, yes, sir.
```
02:12PM
```
 5             MR. McCARTHY:  Now, if we look down at Figure
 6   25B, and can we compare that to DTX-274.
 7   Q.    Figure 25B was newly added to your provisional in
 8   July of 2014, right?
 9   A.    No, sir.  I'm sorry.  I don't believe this is a
```
02:13PM
```
10   provisional.  This is -- the July '14?  No, sir, I don't
11   believe this is the provisional.  This is the final
12   patent application.
13             MR. McCARTHY:  We can look back at the -- I
14   believe -- why don't we look at the cover of PTX-1, and
```
02:13PM
```
15   can we go down to the actual specification.  It's going
16   to be after -- there, in the upper left-hand corner
17   where it says, "Paragraph 60."
18   Q.    You see these patents stem from, at the end, a first
19   provisional filed on December 31st, 2013?
```
02:14PM
```
20   A.    Yes, sir.
21   Q.    And then there was an amended provisional filed on
22   July 16th, 2014.  You see that?
23   A.    Yes, sir.
24   Q.    And the July 16th, 2014 provisional is what we were
```
02:14PM
```
25   looking at as DTX-18.
```

A.   Okay.  Yes, sir.

Q.   Now, Figure 25B doesn't appear in your first provisional, right?

A.   No, sir, I don't believe so.

02:15PM  Q.   It was added, in July of 2014, to that patent filing, right?

A.   I believe that's correct, yes, sir.

Q.   And then the figure on the right you testified earlier was a figure drawn by Shenzhen Only that

02:15PM  Ultravision received in March of 2014, right?

A.   I believe that's correct, yes, sir.

        MR. McCARTHY:  And then can we also look at Figure 21C, which is at DTX-18_00136.

Q.   I want to compare that to the figures that were sent

02:15PM  to Mr. Necastro in May of 2014, which is DTX-272D_003. You see that?

A.   Yes, sir, I see the two drawings.

Q.   And you testified earlier that the figure on the right was received by Ultravision in May of 2014, right?

02:16PM  A.   I'm sorry, sir.  Do I recall the figure on the right?

Q.   Sorry.  The figure on the left is the drawing that was received by Ultravision in May of 2014, right?

A.   I believe so, sir, yes, sir.

02:16PM  Q.   And the figure on the right is from your second

1    provisional, right?

2    A.   I believe so, yes, sir.

3    Q.   And that figure on the right was not included in

4    your New Year's Eve 2013 filing, right?

02:16PM   5    A.   I don't -- I don't believe so, sir.

6    Q.   Now, if we turn to DTX-18 -- Page 15 of DTX-18, and

7    I want to look at Paragraph 78 and compare that to

8    Paragraph 29, which we just looked at of the first

9    provisional.  You see that everything in the these two

02:17PM   10   paragraphs is the same except in Paragraph 78 of the new

11   filing of July 2014, you've added, "In the present

12   example, the house may be made" -- no, you see at the

13   end you've added that the housing could be made out of

14   industrial plastic?

02:18PM   15   A.   Yes, sir, that's what it says.

16   Q.   When you filed your patent application in December

17   of 2017 -- or 2013, you didn't include that the housing

18   could be plastic; but then in the middle of 2014, you

19   did add that the housing could be made out of plastic,

02:18PM   20   right?

21   A.   That -- yes, sir, that appears to be what the patent

22   applications say.

23   Q.   Now, for each of the three patents that are at issue

24   here, you signed inventor declarations, right?

02:18PM   25   A.   Yes, sir.

1  Q.   And you understand that you were under a sworn duty

2  to disclose everything known to you to the patent --

3  everything relevant to patenting to the patent office at

4  the time of filing, right?

02:18PM  5  A.   Yes, sir.

6  Q.   And you were also under an obligation to disclose

7  any parties that should have been joint inventors with

8  you, right?

9  A.   Yes, sir.

02:19PM 10  Q.   Now, it's fair to say that the patent office was not

11  told anything about LianTronics at the time the patents

12  were filed, right?

13  A.   I -- sir, I don't know.  We turned -- I'm trying to

14  answer directly.  Could you answer -- ask your question

02:19PM 15  again, sir?

16  Q.   Sure.  You agree with me that nothing related to

17  LianTronics appears on the cover of your patent filings,

18  right?

19  A.   Yes, sir.

02:19PM 20  Q.   And that means that nothing related to LianTronics

21  was disclosed to the patent office as part of patent

22  filing, right?

23  A.   I don't know exactly, sir, but, yes, sir, I believe

24  I agree.

02:19PM 25  Q.   And Shenzhen Only also doesn't apply anywhere on the

1  cover of the patent filings, right?

2  A.   No, sir.

3  Q.   And that likewise means that the patent office

4  wasn't told anything about Shenzhen Only during the

02:20PM   5  filing of your patents, right?

6  A.   I don't believe so, sir.

7  Q.   Okay.  Let's look at DTX-6, which I believe is the

8  '782 Patent.  Actually, can we turn and look at DTX-937.

9  This is an e-mail from Mr. Van Houtan, dated

02:20PM  10  September 11, 2008.  Do you see that?

11  A.   Yes, sir.

12  Q.   It's an e-mail to Frank Voss, isn't it?

13  A.   Yes, sir.

14  Q.   And Frank Voss was working with you on designing the

02:21PM  15  Clear Channel sign that we discussed earlier, right?

16  A.   Yes, sir.  He was outside engineer.

17  Q.   And can we turn to the attachment on this document

18  at Page 5.  You would agree with me that these are CAD

19  drawings for the original UltraPanel, right?

02:21PM  20  A.   I believe so, yes, sir.

21  Q.   Now let's pull back up DTX-6, which is the '782

22  Patent.  Can you look at Figure 3D, which is on Page 11,

23  and let's compare that to the original UltraPanel

24  drawing attached to Mr. Van Houtan's e-mail, which is

02:22PM  25  the upper right-hand corner drawing.

1          So the picture on the right is the original

2    UltraPanel, and the picture on the left appears as an

3    embodiment of your invention in the '782 Patent, right,

4    Mr. Hall?

02:22PM   5    A.   I believe so, yes, sir.

6    Q.   Can we turn to Page 10 of DTX-6, and let's compare

7    that to the middle left CAD drawing that Mr. Van Houtan

8    attached to his e-mail.  The picture on the right is the

9    UltraPanel, and the picture on the left is an embodiment

02:22PM   10   of your invention as disclosed in your '782 Patent,

11   right, Mr. Hall?

12   A.   Yes, sir.

13   Q.   Can we compare Figure 3E at Page 12 to

14   Mr. Van Houtan's drawing in the upper left-hand corner.

02:23PM   15   The picture on the left is the UltraPanel, right, and

16   the picture on the right is an embodiment of your

17   invention as disclosed in your '782 Patent, right?

18   A.   Yes, sir, I believe so.

19   Q.   Now, we just mentioned that 14-by-48 display sign

02:23PM   20   that you were doing for Clear Channel.  Do you remember

21   that?

22   A.   Yes, sir.

23   Q.   Can we pull up -- and it was estimated to be a

24   5,500-pound sign, right?

02:23PM   25   A.   I believe that was correct, sir.

1  Q.   And that was for a 20-millimeter UltraPanel, right?

2  A.   I believe that was correct, sir.

3  Q.   Can we look back at DTX-6, at Page 71, specifically

4  Column 5, Lines 19 through 25?

02:24PM  5       You see that it says, "Displays of the present

6  invention can be designed," and then it goes on to note,

7  "A 20-millimeter sign, 14 by 48 feet at 5,500 pounds"?

8  A.   I'm sorry, sir.  Could you ask your question again?

9  Q.   Yes.  Do you see that the patent describes, as a

02:24PM  10  display of the present invention, a 20-millimeter

11  display of a size 14 by 48 feet that can weigh 5,500

12  pounds?

13  A.   Yes, sir.

14  Q.   Can we take a look at Figure 12D -- actually, let's

02:25PM  15  turn to DTX-263.  These are electrical drawings for the

16  all-metal UltraPanel that were drawn by Mr. Van Houtan,

17  aren't they?

18  A.   I don't recall, sir.

19  Q.   You don't know what this drawing is?  Is that your

02:25PM  20  testimony?

21  A.   They appear to be electrical drawings.  I don't

22  recall who, who drew the drawings.

23  Q.   Okay.  If we look in the lower right-hand corner,

24  you see Mr. Van Houtan's name?

02:25PM  25  A.   Yes, sir.

```
 1   Q.   You'd agree with me that Mr. Van Houtan drew these

 2   drawings, right?

 3   A.   I believe so.   That's what the drawing says, yes,

 4   sir.

02:26PM  5   Q.   Okay.   But you don't know who drew these drawings?

 6   That's your testimony?

 7   A.   No, sir.

 8   Q.   Can we compare DTX-6 at Page 36, 12D to this

 9   drawing?   Do you see that on the left is a figure from

02:26PM 10   your patent, Figure 12D.   Do you see that?

11   A.   Yes, sir.

12   Q.   And then on the right is the drawings that you don't

13   know who they drew, right?

14   A.   Yes, sir.

02:26PM 15   Q.   All right.   Can we turn back to DTX-6_48.   And you

16   see that the same Figure 25B that we talked about with

17   respect to your provisional also made it into your

18   patents?

19   A.   I'm sorry, sir.   Could you please repeat the

02:27PM 20   question?

21   Q.   Do you remember we talked earlier about a Figure 25B

22   in your second provisional?

23   A.   Yes, sir.

24   Q.   And that Figure 25B that we talked about with

02:27PM 25   respect to the provisional was also put in your issued
```

1    patent; is that fair?

2    A.   I believe that's correct, yes, sir.

3    Q.   Now, you testified -- can we look at the last figure

4    of the patent, DTX-6 at Page 68.  This is a picture of

02:28PM   5    the Shenzhen Only 480 by 480, isn't it?

6    A.   Yes, sir.

7    Q.   And you testified earlier in prosecuting the

8    patents, you gave everything that you had to your

9    attorneys.  Remember that?

02:28PM   10   A.   Yes, sir.

11   Q.   Now, in providing information to your attorneys, the

12   only product designs that you disclosed to your patent

13   attorneys for drafting these patents were for these

14   three products, right:  the UltraPanel, the V-series,

02:28PM   15   and the 480 by 480?

16   A.   Sir, I don't recall everything that we gave to the

17   patent attorneys.

18   Q.   You would agree with me that aside from drawings

19   related to these three products, you don't remember

02:29PM   20   giving them design information for any other products,

21   right?

22   A.   I don't -- I don't recall, sir.

23   Q.   Thank you, Mr. Hall.

24            THE COURT:  Are you passing the witness,

02:29PM   25   counsel?

1          MR. McCARTHY:  Yes, your Honor, pass the

2     witness.

3          THE COURT:  Is there redirect, Mr. Fabricant?

4          MR. FABRICANT:  Yes, there is, your Honor.

02:29PM  5          THE COURT:  Please proceed.

6                    REDIRECT EXAMINATION

7     BY MR. FABRICANT:

8     Q.   Good afternoon, Mr. Hall.

9     A.   Hello.

02:29PM  10          MR. FABRICANT:  If you could bring up, please,

11     Mr. Thompson, PTX Number 9 and go to Page 20 of 32.

12     Page 20 of 32.

13          Your Honor, I'll go to the ELMO, the

14     old-fashioned way.

02:30PM  15     Q.   Mr. Hall, I show you Plaintiff's Exhibit Number 9,

16     which is the provisional application?

17     A.   Yes, sir.

18     Q.   And this is the application filed on what

19     Mr. McCarthy referred to as New Year's Eve in 2013.  Do

02:30PM  20     you recall that?

21     A.   Yes, sir.

22     Q.   And I think Mr. McCarthy was suggesting to you that

23     there was nothing in that application that advised the

24     patent office that you intended plastic to be part of

02:31PM  25     your invention.  Wasn't that the thrust of his questions

1    to you?

2    A.   Yes, sir.

3    Q.   And then he showed you some later drawings from

4    later in 2014, in which you amended the application, and

02:31PM  5    he suggested you added plastic; isn't that right?

6    A.   Yes, sir.

7    Q.   So I'd like to focus on a few portions of the

8    provisional in December of '13.  Do you see where my pen

9    is pointing, it says, "Plastic housing of LED panel"

02:31PM  10   right in the provisional, right under New Year's Eve of

11   2013?  Do you see that, sir?

12   A.   Yes.

13   Q.   So did you put the patent office on notice that

14   plastic housing was one element of what you intended to

02:31PM  15   include in your application for the United States

16   patent, sir?

17   A.   Yes, sir.

18   Q.   And then I'll flip over to the other side, and I

19   believe there's a spot here that says, "Back of molded

02:32PM  20   plastic housing."  Do you see that, sir?

21   A.   Yes, sir.

22   Q.   And is this the application which you directed your

23   patent attorney to file for the United States patent

24   office on December 31, 2013, sir?

02:32PM  25   A.   I believe so, yes.

|  |  |  |
|---|---|---|
|  | 1 | MR. FABRICANT:  Please bring up DTX-435. |
|  | 2 | Q.   Mr. Hall, you were also asked by Mr. McCarthy |
|  | 3 | whether it was true, in fact, that you didn't want |
|  | 4 | plastic; you wanted aluminum?  And I just wanted to make |
| 02:32PM | 5 | sure the subject is clear based upon your testimony. |
|  | 6 | THE COURT:  Ask a question, counsel. |
|  | 7 | Q.   This is -- |
|  | 8 | MR. FABRICANT:  Yes, your Honor. |
|  | 9 | Q.   This is Exhibit DTX-435.  This is something you |
| 02:33PM | 10 | wrote to Mr. Wally Xiang at Shenzhen Only; is that |
|  | 11 | correct? |
|  | 12 | A.   I believe so, yes, sir. |
|  | 13 | Q.   And if we could scroll down.  Do you recall this |
|  | 14 | morning you were asked about a particular document with |
| 02:33PM | 15 | respect to a particular order where you were asking for |
|  | 16 | aluminum?  Do you remember those questions? |
|  | 17 | A.   Yes, sir. |
|  | 18 | Q.   And is this that document? |
|  | 19 | A.   I believe it is, yes, sir. |
| 02:33PM | 20 | Q.   And what customer had given you a large order? |
|  | 21 | A.   It was a customer by the name of Superior Digital |
|  | 22 | Displays in Times Square. |
|  | 23 | Q.   And who had required that that order be made in |
|  | 24 | aluminum, not plastic? |
| 02:33PM | 25 | A.   The customer did. |

1    Q.   And did you ever mean this to indicate to

2    Shenzhen Only that you had no desire for plastic

3    housings?

4    A.   No, sir.

02:33PM  5    Q.   I'd like to show you Defendant's Exhibit DTX-417 at

6    Page 00004.  Do you recall you were asked some questions

7    by Mr. McCarthy about whether statements that you had

8    made in some of your sales material were accurate, and I

9    believe you answered his question, so I have a few

02:34PM  10   follow-up questions to that.

11         At the top of this page on the right, what does

12   it say?

13   A.   "US China partnership."

14   Q.   And who was your partnership with at that time?

02:34PM  15   LianTronics?

16   A.   I believe it was LianTronics, yes, sir.

17   Q.   And who had the major manufacturing headquarters in

18   Shenzhen, China?

19   A.   LianTronics.

02:34PM  20   Q.   Do you think, in any way, shape or form, that the

21   people you handed this to in the United States believed

22   that you owned a factory in Shenzhen, China?

23   A.   No, sir.

24   Q.   And then if you could go to Page 5 of this same

02:35PM  25   exhibit.  Mr. McCarthy also showed you the reference to

1  the state-of-the-art manufacturing facility located in

2  Shenzhen, China.  What were you referring to in this

3  particular document?

4  A.   I believe we were referring to the LianTronics

02:35PM  5  factory in Shenzhen, China.

6  Q.   Do you believe that these marketing materials

7  intended to convey to your customers that you had a

8  500,000-square-foot factory in Shenzhen, China?

9  A.   No, sir.  Just that that's where they were being

02:35PM  10  manufactured.

11  Q.   Or that you had Chinese manufacturing expertise?  Do

12  you think that's what it conveyed to your reader?

13  A.   No, sir.

14  Q.   Now, earlier, before the lunch break, you were asked

02:35PM  15  some questions about your early dealings with the

16  LianTronics company.

17  A.   Yes, sir.

18  Q.   And you were shown a number of things and statements

19  and other documents and asked repeatedly whether your

02:36PM  20  invention was created, but you believe your invention

21  was created in April of 2007, when Mr. McCarthy

22  suggested to you that you started Ultravision LED.  Do

23  you remember those questions?

24  A.   I do remember those questions, yes, sir.

02:36PM  25  Q.   Is it true that you started Ultravision LED, the

1    company, in April of 2007?

2    A.    No, sir.  It was -- we started Ultravision LED in

3    spring of 2006.  I believe it was April/May of 2006.

4    Q.    What kind of an entity is Ultravision LED?

02:36PM  5    A.    It's an LLC.

6    Q.    And is it incorporated in a state?

7    A.    Yes, sir.

8    Q.    And where is it incorporated?

9    A.    In the state of Texas.

02:36PM  10   Q.    When was it incorporated?

11   A.    May of 2006.

12   Q.    So you actually started the company in May of 2006,

13   not April of 2007, as Mr. McCarthy suggested; is that

14   right?

02:37PM  15   A.    That's correct, yes, sir.

16   Q.    And when, based on the best of your recollection,

17   did you actually have this first idea, the light bulb

18   that went over your head that you wanted to make this

19   display module without cabinets that was lightweight and

02:37PM  20   that was modular?  When did that light bulb first go

21   off?

22   A.    Years of putting up LED displays at BillBoard Video

23   and cabinets and the special designs that we had to do.

24   I mean, it was always my goal when I started

02:37PM  25   Ultravision LED to try to solve those problems and try

1    to create a digital display panel, a modular LED display

2    panel that would overcome all the problems of the

3    cabinets.

4    Q.   Well, let me ask you this:  Did you decide to go

02:37PM   5    forward and try to develop this product before you

6    formed the company in May of 2006?

7    A.   Yeah.  It was always an idea or a concept.  That's

8    why I formed the company.  That's why I started the

9    company, to start trying to work on a new concept and a

02:38PM   10   new design.

11   Q.   I'd like to show the witness DTX-208.  Do you recall

12   that Mr. McCarthy showed you Exhibit 208, which was a

13   supplier agreement with LianTronics?  Do you recall

14   this?

02:38PM   15   A.   Yes, sir.

16   Q.   And I believe, at the time, you wanted to say

17   something about whether this contract was ever signed.

18   Did you want to say something on that, sir?

19   A.   Yeah.  Yes, sir.  I don't believe this contract, the

02:38PM   20   supplier agreement, was ever signed by us.  It was sent

21   to us by LianTronics, and it was never signed by

22   Ultravision.

23   Q.   So from a timeline standpoint, I just want to see if

24   I can clarify your testimony.  You started LED in May of

02:39PM   25   2006, or thereabouts?

1  A.   Yes, sir.

2  Q.   And we have a contract before us, or at least

3  purported contract, dated April of --

4        MR. McCARTHY:  Your Honor, objection.

02:39PM  5        THE COURT:  What's your objection, counsel?

6        MR. McCARTHY:  Leading, your Honor.

7        THE COURT:  Sustained.

8        Restate your question in a nonleading form.

9        MR. FABRICANT:  I will, your Honor.

02:39PM 10 Q.   How did this document, which is before you as

11 DTX-208, dated April 30, 2007, get prepared?  Do you

12 know?

13 A.   I started traveling to China with my ideas and

14 concepts even before I started the company.  So I

02:39PM 15 started traveling to China, having the meetings, trying

16 to convey what I was trying to accomplish even before I

17 started the company.

18 Q.   Can you tell me how many trips you took to China

19 before you were provided with a contract or a draft of a

02:40PM 20 contract dated April 30, 2007?

21 A.   Several.  I mean, this was after several meetings in

22 China.  I mean, I had already met with many other

23 suppliers in China at this time; I toured many factories

24 and had had, you know, several meetings with LianTronics

02:40PM 25 before this contract was ever proposed.

1   Q.   If we could go to the end of the exhibit to where

2   the signature block is put.  Mr. Hall, is your signature

3   found on Exhibit 208?

4   A.   No, sir.

02:40PM  5   Q.   How did you do business with LianTronics if you

6   didn't sign this contract?

7   A.   We just continued to work with them and we paid them

8   for the molds and we paid for the original shipment of

9   the panels.  But, you know, we continued to work with

02:41PM 10   them to build the first product, the UltraPanel product.

11   Q.   Could you tell me how many times before

12   November 15, 2006, you attended your meetings in China

13   with LianTronics?

14   A.   No, sir.  Many.  I mean, many trips to China from

02:41PM 15   the very beginning of 2006 and even before we formed the

16   company.  Many, many trips.

17   Q.   Mr. Hall, do you believe that the UltraPanel, the

18   one that was made in China by LianTronics, is your

19   invention?

02:41PM 20   A.   No, sir.  It didn't meet any of the ultimate goals

21   that we were trying to accomplish.  Unfortunately, the

22   panel was not truly modular; it had a primary and a

23   secondary; it had -- it leaked; when the aluminum

24   expanded, it leaked; and it was not IP67 rated.  It

02:42PM 25   didn't accomplish any of the goals that we had set out

1    to -- that I had set out to try to accomplish when I

2    started the company.

3    Q.   At any time during your working relationship with

4    LianTronics, was there any version, any model, any

02:42PM  5    prototype of the UltraPanel which was plastic?

6    A.   No, sir.

7    Q.   Was there any portion or model or design of the

8    LianTronics version of the UltraPanel which had plastic

9    thermal conductors in it?

02:42PM  10   A.   No, sir.

11        MR. FABRICANT:   Your Honor, I pass the witness.

12        THE COURT:   Further direct examination,

13   Mr. McCarthy?

14        MR. McCARTHY:   Two minutes, if I may, your

02:43PM  15   Honor.

16        THE COURT:   It's your time.   Proceed with

17   redirect.

18                  RECROSS EXAMINATION

19   BY MR. McCARTHY:

02:43PM  20   Q.   On redirect, Mr. Hall, you were asked about some of

21   the statements related to manufacturing facilities in

22   China.   Do you remember that?

23   A.   Yes, sir.

24   Q.   Can we look at DTX-412 at Page 34.   You see at the

02:43PM  25   top there it says, "In April 2007, Ultravision Media

1  constructed an architectural, state-of-the-art

2  manufacturing facility"?

3  A.   Yes, sir, that's what it says.

4  Q.   No ambiguity there, is there?

02:43PM  5  A.   That's what it states, yes, sir.

6          MR. McCARTHY:  All right.  And then can we look

7  at the provisional, which is DTX-17, at Page 50.  Rotate

8  that figure and zoom in on the portion that

9  Mr. Fabricant highlighted as disclosing a plastic

02:44PM  10  housing to the patent office.

11  Q.   Do you remember testifying to that on redirect,

12  Mr. Hall?

13  A.   Yes, sir.

14          MR. McCARTHY:  Can we pull up as a side-by-side

02:44PM  15  DTX-939 at Page 11.  Zoom in on that same while --

16  Q.   DTX-939, you testified to me on cross, is a drawing

17  provided by Mr. Lewis for hanging the Shenzhen Only

18  480 by 480 at 3 Times Square.  Do you remember that?

19  A.   Yes, sir.

02:45PM  20  Q.   And you also testified to me that the 480 by 480 is

21  a Shenzhen Only product, right?

22  A.   I believe so, yes, sir.

23  Q.   You had no design input into that product, right?

24  A.   I don't recall that we had design input on that

02:45PM  25  product, no, sir.

1    Q.   And the 480 by 480 was a Shenzhen Only product with

2    plastic, right?

3    A.   Yes, sir.

4    Q.   And if we zoom out, the figure on the right is the

02:45PM   5    engineering drawing from Mr. Lewis, right?

6    A.   Yes, sir.

7    Q.   And then the same drawing appears in your

8    provisional at Figure 9C on the left, right?

9    A.   Yes, sir.

02:45PM   10   Q.   So the disclosure of a plastic housing in your

11   provisional was actually the disclosure of the plastic

12   housing for Shenzhen Only's 480 by 480, right?

13   A.   The disclosure was of a plastic housing.

14   Q.   And the plastic housing that's referred to right

02:45PM   15   there is the Shenzhen Only 480 by 480, right?

16   A.   It's -- yes, sir, I believe it's the same drawing.

17           MR. McCARTHY:  I pass the witness, your Honor.

18           THE COURT:  All right.  Let me correct the

19   record.  That was recross, not redirect.

02:46PM   20           Further direct, Mr. Fabricant?

21           MR. FABRICANT:  Yes, sir.

22           THE COURT:  All right.

23                     REDIRECT EXAMINATION

24   BY MR. FABRICANT:

02:46PM   25   Q.   Do you have an understanding, when a figure is

1    contained in a patent application, what that figure

2    indicates?

3    A.   I believe so, yes.

4    Q.   What is your understanding?

02:46PM    5    A.   It's a drawing or a figure in the patent, but the

6    actual -- let's see, the actual -- the claims were

7    actually based on the written document, not the figures

8    in the claim.

9    Q.   Do the figures set forth examples of what you could

02:46PM    10    do with the invention?

11    A.   Yes, sir, they're examples, but the written document

12    is the actual claims in the patents.

13              MR. FABRICANT:  Nothing further, your Honor.  I

14    pass the witness.

02:47PM    15              THE COURT:  Additional cross-examination,

16    Mr. McCarthy?

17              MR. McCARTHY:  No, your Honor.  Thank you.

18              THE COURT:  All right.  You may step down,

19    Mr. Hall.

02:47PM    20              Plaintiff, call your next witness.

21              MR. FABRICANT:  Your Honor, our next witnesses

22    will be played by videotape.

23              THE COURT:  Deposition witnesses?

24              MR. FABRICANT:  Yes, your Honor.

02:47PM    25              THE COURT:  Identify your first deposition

1   witness, please.

2          MR. FABRICANT:  Mr. Shea will identify the

3   witness, your Honor.

4          THE COURT:  All right.

02:47PM  5          MR. SHEA:  May I proceed?

6          THE COURT:  Yes.

7          MR. SHEA:  Plaintiff calls, by his 2018

8   deposition, Matthew Foster, Vice President of

9   Engineering at Ultravision.  Plaintiff's runtime is

02:47PM  10  4 minutes; defendant's runtime is 4 seconds.

11         THE COURT:  All right.  Proceed with this

12  witness by deposition.

13              MATTHEW FOSTER (via deposition),

14  having been first duly sworn, testified via deposition

02:48PM  15  as follows:

16  Q.   Where did you attend school and for what major?

17  A.   Texas A&M University.  And my major, I have a

18  bachelor of science in electrical engineering.

19  Q.   What year did you graduate?

02:48PM  20  A.   2011.

21  Q.   Is that your most advanced degree?

22  A.   Yes.

23  Q.   What's your current position at Ultravision?

24  A.   Currently I am the VP of engineering.

02:48PM  25  Q.   What are your responsibilities as VP of engineering?

1    A.   The biggest part of my responsibilities is leading

2    the company and the future of its products in the

3    market, making sure we stay ahead of our competition as

4    well as, you know, if we have an existing product,

02:48PM   5    making advancements to that product to make it more

6    manufacturable, which ultimately makes it easier for our

7    customers to purchase.

8    Q.   When did you join Ultravision?

9    A.   It was October of 2014.

02:49PM   10   Q.   And where is Ultravision located?

11   A.   Dallas, Texas.

12   Q.   You described the Master series as also somewhat of

13   a successor of the UltraPanel?

14   A.   I believe I said -- we discussed that it was an

02:49PM   15   improved version.

16   Q.   How was it improved?

17   A.   How was this improved from the V-series and

18   M-series?

19   Q.   From the UltraPanel.

02:49PM   20   A.   From the UltraPanel.  My understanding is that the

21   UltraPanel leaked lots of water.  Product was all metal.

22   It was -- had two mounting points, one for front

23   service, one for rear service.  It also used a

24   master/slave configuration for communication.  This does

02:50PM   25   none of those things.  It's -- this is a plastic

product.  There's one mounting point in each corner.  It

does not leak like a sieve.  Changed the cabling system

on it.  Made some PCB improvements.  And it's -- you

know, it doesn't leak.  It's sealed.

02:50PM  Q.    Who are some of the designers of this product?

A.    I do not know who designed this product.

Q.    Is the Master Plus also modular?

A.    I don't know why you said "also," but the Master

Plus is a mod -- I believe is a modular product.

02:50PM  Q.    You're right.  I made the assumption that the

UltraPanel product pictures we're looking at is of a

modular panel.  Is it a modular panel?

A.    Personally, I do not believe it is.

Q.    So I asked you about Mr. Hall's original idea for

02:51PM  this product, and you said that it -- you believed it

was a self-contained digital display product that was

modular in nature.  Do you have any reason to believe

that the product that was the result of his idea not

modular in nature?

02:51PM  A.    Do you mean the product that was the result being --

the UltraPanel being a product that was the result of

his original idea?

Q.    Yes.

A.    I believe he was not delivered a modular product,

02:52PM  yes, I absolutely believe that.

1          THE COURT:  Does that complete this witness by

2  deposition?

3          MR. FABRICANT:  It does, your Honor.

4          THE COURT:  All right.  Do I understand the

02:52PM  5  next deposition witness is about 30 or 35 minutes in

6  length?

7          MR. SHEA:  The next deposition witness is

8  Matthew Foster again, this time his 2020 deposition, and

9  it's about 14 minutes long -- or 20 minutes long.

02:52PM 10          THE COURT:  All right.  Let's do this

11  deposition then.

12          MR. SHEA:  Okay.  Plaintiff calls by his 2020

13  deposition Matthew Foster, Former Vice President of

14  Engineering at Ultravision.  Plaintiff's runtime is 14

02:52PM 15  minutes and 32 seconds, defendant's runtime is 5 minutes

16  and 32 seconds.

17          THE COURT:  Proceed with this deposition,

18  please.

19              MATTHEW FOSTER (via deposition),

02:52PM 20  having been first duly sworn, testified via deposition

21  as follows:

22                      EXAMINATION

23  Q.   At one point at Ultravision you were promoted to

24  vice president of engineering; is that right?

02:53PM 25  A.   Yes, sir.

1    Q.    When was that?

2    A.    I believe that was January of 2016.

3    Q.    Just so -- going back to the -- your role again, did

4    you ever go to Bill Hall with any technical questions?

02:53PM    5    A.    Yes, sir.

6    Q.    What did you go to Bill Hall to ask him about?

7    A.    Especially when I was early on with Ultravision,

8    this was a new product for me.  I came from oil and gas,

9    and Bill has been in this industry for quite some time

02:53PM   10    and so he knows how these products work and he knows

11    what customers like and don't like.  And so, you know,

12    for the first year, year and a half, especially, I had,

13    probably, daily conversations with him to understand our

14    products and understand what does and does not work.

02:54PM   15    Q.    What kinds of products does Ultravision sell?

16    A.    We have two product lines.  We have a LED lighting

17    line and then we have digital displays.

18    Q.    And are you familiar with the V-series product?

19    A.    Yes, sir.

02:54PM   20    Q.    And how are you familiar with the V-series product?

21    A.    That product was being installed in the field when I

22    started.

23    Q.    Were you involved in installing the product in the

24    field at any point?

02:54PM   25    A.    No.  I was there as displays had already gone up to

1  help troubleshoot issues we were having.

2  Q.   So you didn't actually set up any of the displays

3  from scratch?

4  A.   Not in the field, no, sir.

02:54PM 5  Q.   Is there any circumstance under which you would say

6  the V-series products are waterproof?

7  A.   No, sir.

8  Q.   How was the product cooled?

9  A.   In the V-series, there were fans.

02:55PM 10  Q.   Was Ultravision satisfied with the V-series product?

11  A.   No, sir.

12  Q.   Were you -- did you personally observe any of the

13  participation that Shenzhen Only had in the design of

14  the M-series product?

02:55PM 15  A.   No, sir.

16  Q.   Did you receive any communications from

17  Shenzhen Only in which they contributed to the design of

18  the M-series products?

19  A.   Again, not for the initial design, but for some

02:55PM 20  later -- the later changes we wanted to make.

21  Q.   So Shenzhen Only only provided design suggestions

22  and you received those design suggestions for the later

23  design process?

24  A.   No, sir.  Other way around.  I provided design

02:55PM 25  suggestions and they assisted.

Q.   Are you familiar with the Master Series of products at Ultravision?

A.   Yeah.  I believe there was a product called the Master at some point.

02:56PM Q.   Who came up with the design for the Master Plus Series products?

A.   The Master Plus Series would have been myself and outside engineers.

Q.   Was Bill Hall involved in the design of the Master

02:56PM Plus Series?

A.   Yes, sir.

Q.   What was Bill Hall's involvement in the design of the Master Plus Series?

A.   Bill has a vast knowledge of the industry, again,

02:56PM going back to what I mentioned earlier.  You know, he's been -- he was in the industry for a long time, and he knows -- he knew exactly what the customers did and did not want.  So, you know, one of the big things -- one of the reasons we made the change to the cable is because

02:56PM previously the cables would meet kind of at the bottom of a U.  So if you plugged two panels in together, the two cables would sag down, which means water runs down and gets to that cable joint.  So, you know, one of his recommendations was, you know, does that need to move or

02:57PM do we need to do the cable in an entirely different way.

1   So that's what we worked towards was finding a better

2   way to do the cable.  But, you know, we -- we used a lot

3   of the elements from previous iterations of the panel

4   that we knew worked to carry over into ultimately what

02:57PM   5   became the Master Plus.

6   Q.   Was the inclusion of the receiver card in an

7   individual display an important improvement of the

8   Master Plus Series over earlier versions of the

9   Ultravision panels?

02:57PM   10   A.   Yes, sir, I believe it was.

11   Q.   Why was it important?

12   A.   One, it gave us the ability to do the bidirectional

13   communication on a panel-by-panel level as opposed to,

14   theoretically, you could have done it on the V-series

02:57PM   15   and the M-series; however, it would have been over a

16   large section of the sign.  It would have been -- in the

17   instance of our signs in the U.K., there were four

18   receiver cards per display, so if you lost one receiver

19   card, you lost a fourth of the sign.

02:58PM   20        In our industry, a sign failing is -- is lost

21   profits to our customers, which is never a good thing.

22   So taking that receiver card internal to the panels

23   itself moved your failure point from a fourth of the

24   sign to an individual panel because it allows

02:58PM   25   bidirectional communication.

1          It also allowed us to monitor the panels on a

2     panel-by-panel basis.  We knew the internal temperatures

3     of each panel.  We knew that each panel was receiving a

4     signal and we -- you know, we knew the voltage coming

02:58PM   5     from the power supply, so we knew if the panel itself

6     was receiving correct voltage.

7          It also allowed our displays to get thinner and

8     lighter because you only had to have metal enclosures on

9     the back side.  It housed the -- you know, previously

02:58PM  10     that receiver box was a separate metal box.  It had, you

11     know, 10 -- maybe 10, 20 cables coming off of it.  So we

12     were able to do away with that part -- those parts by

13     taking that card internal.

14     Q.   So one advantage to having the receiver inside the

02:59PM  15     display panel is that if failure occurred to a receiver

16     card, it was only on a single panel as opposed to a

17     large swath of panels; is that right?

18     A.   Yes, sir, if the customer wanted the bidirectional

19     communication.

02:59PM  20     Q.   And a second advantage of having the receiver card

21     in each individual panel is it allows you to monitor

22     each panel on an individual basis; is that right?

23     A.   Yes, sir.

24     Q.   And a third advantage to having the receiver card in

03:00PM  25     the display panel is that it allows the displays to be

1  thinner and lighter; is that right?

2  A.   Yes, sir.

3  Q.   Who manufactured the Master Plus Series?

4  A.   I believe that one was manufactured by

03:00PM  5  Mack Technologies.

6  Q.   Did Mack Technologies provide any input into the

7  design of the Master Plus Series?

8  A.   No, sir.

9  Q.   How many billboards were manufactured using the

03:00PM  10  Master Plus Series displays?

11  A.   I believe Clear Channel might have purchased around

12  60 of them and I think Primesight purchased 10.  Again,

13  I don't remember if there were other customers that

14  purchased it or not.

03:00PM  15  Q.   Who manufactured the prototypes of the Master Plus

16  Series that we talked about?

17  A.   We probably would have had Mack Technologies do some

18  of them.  Some of them also would have been done

19  in-house here at our facility.

03:01PM  20  Q.   Did Ultravision provide and perform any testing on

21  the prototype Master Plus Series products?

22  A.   Ultravision, we, ourselves, would not have.  I would

23  have used an outside firm to do that.

24  Q.   What kind of testing would you have had an outside

03:01PM  25  firm perform on the Master Plus Series?

A.   Would have done some IP testing.  We also would have done, probably, temperature testing, humidity testing.

Q.   Can you explain what IP testing is?

A.   Sure.  IP stands for ingress protection.  So it's

03:01PM   made up of two numbers.  The first number being protect -- protection from dust ingress or -- or particulate ingress, as they call it, 6 being the highest, is completely sealed from dust.

And the second number is protection from water

03:02PM   ingress with, I think, like, 68X or 68K, or something, is the highest there, which is permanently submerged.

Q.   And the Master Plus Series, they were IP67; is that right?

A.   Yes, sir.

03:02PM   Q.   And why didn't you use plastic for the back cover?

A.   Although plastic does transmit temperature, does transmit heat, it -- it's not quite as good as metal is.  The other side of that is, metal is a lot heavier than plastic.  But we thought it would -- it made sense that

03:02PM   one of the largest generators of heat, being the power supply, was connected to metal to move that heat out.

Q.   And how are you familiar with the Brilliant Series?

A.   To me, the Brilliant Series is extremely similar to the Master Plus from an engineering standpoint.

03:03PM   There's -- you know, I don't know that everything is

1   exactly the same.  It depends on where purchasing was

2   buying parts from.  But outside of that, electrically,

3   construction-wise, they are the same.

4   Q.   Do you know why the Master Plus Series was changed

03:03PM   5   to the Brilliant Series?

6   A.   I believe the change was made when we started

7   building the panels in-house.  So when we -- when we

8   moved away from Mack Technologies being our contract

9   manufacturer and started manufacturing ourselves.

03:03PM   10   Q.   Who did Ultravision sell the Brilliant Series

11   products to?

12   A.   I believe there is one Brilliant Series that's

13   installed in Allen, Texas, went to a hotel.  Some may

14   have been sold to Clear Channel U.K. as well.  And then

03:04PM   15   we also sold some displays to Clear Channel U.S.

16   Q.   Do you know who the display in Allen, Texas, was

17   sold to?

18   A.   I believe -- I'm sorry, I don't recall the name of

19   the hotel.

03:04PM   20   Q.   And the Clear Channel U.S. sale, do you know where

21   that was installed?

22   A.   We installed one of those.  It was installed in

23   El Paso, Texas.

24   Q.   How many were installed in Allen, Texas?

03:04PM   25   A.   Just one in Allen.

1   Q.   So in the United States, was the Brilliant Series

2   installed in only two locations?

3   A.   Yes.   Final installation was only in two locations.

4   Q.   Is there any other kind of installation that would

03:05PM   5   have occurred?

6   A.   No other installations.   Clear Channel purchased

7   more than 12 displays but we only installed one of them.

8   Q.   Why did you only install one of the 12 purchased

9   displays or the more than 12 purchased displays?

03:05PM   10   A.   We had just installed that display when, in

11   September of 2019 -- September of 2019, we were -- we

12   ceased operations.

13   Q.   What do you mean, you "ceased operations"?

14   A.   The board of directors at that time decided that

03:05PM   15   with the pricing being driven down as low as it had in,

16   especially, the U.S., but we were also starting to see

17   it in the U.K., that we couldn't manufacture the product

18   for a price that the customers could buy and we could

19   make money on, and so they let us all go in September of

03:06PM   20   2019.

21   Q.   And if the products were manufactured internally at

22   Ultravision, who would do the manufacturing?

23   A.   We would -- we still have, currently, four

24   production lines in the back, so we can staff those up,

03:06PM   25   and we have enough space in our own warehouse to put

1  maybe 10 to 12 to 15 additional of those production

2  lines in place, and my two engineers that used to manage

3  my production lines, I know that they are -- they would

4  be available and be able to come back and help us

03:06PM  5  manufacture as well.

6  Q.   How many employees would you have to hire in order

7  to manufacture display panels?

8  A.   I mean, theoretically I can manufacture some with

9  two people, but each production line is staffed with

03:06PM  10  ten -- ten individuals, plus you have a parts runner,

11  and you have a couple of line managers.  But we can also

12  then -- I mean, beyond that, we can extend the contract

13  to manufacturers.  We have relationships with some of

14  the largest contract manufacturers in the world that

03:07PM  15  have done work with us in the past, so I -- I know

16  that -- and two of those are here locally and I know I

17  could get those to ramp back up and build for us as

18  well.

19  Q.   What was the last sale of a display product in the

03:07PM  20  U.S. by Ultravision that you're aware of?

21  A.   That would have been Clear Channel U.S.

22  Q.   When was that sale?

23  A.   I negotiated that contract for, like, a year or so,

24  maybe.  It may have finished in mid-2019, early 2019.

03:07PM  25  Q.   When you say it "may have finished" in mid -- early

1   or mid 2019, you mean the negotiations?

2   A.   Final, final sign-off on the purchase agreement.

3   Q.   And you said one of the -- one side was installed?

4   A.   Yes, sir.

03:08PM 5   Q.   Here it says that with the -- excuse me -- "With the

6   design of the Master Series, Mr. Hall was able to

7   eliminate the need for any fans or vents by using a

8   plastic housing with an aluminum back."  Do you know how

9   Mr. Hall was able to eliminate the need for any fans or

03:08PM 10   vents by using a plastic housing with an aluminum back?

11   A.   Yes, sir.  We discussed this earlier.  So the power

12   supply itself is attached to that aluminum back with a

13   thermally conductive tape so that instead of having

14   vents, that back cover is used to pull the heat off the

03:08PM 15   power supply and dissipate.

16   Q.   You said earlier that you didn't think a product

17   would be able to pass IP67 if it had vents.  Do you

18   remember that?

19   A.   Yes, I do.

03:08PM 20   Q.   Why do you say that?

21   A.   Because the vents would allow large amounts of water

22   to penetrate into the device more than likely causing a

23   short.

24   Q.   When you have requested to have Ultravision products

03:09PM 25   IP rated, what is the reason that you did so?

A.   I did so because Mr. Hall likes to market our

products -- our products as IP67.  He likes -- likes

to -- the -- again, the comfortability factor of having

a product that has been tested so stringently and being

03:09PM   able to pass those tests.

Q.   If an Ultravision product had been advertised as

IP67, does that mean that it underwent and passed IP67

testing?

A.   Since I have been here, if it's -- at least the

03:09PM   products that I was involved with in Master Plus and the

Brilliant, those were all tested.  I would assume

anything else that has been marketed as IP67 would have

been tested as well.

Q.   Can you think of any reason that Ultravision would

03:10PM   market a product as IP67 that had not been tested and

satisfied that criteria?

A.   No.  I can't think of a reason why, why it would.

Q.   Why did you perform that water testing on the

V-series panels?

03:10PM   A.   One reason was because there was water getting into

them.  That's what was being -- what we determined was

one of the issues in New York, so we wanted to find out

where that water was getting in.

Q.   You referred to there was water getting into the

03:10PM   V-series panel.  What led Ultravision to believe there

1   was water getting into those panels?

2   A.   One of the issues we were seeing on the New York

3   signs was they would show an odd color.  So, you know,

4   if it was supposed to be showing, maybe, yellow, it was

03:10PM   5   showing some -- some mixture of different colors.  Or,

6   you know, if it was supposed to be red, maybe it was

7   actually showing purple.  And one of the causes for

8   those issues is water shorting out pins.

9        You know, maybe you're crossing the pins that

03:11PM   10   are controlling the red and the blue, and because you

11   crossed those, it's actually turning both of them on, so

12   it's giving you purple instead of red.

13        So that's -- you know, when you're an engineer,

14   you kind of go down a checklist of the easiest things

03:11PM   15   to -- to knock off as potential failures, so that --

16   that was a relatively easy one to try and find out.

17   Q.   So you said one of the causes for the color issue

18   you described was water shorting out pins.  Is that the

19   only thing that could have caused that issue?

03:11PM   20   A.   Not from what I found.  It seemed that it was water

21   getting into the panel that was either shorting out the

22   pins in the cable or in the panel itself.

23   Q.   And what did you find that led you to believe that

24   it was water responsible for the color issue in the

03:12PM   25   V-series panels?

A.   I could replicate the issue almost exactly as it was

being seen in the field just by using the hose.

Q.   What other issues were you seeing on the sign that

led you to believe they were caused by water ingress?

03:12PM   A.   Sometimes we would lose entire rows of panels

because as I explained this morning, the way those

panels worked is they passed data through, so if one of

those panels fails, you lose everything downstream from

it.  When we investigated, what we found is there was

03:12PM   water in the power supply enclosure as well.  We had

power supplies that shorted out.  There was rust on some

of the power supplies, so water was definitely getting

into the power supply enclosure as well as cable.

Q.   Is it possible that there was anything other than

03:12PM   water responsible for the issues you've noted with

respect to the color and losing entire rows of panels?

A.   It's entirely possible, but, you know, based on --

especially on the panels being out entirely and finding

rust on -- on power supplies, it's a pretty good

03:13PM   indication that water was definitely involved.

            THE COURT:  Does that complete this witness by

deposition?

            MR. FABRICANT:  Yes, your Honor.

            THE COURT:  All right.  Before plaintiff calls

03:13PM   their next witness, ladies and gentlemen, we're going to

1   take a short recess.  If you'll simply leave your

2   notebooks in your chairs, follow all the instructions

3   that I've given you about your conduct, including, of

4   course, not to discuss the case with each other, we'll

03:13PM   5   have you back in here shortly and continue with the next

6   plaintiff's witness.

7   The jury's excused for recess at this time.

8   (Whereupon, the jurors exit the courtroom.)

9   THE COURT:  Mr. Fabricant, you have three

03:14PM   10   additional deposition witnesses; is that correct?

11   MR. FABRICANT:  Yes, your Honor.

12   THE COURT:  All right.  And then you expect to

13   follow those with Mr. Credelle?

14   MR. FABRICANT:  Yes, your Honor.

03:14PM   15   THE COURT:  We will definitely get to him

16   today.  We discussed earlier counsel prepositioning some

17   demonstratives.  I'll leave it to you to do that when

18   the time is right, per our discussions.

19   MR. FABRICANT:  Thank you.

03:14PM   20   THE COURT:  Court stands in recess.

21   (Recess from 3:14 p.m. to 3:36 p.m.)

22   THE COURT:  Be seated, please.  Mr. Fabricant,

23   is the plaintiff prepared to proceed with its remaining

24   deposition witnesses?

03:36PM   25   MR. FABRICANT:  Yes, it is, your Honor.

1          THE COURT:  Let's bring in the jury, please.

2          (Whereupon, the jurors enter the courtroom.)

3          THE COURT:  Please be seated, ladies and

4     gentlemen.

03:36PM   5          Plaintiff, call your next witness.

6          MR. SHEA:  Plaintiff calls by his 2020

7     deposition, Frank Ren, Chief Technology Officer At

8     Absen.  Plaintiff's runtime is 30 minutes and 39

9     seconds; Defendant's runtime is 5 minutes.

03:37PM  10          THE COURT:  Please proceed with this witness by

11    deposition.

12                    FRANK REN (via deposition),

13    having been first duly sworn, testified via deposition

14    as follows:

03:37PM  15                    EXAMINATION

16    Q.    Mr. Ren, what is your title at Absen?

17    A.    Title?  My title is CTO of the company.

18    Q.    And what does CTO stand for?

19    A.    Chief technology officer.

03:37PM  20    Q.    And how long have you had that role?

21    A.    Since 2013.

22    Q.    What is the "Absen Certified Engineers" program?

23    A.    Absen certified engineer program is -- is a

24    volunteer training program for this industry.  So -- so

03:37PM  25    when we start this Absen Inc. company, we found --

1    found -- found out that the engineers' quality and

2    quantity limited of this industry group; so we want to

3    help this industry grow and have our company grow.  So

4    then we start this volunteer Absen certified training

03:38PM    5    program.  So it focuses on to improve the engineers'

6    technical skill.

7            For example, in the red field, if the -- if the

8    engineers cannot power on the screens or cannot operate

9    the screen properly, they will -- they may fail, so we

03:38PM   10    want to avoid this as -- as -- as much as possible.

11           And, also, there is a lot of freelancers.  They

12    work for everybody, but they don't have the good

13    technical skill.  We want to help them.  We train them

14    as well.  We did try.

03:39PM   15    Q.   So Absen started a program to train people on how to

16    install and use the products; is that fair?

17    A.   We train them how to do troubleshooting, operating

18    software, even -- even, yes, deal with some creative

19    stuff.

03:39PM   20    Q.   You train Absen certified engineers on how to

21    install the screens in standard configurations?

22    A.   How to install the screens?  I would say yes.

23    Q.   And do you provide them with any documents showing

24    how to install the screens?

03:39PM   25    A.   We have the training material.

|  | 1 | Q.   For the rental products, does Absen provide |
|  | 2 | installation instructions on how to install and remove |
|  | 3 | those products? |
|  | 4 | A.   Can you clarify your question? |
| 03:40PM | 5 | Q.   Are there installation manuals for the rental |
|  | 6 | products? |
|  | 7 | A.   Yes. |
|  | 8 | Q.   Do you have access to those documents? |
|  | 9 | A.   Yes. |
| 03:40PM | 10 | Q.   Are those stored at Absen Inc.? |
|  | 11 | A.   Yes.   The manual, right? |
|  | 12 | Q.   Yeah, the installation manual. |
|  | 13 | A.   Yes, we have. |
|  | 14 | Q.   And are those provided to customers when they |
| 03:40PM | 15 | purchase the product? |
|  | 16 | A.   Yes. |
|  | 17 | Q.   What about for the rental product?  I'm sorry.  What |
|  | 18 | about for the fixed products? |
|  | 19 | A.   Yes. |
| 03:40PM | 20 | Q.   Are there installation manuals? |
|  | 21 | A.   Yes. |
|  | 22 | Q.   At Absen Inc.? |
|  | 23 | A.   Yes. |
|  | 24 | Q.   And are they provided to customers? |
| 03:40PM | 25 | A.   Yes. |

1  Q.   What is the Xv product?

2  A.   Xv, Xv is the rental product.

3  Q.   For the two outdoor versions, are there any

4  differences between the two aside from the pitch?

03:41PM  5  A.   Yes, for the -- for the outdoor, for the outdoor,

6  except for the pitch, the rest is -- there is no big

7  difference.

8  Q.   It says "independent waterproof module"; do you see

9  that?

03:41PM  10  A.   I saw that.

11  Q.   What is the "module" being referred to here?

12  A.   "Module" -- "module" here means the -- like the

13  smallest section to show the image if we -- if we put

14  that -- if we install that properly on the -- on the

03:42PM  15  cabinet.

16  Q.   Sorry.  Go ahead.  I didn't mean to cut you off.

17  Was that the end of your answer, Mr. Ren?

18  A.   I mean, "module" is the smallest section to show the

19  image if we install that section on the cabinet

03:42PM  20  properly.

21  Q.   I want to make sure we all are on the same page with

22  respect to the terms that we use to refer -- refer to

23  the different parts of this thing.  On Page 4, do you

24  see two images of the product just above where we were

03:42PM  25  just looking?

| | |
|---|---|
| 1 | A.    Yes. |
| 2 | Q.    On that image, there are four modules shown; is that |
| 3 | your understanding? |
| 4 | A.    Yes. |
| 03:43PM 5 | Q.    So the module is the part with the handle on it that |
| 6 | contains the LEDs and the board? |
| 7 | A.    Yes. |
| 8 | Q.    And the entire structure that we are seeing here, |
| 9 | you referred to as a cabinet? |
| 03:43PM 10 | A.    Yes. |
| 11 | Q.    So when the document says "independent waterproof |
| 12 | module, ingress protection IP65/IP65," it's your |
| 13 | understanding that that's referring to the module and |
| 14 | not the entire cabinet? |
| 03:43PM 15 | A.    This -- this refer to the module according to the -- |
| 16 | to the words. |
| 17 | Q.    In this product the module does not contain the |
| 18 | power supply, correct? |
| 19 | A.    No, module is module.  It's separate. |
| 03:43PM 20 | Q.    So there's a frame surrounding the edge of the |
| 21 | product; is that fair? |
| 22 | A.    We didn't call -- we didn't call -- we didn't call |
| 23 | "frame."  They call it cabinet. |
| 24 | Q.    Do you see on this photograph -- I'm sorry -- on |
| 03:44PM 25 | this image, a box that says "Absen" on it? |

```
 1   A.    Yes.
 2   Q.    Is there a power supply in that box?
 3   A.    Inside this, we call this control -- control unit,
 4   so this control -- this control unit protect power
 5   supply and control card inside.
 6   Q.    Is that control unit made out of die-cast magnesium
 7   in the Xv product?
 8   A.    This part, it's aluminum.
 9   Q.    So Absen doesn't consider that part of the cabinet,
10   correct?
11   A.    For this product, this part, it's -- it's a separate
12   parts.
13   Q.    And this product is rated IP65 on the front and IP54
14   on the back, I believe you said?
15   A.    Yes.
16   Q.    What is this document?
17   A.    It's the X -- X5v outdoor report.
18   Q.    And to your knowledge, is one of these reports
19   created for every product that Absen designs?
20   A.    Yes.
21   Q.    Referring back to this document, did this panel pass
22   the waterproof testing?
23   A.    Just a moment, just a moment.  Let me see the -- so
24   for this -- for this -- this one, let me see the -- so
25   for this test, means we -- this product in the -- in a
```

03:44PM  5
03:45PM  10
03:45PM  15
03:45PM  20
03:46PM  25

1  factory lab passed the -- the water -- the -- the IP

2  front 65 and back 54, water-resistant test.

3  Q.  Does Absen always perform an IP65 test on the front

4  and an IP54 test on the back of each outdoor panel?

03:46PM  5  A.  For the current outdoor screens, we design, we

6  design the product from IP65 and the back IP54.  We

7  will -- we will test this way too.

8  Q.  So the answer to my question was yes?

9  A.  Yes.  We test the front IP65, back IP54.

03:47PM  10  Q.  I'm not sure that answered my question, so I'll try

11  to clarify.  You are not aware of Absen U.S. or Absen in

12  China ever performing an IP65 test on the back of an

13  outdoor product except for the A7; is that correct?

14  A.  So I said we -- the product design front IP65 and

03:47PM  15  back IP54, we make sure passed this design number in

16  the -- in the -- in the U -- in the -- in the -- in the

17  U.S.  I'm not aware if we tested this on the commercial

18  side.

19  Q.  Are you aware of Absen performing the IP65 test on

03:48PM  20  the rear of a current panel ever?

21  A.  So for this they may test -- they may test -- they

22  may test -- so because the product we design IP54, they

23  may test -- they may test these numbers; but the product

24  is designed not that way.

03:48PM  25  Q.  So you can't tell me whether Absen has ever

1   performed an IP65 test on the rear of a panel except for

2   the A7; is that your testimony?

3   A.   Can you clarify your question?

4   Q.   You cannot tell me whether Absen has ever performed

03:48PM  5   an IP65 test on the rear of an outdoor panel, correct?

6   A.   Yes, so for this -- for this, I -- I think we may

7   test the -- so according to the engineers'

8   understanding, they may test according to their

9   experience.  But we don't think -- but we don't think

03:49PM  10   they test in the -- in the IP65 the standard

11   requirement.

12   Q.   Are you aware of any third party such as Intertek

13   performing any IP65 testing on the rear of any Absen

14   panels?

03:49PM  15   A.   Third party, I'm not aware.

16   Q.   Mr. Ren, what product is being tested in this

17   report?

18   A.   On this report shows the A1688 and 99.

19   Q.   To your knowledge, has this product ever been sold

03:50PM  20   in the United States?

21   A.   We have never sold this product in the U.S.

22   Q.   On Page 3 --

23   A.   3?

24   Q.   -- the top line says "IPX5."  Do you see that?

03:50PM  25   A.   Yes, I saw that.

|  | 1 | Q.   Does that mean that the water rating number of 5 is |
|---|---|---|
|  | 2 | being tested here? |
|  | 3 | A.   On this report it shows, yes. |
|  | 4 | Q.   What is Emtek? |
| 03:50PM | 5 | A.   Emtek is a test lab. |
|  | 6 | Q.   It's located in China? |
|  | 7 | A.   Yes. |
|  | 8 | Q.   Is -- does Absen contract with Emtek to perform |
|  | 9 | water testing on its products? |
| 03:51PM | 10 | A.   Yes. |
|  | 11 | Q.   Is this testing performed during the product |
|  | 12 | development or after the product is developed? |
|  | 13 | A.   For this product, because we didn't -- we didn't |
|  | 14 | sell this product in the U.S. market.   I don't know very |
| 03:51PM | 15 | detail for this report. |
|  | 16 | Q.   And in this document, is the product shown passing |
|  | 17 | the test or failing the test? |
|  | 18 | A.   Here shows pass.   Here shows pass the IP65. |
|  | 19 | Q.   What products does this document relate to? |
| 03:51PM | 20 | A.   This product is XD, XD series. |
|  | 21 | Q.   XD what? |
|  | 22 | A.   XD series including XD6, XD10. |
|  | 23 | Q.   And what level of water testing is being performed |
|  | 24 | here in this document? |
| 03:52PM | 25 | A.   X5. |

```
        1   Q.   In this document, is the XD product shown to pass or
        2   fail the test?
        3   A.   So, actually, here, there is the -- there is a
        4   concluding -- concluding box, which on the first page
03:52PM  5   shows this is not -- this is not standard XD6, XD10
        6   panels.  So they put -- before a test, they put the
        7   glue -- put the glue, and then did the test.  So for
        8   the -- for the mass production, it's not a same as this
        9   one.
03:53PM 10        So this IP65, so after put a glue on the -- on
       11   the power control unit, and it's a pass, a 5.  But this
       12   is not standard product.
       13   Q.   So the product shown being tested here in this
       14   configuration passed the IP65 test, correct?
03:53PM 15   A.   After they put the glue on the control box, they
       16   here on this report shows pass the X5, but it's not
       17   standard product.
       18   Q.   And this shows the control box with the door off; is
       19   that fair?
03:54PM 20   A.   Yes, actual unit, yes, they take out the -- the --
       21   the back door.
       22   Q.   Can you see the glue in this photograph that's being
       23   referred to on the first page of the document?
       24   A.   I cannot -- I cannot see clearly because of the
03:54PM 25   glue.  Normally, glue is transparent.  I can't see on --
```

1  on the sides, on the ventilation area.

2  Q.   So in these photographs, you can't notice any glue;

3  is that fair?

4  A.   Yes, we cannot see this because it's -- the glue is

03:54PM  5  normally transparent.

6  Q.   Were you aware of an IP65 test being performed on

7  this product in any other configuration?

8  A.   What do you mean "other configuration"?

9  Q.   Well, you testified that the product being tested

03:55PM  10  here was in a nonstandard configuration because of the

11  application of some glue.  Do you remember that?

12  A.   Yes.

13  Q.   Are you aware of an IP65 test being performed on

14  this product without the glue?

03:55PM  15  A.   I didn't -- I didn't see.  I didn't see that in the

16  report.

17  Q.   So you don't know if this product was tested IP65

18  without the glue?

19  A.   I don't know.  I didn't see that.  I did not see

03:55PM  20  this.

21  Q.   Mr. Ren, is this a series of photographs that

22  depicts the Xv product in its outdoor configuration?

23  A.   Let me -- let me take a look.

24  Q.   Please take your time.

03:55PM  25  A.   I am ready.

1  Q.   Does this appear to be an Xv product, sir?

2  A.   It's Xv.

3  Q.   And do you see any differences between the product

4  in these photographs and the Xv product that's currently

03:56PM  5  being sold?

6  A.   You mean this -- this picture and the -- and the --

7  and the current product, right?

8  Q.   Yes, sir.

9  A.   No difference.

03:56PM  10  Q.   But there have been no changes, for example, to the

11  methods of waterproofing?

12  A.   No.

13  Q.   No changes --

14  A.   So this product, we didn't say "waterproof."  We say

03:56PM  15  "water-resistant."  We didn't say -- we didn't -- we

16  didn't offer it.  We didn't change anything regarding

17  the water-resistant.

18  Q.   And there have been no changes to the electrical

19  system or the power outing or anything like that,

03:56PM  20  correct?

21  A.   For the power system, yeah, I didn't aware.

22  Q.   Does Absen ever install its products for the

23  customers or end users?

24  A.   What do you mean "install"?

03:57PM  25  Q.   Does Absen ever build the signs, or is it always a

1    contractor or the customer?

2    A.    The client, they will -- they will install by

3    themselves, or they hire their partners to do the

4    install.  We didn't do the install for the client.

03:57PM  5    Q.    Does Absen ever assist in those installations?

6    A.    We -- we have the on-site support to a client.  For

7    example, we -- we -- during the installation process, we

8    show them how to protect the LEDs, how -- how to -- how

9    to ensure that the final -- what's the -- what's the

03:58PM  10   meet -- what's the -- what's the -- what's the best,

11   flattest and the gap for the screen.  And after client

12   install the screen completely, and when they power on

13   the screen, we will show them through the

14   troubleshooting and train them use the software.

03:58PM  15   Q.    So Absen is involved in the installation process,

16   but nobody at Absen actually puts together the sign; is

17   that fair?

18   A.    We help them.  We help them.  We help them do the --

19   like, do the training -- do the training like a

03:59PM  20   consultant kind of things.  We didn't install for them.

21   Q.    And that occurs with the assistance of Absen which

22   oversees the installations in most cases?

23   A.    Most of the cases the client, they -- they -- they

24   can handle.  We don't -- we don't need -- we don't need

03:59PM  25   help for the most projects.  They have their own ability

1  to do this because we trained a lot of them as

2  engineers.

3  Q.   What testing is being performed as documented in

4  Exhibit 11?

03:59PM  5  A.   Yeah, this -- this is pilot production test.  That

6  means this -- yeah -- this -- this pilot production test

7  before mass production.

8  Q.   But for the water testing, whether it be

9  "waterproof" or "water-resistant," this panel passed the

04:00PM  10  test that it was subjected to, correct?

11  A.   So -- so on the bottom here -- so here it's -- the

12  number is confused a little bit.  So I saw the number,

13  it passed the IP65, IP54 test.

14  Q.   Is this documenting one water test or two different

04:00PM  15  waterproof -- water tests?

16  A.   So here -- here is right not clear.  Even -- even

17  the -- even they put the front and the back opposite.

18  So for IP65 and IP -- I -- IP65 on the front and IP54 on

19  the back, typically, there is two -- two different --

04:01PM  20  two different ways to test.  And the water -- water flow

21  rate and the spray time, that's different.

22  Q.   Okay.  So to the best of my interpretation of this

23  document, that the panel was subjected to an IP65 test

24  on the front and passed and an IP54 test on the back and

04:01PM  25  passed, is anything about that inaccurate to you?

A.   Yes.  Here it shows the IP54 on the back, IP65 in

the front.  Yeah, and then it's water-resistant test.

Q.   And it passed both of those tests?

A.   Passed.

04:01PM  Q.   Are you aware of any documentation -- strike that.

Are you aware of an IP65 test ever being

performed on the back of a PL product.

A.   I didn't -- I didn't aware.

Q.   Not by Absen and not by any third parties that

04:02PM  you're aware of?

A.   I didn't.  I didn't aware.

Q.   When Absen's outdoor panels are installed, does

Absen recommend any sort of covering over the back of

the panels?

04:02PM  A.   You mean the covering for -- to protect the water?

Q.   Yes, sir, or anything else?

A.   So our -- our product is -- front is 65 and back is

54.  So when we sell the product to a client, we -- we

don't recommend -- we don't recommend they -- they cover

04:02PM  the back side to protect the water.

Q.   So the products as they are sold -- the outdoor

products, as they are sold by Absen, are capable of

operating on their own in an outdoor environment,

correct?

04:03PM  A.   Correct.

1  Q.   You testified that Absen does not recommend the use

2  of any waterproof coverings over the outdoor panels when

3  they are installed, correct?

4  A.   So we say this way.  The product can handle the wet

04:03PM  5  outdoor environment.  So the client, they will do the

6  installation according to their needs.  For example,

7  some project they may install, like, on a column.  So --

8  and some they may attach on a wall.  So there is

9  different -- different details for the installation.

04:03PM  10  But we don't -- we didn't say you have or you must to

11  put that -- that protection on the back.  The product

12  itself can -- can work in an outdoor environment.

13  Q.   Are you aware of any installer or any client adding

14  additional weather protection to the back of the Absen

04:04PM  15  panels?

16  A.   In the U.S., I didn't -- I didn't aware any -- any

17  client do this.  But in some other places, they do.

18  They put the cover on the back.  It's not to help for

19  the water-resistant.  It does not help the water.  They

04:04PM  20  just want to put the AC inside.  Yeah, that's mainly in

21  the Asian market.  But in the U.S., I -- I saw it's very

22  simple.  Just put the screen outside, and they run it.

23  Q.   Does Absen buy any control systems except those from

24  Novastar?

04:05PM  25  A.   Do you mean the control systems from other vendors?

1   Q.   Yes, sir.

2   A.   Well, for the control system, I am not aware because

3   in the U.S. -- in the U.S. market, we -- we -- we

4   only -- we only use the Novastar.

04:05PM   5   Q.   And is the hardware sometimes called a "receiving

6   card"?

7   A.   Yes, receiving card.

8   Q.   Do you know if the A7s receiving card is used in any

9   Absen products?

04:05PM   10   A.   Yes.

11   Q.   Do you know which products it's used in?

12   A.   For this, there is a -- there's different card and

13   different product.  I think it's X -- X2v we use the

14   A7s.

04:06PM   15   Q.   When the card is purchased from Novastar, does Absen

16   make any modifications to it?

17   A.   So when we purchase the -- when we purchase the --

18   according to my understanding, when we purchase the card

19   from them, we will -- we will use for our product.  So

04:06PM   20   when we -- after we purchase, we cannot -- we cannot

21   update.

22   Q.   So I'll represent to you that this is a photograph

23   of an Absen N2 product that was shipped to our expert

24   for the purposes of this litigation.  Does that appear

04:07PM   25   to have an A7s receiver card in it?

1    A.   Yes, it appears on the picture it shows the A7s.

2    Q.   But you agree with me that at least in this photo,

3    the N series has the A7s receiver card?

4    A.   Yes.

04:07PM  5    Q.   And you don't know the name of the control system

6    that Absen uses in the U.S.?

7    A.   This is -- I think this is different, different than

8    the regular control system.  Regular control system we

9    call an MCTR.

04:07PM  10   Q.   The what?  MCTR?

11   A.   MCTR.  That's control -- a control software.  It

12   control the screen and control the configuration.  This

13   is different.

14   Q.   Does the MCTRL600 ring a bell?

04:08PM  15   A.   600, that's the standard card.  Yes, it can work

16   with several control box.

17   Q.   Mr. Ren, is this the controller that you were just

18   referring to that Absen uses in the United States?

19   A.   Yes, we use it here.

04:08PM  20   Q.   Mr. Ren, during the break, were you able to get an

21   answer to my question?

22   A.   Yes.  Yes.  I called my colleague, Alan.  Yeah, we

23   use the -- the software name is Nova, N-o-v-a, dash,

24   L-T-C.

04:08PM  25   Q.   Okay.  And that's from Novastar, correct?

A.   Yes.

Q.   To your knowledge, does Absen make any modifications
to that software?

A.   No, we use the standard.

04:08PM  Q.   So for certain products, Smart monitoring is not
available, correct?

A.   We would -- we would say it this way.  So for the --
for the monitor, in terms of the monitor function is
a -- there is a -- there is a different definition for
04:09PM  different companies.

     For Absen we think if cannot -- if we cannot
monitor the module level, we -- we will -- we will not
see this product with function, every monitor functions.
Only -- only monitor functions -- for us, we only refer
04:09PM  to the monitor for the module level.

Q.   So if there's monitoring at the cabinet level, such
as monitoring of the power supply, Absen does not
consider that Smart monitoring?

A.   Only for how much -- only for power supply and the
04:10PM  module -- that's the module level -- module level, the
monitor.  But for the rest, for example, the receiving
card itself can feature things, but that one we -- we
didn't see that, the monitor function for those things.

Q.   The Smart monitoring software in Absen's products
04:10PM  monitors the power supplies, correct?

A.   Smart monitor -- smart monitor -- it including --
including module, power supply, and the receiving
card -- and the receiving card -- and the receiving card
itself.  But the receiving card -- receiving card,
04:11PM   that's the standard -- that's the standard for every
product.  It's not -- it's not -- it's not for -- for --
for -- for our product.

        So for our product we say the Smart monitor
function if it refer to module level monitor functions.
04:11PM   Q.   So every product monitors the connection between the
sending card and the receiver card, but for Absen to
consider a product enabled with Smart monitoring, the
module and power supply is also monitored; is that
correct?
04:11PM   A.   Yes.
Q.   Yes, so you said the power supply is monitored,
correct?
A.   Mm-hmm.
Q.   And what actually is monitored?  Is it the voltage
04:11PM   across the power supply?
A.   I don't -- I don't -- I don't know very detail for
this.  But if power supply fail, it will -- it will
monitor.  And also if the module fail, it will monitor.
Q.   Do you know if the temperature is monitored, the
04:12PM   temperature inside the display?

1   A.   Temperature on the module is monitored.

2   Q.   Is anything else monitored besides the power supply,

3   the module status, and the temperature that you can

4   recall?

04:12PM  5   A.   Yes, power supply, module, module failure or not,

6   module temperature.  Yes.  Yes, those -- those.

7   Q.   That's all that you can remember?

8   A.   Mm-hmm.

9   Q.   Okay.  Being able to pass the FCC tests is

04:12PM  10  important; would you agree?

11  A.   Yes.

12  Q.   The products cannot be sold in the United States

13  unless they pass the FCC tests, correct?

14  A.   I would say the product need to meet the FCC

04:13PM  15  requirement.

16          THE COURT:  Does that complete this witness by

17  deposition?

18          MR. FABRICANT:  Yes, your Honor, it does.

19          THE COURT:  Call your next witness, Plaintiff.

04:13PM  20          MR. FABRICANT:  Yes, your Honor.

21          MR. SHEA:  Plaintiff calls by his 2018

22  deposition Peiling Xie, plaintiff's runtime 16 minutes,

23  24 seconds.  Defendant's runtime, 6 minutes, 47 seconds.

24          THE COURT:  All right.  Proceed with this

04:13PM  25  witness by deposition.

|   | 1 | PIELING XIE (via deposition), |
|---|---|---|
|   | 2 | having been first duly sworn, testified via deposition |
|   | 3 | as follows: |
|   | 4 | EXAMINATION |
| 04:13PM | 5 | Q.   What is your current job title? |
|   | 6 | A.   Principal structure engineer. |
|   | 7 | Q.   Do these photos appear to depict an Absen product? |
|   | 8 | A.   Yes. |
|   | 9 | Q.   Which product? |
| 04:13PM | 10 | A.   XD. |
|   | 11 | Q.   What kind of product is the XD? |
|   | 12 | A.   Fixed installation product. |
|   | 13 | Q.   Outdoor? |
|   | 14 | A.   It's installed outdoors. |
| 04:14PM | 15 | Q.   This appears to show a portion of the Absen XD. |
|   | 16 | Would you agree? |
|   | 17 | A.   This is XD panel. |
|   | 18 | Q.   So this component is called a panel? |
|   | 19 | A.   Yes. |
| 04:14PM | 20 | Q.   And this panel contains LEDs; correct? |
|   | 21 | A.   It does. |
|   | 22 | Q.   What material is the exterior of this panel made out |
|   | 23 | of? |
|   | 24 | A.   Several materials. |
| 04:14PM | 25 | Q.   What are those materials? |

| | | |
|---|---|---|
| | 1 | THE INTERPRETER:  The interpreter needs |
| | 2 | clarification. |
| | 3 | A.   The outside frame is made of PC plus fiberglass. |
| | 4 | Q.   When you say the outside frame, what do you mean? |
| 04:15PM | 5 | A.   This surrounding circle. |
| | 6 | Q.   And there is a gasket under this portion.  Do you |
| | 7 | see that? |
| | 8 | A.   Yes. |
| | 9 | Q.   What is that gasket made out of? |
| 04:15PM | 10 | A.   Silicone rubber. |
| | 11 | Q.   And inside, you can see some integrated circuits in |
| | 12 | this photograph.  Do you see those? |
| | 13 | A.   I see that. |
| | 14 | Q.   What are those integrated circuits soldered to? |
| 04:15PM | 15 | A.   PCB. |
| | 16 | Q.   Does that stand for printed circuit board? |
| | 17 | A.   Yes. |
| | 18 | Q.   Can you please turn to the last page, page ending in |
| | 19 | 263.  This photograph shows LEDs, would you agree? |
| 04:15PM | 20 | A.   I do. |
| | 21 | Q.   And this shows the panel mounted to a frame, would |
| | 22 | you agree? |
| | 23 | A.   I do. |
| | 24 | Q.   How is the front cover attached to the Absen XD? |
| 04:16PM | 25 | A.   Screws. |

| | |
|---|---|
| 1 | Q.   And underneath the front cover, there's printed |
| 2 | circuit board, correct? |
| 3 | A.   Are you referring to this specific product? |
| 4 | Q.   Yes. |
| 04:16PM 5 | A.   It has rubber underneath. |
| 6 | Q.   What is the purpose of that rubber? |
| 7 | THE INTERPRETER:  I would like to clarify with |
| 8 | the witness. |
| 9 | A.   It's a type of AB material underneath. |
| 04:16PM 10 | Q.   What is AB material? |
| 11 | A.   It's silicone-based. |
| 12 | Q.   Is it applied for waterproofing purposes? |
| 13 | A.   For the front side, the purpose is waterproofing. |
| 14 | Q.   Do you know how that material is applied during |
| 04:17PM 15 | manufacturing? |
| 16 | A.   First, using liquid.  And then it's hardened. |
| 17 | Q.   And underneath that material, there's a printed |
| 18 | circuit board that the LEDs are mounted to, would you |
| 19 | agree? |
| 04:17PM 20 | A.   Yes. |
| 21 | Q.   And is that the same printed circuit board that we |
| 22 | saw earlier? |
| 23 | A.   Yes. |
| 24 | Q.   There are integrated circuits mounted to the printed |
| 04:17PM 25 | circuit board in this photograph.  Do you agree? |

|  | 1 | A.   Yes. |
|---|---|---|
|  | 2 | Q.   Are some of those integrated circuits LED drivers? |
|  | 3 | A.   Yes. |
|  | 4 | Q.   What material is the frame made out of?  Is it |
| 04:18PM | 5 | metal? |
|  | 6 | A.   Yes. |
|  | 7 | Q.   When the XD is mounted for outdoor use, is the |
|  | 8 | portion of the XD that we can see in this photograph |
|  | 9 | exposed to the weather? |
| 04:18PM | 10 | A.   Yes, it is exposed to the weather.  It can only |
|  | 11 | waterproof with respect to rainwater. |
|  | 12 | Q.   What about snow? |
|  | 13 | A.   Snow too. |
|  | 14 | Q.   Do you know what the IP rating is of the Absen XD? |
| 04:18PM | 15 | A.   The front, 65. |
|  | 16 | Q.   What about the rear? |
|  | 17 |      THE INTERPRETER:  The interpreter needs |
|  | 18 | clarification. |
|  | 19 | A.   With respect to one single panel, it's not |
| 04:19PM | 20 | waterproof. |
|  | 21 | Q.   I thought you testified that the back portion of the |
|  | 22 | Absen XD can be exposed to weather.  Do you remember |
|  | 23 | that? |
|  | 24 | A.   Only when it is assembled, then they can do that. |
| 04:19PM | 25 | Q.   When it is assembled, what is the IP rating on the |

|  | 1 | rear? |
|---|---|---|
|  | 2 | A.    I need to think about it.  I don't recall. |
|  | 3 | Q.    Does this table of parameters show the IP rating of |
|  | 4 | the XD? |
| 04:19PM | 5 | A.    Yes. |
|  | 6 | Q.    What are those IP ratings? |
|  | 7 | A.    Front, 65.  Rear, 54. |
|  | 8 | Q.    What is shown in this photograph? |
|  | 9 | A.    Power box. |
| 04:19PM | 10 | Q.    Is the power box sealed with a gasket when it's |
|  | 11 | closed? |
|  | 12 | A.    Yes, there is a gasket. |
|  | 13 | Q.    What is the purpose of that gasket? |
|  | 14 | A.    Because this power supply box has two parts, there's |
| 04:20PM | 15 | a cover, so the purpose of the gasket is waterproofing. |
|  | 16 | Q.    So that when the power box is closed, no water |
|  | 17 | enters, correct? |
|  | 18 | A.    When the two parts are put together, the power |
|  | 19 | supply box is one individual component.  But the power |
| 04:20PM | 20 | supply box itself is not waterproofing. |
|  | 21 | Q.    Why isn't the power supply box waterproof? |
|  | 22 | A.    Please take a look at Page 258. |
|  | 23 | Q.    Okay, I'm there. |
|  | 24 | A.    Please take a look at this opening. |
| 04:21PM | 25 | Q.    Are there any vents in the power supply box? |

1    A.    I remember, yes, for this model.

2    Q.    Where are they located?

3    A.    The side.

4    Q.    Which side, do you know?

04:21PM    5    A.    Actually, the air can pass through from several

6    sides; from the right, from the left, and from the

7    front.

8    Q.    When you say "front," you mean the side facing the

9    LEDs, correct?

04:22PM    10   A.    Yes.

11   Q.    So the vents don't allow dust and water to enter?

12   A.    They can enter.

13   Q.    Do they allow normal rainwater to enter?

14   A.    It protects against rainwater.  The rainwater cannot

04:22PM    15   enter.

16   Q.    Is there any material between the power supplies and

17   the cover such as a thermal paste or grease?

18   A.    Yes.

19   Q.    For all three power supplies?

04:22PM    20   A.    Yes.

21   Q.    What is that material?

22   A.    We call it thermal silicone.

23   Q.    What is the purpose of the power supply in the XD?

24   A.    Supply power.

04:23PM    25   Q.    Do they receive AC power?

1    A.    Yes.

2    Q.    Do they output AC power?

3    A.    DC.

4    Q.    Each power supply converts AC power to DC power;

04:23PM  5    correct?

6    A.    Yes.

7    Q.    Depending on which pixel pitch is offered, is the

8    exterior material of each panel different?

9    A.    For each panel, right.

04:23PM  10   Q.    Yes.

11   A.    Basically the same.

12   Q.    So they are all made of PC plus fiberglass in the XD

13   series, correct?

14   A.    Yes.

04:23PM  15   Q.    Would there still be drivers on the back of the PCB?

16   A.    Yes.

17   Q.    What product appears in these photographs?

18   A.    Xv.

19   Q.    And is this a rental product?

04:24PM  20   A.    Yes.

21   Q.    The first page of this document shows a portion of

22   the Xv being removed from the frame, would you agree?

23   A.    Looking at this picture, the top of the picture

24   shows a -- looking at this picture, the top of the

04:24PM  25   picture shows a panel.  The bottom of this picture shows

```
  1   the frame with three other panels.
  2   Q.   Is the panel in the Xv also made out of PC plus
  3   fiberglass?
  4   A.   Yes.
04:24PM  5   Q.   It is -- is it also attached to the frame with
  6   screws?
  7   A.   Magnets.
  8   Q.   Are there any pins in the panel on the Xv that
  9   assist with alignment?
04:25PM 10   A.   Pins?  For alignment, right?
 11   Q.   Yes.
 12   A.   Yes.
 13   Q.   Do you know why the decision was made to design it
 14   this way?
04:25PM 15   A.   The weight.
 16   Q.   This is lighter, correct?
 17   A.   Yes.
 18   Q.   Inside this panel, is there a PC board?
 19   A.   Yes.
04:25PM 20   Q.   Does it have drivers on it?
 21   A.   Yes.
 22   Q.   Are they located on the side opposite the LEDs?
 23   A.   Yes.
 24   Q.   Like the XD, is the front cover in the Xv also
04:25PM 25   attached with screws?
```

1    A.    Yes.

2    Q.    Does the front cover also contain visors?

3    A.    This almost does not have them.

4    Q.    So it has it or it does not, "yes" or "no"?

04:26PM    5    A.    From our point of view, if there's a protrusion, it

6    is a visor.

7    Q.    What is underneath the front cover in the Xv?

8    A.    The same as XD.

9    Q.    A waterproofing material?

04:26PM    10    A.    Yes.

11    Q.    Around the edge of the power supply box, is there a

12    gasket?

13    A.    Yes.

14    Q.    Why is that gasket there?

04:26PM    15    A.    The purpose of that gasket is to prevent rainwater

16    from entering when it is used outdoors.

17    Q.    Is there a thermal paste or grease between the power

18    supply and the rear cover?

19    A.    Yes.

04:27PM    20    Q.    And water intrusion can cause failure as well,

21    correct?

22    A.    Yes.

23    Q.    Does the power supply box in the Xv have any vents

24    for cooling?

04:27PM    25    A.    Xv?  It is not sealed.

1   Q.   Why is it not sealed?

2   A.   Take a look at the bottom.   The silicone rubber

3   gasket is not closed.

4   Q.   So aside from that small break in the rubber gasket,

04:27PM   5   are there any openings that allow water to enter?

6   A.   And also the power port and the data port.   Mainly

7   these two.

8   Q.   So the cable connectors can allow water to enter

9   when there's no cable connected; would you agree?

04:28PM   10   A.   Yes.

11   Q.   But when the cables are connected and the power

12   supply box is closed, there's no water ingress during

13   normal operation; correct?

14   A.   It can only protect against rainwater.   It cannot be

04:28PM   15   submerged under water.

16   Q.   So this shows an Xv product with everything

17   connected, do you agree?

18   A.   Yes.

19   Q.   Could this product as it's seen here be exposed to

04:28PM   20   the weather and still operate normally?

21   A.   Exposed to the weather, yes.

22   Q.   So there's no additional cover that's needed;

23   correct?

24   A.   No other covers.

04:29PM   25   Q.   Do you know what the IP rating is of the Absen Xv?

04:30PM

04:30PM

04:30PM

04:30PM

04:31PM

```
 1    A.   If the four panels and the power supply box is all
 2    assembled, because individually none of these is
 3    waterproof, they do not protect against water or even
 4    rainwater.  When it's all assembled, the front IP rating
 5    is 65 and the back IP rating is 54.
 6    Q.   Are you aware of any Absen Xv product ever failing
 7    due to water intrusion under normal operation?
 8    A.   No.
 9    Q.   So for an IP65 test, the water must be spread from
10    all directions, correct?
11    A.   Mm-hmm.
12    Q.   Could you give me a "yes" or "no" answer?
13    A.   Yes.
14    Q.   And so if the IP65 test were performed on the rear
15    which is rated IP54, there would be water intrusion,
16    would you agree?
17    A.   It would depend on where -- from what direction the
18    water is sprayed.
19    Q.   IP65 requires the device to operate when water is
20    sprayed from all directions, would you agree?
21    A.   Yes.
22    Q.   Are you aware of the IP65 test ever being performed
23    on the rear of the Absen Xv?
24    A.   No.  I think only IP54 testing was performed.
25    Q.   Same with the XD?
```

A.   I'm not sure about XD.  I have more knowledge about Xv.

Q.   So per square meter, is this product lighter than the A series?

04:31PM  A.   I think it is lighter because when I joined the company, the A series was already -- well, they made the A series prior to my joining the company.

Q.   What product appears in these photographs?

A.   PL.

04:32PM  Q.   What material are the panels made out of in the PL product?

A.   Mainly the PC, as we discussed earlier, and also aluminum, et cetera.

Q.   That's PC fiberglass?

04:32PM  A.   Yes.

Q.   And like the Xv and the XD, there's a waterproofing material underneath, correct?

A.   Yes.

Q.   And that's silicone, right?

04:32PM  A.   Correct.

Q.   Is it applied in the same way as a liquid?

A.   Yes.

Q.   And then it hardens?

A.   Yes.

04:32PM  Q.   And underneath, there's a PCB?

|  | | |
|---|---|---|
| | 1 | A.    Yes. |
| | 2 | Q.    And the LEDs are mounted to the PCB? |
| | 3 | A.    Yes. |
| | 4 | Q.    And on the back of the PCB, are there drivers? |
| 04:32PM | 5 | A.    Yes. |
| | 6 | Q.    Does it have a gasket? |
| | 7 | A.    Yes. |
| | 8 | Q.    For water protection, correct? |
| | 9 | A.    Protect?  Protects against rainwater from entering. |
| 04:33PM | 10 | Q.    And there's a power supply box attached to the back |
| | 11 | of the frame; correct? |
| | 12 | A.    Yes. |
| | 13 | Q.    Does the power supply box in the PL have a gasket? |
| | 14 | A.    No.  It's on the frame. |
| 04:33PM | 15 | Q.    There's no slit in this gasket, would you agree? |
| | 16 | A.    It does.  It's also located at the bottom.  If you |
| | 17 | look closely, you can find it. |
| | 18 | Q.    Can you please get your pen and indicate that slit |
| | 19 | with an arrow? |
| 04:33PM | 20 | A.    Let me find a clearer picture. |
| | 21 | Q.    Right in the middle of the bottom? |
| | 22 | A.    Yes. |
| | 23 | Q.    Is there a thermal grease between this power supply |
| | 24 | and the back of the power supply box? |
| 04:34PM | 25 | A.    Yes. |

| | | |
|---|---|---|
| | 1 | Q.   Do you know the IP rating for the PL product? |
| | 2 | A.   I remember it is the same as Xv. |
| | 3 | Q.   IP65 front, IP54 rear? |
| | 4 | A.   Yes. |
| 04:34PM | 5 | Q.   Are you aware of an IP65 test ever being performed |
| | 6 | on the PL product? |
| | 7 | A.   Our company would always perform such, but I -- I |
| | 8 | have not observed that. |
| | 9 | Q.   The power supplies in all versions of the PL accept |
| 04:34PM | 10 | AC power, would you agree? |
| | 11 | A.   Yes. |
| | 12 | Q.   And they output DD power at a lower voltage, |
| | 13 | correct? |
| | 14 | A.   Correct. |
| 04:34PM | 15 | Q.   And under those front covers on each model of the PL |
| | 16 | is a silicone material for waterproofing, correct? |
| | 17 | A.   With respect to the outdoor models, that's true. |
| | 18 | Q.   And underneath that is a printed circuit board? |
| | 19 | A.   Yes. |
| 04:34PM | 20 | Q.   And regardless of which model of the PL, there are |
| | 21 | always drivers on the back of the printed circuit board, |
| | 22 | correct? |
| | 23 | A.   Yes. |
| | 24 | Q.   And inside the panel on both the X3v and X5v is a |
| 04:35PM | 25 | printed circuit board, correct? |

```
 1    A.   Yes.
 2    Q.   And the printed circuit board has drivers on the
 3    back?
 4    A.   Yes.
 5    Q.   On both?
 6    A.   Yes.
 7    Q.   What is shown on this page?
 8    A.   Panel.
 9    Q.   A panel for the A7?
10    A.   Yes.
11    Q.   Do you know if there was a cover that went over this
12    panel for the A7?
13    A.   Yes.
14    Q.   The panel like this couldn't be exposed to the
15    weather, correct?
16    A.   Correct.
17    Q.   The panel was mounted in a larger cabinet?
18    A.   The panel was mounted on a four-in-one frame.
19    Q.   Do you know what material that frame was made out
20    of?
21    A.   Aluminum.
22    Q.   Are there any openings in that frame, aside from
23    cable openings?
24         THE INTERPRETER:  The interpreter needs
25    clarification.
```

A.   This is a pretty old product.  I think the structure
is different.  There are openings for indication lights.
And also on the right-hand side and the left-hand side,
there are connector openings for the electrical wire,
04:37PM  electrical cable, and the data cable.
Q.   To your knowledge, does the frame in this product
provide weather protection?
A.   Yes, it does.
Q.   Does Absen consider its current products superior to
04:37PM  the A7?
A.   I think, with respect to our current products,
they're easier to be maintained.  And I think they are a
lot lighter than the previous products.
         THE COURT:  Does that complete this witness by
04:37PM  deposition?
         MR. FABRICANT:  Yes, does it, your Honor.
         THE COURT:  Call your next witness.
         MR. SHEA:  Plaintiff calls by its 2018
deposition Bai Shao, Engineering Manager at Absen.
04:38PM  Plaintiff runtime, 4 minutes; defendant runtime, 23
seconds.
         THE COURT:  Please proceed with this witness by
deposition.
              BAI SHAO (via deposition),
04:38PM  having been first duly sworn, testified via deposition

```
 1  as follows:
 2                    EXAMINATION
 3  Q.   What's your job title?
 4  A.   Manager of engineering solutions.
 5  Q.   How long have you held that title?
 6  A.   Five to six months.
 7  Q.   What was your job title prior to that?
 8  A.   Lead engineer.
 9  Q.   What are your current job responsibilities?
10  A.   Including product design and the customer support.
11  Q.   Who do you report to?
12  A.   Allen Lu.  He used to be CEO, and currently he's the
13  CERO.
14            THE WITNESS:  No.  CRO.
15  A.   CRO.
16  Q.   What outdoor products, outdoor LED products does
17  Absen sell in the U.S.?
18  A.   You mean currently or previously?
19  Q.   Let's start with currently.
20  A.   PL for outdoors, Xv, XD, AT.  That's just about
21  these four different series.
22  Q.   What's the full legal name of the entity you work --
23  where you work?
24  A.   My employer's name is Absen, Inc.
25  Q.   Is it located in Orlando?
```

04:38PM  5
04:38PM  10
04:39PM  15
04:39PM  20
04:39PM  25

1   A.   Yes, it is in Orlando.

2   Q.   And how many employees?

3   A.   50 to 60.

4   Q.   When is the first time you became aware of

5   Ultravision?

04:40PM

6   A.   In '17.

7   Q.   Can you be more specific?

8   A.   In the later part of the year.

9   Q.   So when a customer purchases a product, it receives

10  manuals electronically?

04:40PM

11  A.   If they ask for it, we will send that.

12  Q.   What kind of manuals?

13  A.   The manual is in English on how to use a product.

14  Q.   And how to install a product?

15  A.   Should be in that too.

04:40PM

16  Q.   And when Absen sells to an integrator like

17  NanoLumens, NanoLumens handles the installation or does

18  another entity handle installation?

19  A.   Depending on the customer, some customers would

20  do -- look for companies to do the installation for

04:41PM

21  them.  Some would do their own installation.  Some would

22  contact our sales for support.

23  Q.   It says on Exhibit 7, if you take a look -- it says

24  on the bottom of the chart, "Total:  2 years' warranty."

25  Are you familiar with the warranty that Absen provides

04:41PM

```
      1   to NanoLumens?

      2   A.   All our products sold in the U.S. will have two-year

      3   limited warranty.

      4   Q.   What does --

04:41PM   5   A.   Limited warranty.

      6   Q.   What does that entail?

      7   A.   In case of any product quality issues, Absen would

      8   be responsible for repairing.

      9   Q.   What is the markup for the PL product?

04:42PM  10   A.   PL will have several product under PL, and it's

     11   roughly around 40, 50 percent also.

     12   Q.   After discount?

     13   A.   Yes, after discount.

     14   Q.   So 40 or 50 percent markup after discount.  What

04:42PM  15   about prior to discount?

     16   A.   60, 70 percent.

     17            THE COURT:  Does that complete this witness by

     18   deposition?

     19            MR. FABRICANT:  Yes, it does, your Honor.

04:42PM  20            THE COURT:  All right.  Plaintiff, call your

     21   next witness.

     22            MR. LAMBRIANAKOS:  Your Honor, plaintiff calls

     23   Mr. Thomas Credelle.

     24            THE COURT:  All right.  Mr. Credelle, if you'll

04:43PM  25   come forward to be sworn, please.
```

1                    (Whereupon, the witness was duly sworn.)

2              THE COURT:  Please come around, sir.  Have a

3    seat at the witness stand.

4              Are there witness binders to distribute with

04:43PM    5    this witness, Mr. Lambrianakos?

6              MR. LAMBRIANAKOS:  Yes, your Honor.

7              THE COURT:  Let's get them distributed, please.

8              All right.  Counsel, you may proceed with

9    direct examination of the witness.

04:44PM   10              MR. LAMBRIANAKOS:  Thank you, your Honor.

11                    THOMAS CREDELLE,

12   having been first duly sworn, testified as follows:

13                    DIRECT EXAMINATION

14   BY MR. LAMBRIANAKOS:

04:44PM   15   Q.   Good afternoon, Mr. Credelle.

16   A.   Good afternoon.

17   Q.   Would you please introduce yourself to the jury.

18   A.   Yes.  My name is Tom Credelle.

19   Q.   Can you tell us a little bit more about yourself,

04:45PM   20   sir?

21   A.   Yes.  I live in Powell Butte, Oregon.  It's a small

22   town, might be even smaller than Marshall, and I have a

23   lovely wife of 40 years.  We celebrated our 40th this

24   past year, waiting to take our trip after COVID.

04:45PM   25              I have two sons.  I have two granddaughters.

1    One is only eight weeks old.

2              THE COURT:  Feel free to pour yourself some

3    water if you'd like to, Mr. Credelle.

4              THE WITNESS:  Thank you.

04:45PM    5              THE COURT:  Go ahead, counsel.

6    Q.    Mr. Credelle, how are you connected with this case?

7    A.    I was retained by Ultravision to provide expert

8    opinions on the infringement and validity of several

9    patents.

04:45PM   10    Q.    Are you being compensated for your work in this

11    case?

12    A.    Yes.  I'm being compensated at my standard rate of

13    $400 per hour plus expenses.  The outcome of this trial

14    doesn't affect my compensation.

04:46PM   15    Q.    What are you going to testify about today?

16    A.    Today I'm going to testify about infringement of

17    several Absen products of three patents that I'll

18    discuss.

19    Q.    Did you prepare a slide presentation to assist you

04:46PM   20    in presenting your testimony here today?

21    A.    Yes, I did.

22    Q.    Could you please tell the jury what your

23    qualifications are?

24    A.    Yes.  Actually, this slide is almost out of date.

04:46PM   25    In one year I'll have 50 years' experience, I hate to

1   say.  But I've been in the display industry in research

2   and development and engineering for all of my career.

3   I've seen it progress from small wristwatch LCD displays

4   all the way up to the giant TVs we see and even the

04:47PM   5   billboards screens we see on the highway.

6            The focus has been on flat screens, on the

7   electronics and the optics that go with those flat

8   screens, the materials, the testing.  I've done a lot of

9   it testing.

04:47PM   10   Currently I own my own business.  It's a patent

11   and business consulting firm, so I advise companies on

12   maybe new technologies they want to adopt in their

13   products and also do this kind of patent litigation

14   support.

04:47PM   15   Q.   Have you received any patents yourself?

16   A.   Yes.  Over my career, I have received over 80 U.S.

17   patents, mostly in flat panel displays but also in some

18   related electronics and materials.

19   Q.   What's your educational background?

04:47PM   20   A.   I received my bachelor of science degree in

21   engineering from Drexel University from Philadelphia in

22   1969 and my master's degree also in electrical

23   engineering from MIT in 1970.

24            THE COURT:  Mr. Credelle, pull the microphone a

04:48PM   25   little closer please.

1        THE WITNESS:  Okay.

2        THE COURT:  Thank you.  Please continue,

3  counsel.

4  Q.   What type of technology did you concentrate on

04:48PM  5  during your university studies?

6  A.   The broad category is electrical engineering, but my

7  emphasis was on solid-state physics and materials and

8  optics.  So kind of a subset of electronics, but very

9  relevant to flat-panel displays.

04:48PM  10  Q.   After you graduated, what did you do?

11  A.   The first company I was hired by was a company

12  called RCA, and I worked in their central research lab

13  in Princeton, New Jersey.  Some of you may know RCA as

14  the inventor of color television.  Maybe not on this

04:48PM  15  jury.  You're all fairly young, but maybe your

16  grandparents and parents know that RCA name.

17  Q.   What does RCA stand for?

18  A.   Actually it stands for Radio Corporation of America,

19  later changed to RCA as they expanded their products.

04:49PM  20  But, as I say, best known for color television.

21  Q.   What kind of work did you do at RCA's lab?

22  A.   RCA has a research lab, and so I was hired to

23  research new products for RCA, whatever they might be.

24  They were in a lot of different areas.  But after about

04:49PM  25  a year at RCA doing various research projects, I was

1    asked to join a brand-new project to develop

2    hang-on-the-wall television is what we called it, a flat

3    panel screen instead of the big, bulky boxes that we

4    had.  That was a dream of the chairman of RCA, and I

04:49PM   5    joined that group and stuck with it my whole career.

6    Q.    What did you do next after RCA labs?

7    A.    At RCA I eventually became the management group

8    doing liquid-crystal display research.  Some may be --

9    this is before we had flat screens in any products.  RCA

04:49PM  10    was acquired by General Electric in the mid-'80s, and

11    they were working on liquid-crystal displays also but

12    for avionic applications like airplane cockpits, and I

13    was given the opportunity to run that group and help

14    commercialize that technology for cockpits.

04:50PM  15          To do that, we had to take the basic LCD

16    displays and ruggedize them so they would work in

17    fighter jets, which was a very wide temperature range

18    and humidity range.  We were very proud of our efforts

19    there.  We made the first color LCD with a million

04:50PM  20    pixels.  Doesn't sound like much today, but then it was

21    quite an achievement.

22    Q.    What did you do after GE?

23    A.    So after GE, they decided to sell that business to a

24    French company.  Those flat screens are still flying in

04:50PM  25    airplanes, by the way.  If you look in a cockpit, you'll

1    see a lot of flat screens.

2         There was a small computer company in

3    California called Apple that was looking for somebody

4    that could help them integrate new LCD technology into

04:50PM  5    their products, specifically the first notebooks.  So

6    this was in the early '90s.

7    Q.   What were your duties at Apple with respect to those

8    notebook displays?

9    A.   So myself and my group were responsible to interact

04:51PM  10   with suppliers -- they were actually mostly in Asia --

11   to specify and modify the LCDs that would work with

12   Apple's products.  That involved a lot of testing and

13   modifications of light sources and optics.  At the end

14   of that, though, we had a product that would work well

04:51PM  15   in an Apple computer, and then we introduced the first

16   notebook computers in the early '90s.

17   Q.   What did you do after Apple?

18   A.   Well, after Apple, it's a long story why I left.  I

19   won't go into it, but at the time it wasn't a very

04:51PM  20   healthy company, believe it or not.  I joined a company,

21   Motorola, and Motorola's most known for their cell

22   phones.  They were also looking at advancing display

23   technology for cell phones and other products.  So cell

24   phones in those days were usually maybe a two-inch

04:51PM  25   screen, and they wanted to expand that; they wanted to

1 have more brightness, so we were investigating organic

2 LED materials for cell phones and other flat panel

3 technologies that could be used even for television.

4 Q.    Did you work for anyone else after Motorola?

04:52PM  5 A.    So after Motorola, I've now spent about 20 or 25

6 years in big company developments, and I wanted to work

7 in sort of a smaller team environment, so I joined a

8 company called Alien Technology.  Alien was developing

9 micropackaging that could take LEDs and put them onto a

04:52PM  10 surface and make a large screen display.  Seemed very

11 fascinating to me, and there's still some of that

12 technology development still going on.

13      I worked with a company called Display

14 Engineering.  Display Engineering was looking at trying

04:52PM  15 to make outdoor signage but using LCD technology.  So

16 the trick there was to take an existing television set

17 and beef up the brightness.  It changes all the LEDs,

18 put in new thermal heat sinks to manage the heat, and

19 then package it in such a way that it could work

04:53PM  20 outdoors.  So we developed those kinds of products at

21 Display Engineering.

22      I'd also like to point out that some other

23 companies I worked, Innova Dynamics in particular, we

24 were developing new materials for touch sensors, but my

04:53PM  25 responsibility was to test.  So we had to test all the

1   new materials and make sure they meet customer specs.  I

2   had a lot of chance over my career to work with

3   companies in Asia who were suppliers and customers

4   Q.   Tell us about your consulting work.

04:53PM   5   A.   Yes.  As I mentioned earlier, my consulting has been

6   in a couple areas.  I have enough experience to help a

7   company who maybe wants to get involved with a new

8   product, they need a new color screen or needed some

9   help understanding what the properties should be.

04:53PM   10          But more recently, especially since I moved

11  out of Silicon Valley, most of my effort has been to

12  support patent litigation, writing expert reports, doing

13  depositions, and that's the reason why I'm here today.

14          MR. LAMBRIANAKOS:  Your Honor, at this time,

04:54PM   15  Plaintiff offers Mr. Thomas Credelle as an expert in LED

16  display technology.

17          THE COURT:  Is there objection?

18          MR. McCARTHY:  No objection, your Honor.

19          THE COURT:  Then without objection, the Court

04:54PM   20  will recognize this witness as an expert in that

21  designated field.  Please continue.

22  Q.   Mr. Credelle, what materials have you considered in

23  preparation for your testimony on infringement?

24  A.   Well, it's a pretty long list.  It starts with the

04:54PM   25  patents.  Obviously the patents are an important

1    element.  In this case, there are three patents that

2    I'll be talking about.  They are called the '782, the

3    '294 and the '904.

4              Part of the materials that I read besides

04:54PM  5    those patents is what's called the prosecution history.

6    Q.   Mr. Credelle, what is the prosecution history?

7    A.   So you may remember, in your opening instructions,

8    Judge Gilstrap mentioned a prosecution history.  It's

9    kind of a record of the discussions between an inventor

04:55PM  10   and the patent office.

11             When you file for an invention, you have to

12   tell the patent office about some prior art that might

13   exist; and during this discourse, the patent examiner

14   may cite some prior art and you have a chance to respond

04:55PM  15   to them.  This process can go back and forth for a long

16   time.

17             Finally, if the patent issues, the claims may

18   be modified, but in the end, those claims are now

19   ascertained as being good claims and the patent is

04:55PM  20   issued.

21   Q.   Were you able to inspect physical samples of Absen's

22   products?

23   A.   Yes.  Part of my process and an important part of my

24   process was actually to look at the hardware.  When

04:55PM  25   you're looking for infringement, you have to see how

1   does the claim match the device.  So I was provided by

2   Absen various models of LED signs shipped to me so I

3   could evaluate them, take them apart, take pictures,

4   look at all the components and materials.  That was a

04:56PM   5   big part of my effort.

6   Q.   Do you see any of the products in the courtroom that

7   you inspected in this case?

8   A.   Yes.  We'll look at these more in detail later, but

9   on the rack over there are a couple samples of signs,

04:56PM   10   and I'm going to use those to help you kind of

11   understand maybe how they really work and what's

12   involved in the parts that are in them, which maybe it

13   will help give you some context to my analysis that I'll

14   talk about a little bit later.

04:56PM   15   Q.   Did you confirm that the products here in the

16   courtroom are the same products that you inspected?

17   A.   Actually, almost.  The one taller unit on the left

18   is the same model as the type that I inspected, but this

19   one happens to have some damage on it.  Fortunately, the

04:56PM   20   one that I was inspecting personally was a more complete

21   unit that didn't have as much damage, but it's basically

22   the same idea.

23   Q.   Did you perform any testing on the Absen products

24   that were provided to you?

04:57PM   25   A.   Yes.  As I'll discuss later, one of the tests I was

1  able to do on one of the representative products from

2  Absen is to try to understand what the water-resistance

3  capability of the panel would be.

4           As you heard already from the witnesses by

04:57PM  5  video, these panels are rated different IP ratings.

6  I'll explain what that means in more detail, but a

7  certain water resistance for the enclosure.

8           Sometimes they don't do the test at all levels,

9  as you heard, so one of my jobs is to really understand

04:57PM  10  can these devices have even a better capability than

11  they advertise in their brochure.  So I did that water

12  testing on the so-called AT model.

13  Q.   What type of written materials did you review about

14  the Absen products?

04:57PM  15  A.   So Absen provided quite a bit of material:  As I

16  said, specifications, manuals, marketing materials.  I

17  was able to look at what I'll call public information

18  from the Web, different spec sheets and photographs of

19  their products.  So a whole raft of materials.

04:58PM  20  Q.   Did you review any testimony in the case?

21  A.   I did.  There were depositions and a lot of

22  testimony previously from different witnesses.  I read

23  those, read those transcripts to understand what they

24  have said about these products and some features.

04:58PM  25  Q.   Did you review the opinions of Absen's experts prior

1  to trial?

2  A.   Yes.  I've reviewed, obviously read their reports,

3  listened to their depositions, and helped me understand

4  and form my opinion about what I'll discuss today.

04:58PM  5  Q.   Did you consider anything else in connection with

6  your opinions?

7  A.   Well, in connection with my opinions, one of the

8  important -- what's very important is to be able to

9  match the claims of a patent to an actual product.

04:59PM  10  Sometimes the Court will construe certain words that may

11  have sort of a fuzzy meaning or might be not quite sure

12  do they mean this or this.

13             As Judge Gilstrap mentioned, it's called

14  court construction, and where there has been a

04:59PM  15  construction, I will use those definitions, if you will,

16  in my analysis.

17  Q.   What tests did you apply in your infringement

18  analysis to determine the infringement by each product?

19  A.   So the process I use, and I think most people who

04:59PM  20  are in my position do use, is to -- infringement is

21  really a two-step analysis.

22  Q.   What is the first step of the infringement analysis?

23  A.   Well, as I mentioned, the first step is to look at

24  how the claims -- what are the meaning of the claims.

05:00PM  25  So if the Court has construed a meaning, then I use

1    those court constructions.  If the Court hasn't, if

2    there is so-called plain and ordinary meaning of a word

3    or of a phrase, I will use that in my analysis.

4    Q.   And what is the second step of the infringement

05:00PM    5    analysis?

6    A.   The second step would then be to go through the

7    claims that are asserted against Absen in this case step

8    by step and look for each element of the claim in the

9    product.  And I'll show you my process as we go through

05:00PM   10    this afternoon.

11    Q.   What did you mean by "a person of ordinary skill in

12    the art"?

13    A.   A term used often, at least in my business and in

14    analyzing patents, there's a term called "person of

05:00PM   15    ordinary skill in the art."  So what does that mean?  It

16    means it's a person who has the skills in a particular

17    field -- in this case, let's say LED displays -- a

18    person who has some basic background related to that

19    field.

05:01PM   20              So you consider factors such as education

21    and job experience in trying to understand what a person

22    of skill in the art would have, and it has to apply when

23    the invention takes place, so in this case around 2014.

24              You say what would an engineer know in 2014 in

05:01PM   25    this case, not what he knows today, but what would he

1   know in 2014 to understand whether an invention was

2   novel or not, for example.

3   Q.   Do you have an opinion regarding who a person of

4   ordinary skill in the art would be in this case?

05:01PM   5   A.   I do.  A person of ordinary skill in the art,

6   sometimes it's referred to as POSITA, would have a

7   bachelor's degree in electrical engineering or

8   mechanical engineering or some equivalent field;

9   probably two to three years of experience in designing

05:02PM   10   outdoor LED-based displays or fixtures; or some advanced

11   education or experience that could trade off for not

12   having three years but have enough knowledge to be able

13   to be -- to have the knowledge to make an assessment

14   about a patent or a claim.

05:02PM   15   Q.   Have you reviewed Absen's expert's opinion regarding

16   the level of skill of a person of ordinary skill in the

17   art?

18   A.   Yes, I have.  I noted in Mr. Ward's report that he

19   didn't have an opinion about what a person of skill in

05:02PM   20   the art, what education he would have, so I assume he

21   doesn't dispute my definition.

22          Mr. Flasck, one of the other experts, has also

23   had an opinion, and his and mine are very similar in

24   this case.

05:02PM   25   Q.   Would your opinions change if you were to adopt

1    Mr. Flasck's level of ordinary skill?

2    A.    No, they would not.

3    Q.    What would you say is the second step of the

4    infringement analysis?

05:02PM 5    A.    So the second step is the comparison of the

6    construed claim, element by element, to the accused

7    product.

8    Q.    How do you compare the construed claims of a patent

9    to the accused devices or processes?

05:03PM 10    A.    So there's two types of claims, what's called an

11    apparatus claim, and two of the patents we'll discuss

12    this afternoon are in that category.  We look at every

13    element described in the claim and compare that to the

14    product.

05:03PM 15    Q.    What about for a method claim?

16    A.    So a method claim is kind of like a recipe on how to

17    do something, a process.  So in that case, I would

18    compare every step of the claim -- I would say every

19    step of the claim must be practiced or performed by the

05:03PM 20    infringing product.  So...

21    Q.    Does every element of the claims have to be in the

22    accused product or process to have infringement?

23    A.    Yes.  One of the rules is that, if there are ten

24    parts of a patent claim and you only see nine of them in

05:04PM 25    the product, then it doesn't infringe.  All elements

1    have to be present.  So I have to look for every element

2    in the product as I go through my analysis.

3    Q.   What types of claims are at issue in this case?

4    A.   As I mentioned, there are -- oh, I'm sorry.  What

05:04PM   5    types of -- I'm sorry.

6    Q.   What types of claims are at issue in this case?

7    A.   Claims, yes.

8              So there are two types of claims.  Again, I

9    think Judge Gilstrap explained this on Thursday.

05:04PM   10   There's an independent claim which stands by itself.

11   You look at them step by step by step.  If all the

12   elements are in that claim, then it infringes.

13             There's also what's called a dependent claim,

14   and that adds an additional element to that maybe first

05:04PM   15   independent claim.  We have an example of that in this

16   case for the '782 Patent.  So it's called dependent

17   because the new feature has to be in the product but

18   also all the features of the first patent claim.

19   Q.   Mr. Credelle, would you please explain to the jury

05:05PM   20   the parts of a U.S. patent?

21   A.   Sure.  This is a picture of the front page of a

22   patent.  This is in your jury notebooks, I believe,

23   PTX-002.  This is the '782 Patent, which actually has a

24   full number of 9,916,782; we refer to it as the '782

05:05PM   25   Patent.  This particular patent has a title of:  Modular

1    Display Panel.  It was issued March 13th, 2018.  The

2    inventor is Mr. Hall, who you heard this morning.  It

3    also shows the filing date.  That's some of the

4    information on the front page that you can see.

05:06PM    5    Q.    What is the abstract of a patent?

6    A.    So also on the front page, you find an abstract.  It

7    is exactly what you might think that is.  It's a

8    one-paragraph summary of the key elements of the

9    invention.  It isn't the claims, really, but it tells

05:06PM   10    you what this is about.  So this would talk about it has

11    to do with modular displays and some elements of what

12    was new about this particular invention.

13    Q.    What is the "References Cited" section on the front

14    page?

05:06PM   15    A.    So on the front page, and sometimes it continues on

16    multiple pages, is a list of all the prior art

17    references that the examiner, the patent examiner, can

18    consider when he is trying to decide if this is a novel

19    idea or not.  So in this case, it starts on Page 1, and

05:06PM   20    you can see a couple U.S. patents.

21            And in this case, there's a very long list of

22    additional references that were available to the

23    examiner, and this is helpful for the examiner because

24    he may not be an expert in LED signs.  So he now has a

05:06PM   25    head start on looking at prior art to consider to

1    whether this idea is novel and deserves a patent.

2    Q.    What is the next section of the patent?

3    A.    The next section of the U.S. patents is typically

4    the figures.  There can be anywhere between one and, I

05:07PM    5    think -- maybe there's no limit.  This particular patent

6    has 64 sheets.  I think it's 40 figures that are used.

7              The figures are just examples or

8    illustrations of what the concept is meant to describe.

9    They are not -- you can't build the product from these

05:07PM    10    figures, but they should be illustrative.  Sometimes

11    there's more than one embodiment.  There may be

12    different ways to make a product, so they will have all

13    of these in figures.

14    Q.    What's next in the patent?

05:07PM    15    A.    So the next part is called the specification.  It

16    usually starts in the background.  So the inventor will

17    write a background of maybe what's happened in the

18    industry up to this point, and they want to set the

19    stage for why their invention is new.

05:08PM    20              So there's a background section and maybe

21    some figures to illustrate some older technology, and we

22    try to compare that with the new invention.

23              Then there's a summary, so there's a quick

24    summary.  Again, it's a little more detailed than the

05:08PM    25    abstract.  All the figures, however many there are,

1   there are some descriptions, one or two sentences about

2   each figure.

3           And then there's a -- the text portion is a

4   detailed description of the embodiments.  It can be

05:08PM   5   1 page or 50 pages, but it tries to describe in detail

6   what is the patent, and then examples of what -- how you

7   might make the product.

8   Q.   What's the final section of the patent?

9   A.   Well, the final section, and it really is the most

05:08PM   10   important section; after all of the figures and

11   summaries and specification, certain claims are allowed

12   by the patent office, and these claims are what

13   determine infringement or not.  It may be different than

14   what's in the specification or it may be different than

05:09PM   15   what's in the figure, but it is the claims that matter.

16           So this is -- on the screen now is Claim 1 and

17   Claim 9.  Just as an example, 1 is an independent claim

18   and 9 is a dependent claim.  This particular patent -- I

19   think they are on the last couple pages of your patent

05:09PM   20   in your books -- has maybe, I think, 15 or 20 claims.

21   So you may have patents with only one claim or could be

22   a hundred.

23   Q.   Would you explain again the distinction between an

24   independent and a dependent claim.

05:09PM   25   A.   Yes.  This is just for clarification, because I'm

1    going to be talking about Claim 9, the infringement of

2    the '782.  So that's a dependent claim, and standing by

3    itself, it doesn't mean much.  It just says, "A

4    thermally conductive material comprising plastic," but

05:10PM   5    the important part is the panel of Claim 1.

6               So Claim 1 is independent.  It has a bunch

7    of elements, and we're going to go through these, and

8    then adds the feature of Claim 1.  So independent claim

9    and dependent claim.

05:10PM   10   Q.   What is the next portion of your testimony, sir?

11   A.   So now we're going to get into the patent analysis,

12   but I'm going to start with a family of patents.  We'll

13   it a family.  There's two patents that are similar in

14   nature, the '782 and the '294.  I'm going to start with

05:10PM   15   a little technology background to sort of set the stage.

16   I'm going to talk about the invention of the '782

17   Patents, and then I will do my infringement analysis.

18   Q.   What can you tell the jury about the evolution of

19   electronic signs?

05:10PM   20   A.   Well, it's pretty fascinating, but the first

21   electronic signs for doing video -- I'm not talking

22   about gas station signs, but ones that can do

23   pictures -- was in the early '80s.  I think Sony was the

24   one who did it first.  Called it the Jumbotron.  You

05:11PM   25   actually used little vacuum tubes for every colored dot.

1        So it was a very coarse resolution, but they

2   had these little tubes, and each tube was a red dot or a

3   green dot or a blue dot; and with the right electronics

4   and miles of wires, you could make a picture.  Very

05:11PM   5   impressive.

6        This is a picture of a Jumbotron in

7   Times Square that was back around the '80s.  Very

8   expensive, very high maintenance.

9        Fortunately, as time went on, LED technology

05:11PM   10   became more perfected.

11   Q.   When did the first generation of LED displays become

12   available?

13   A.   So around the '90s, due to advancements in LEDs,

14   particularly the blue color, there was a set of red,

05:12PM   15   green, and blue LEDs that you could put into an

16   electronic sign, a lot easier to use than -- we had

17   these very big tubes, and now we have these little,

18   small LEDs that could be mounted on a printer and then

19   powered with a power supply and put into a frame.

05:12PM   20        And so that became kind of the -- the

21   expansion of the market started happening when LEDs

22   became practical; and their efficiency got better, so

23   the power, they weren't so hot.  But still, they were

24   pretty crude.  The signs were pretty crude.  They still

05:12PM   25   had big boxes and cabinets, but now we started seeing

1  more signs in places like Times Square and casinos that

2  had LEDs.

3  Q.   So what came next in the evolution?

4  A.   So, you know, going forward a few years in the early

05:12PM  5  2000s time frame, LEDs became even more efficient,

6  brighter, cheaper.  So the market started to expand.

7  And I think once advertisers realized that they could

8  create billboard signs and outdoor advertisements that

9  they could change the content, it really exploded.

05:13PM  10          So the market has grown from these huge,

11  expensive single things to now you see them everywhere

12  when you drive down the highway or go to a sporting

13  event or a rock concert, you'll see LEDs.

14  Q.   You mentioned cabinet.  Is this what you were

05:13PM  15  referring to?

16  A.   Yes.  So we've heard a lot about cabinets and we'll

17  hear more about cabinets, but most of these first- and

18  second-generation products were built-in cabinets.

19  After all, these are electronic devices, and mostly you

05:13PM  20  don't want to put them out in the rain, so they have to

21  be protected if they are going to last because

22  electronic signs are meant to be up there on the

23  billboard for years.

24          So the solution in the industry was to take all

05:14PM  25  these components, these LEDs and circuits and power

1   supplies and put them into a box.  What's shown here is

2   a typical cabinet.  It's about maybe three feet by three

3   feet, and some are bigger, some are smaller.  And if you

4   open the door in the back, you'll see a lot of green

05:14PM   5   boards.  Those are printed circuit boards.  Each one of

6   those has a bunch of LEDs mounted on the other side, the

7   side that you look at, and a bunch of wires and some

8   power supplies and a fan or two, because once you close

9   the door on this, it's like an oven.

05:14PM   10   You will have a lot of hot components inside.

11   It gets hot.  And electronics don't like to work when

12   they are so hot.  It can lead to failures.  So cooling

13   became a big issue, and as Mr. Hall mentioned this

14   morning, maintenance became a big issue.  Climbing up on

05:14PM   15   those billboards and trying to get at these components

16   was a real challenge.

17   Q.   What's the next area of your testimony today?

18   A.   So now I would like to summarize, in my words, the

19   '782 Patent family.  You heard the inventor this

05:15PM   20   morning, but I'll tell you what I think are the main

21   components.

22   Q.   What is the invention, in your words, of the '782

23   Patent family?

24   A.   Well, first and foremost, it's a modular display

05:15PM   25   panel.

1    Q.   How did the Court construe the term "modular display

2    panel"?

3    A.   So the Court has construed "modular display panel"

4    to mean an interchangeable display panel for a

05:15PM    5    multichannel modular display configured for use without

6    a cabinet, like I just showed you.

7    Q.   What does it mean for a display panel to be modular

8    in the patents?

9    A.   So to be modular, I want to focus on and kind of

05:15PM   10    break down this sentence.  Interchangeable is a key

11    part.  As Mr. Hall mentioned, you want to be able to

12    take one unit out, put a new one in; you want to be able

13    to rapidly configure.  So interchangeable parts is a key

14    part of this modular display panel.

05:16PM   15         It has to be attachable to other modular

16    display panels so we can make a giant sign.  So it needs

17    to have some way to make a multipanel, so "multi"

18    meaning many.

19         In the context of these patents, it's

05:16PM   20    configured for use without a cabinet.  So we'll talk

21    about that in a second.

22    Q.   What is a cabinet, as that term is used in the

23    '782 Patent family?

24    A.   So the term "cabinet" has also been construed to

05:16PM   25    mean an enclosure separate from the LED panels to

1    protect the LED panels from the environment, including

2    water.

3    Q.   What are the components that make up a modular

4    display panel in the patent family?

05:16PM   5    A.   So there's a list.  There's a list of components,

6    and we'll be talking about these as I go through the

7    claim elements.  We've heard about some of these

8    already, and I have a sample I'll show you again.  But

9    there's a plastic housing or a casing; that's part of

05:17PM   10   these patented ideas.

11          There's one or more LED boards with drivers so

12   you could put a picture on the LEDs.  They are mounted

13   in the housing.

14          There is a receiver circuit which takes data

05:17PM   15   from a source like a computer or a video source; a power

16   supply to drive the LED.  Since these are outdoor

17   products, there are sealants and various louvers to

18   allow it to work outdoors.

19              Because there are no fans in many of

05:17PM   20   these devices, you want to get the heat out of that box.

21   You have to have special thermal materials to get the

22   heat out of the box.

23          And you want to make it waterproof and not the

24   bulky cabinets of the previous generation.

05:17PM   25              That's a picture on the screen of one of these

1    units.

2    Q.    Mr. Credelle, do you have a device there that you

3    could use to show the jury?

4    A.    I do.

05:18PM  5    Q.    That's PTX-806.

6    A.    So this is a modular display panel similar to the

7    ones that Mr. Hall showed earlier.  The LED is where the

8    picture is, and the back side where all the magic

9    happens.  This is where all the electronics and power

05:18PM  10   and everything gets organized.  So this is a standing

11   picture.  This is a plastic housing.  It's very

12   lightweight compared to the old style systems.  And

13   all --

14   Q.    Mr. Credelle --

05:18PM  15   A.    Oh, sorry.

16   Q.    Is there any requirement that the housing be any

17   particular size in the '782 Patent family?

18   A.    No, there's no size -- no size requirement.

19   Q.    So looking at the demonstrative that you have in

05:19PM  20   your hands, could you point out specifically the housing

21   and let the jury know what the material is of the

22   housing?

23   A.    Yes.  So this is the -- this section here is the

24   housing.  It's holding the printed circuit board.  You

05:19PM  25   can see it on the back side.  There's also some

1    attachment points on this housing, but that's a typical

2    housing for this particular unit, which is, I think,

3    one feet by two feet, just as a size reference.

4    Q.   What can we see from the front of the panel?

05:19PM  5    A.   I'll try and talk into the microphone as I hold this

6    up.  On the front you can see an array of little white

7    squares.  Those are the LED packages.  And inside each

8    one of those little squares are three LEDs mounted into

9    a little chip.  So you'll see this whole array of LEDs,

05:19PM  10    and --

11    Q.   And what else can you see from the front of the

12    panel besides the LEDs?

13    A.   So also, if you were up close enough to this, you

14    can't really see it from there, but there's a plastic

05:20PM  15    mesh that goes on top of the LEDs.  That's to protect

16    the LEDs partly from damage and handling but also the

17    little louvers stick out like a visor; and on a really

18    sunny day when the sun is coming down, it actually helps

19    the visibility of the picture.  That's on top of the

05:20PM  20    LEDs.

21           And also, in the case of outdoor LEDs, there is

22    a silicone sealant around the LEDs to help keep water

23    out of that section.

24    Q.   And what does the waterproofing that you mentioned

05:20PM  25    sit on top of?

1 A.   So great question.  So these LEDs have to be mounted

2 to something and that something is a printed circuit

3 board.  I think maybe you saw in the deposition -- the

4 video depositions mentioning the printed circuit boards.

05:20PM 5        So a printed circuit board is an electronic

6 component that has circuitry attached to it.  If you

7 opened up your laptop computer, there would be circuit

8 boards inside holding all the microprocessors and memory

9 chips.

05:21PM 10       In this case the printed circuit board has the

11 LEDs on the front side, and if we could open this up on

12 the back side, you'd see the microchips.

13 Q.   What are some of the internal components of the

14 modular display panel?

05:21PM 15 A.   So inside this box -- I should take the back off --

16 there are additional components.  I'll start with the --

17 what's called, in the industry, a receiver card.  It's

18 basically taking data from a computer or a video camera

19 or whatever the source is.  So inside this box is a

05:22PM 20 small board here at the bottom.

21       This has cabling that goes out to the computer,

22 and this -- the purpose of this board is called, as I

23 said, a receiver circuit.  It receives data.  It has to

24 do some organization of the data, so it's -- it can send

05:22PM 25 out a signal to these LEDs so the brightness will be

1   adjusted to the right level.  So that's the purpose of

2   this small board.

3           This small board is connected with a cable to

4   the printed circuit board, which you can kind of maybe

05:22PM   5   see through this hole here.  That's the back of the

6   printed circuit board.  That has the rest of the

7   electronics on it.  So we have incoming data, some

8   processing, then it goes out through a wire into the

9   LEDs, and there are driver circuits that turn on all the

05:22PM   10   brightnesses.

11   Q.   What is an LED driver circuit?

12   A.   So LEDs are two -- they are little devices with just

13   two terminals.  You put a plus and a minus on the LED.

14   It will be like a flashlight, and you light it up.

05:23PM   15           In the case of a sign that has to make a

16   picture, you have thousands of LEDs, and you can't have

17   thousands and thousands of wires.  So these driver

18   circuits are put in the back, so each small driver

19   circuit can drive 16 or 32 LEDs with the right

05:23PM   20   brightness signal.  So they have to be mounted close to

21   the LEDs, but it helps to simplify the electronics by

22   having these driver circuits.

23   Q.   What other components make up the modular display

24   panel?

05:23PM   25   A.   Well, the last and, of course, very important part

1  is the power supply.  So the power supply is this metal

2  box.  This is a fairly small modular display panel, so

3  it's kind of a small power supply.  Its purpose is to

4  take incoming voltage like 110 volts, like you have in

05:23PM  5  your house, and convert it to a low-voltage DC like 5

6  volts, kind of like your phone charger adapters do, and

7  send that current power to the LED circuits.  So that's

8  providing the energy to light up the LEDs.

9  Q.   Why does the power supply convert AC to DC power?

05:24PM  10  A.   So it would be nice if this didn't have to be the

11  way it is, but the LEDs are DC -- little DC devices that

12  need DC voltage of about 3 or 4 volts, so you have to

13  convert the 110 or the 220 volt into something that is

14  compatible with the LEDs.

05:24PM  15  Q.   How does the modular display panel stay cool?

16  A.   So as I mentioned a minute ago and I think Mr. Hall

17  mentioned as well, the older style cabinets that had

18  doors on them were like little ovens, and so you needed

19  fans or air-conditioners.  The design of this modular

05:25PM  20  display panel eliminates that cooling and instead puts

21  thermally conductive materials either around the power

22  supply or the back wall.

23       The whole idea is to get the heat to the

24  outside world.  Since it's outside of this panel, it's

05:25PM  25  in the air; it's exposed to the environment.  So if the

1    inside is 150 degrees, that heat you put out is only

2    maybe 80 degrees; in the winter, even colder.  So if you

3    keep the heat out of the box, the box will last a long

4    time.

05:25PM    5          And fans break down.  It's one of the biggest

6    problems with signs.  Anything that's mechanical, like,

7    rotating, it's going to break down.  So if you can

8    eliminate those, it's a much better product.

9    Q.   Thank you, Mr. Credelle.  You can go ahead and put

05:25PM    10   that down.

11          Is the patented modular display panel of the

12   '782 Patent family waterproof?

13   A.   Yes.  That's one of the main -- one of the main

14   features is waterproof, and this is another case

05:26PM    15   where -- "waterproof" can mean different things to

16   different people, so the Court has construed

17   "waterproof" in the context of these patents to mean an

18   ingress protection, or IP rating of 65, IP65 or higher.

19   Q.   What does IP65 mean?

05:26PM    20   A.   So this is a standard setup by the International

21   Electrotechnical Commission, IEC; it's based in

22   Switzerland.  A setup of standard testing for

23   enclosures, and this could be an enclosure, anything

24   from an LED sign to a cell phone.

05:26PM    25          They set standards for various environmental

1  tests.   Dust and water are the two numerals in this IP

2  rating.

3          The first relates to dust and particulates.

4  That's the 6 or 5.  And then the second digit is water,

05:27PM  5  and we're going to focus on the water rating when it

6  comes to waterproof discussion.

7  Q.   How is the water protection rating for a product

8  determined?

9  A.   The way you determine whether a product meets -- has

05:27PM  10  a certain rating is you have to do a test.  The IEC has

11  set up a scale for water from zero to 8.  Zero means any

12  drop of water will probably harm the product.  A 4 means

13  it will work with splashing water from different

14  directions.  A 5 means water jets can be sprayed on the

05:27PM  15  panel.  6 is heavier water jets.  A 7 means you can

16  temporarily drop it into the water and it will survive.

17  And thank goodness cell phones these days are rated

18  IP67, which means you can drop it in the sink and have

19  it survive, no rice bowls.

05:28PM  20  Q.   If a product has passed a rating such as IP54, could

21  it also pass a higher rating such as IP65?

22  A.   Yes.  Customers or manufacturers will test their

23  products at a certain level because they may think

24  that's all the customers care about.  So maybe they say

05:28PM  25  customer just needs a rating of IP54; we'll do that

1  test; it's good, but it doesn't mean it won't pass IP65

2  or 66 or 67.  You have to test to determine if it has

3  the capability of achieving a certain rating.

4        The Court's construction of "waterproof" means

05:28PM  5  it can achieve an IP65 test or higher.  That doesn't

6  mean it has to have a certification; just means it's

7  good enough to do that level.

8  Q.   How do you characterize the benefits of the modular

9  display panel of the '782 Patent family?

05:29PM  10  A.   Well, first and foremost, I do appreciate this

11  because that panel wasn't very heavy.  But when you're

12  building a sign with hundreds or 500 or 1,000 signs,

13  weight is important.  So these are lightweight with no

14  bulky cabinets.  Plastic housings reduces the weight.

05:29PM  15  They are waterproof and they don't need the bulky

16  cabinets of the first and second generation.

17        They have more reliable cooling because you've

18  eliminated the fans and the moving parts by properly

19  designing the product.  And because it's modular, it's

05:29PM  20  easy to maintain and make changes, and occasionally they

21  break and you want to be able to fix it.

22  Q.   Mr. Credelle, what's the next phase of your

23  analysis?

24  A.   So next I'd like to get into what I call the

05:29PM  25  infringement analysis, comparing the Absen products to

1  the claim language.

2  Q.   Which claims of the '782 Patent family do you

3  believe are infringed by the Absen products?

4  A.   So in this family there are two patents that I'll

05:30PM  5  discuss this afternoon.  First is Claim 9 of the '782

6  Patent.  The second is Claim 22 of the '294 Patent.

7  Q.   Which Absen products did you analyze for

8  infringement of these patents?

9  A.   I analyzed many Absen products.  I determined that

05:30PM  10  this family of products is in the accused list:  The AT

11  series, the X series, XD series, PL series, and Xv

12  series.  These are -- on your screen are images from

13  brochures that tell you something about each product.

14  Q.   And what did you do to analyze these products?

05:30PM  15  A.   So as I mentioned in my two-step process, I'll use

16  the Court's claim construction or the ordinary meanings,

17  I will look at each claim element step by step, and I've

18  created a checkbox to help in that process.

19  Q.   Did you come to any conclusions regarding the

05:31PM  20  similarities of products within a given series of Absen

21  products?

22  A.   Great question.  So Absen's provided a sample of

23  each series to me for analysis.  So, for example, with

24  the XD series, I believe they provided XD10.  For the Xv

05:31PM  25  series, I believe it was a 3.  But in each case, I had

1    one sample.

2              What I determined, by my inspection and by

3    looking at documentation for the whole family of

4    products, looking at pictures and spec sheets, that

05:31PM   5    within a family, they would all behave similarly in the

6    sense of my analysis.  So if one of them has LEDs, they

7    all have LEDs, just as an example.

8    Q.   Did you find any similarities between products

9    across different families?

05:32PM   10   A.   As a matter of fact, I did.  And maybe it's not

11   surprising they all look kind of the same.  There are

12   some subtle differences, but I did find, for the

13   purposes of my infringement analysis, I can focus on

14   maybe one type of product and make conclusions about all

05:32PM   15   of them, all of the families of products.

16   Q.   What was Absen's expert's opinion regarding whether

17   the accused products are the same for infringement

18   purposes?

19   A.   I believe Mr. Ward used the phrase maybe exceedingly

05:32PM   20   similar in design concepts in that the minor differences

21   wouldn't really affect infringement across the families.

22   I believe he said something to that effect.

23   Q.   For the '782 Patent, which claim are you going to

24   show infringement of?

05:32PM   25   A.   I'm going to show infringement of Claim 9 which

1    depends on Claim 1.

2    Q.   Where can we find Claim 9 in the patent?

3    A.   Claim 9 is in the back.  I think it's around Column

4    30 or 31, maybe, of the patent maybe towards the back,

05:33PM    5    if you look at your copy.

6    Q.   Please tell the jury how you are going to conduct

7    your infringement analysis.

8    A.   Yes.  As I said, for my benefit and hopefully for

9    your benefit as well, to break this patent claim into

05:33PM    10    little small bites.  In this case, there's -- we start

11    with a preamble.  It's kind of the starting point.  And

12    then we have several elements, A through H, for Claim 1,

13    and then we're going to add in Claim 9 in the sense that

14    Claim 9 is dependent on Claim 1.

05:33PM    15         As I go through my analysis, I'll try to show

16    you examples of how each element on these claims are in

17    the products.

18    Q.   And before you begin your analysis, does Absen's

19    expert take the position that none of these claim

05:33PM    20    elements are in the Absen products?

21    A.   No.  Quite the opposite.  It doesn't dispute that

22    many of these elements actually are present in the Absen

23    products.  And to help indicate those, I've shaded this

24    in with some color.  So those in green are not disputed

05:34PM    25    as being in the Absen product by the Absen expert.

1       I'm still going to go through each element

2  because my job is to show that the product actually has

3  the element in it, and I'll show you that.  But he

4  doesn't dispute that they are there.

05:34PM  5  Q.   What is the first claim element that you analyzed?

6  A.   The first is called the preamble.  It's a modular

7  display panel comprising.  And remember, "comprising"

8  means including.  It can be more parts, but it has to at

9  least have these parts on this list.

05:34PM  10  Q.   Are there any claim constructions that were provided

11  by the Court for the terms in the preamble?

12  A.   Yes.  As I mentioned earlier briefly, the modular

13  display panel has been construed to be an

14  interchangeable display panel for a multipanel modular

05:34PM  15  display configured for use without a cabinet.

16       And a cabinet is an enclosure separate from the

17  LED panels to protect the LED panels from the

18  environment, and that environment includes water.

19  Q.   Are there any modular display panels in the

05:35PM  20  courtroom?

21  A.   Yes, there are two in the courtroom that we'll be

22  using as -- I'll be using to help explain these parts.

23       MR. LAMBRIANAKOS:  At this time, your Honor,

24  could we have leave to bring the cart with the two

05:35PM  25  modular display panels toward the witness?

1          THE COURT:  You may.

2          MR. LAMBRIANAKOS:  For the record, the panel to

3    the jury's left, the AT5, that is PTX-795; and the panel

4    to the jury's right is the N2 Plus, that's PTX-797.

05:36PM    5          THE COURT:  And, Mr. Reddy, if you'd like to

6    reposition yourself where you can see the front of those

7    panels, you are welcome to do that.

8    Q.   Mr. Credelle, would you please step over toward that

9    cart so that you can demonstrate where the infringing

05:36PM   10    features are located in the products?

11   A.   Yes.  I'll try to speak loudly so you can hear me.

12   If anybody can't --

13          THE COURT:  Speak loudly so I can hear you, and

14   I'm right behind you.  So speak up.

05:36PM   15          THE WITNESS:  Okay.  I'll do my best.

16          THE COURT:  If you don't speak loud enough,

17   I'll let you know.

18          THE WITNESS:  Okay.

19   Q.   Beginning with the AT5 Pro, what is your opinion

05:36PM   20   regarding whether the AT5 Pro is a modular display panel

21   under the Court construction?

22   A.   Yes.  So under the Court's construction, modular

23   display panel, it means interchangeable.  So is this

24   interchangeable?  This is a module.  Some of the panel

05:37PM   25   has been removed, but it's a modular display panel that

1   actually is made up of 8 individual smaller pieces.

2          There are attachment points along the corners

3   and edges that can be used to attach them together so

4   you can make a giant sign.

05:37PM   5          THE COURT:  You are going to need to speak up,

6   Mr. Credelle.

7          THE WITNESS:  Okay.  A little more water.

8          Those don't work, do they?

9          THE COURT:  I'm checking to see if we have a

05:37PM   10   handheld mic that will work.

11          THE WITNESS:  Okay.

12   Q.   What about the portion of the Court's construction

13   that requires that the display be configured for use

14   without a cabinet?

05:37PM   15   A.   So remember, in the pictures that I showed you those

16   big cabinets?  This doesn't -- oh, perfect.  Are we on?

17   Good.

18          So if you look at this, you see LED panels.

19   These are the LED panels.  This is one that's been taken

05:38PM   20   off.  So there are -- you can't see the back, but it's

21   just LEDs.  They're LED panels.  There's no enclosure;

22   they're exposed to the environment.

23              So the definition of cabinet has to be

24   something that encloses the LED panels and protects --

05:38PM   25          MR. REDDY:  Objection, your Honor.  It's not in

 1  his report.

 2          THE COURT:  All right.  What's your response,

 3  Mr. Lambrianakos?

 4          MR. LAMBRIANAKOS:  His explanation of a cabinet

05:38PM   5  was not specifically addressed in the report.  I intend

 6  to ask him about that now.  So --

 7          THE COURT:  If it's not in his report, I'll

 8  sustain the objection.  Expert witnesses are confined to

 9  the four corners of their reports that everybody's seen

05:38PM  10  in advance.  Otherwise, we have trial by ambush, and

11  we're not going to have trial by ambush here.  So if

12  you're telling me it's not in his report, then I'll

13  sustain the objection, and you need to move on.

14  Q.   In your expert report, did you give a specific

05:39PM  15  explanation for why the AT5 Pro does not use a cabinet?

16          MR. REDDY:  Objection, your Honor.

17  A.   No.

18          THE COURT:  State your objection, Mr. Reddy.

19          MR. REDDY:  He's leading.

05:39PM  20          THE COURT:  Restate the question.

21  Q.   In your expert report, was there an analysis of

22  whether or not the AT5 Pro meets the definition of a

23  cabinet?

24  A.   There was not.

05:39PM  25  Q.   Why not?

1          MR. REDDY:  Objection, your Honor.  It's not in

2     his report.

3          THE COURT:  So you're asking him why something

4     wasn't in his report?

05:39PM  5          MR. LAMBRIANAKOS:  Why didn't he specifically

6     address the word "cabinet" in his report when he

7     determined that the AT5 Pro was a modular display panel.

8          THE COURT:  I'm going to restrict the witness

9     to the confines of his report; otherwise, we are off the

05:40PM 10     map and we don't know where we are going to go next, and

11     I'm not going to proceed on that basis.  Everybody has

12     known throughout pretrial that the experts are governed

13     by and limited to the contents of their reports that

14     have been produced during the development of the case,

05:40PM 15     and everybody on both sides has seen in advance.

16          So if you are asking this expert witness why

17     something is not in his report, unless he's explained in

18     his report why it's not there or why he didn't address

19     it, then I'll sustain the objection.

05:40PM 20     Q.   Mr. Credelle, please point out the main structural

21     features of the AT5 product.

22     A.   Yes.  So I already mentioned there are LED panels or

23     LED boards.  There are -- in this particular unit, there

24     are eight of them.  There is a frame that holds the

05:41PM 25     parts together.  There are two power supply boxes.  One

1  of these power supply boxes actually has the receiver

2  card in it.  I will take that off in a moment.  And

3  that's about it.

4  Q.   Do these products have LEDs attached to printed

05:41PM  5  circuit boards?

6  A.   Yes, they do.  Maybe you can see closer here.  There

7  are those little white dots.  This is a higher

8  resolution panel.  So the dots are closer together.

9  They make a better picture.  But there's an array of

05:41PM 10  LEDs, you know, in a rectangular array, in a square

11  tile.

12  Q.   What is the material that's on the same side of

13  those panels as the LEDs?

14  A.   There's two materials over the LEDs.  This one has a

05:42PM 15  plastic part that protects the LEDs, and the plastic

16  part has been taken off, and there's kind of a shiny

17  material that you can see.  That shiny material is like

18  a silicone.  It's like a sealant you might use in your

19  bathtub.  It is providing a waterproofing.  It surrounds

05:42PM 20  the LEDs.  It keeps water out of that surface.

21  Q.   Do the panels that you're holding have shells made

22  of plastic?

23  A.   Yes.  So if you look at the back side, there is a

24  plastic shell.  I can confirm that it's plastic, and you

05:42PM 25  can see it's got some -- a connector there, and there

1    are some other screw holes and mounts, but this is a

2    plastic housing that's holding up the printed circuit

3    board that I mentioned earlier.

4    Q.   Does the LED top that you are holding in your hands,

05:42PM   5    does it have driver circuits?

6    A.   Yes.  It does have driver circuits, but

7    unfortunately it is sealed to be waterproof, and so you

8    can't see the driver circuits, but I can show you this

9    indoor panel, which I'll get to in a moment.

05:43PM   10          This back side, you can see the printed circuit

11   board.  It's actually black, not green.  But the printed

12   circuit board with all the little driver chips.  So all

13   of these driver chips are used to drive those LEDs to

14   the right brightness.

05:43PM   15   Q.   What are the boxes that are attached to the back of

16   the AT5?

17   A.   So as I mentioned, these boxes are where the power

18   supplies are located and also the receiver card.  I'll

19   take one of them off.

05:44PM   20          So inside this box, which is aluminum housing,

21   there is a power supply.  If you remember, I showed you

22   kind of a metal box power supply on the unit at the

23   desk.  There's a metal boxed power supply inside this

24   unit where it's against the back wall.

05:44PM   25          There's also a receiver card.  That's part of

1    this green board, and underneath is the data card.  So

2    data comes in and gets organized, and then there are --

3    eventually, the data will get out to these LED panels

4    through other connectors.

05:44PM  5            So there are two of these in this screen

6    because it's quite large.  These are very high

7    brightness because they have to work outdoors.  So

8    there's two power supply units.  And this is a

9    waterproof outdoor panel, so you can see some of the

05:44PM  10   gaskets, and I'll talk more about those later.

11   Q.   Does the N2 Plus also have a power supply?

12   A.   Yes, it does.  I can take off another board here.

13   So, again, this also has a power supply.

14   Q.   And how does the AT5's power supply work?

05:45PM  15   A.   The AT5 power supply and the N2 power supply, for

16   that matter, start with incoming AC voltage going in

17   through those connectors on the bottom.  Usually, if you

18   look at the back of the sign, you probably see a lot of

19   wires going to all these individual panels.

05:45PM  20           In fact, if you're not driving in a car and

21   you see a billboard sign, look at the back side.  It

22   looks a lot different than the front.  But you'll see

23   110-volt or 220-volt wires going to this box, and that's

24   converted by that power supply into the 5 volts required

05:45PM  25   for the driver circuits and the LEDs.

1    THE COURT:  Let me interrupt at this point.

2  Mr. Credelle is going to testify for some considerable

3  length of time, ladies and gentlemen, and we've been in

4  trial seven hours today.  It's almost 6:00.

05:46PM    5    There's not a perfect place to break this

6  testimony.  If I were to let him finish his testimony,

7  we'd be here until probably 8:00 tonight, and we're not

8  going to do that.

9    So we're going to recess for the day at this

05:46PM   10  juncture.  If you'd like to return to the witness stand,

11  Mr. Credelle.

12    THE WITNESS:  Yes.

13    THE COURT:  Just hand that to the court

14  security officer.

05:46PM   15    Ladies and gentlemen of the jury, if you will

16  take your notebooks with you to the jury room and leave

17  them closed on the table there overnight.  If you will

18  travel safely to your homes and be back tomorrow

19  morning, assembled and ready to go by or before 8:30 so

05:46PM   20  that we can hopefully start at 8:30, the Court will

21  appreciate it.

22    Let me remind you please follow all the

23  instructions I've given you about your conduct,

24  including, of course, not to discuss anything about the

05:46PM   25  case with anyone.

1          And as I say, have a good evening, and you are

2   excused until tomorrow morning at this time.

3          (Whereupon, jurors exit the courtroom.)

4          THE COURT:  You can step down, Mr. Credelle.

05:47PM   5   You can step down right now.

6          Be seated, please.  I'm going to leave this

7   demonstrative where it is.  We can pick up with it in

8   the morning, Mr. Lambrianakos.  We'll make sure the

9   witness has a fully charged handheld microphone.

05:47PM   10         It might be easier for him to demonstrate with

11   two hands, but I'm convinced he's not going to be heard

12   without the use of a handheld microphone, so we'll use

13   that when we continue tomorrow.

14         All right.  Let me ask, are there questions or

05:47PM   15   issues that need to be raised with the Court before we

16   recess for the day for either plaintiff or defendant?

17         MR. FABRICANT:  Not from the plaintiff, your

18   Honor.

19         MR. GILLAM:  Not from the defendant, your

05:48PM   20   Honor.

21         THE COURT:  All right.  I'll remind both sides

22   to continue your efforts to meet and confer regarding

23   any issues that arise overnight.  Hopefully tomorrow's

24   menu will be just as bare as the one was this morning,

05:48PM   25   which the Court appreciates; but if not, I'll be

1  available in chambers by 7:30 to take up any unresolved

2  disputes that arise overnight despite your concerted

3  meet-and-confer efforts.

4       If there's not anything further to raise with

05:48PM  5  the Court this evening, we stand in recess until

6  tomorrow morning.

7       (Proceedings recessed at 5:48 p.m.)

1              CERTIFICATE OF OFFICIAL REPORTER

2

3          I, Dana Hayden, Federal Deputy Realtime Court

4    Reporter, in and for the United States District Court

5    for the Eastern District of Texas, do hereby certify

6    that pursuant to Section 753, Title 28, United States

7    Code that the foregoing is a true and correct transcript

8    of the stenographically reported proceedings held in the

9    above-entitled matter and that the transcript page

10   format is in conformance with the regulations of the

11   Judicial Conference of the United States.

12          Dated this 7th of June, 2021.

13

14

15

16   _____

17          Dana Hayden, CCR, RMR, CRR, CRC
            Federal Official Court Reporter

18

19

20

21

22

23

24

25